Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (96241)
William J. Newsom (267643)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

*Counsel for Plaintiffs in the Alston and Kindler Actions*

[Additional counsel on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | No. 4:14-md-2541-CW<br><br>HAGENS BERMAN AND PEARSON SIMON'S NOTICE OF INTENT TO FILE AN OPPOSITION TO MOTIONS FOR APPOINTMENT OF CO-LEAD COUNSEL |

010271-11  699113 V1

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and and Pearson, Simon & Warshaw LLP ("Pearson Simon") will file an opposition to The Floyd Plaintiffs' Motion to Appoint Hausefeld LLP and Zelle Hofmann Voelbel & Mason LLP as Co-Lead Counsel[1] and the Application to Appoint the Dugan Law Firm as Additional Co-Lead Class Counsel[2] on or before Wednesday, July 2, 2014, pursuant to the schedule that this Court established at the Case Management Conference held on June 18, 2014.[3]

Respectfully submitted,

DATED: June 26, 2014                HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Steve W. Berman
       STEVE W. BERMAN (*Pro Hac Vice*)

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (96241)
William J. Newsom (267643)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

Jeff Friedman (173886)
Jon T. King (205073)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
jonk@hbsslaw.com

---

[1] June 25, 2014, ECF No. 32.

[2] June 25, 2014, ECF No. 33.

[3] Case Management Conference Hearing Tr., at 21, June 24, 2014, ECF No. 23.

NOTICE OF INTENT TO FILE OPP'N - Case No. 14-md-2541-CW - 1 -
010271-11 699113 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W Jefferson St,
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

*Counsel for Plaintiffs in the Alston and Kindler Actions*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                /s/ Steve W. Berman
                                                STEVE W. BERMAN