IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID LITIGATION | No. MD 14-2541 CW<br><br>ORDER (1) DENYING THE FLOYD PLAINTIFFS' MOTION TO APPOINT HAUSFELD LLP AND ZELLE HOFMANN VOELBEL & MASON LLP AS CO-LEAD COUNSEL; (2) DENYING THE APPLICATION TO APPOINT THE DUGAN LAW FIRM AS ADDITIONAL CO-LEAD COUNSEL; AND (3) APPOINTING PLAINTIFFS' INTERIM CO-LEAD CLASS COUNSEL<br><br>(Docket Nos. 32, 33) |

This matter comes before the Court on (1) the Floyd Plaintiffs' Motion to Appoint Hausfeld LLP and Zelle Hofmann Voelbel & Mason LLP as Co-Lead Counsel (Docket No. 32), and (2) the Application to Appoint Dugan Law Firm as Additional Co-Lead Class Counsel (Docket No. 33).[1] Upon consideration of the papers submitted in support of and in opposition thereto, and with good cause appearing, the motions are DENIED.

---

[1] Docket No. 33 is styled not as a motion, but as an application. However, it is docketed as a motion, and because it seeks the same sort of relief sought in Docket No. 32, the Court treats both as motions.

The Court previously appointed Hagens Berman Sobol Shapiro LLP, Pearson, Simon & Warshaw LLP, and Winston & Strawn as Plaintiffs' Interim Co-Lead Class Counsel. The Court reaffirms its appointment of those firms as Plaintiffs' Interim Co-Lead Class Counsel. Hagens Berman Sobol Shapiro LLP and Pearson, Simon & Warshaw will have primary responsibility for all cases with damage claims, and for the consolidated actions, as well as for any additional actions that are consolidated with these cases. Winston & Strawn will have primary responsibility for the <u>Jenkins</u> case, which has no damage claims. Interim Co-Lead Class Counsel shall be responsible for the overall conduct of the litigation on behalf of the Class Plaintiffs.

Interim Co-Lead Class Counsel shall have the following specific responsibilities with respect to this litigation on behalf of the Class Plaintiffs:

1. To coordinate and make work assignments among themselves and other Plaintiffs' counsel to promote efficient prosecution of this litigation and to avoid duplication of work;

2. To prepare and file a consolidated amended complaint and all other necessary pleadings and filings in this matter;

3. To initiate and conduct all discovery proceedings and communicate with Defendants' counsel with respect to same on all issues related to the Class Plaintiffs;

4. To coordinate all motions, requests for discovery, expert work and other pretrial proceedings regarding the position of all the Class Plaintiffs. No motion, request for discovery, or other pretrial proceedings in this litigation shall be initiated

or filed by any class member except through Interim Co-Lead Class Counsel;

    5.    To conduct any trials in these proceedings on behalf of class members;

    6.    To meet with defense counsel with respect to settlement and other members on behalf of Class Plaintiffs;

    7.    To record and administer all time and expenses of counsel and staff in these and any other consolidated class action cases on a form set forth by Interim Co-Lead Class Counsel on a monthly basis or on such other schedule as may be established. Failure to maintain and timely submit such records will be considered in any fee allocation and may constitute grounds for denying court-awarded attorneys' fees;

    8.    To assess Plaintiffs' law firms' common litigation costs and collect assessments on a regular basis; and

    9.    To allocate any award of attorneys' fees among Plaintiffs' counsel.

    IT IS SO ORDERED.

Dated: August 22, 2014

CLAUDIA WILKEN
United States District Judge

3