Steve W. Berman (*Pro Hac Vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (CA SBN 96241)
Aaron M. Sheanin (CA SBN 214472)
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
asheanin@pswlaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

[Additional counsel listed on sig. page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | CASE NO. 14-md-2541-CW |
| This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No, 4:14-02578-CW | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE INCORPORATION OF *DELLENBACH* CLAIMS IN CONSOLIDATED AMENDED COMPLAINT** |
| This Document Also Relates to:<br><br>*Dellenbach v. Nat'l Collegiate Athletic Ass'n, et al.*, Case No. 4:14-cv-3159-CW | |

WHEREAS the Court ordered *Dellenbach v. National Collegiate Athletic Association, et al.*, Case No. 4:14-cv-03159, related hereto on July 15, 2014, and ordered Defendants to respond to the Complaint in that action according to the same schedule set in regards to the Consolidated Amended Complaint in this present MDL action (MDL Dkt. 66); and

WHEREAS on July 24, 2014, Dellenbach's counsel filed a Notice Regarding Declination To File Motion On Issue Of Co-Lead Counsel. *Dellenbach* Dkt. 9. In it, Plaintiff Dellenbach stated that Plaintiffs' Interim Co-Lead Class Counsel "have agreed to add Mr. Dellenbach and his claims to the Consolidated Amended Complaint either by stipulation, amendment, or other Court-approved procedure."

THEREFORE, Plaintiffs' Interim Co-Lead Class Counsel, counsel for Plaintiff Dellenbach, and all Defendants' counsel hereby stipulate and agree that plaintiff Dax Dellenbach shall be treated as a named plaintiff and putative class representative in the MDL action's Consolidated Amended Complaint (MDL Dkt. 60), and that the *Dellenbach* Complaint shall be deemed amended and replaced by the Consolidated Amended Complaint and paragraphs 15-18 of the *Dellenbach* Complaint describing Plaintiff Dellenbach are hereby incorporated into the Consolidated Amended Complaint as paragraphs 117A-D. By virtue of such amendment and incorporation, Defendants are relieved of any obligation to respond separately to the *Dellenbach* Complaint, and Defendant Atlantic Sun Conference, which is only a defendant in the *Dellenbach* action, shall cease to be a party to these proceedings.

The Pac-12 Conference's undersigned counsel of record, Scott P. Cooper, hereby attests that counsel for Plaintiffs and Defendants have concurred in the filing of this stipulation, in accordance with Local Rule 5-1(i)(3).

DATED: August 28, 2014

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
STEVE W. BERMAN

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292

Facsimile: (206) 623-0594
steve@hbsslaw.com

PEARSON, SIMON & WARSHAW, LLP

By /s/ Bruce L. Simon
BRUCE L. SIMON

Aaron M. Sheanin (214472)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
asheanin@pswlaw.com

Jeff D. Friedman (173886)
Jon T. King (205073)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
jonk@hbsslaw.com

Robert Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W Jefferson St,
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By /s/ Eric B. Fastiff
ERIC B. FASTIFF (State Bar No. 182260)

Brendan P. Glackin (State Bar No. 199643)
Lin Y. Chan (State Bar No. 255027)
Katherine C. Lubin (State Bar No. 259826)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-10008
efastiff@lchb.com

bglackin@lchb.com
lchan@lchb.com
klubin@lchb.com

Wendy R. Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com

Brad R. Sohn
THE BRAD SOHN LAW FIRM, PLLC
2211 S.W. Secoffee Terrace
Miami, FL 33133
Telephone: (310) 866-0001
Facsimile: (305) 397-0650
brad@sohn.com

*Attorneys for Plaintiff Dax Dellenbach*

PROSKAUER ROSE LLP

By /s/ Scott P. Cooper
SCOTT P. COOPER

Scott P. Cooper (SBN 96905)
Jennifer L. Jones (SBN 284624)
Sarah Kroll-Rosenbaum (SBN 272358)
Shawn S. Ledingham (SBN 275268)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: scooper@proskauer.com
Email: jljones@proskauer.com
Email: skroll-rosenbaum@proskauer.com
Email: sledingham@proskauer.com

*Attorneys for Defendant Pacific 12 Conference*

MAYER BROWN LLP

By /s/ Andrew S. Rosenman
ANDREW S. ROSENMAN

Andrew S. Rosenman (SBN 253764)
Britt M. Miller (*pro hac vice*)

71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0660
Facsimile: (312) 701-7711
Email: arosenman@mayerbrown.com
Email: bmiller@mayerbrown.com

Richard J. Favretto (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: rfavretto@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

ROBINSON BRADSHAW & HINSON

By /s/ Robert W. Fuller
ROBERT W. FULLER

Nathan C. Chase, Jr. (SBN 247526)
Robert W. Fuller, III (*pro hac vice*)
Mark W. Merritt (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda R. Pickens (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: nchase@rbh.com
Email: rfuller@rbh.com
Email: mmerritt@rbh.com
Email: lmoore@rbh.com
Email: apickens@rbh.com

