Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: NCAA GRANT-IN-AID CAP )
) Case No: 14-md-2541-CW
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Jon T. Bradley, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the WesternAthletic Conference in the above-entitled action. My local co-counsel in this case is Jones Walker LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2201 Ford Street<br>Golden, Colorado  80401 | 5900 Wilshire Blvd., Suite 2600<br>Los Angeles, California  90036 |
| MY TELEPHONE # OF RECORD:<br>(303) 384-9228 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(323) 303-3500 |
| MY EMAIL ADDRESS OF RECORD:<br>jon@goldenlawyers.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Jose Martinez, Jr. |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10143.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/12/14

Jon T. Bradley
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jon T. Bradley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/16/2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                                                              *October 2012*



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JON THOMAS BRADLEY**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **April** A. D. **1980** and that at the date hereof the said **JON THOMAS BRADLEY** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **12th** day of **September** A. D. **2014**

*Christopher T. Ryan*
Clerk

By *[signature]*
Deputy Clerk