Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: NCAA GRANT-IN-AID CAP )
) Case No: 14-MD-2541-C'
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) **(CIVIL LOCAL RULE 11-3)**
)
Defendant(s). )

I, **Richard Young**, an active member in good standing of the bar of **Colorado**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Mountain West Conference** in the above-entitled action. My local co-counsel in this case is **Adam Brezine**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 90 South Cascade Avenue, #1300<br>Colorado Springs Colorado 80903 | 560 Mission Street, 25th Floor<br>San Francisco California 94015 |
| MY TELEPHONE # OF RECORD:<br>(719) 473-3800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 675-3400 |
| MY EMAIL ADDRESS OF RECORD:<br>richard.young@bryancave.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>adam.brezine@bryancave.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **03278**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/23/14

Richard Young
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Richard Young** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/3/2014

[signature]
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# SUPREME COURT
## State of Colorado,



STATE OF COLORADO, ss:

I, **Christopher T. Ryan**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**RICHARD YOUNG**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **2nd** day of **October** A.D. **1973** and that at the date hereof the said **RICHARD YOUNG** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **17th** day of **September** A.D. **2014**

*Christopher T. Ryan*

Clerk

By *Carla Trujillo*

Deputy Clerk