IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION, | No. md 14-2541 CW<br><br>ORDER DENYING MOTION TO DISMISS (Docket No. 89) |

The Court held a hearing on October 9, 2014.  For the reasons stated on the record, Defendants' Motion to Dismiss (Docket No. 89) is DENIED.

IT IS SO ORDERED.

Dated:  October 10, 2014

CLAUDIA WILKEN
United States District Judge