Jon T. Bradley (admitted *pro hac vice*)
BRADLEY DEVITT HAAS & WATKINS, P.C.
2201 Ford Street
Golden, Colorado  80401
Telephone:  (303) 384-9228
Facsimile:   (303) 384-9231
*jon@goldenlawyers.com*

*Attorneys for Defendant, Western Athletic Conference*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | MDL Docket No. 14-md-2541-CW |
| This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br>*JENKINS v. Nat'l Collegiate Athletic Ass'n*<br>Case No. 4:14-cv-02758 | [PROPOSED] ORDER GRANTING DEFENDANT WESTERN ATHLETIC CONFERENCE'S MOTION FOR JON T. BRADLEY TO ATTEND THE JANUARY 7, 2015 CASE MANAGEMENT CONFERENCE BY TELEPHONE<br><br>Date:          January 7, 2015<br>Time:          2:00 p.m.<br>Courtroom:  Courtroom 2, Fourth Floor<br>Before:       Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING WESTERN ATHLETIC
CONFERENCE'S MOTION FOR JON T. BRADLEY
TO ATTEND THE JANUARY 7, 2015 CASE MANAGEMENT
CONFERENCE BY TELEPHONE

MDL No. 14-md-02541-CW
Case No. 14-cv-02758-CW

[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court having considered Defendant Western Athletic Conference's Motion for Jon T. Bradley to attend the January 7, 2015 Case Management Conference by Telephone,

IT IS HEREBY ORDERED that Defendant Western Athletic Conference's Motion for Jon T. Bradley to attend the January 7, 2015 Case Management Conference by Telephone is granted.

IT IS SO ORDERED.


Dated: _____1/5/2015_____        _____
                                        The Honorable Claudia Wilken

**[PROPOSED] ORDER GRANTING WESTERN ATHLETIC**           **MDL No. 14-md-02541-CW**
**CONFERENCE'S MOTION FOR JON T. BRADLEY**              **Case No. 14-cv-02758-CW**
**TO ATTEND THE JANUARY 7, 2015 CASE MANAGEMENT**
**CONFERENCE BY TELEPHONE**