Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

R. Todd Hunt (*pro hac vice*)
E-Mail: rthunt@walterhav.com
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, Ohio 44114
Telephone: 216.928.2935
Facsimile: 216.916.2372

Attorneys for Defendant
Mid-American Conference

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. MDL 14-2541 CW<br><br>(PROPOSED) ORDER GRANTING DEFENDANT MID-AMERICAN CONFERENCE'S MOTION FOR R. TODD HUNT TO ATTEND THE JANUARY 7, 2015 CASE MANAGEMENT CONFERENCE BY TELEPHONE<br><br>Date: January 7, 2015<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

The Court having considered Defendant Mid-American Conference's Motion for R. Todd Hunt to attend the January 7, 2015 Case Management Conference by Telephone,

---

(PROPOSED ORDER) GRANTING DEFENDANT MID-AMERICAN CONFERENCE'S MOTION FOR R. TODD HUNT TO ATTEND THE JANUARY 7, 2015 CASE MANAGEMENT CONFERENCE BY TELEPHONE – CASE NO. MDL 14-2541 CW

1  IT IS HEREBY ORDERED that Defendant Mid-American Conference's Motion for R. Todd Hunt to attend the January 7, 2015 Case Management Conference by Telephone is granted.

IT IS SO ORDERED.

Dated:  1/5/2015

Honorable Claudia Wilken
Chief District Judge

(PROPOSED ORDER) GRANTING DEFENDANT MID-AMERICAN CONFERENCE'S MOTION FOR R. TODD HUNT TO ATTEND THE JANUARY 7, 2015 CASE MANAGEMENT CONFERENCE BY TELEPHONE – CASE NO. MDL 14-2541 CW