[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION** | **Case No. 4:14-md-02541-CW**<br>**Case No. 4:14-cv-02758-CW** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION** |

1  WHEREAS, on November 14, 2014, Consolidated Plaintiffs and *Jenkins* Plaintiffs ("Plaintiffs") filed a joint motion for injunctive relief class certification;

2  WHEREAS, on February 20, 2015, Plaintiffs filed an amended joint motion for injunctive relief class certification (the "Motion");

3  WHEREAS, on April 30, 2015, Defendants filed a joint opposition to the Motion (the "Opposition");

4  WHEREAS, the parties have previously agreed to modifications of the injunctive relief class certification schedule and such modifications have been granted by the Court[1];

5  WHEREAS, Plaintiffs' joint reply brief (the "Reply") is currently due on May 28, 2015, and Plaintiffs requested an extension of time to file the Reply until June 26, 2015;

6  WHEREAS, Defendants have agreed to Plaintiffs' requested extension, but explicitly reserve the right to challenge or object to any expert report Plaintiffs file with the Reply;

7  WHEREAS, the parties have further agreed that in the event Plaintiffs submit an expert report or reports with the Reply, Defendants shall have the opportunity to depose Plaintiffs' expert(s) and file a joint brief in response to the Reply (the "Surreply");

8  WHEREAS, the parties have further agreed that the current hearing date of July 23, 2015 will need to be continued;

9  WHEREAS, Defendants have advised all Plaintiffs that, because Plaintiffs did not submit an expert report in support of the Motion and have not disclosed the anticipated nature and scope of the expert report or reports they intend to file with the Reply, Defendants explicitly reserve the right to seek an extension of the schedule set forth below if it appears necessary or appropriate to do so once Defendants have reviewed Plaintiffs' expert submissions;

---

[1] *See* ECF No. 185 (resetting deadlines for the Opposition to February 13, 2015 and the Reply to March 13, 2015, and resetting the hearing date to April 2, 2015); ECF No. 193 (resetting deadlines for the Opposition to March 30, 2015 and the Reply to April 27, 2015, and resetting the hearing date to May 14, 2015); ECF No. 209 (resetting deadlines for the Opposition to April 30, 2015 and the Reply to May 28, 2015, and resetting the hearing date to June 18, 2015); and ECF No. 210 (resetting the hearing date to July 23, 2015).

1

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

WHEREAS, the *Jenkins* Plaintiffs have advised all parties that they will not agree to any further requests to extend the schedule for injunctive relief class certification; and

WHEREAS, Plaintiffs explicitly reserve the right to challenge or object to any expert report(s) Defendants file with the Surreply.

THEREFORE, the parties agree that the schedule should be modified as follows:

The Reply will be due June 26, 2015;

The Surreply will be due on August 20, 2015; and

The Motion will be heard, and a further Case Management Conference will be held, on October 8, 2015, or as soon thereafter as is convenient for the Court's calendar.

2

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

1  Dated:  May 28, 2015

2  By: */s/ Karen Hoffman Lent*
3  Jeffrey A. Mishkin
   Karen Hoffman Lent
4  **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
5  Four Times Square
   New York, NY  10036
6  Telephone:  (212) 735-3000
7  Facsimile:   (917) 777-2000
   jeffrey.mishkin@skadden.com
8
   Raoul D. Kennedy
9  **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
10 525 University Avenue
   Palo Alto, CA  94301
11 Telephone:  (650) 470-4500
12 Facsimile:   (650) 470-4570
   raoul.kennedy@skadden.com
13
   *Counsel for National Collegiate Athletic Association and Western Athletic Conference*
14

15 By: */s/ Leane K. Capps*
16 Leane K. Capps
   **POLSINELLI PC**
17 Saint Ann Court
   2501 N. Harwood Street, Suite 1900
18 Dallas, TX  75201
19 Telephone:  (214) 397-0030
   lcapps@polsinelli.com
20
   Amy D. Fitts
21 **POLSINELLI PC**
22 120 W. 12th Street
   Kansas City, MO 64105
23 Telephone:  (816) 218-1255
   afitts@polsinelli.com
24
   Wesley D. Hurst
25 **POLSINELLI PC**
   2049 Century Park East, Suite 2300
26 Los Angeles, CA  90067
27 Telephone: (310) 556-1801

whurst@polsinelli.com

*Counsel for the Big 12 Conference, Inc. and Conference USA*

By: */s/ R. Todd Hunt*
R. Todd Hunt
**WALTER HAVERFIELD LLP**
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH  44114-1821
Telephone:  (216) 928-2935
Facsimile:  (216) 916-2372
rthunt@walterhav.com

*Counsel for Mid-American Conference*

By: */s/ Mark A. Cunningham*
Mark A. Cunningham
**JONES WALKER**
201 St. Charles Avenue
New Orleans, LA  70170-5100
Telephone:  (504) 582-8536
Facsimile:   (504) 589-8536
mcunningham@joneswalker.com