Mark J. Seifert (SBN 217054)
Robert R. Moore (SBN 113818)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
Email: mseifert@allenmatkins.com
Email: rmoore@allenmatkins.com

*Attorneys for Defendant Southeastern Conference*

SMITH MOORE LEATHERWOOD LLP

By /s/ D. Erik Albright
D. ERIK ALBRIGHT

D. Erik Albright (*pro hac vice*)
300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 433-7402
Email:erik.albright@smithmoorelaw.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2909
Email:jon.heyl@smithmoorelaw.com

Charles LaGrange Coleman, III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: ccoleman@hklaw.com

*Attorneys for Defendant Atlantic Coast Conference*

POLSINELLI PC

By /s/ Leane K. Capps
LEANE K. CAPPS

Leane K. Capps (*pro hac vice*)
POLSINELLI PC
Saint Ann Court
2501 N. Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 397-0030
Email: lcapps@polsinelli.com

Amy D. Fitts (*pro hac vice*)
POLSINELLI PC
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
Email: afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
POLSINELLI LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
Email: whurst@polsinelli.com

*Attorneys for Defendant The Big 12 Conference, Inc. and Conference USA*

SKADDEN ARPS SLATE MEAGHER & FLOM LLP

By /s/ Karen Hoffman Lent
KAREN HOFFMAN LENT

Raoul D. Kennedy (SBN 40892)
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: raoul.kennedy@skadden.com

Jeffrey Mishkin (*pro hac vice*)
Anthony J. Dreyer (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
Email: jeffrey.mishkin@skadden.com
Email: anthony.dreyer@skadden.com
Email: karen.lent@skadden.com

Robert J. Wierenga (SBN 183687)
Gregory L. Curtner (*pro hac vice*)
Kimberly K. Kefalas (*pro hac vice*)
Jacob K. Danziger (SBN 278219)
SCHIFF HARDIN LLP
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
Email: rwierenga@schiffhardin.com
Email: gcurtner@schiffhardin.com
Email: kkefalas@schiffhardin.com
Email: jdanziger@schiffhardin.com

*Attorneys for Defendant National Collegiate Athletic Association*

COVINGTON & BURLING LLP

By /Benjamin C. Block
BENJAMIN C. BLOCK

Benjamin C. Block (*pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Telephone: (202) 662-5205
Facsimile: (202) 778-5205
Email: bblock@cov.com

Matthew D. Kellogg (SBN 280541)
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: mkellogg@cov.com

*Attorneys for American Athletic Conference*

JONES WALKER LLP

By /s/ Mark A. Cunningham
MARK A. CUNNINGHAM

Mark A. Cunningham (*pro hac vice*)
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
Email: mcunningham@joneswalker.com

*Attorneys for Defendant Sun Belt Conference*

FOX ROTHSCHILD LLP

By /s/ Jeffrey D. Polsky
JEFFREY D. POLSKY

Jeffrey D. Polsky (SBN 120975)
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: jpolsky@foxrothschild.com

*Attorneys for Defendant Atlantic Sun Conference*

- 7 -

STIPULATION AND [~~PROPOSED~~] ORDER RE INCORPORATION OF *DELLENBACH* CLAIMS IN CONSOLIDATED AMENDED COMPL. – Case No. 4:13-md-02420-YGR (DMR)

WALTER | HAVERFIELD LLP

By /s/ R. Todd Hunt
R. TODD HUNT

R. Todd Hunt (*pro hac vice*)
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH 44114-1821
Telephone: (216) 928-2935
Facsimile: (216) 916-2372
Email: rthunt@walterhav.com

*Attorneys for Defendant Mid-American Conference*

BRYAN CAVE LLP

By /s/ Adam Brezine
ADAM BREZINE

Adam Brezine (SBN 220852)
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 674-3400
Facsimile: (415) 675-3434
Email: adam.brezine@bryancave.com

Richard Young (*pro hac vice* application to be filed)
Brent Rychener (*pro hac vice* application to be filed)
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile: (719) 633-1518
Email: richard.young@bryancave.com
Email: brent.rychener@bryancave.com

*Attorneys for Defendant Mountain West Conference*

BRADLEY DEVITT HAAS & WATKINS, P.C.

By /s/ Jon T. Bradley
JON T. BRADLEY

Jon T. Bradley (*pro hac vice* application to be filed)
2201 Ford Street
Golden, CO 80401
Telephone: (303) 384-9228
Facsimile: (303) 384-9231
Email: jon@goldenlawyers.com

*Attorneys for Defendant Western Athletic Conference*

**PURSUANT TO STIPULATION,**
**IT IS SO ORDERED.** At an appropriate time, a final Consolidated Amended Complaint shall be filed which incorporates in full this and any other past or future stipulated changes. See Civil Local Rule 10-1.

DATED: September 3, 2014

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

- 9 -

STIPULATION AND ~~[PROPOSED]~~ ORDER RE INCORPORATION OF *DELLENBACH* CLAIMS IN CONSOLIDATED AMENDED COMPL. – Case No. 4:13-md-02420-YGR (DMR)