*Counsel for Sun Belt Conference*

By: */s/ D. Erik Albright*
D. Erik Albright
**SMITH MOORE LEATHERWOOD LLP**
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5368
Facsimile:   (336) 433-7402
erik.albright@smithmorrelaw.com

Jonathan P. Heyl
**SMITH MOORE LEATHERWOOD LLP**
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2625
jon.heyl@smithmoorelaw.com

28

5
STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

| | |
|---|---|
| Charles La Grange Coleman, III<br>**HOLLAND & KNIGHT LLP**<br>50 California Street, Suite 2800<br>San Francisco, CA  94111-4624<br><br>Telephone:  (415) 743-6900<br>Facsimile:  (415) 743-6910<br>ccoleman@hklaw.com<br><br>*Counsel for The Atlantic Coast Conference*<br><br>By: */s/ Scott P. Cooper*<br>Scott P. Cooper<br>Jennifer L. Jones<br>Jacquelyn N. Ferry<br>**PROSKAUER ROSE LLP**<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067<br>Telephone:  (310) 557-2900<br>Facsimile:   (310) 557-2193<br>scooper@proskauer.com<br><br>*Counsel for Pac-12 Conference*<br><br>By: */s/ Andrew S. Rosenman*<br>Andrew S. Rosenman<br>Britt M. Miller<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL  60606-46537<br>Telephone:  (312) 782-0600<br>Facsimile:   (312) 701-7711<br>arosenman@mayerbrown.com<br><br>Richard J. Favretto<br>**MAYER BROWN LLP**<br>1999 K Street, N.W.<br>Washington, D.C.  20006-1101<br>Telephone:  (202) 263-3000<br>Facsimile:   (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>*Counsel for The Big Ten Conference, Inc.*<br><br>By: */s/ Robert W. Fuller*<br>Robert W. Fuller, III | Nathan C. Chase Jr.<br>Mark W. Merritt<br>Lawrence C. Moore, III<br>Amanda R. Pickens<br>**ROBINSON BRADSHAW & HINSON**<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC  28246<br>Telephone:  (704) 377-2536<br>Facsimile:   (704) 378-4000<br>rfuller@rbh.com<br><br>Mark J. Seifert<br>Robert R. Moore<br>**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 837-1515<br>Facsimile:  (415) 837-1516<br>mseifert@allenmatkins.com<br><br>*Counsel for Southeastern Conference*<br><br>By: */s/ Adam Brezine*<br>Adam Brezine<br>**BRYAN CAVE LLP**<br>560 Mission Street, 25th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 674-3400<br>Facsimile:  (415) 675-3434<br>adam.brezine@bryancave.com<br><br>Richard Young<br>Brent Rychener<br>**BRYAN CAVE LLP**<br>90 South Cascade Avenue, Suite 1300<br>Colorado Springs, CO  80903<br>Telephone:  (719) 473-3800<br>Facsimile:   (719) 633-1518<br>richard.young@bryancave.com<br>brent.rychener@bryancave.com<br><br>*Counsel for Mountain West Conference*<br><br>By: */s/ Benjamin C. Block*<br>Benjamin C. Block |

| | |
|---|---|
| **COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone:  (202 662-5205<br>Facsimile:  (202) 778-5205<br>bblock@cov.com<br><br>Rebecca A. Jacobs (SBN 294430)<br>**COVINGTON & BURLING LLP**<br>One Front Street<br>San Francisco, CA  94111-5356<br>Telephone:  (415) 591-6000<br>Facsimile:   (415) 591-6091<br>rjacobs@cov.com<br><br>*Counsel for American Athletic Conference*<br><br>By:  */s/ Jeffrey L. Kessler*<br>Jeffrey L. Kessler<br>David G. Feher<br>David L. Greenspan<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br><br>Sean D. Meenan<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>smeenan@winston.com<br><br>*Counsel for Jenkins Plaintiffs*<br>*Plaintiffs' Interim Co-Lead Class Counsel* | By:  */s/ Steve W. Berman*<br>Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594<br>steve@hbsslaw.com<br><br>By:  */s/ Bruce L. Simon*<br>Bruce L. Simon<br>Aaron M. Sheanin<br>Benjamin E. Shiftan<br>**PEARSON, SIMON & WARSHAW, LLP**<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA  94104<br>Telephone:  (415) 433-9000<br>Facsimile:   (415) 433-9008<br>bsimon@pswlaw.com<br><br>*Plaintiffs' Interim Co-Lead Class Counsel*<br><br>By: */s/ Elizabeth C. Pritzker*<br>**PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan K. Levine<br>Bethany L. Caracuzzo<br>Shiho Yamamoto<br>180 Grand Avenue, Suite 1390<br>Oakland, CA 94612<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110<br><br>*Additional Class Counsel* |

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

                          */s/ Jeffrey L. Kessler*
                            Jeffrey L. Kessler

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

                          The Honorable Claudia Wilken
                          United States District Court Judge