UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 14-md-2541-CW<br>CASE NO. 14-cv-2758-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADDENDUM TO STIPULATED PROTECTIVE ORDER** |

All parties, by their respective counsel, hereby agree and stipulate to this proposed Addendum to the "Stipulated Protective Order Regarding Confidentiality of Documents and Materials" (the "Protective Order") (Dkt. 189) entered by the Court on January 15, 2015:

1. Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Protective Order.

2. The Protective Order will recognize a new category of discovery called "Highly Confidential NCAA Member Financial Data." Any party may designate as "Highly Confidential NCAA Member Financial Data" (by stamping the relevant page or portion "Highly Confidential NCAA Member Financial Data – Lead Counsel Only") any document, response to discovery, or deposition transcript which includes NCAA member institution financial data (including summaries or analyses of such data and all identification keys that match member institution financial data to member institution names) that the Disclosing Party considers in good faith to contain Highly Confidential Information, the disclosure of which to another party or non-party would create a substantial risk of serious harm that could not be avoided by less restrictive means. Where a document, response to discovery, or deposition transcript consists of more than one page, the first page and each page on which Highly Confidential NCAA Member Financial Data appears shall be so designated. Highly Confidential NCAA Member Financial Data may only be disclosed to those persons set forth in Paragraph 3 below.

3. Highly Confidential NCAA Member Financial Data that is designated as such in accordance with the terms of the Protective Order and this Addendum shall not be disclosed to any person other than the following, and only to the extent necessary to litigate these actions:

   a. Plaintiffs' Interim Co-Lead Class Counsel as appointed by the court (namely, Winston & Strawn LLP, Hagens Berman Sobol Shapiro LLP and Pearson, Simon & Warshaw LLP) (Dkt. 82) and employees of such counsel;

   b. counsel for Defendants in this litigation, including in-house counsel and co-counsel retained for these actions and employees of such counsel, including a Defendant's in-house legal staff;

   c. consultants or expert witnesses retained for the prosecution or defense of

1  these actions, and anyone assisting said consultants or expert witnesses in connection with these
2  actions, provided that each such person shall execute a copy of the certification annexed to this
3  Addendum as Exhibit A before being shown or given any Highly Confidential NCAA Member
4  Financial Data;
5         d.    the original author, addressees, or recipients of the Highly Confidential
6  NCAA Member Financial Data;
7         e.    the Court, court personnel and court reporters;
8         f.    persons or entities that provide litigation support services (e.g.,
9  photocopying; videotaping; translating; preparing exhibits or demonstrations; organizing, storing,
10 retrieving data in any form or medium; etc.) and their employees and subcontractors, provided that
11 such persons or entities shall execute a copy of the certification annexed to this Addendum as
12 Exhibit A before being shown or given any Highly Confidential NCAA Member Financial Data;
13 and
14        g.    witnesses (other than persons described in Paragraph 3(c) above) who
15 testify at deposition or at trial, provided that (1) the Receiving Party has a good faith belief that
16 such witness previously had access to or otherwise had obtained knowledge of the Highly
17 Confidential NCAA Member Financial Data; and (2) such witnesses shall execute a copy of the
18 certification annexed to this Addendum as Exhibit A before being shown or given any Highly
19 Confidential NCAA Member Financial Data.
20     4.    Except as set forth herein, for purposes of all paragraphs of the Protective Order
21 except Paragraph 13, Highly Confidential NCAA Member Financial Data will receive the same
22 treatment under each such paragraph as Highly Confidential – Counsel Only Information.
23 Without limitation, any challenges or objections concerning the designation of information as
24 Highly Confidential NCAA Member Financial Data shall be made pursuant to Paragraph 14 of the
25 Protective Order.
26     5.    The parties agree that they will file documents that use Highly Confidential NCAA
27 Member Financial Data regarding any NCAA institution identified by name (as opposed to an
28 institution identified by unique identifier) if and only if they have a good faith need to identify the

1  institution by name.  The parties further agree that any such filing shall be filed under seal.
2      IT IS SO STIPULATED.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: July 8, 2015 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | By: _____/s/ Steve W. Berman_____ |
| 3 | | STEVE W. BERMAN |
| 4 | | Steve W. Berman |
| | | 1918 Eighth Avenue, Suite 3300 |
| 5 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| 6 | | steve@hbsslaw.com |
| 7 | | |
| | | Jeff D. Friedman (173886) |
| 8 | | Jon T. King (205073) |
| | | 715 Hearst Avenue, Suite 202 |
| 9 | | Berkeley, CA 94710 |
| 10 | | Telephone: (510) 725-3000 |
| | | Facsimile: (510) 725-3001 |
| 11 | | jefff@hbsslaw.com |
| | | jonk@hbsslaw.com |
| 12 | | |
| 13 | | Robert Carey |
| | | 11 W Jefferson St, |
| 14 | | Phoenix, AZ 85003 |
| | | Telephone: (602) 840-5900 |
| 15 | | Facsimile: (602) 840-3012 |
| | | rob@hbsslaw.com |
| 16 | | |
| 17 | | |
| | DATED: July 8, 2015 | **PEARSON, SIMON & WARSHAW, LLP** |
| 18 | | |
| 19 | | |
| 20 | | By: _____/s/ Bruce L. Simon_____ |
| | | BRUCE L. SIMON |
| 21 | | |
| 22 | | Bruce L. Simon (96241) |
| | | Aaron M. Sheanin (214472) |
| 23 | | Benjamin E. Shiftan (265767) |
| | | 44 Montgomery Street, Suite 2450 |
| 24 | | San Francisco, CA 94104 |
| | | Telephone: (415) 433-9000 |
| 25 | | Facsimile: (415) 433-9008 |
| | | bsimon@pswlaw.com |
| 26 | | asheanin@pswlaw.com |
| 27 | | bshiftan@pswlaw.com |
| 28 | | |
| | | *Plaintiffs' Interim Co-Lead Class Counsel* |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 8, 2015 | **WINSTON & STRAWN LLP** |
| 3 | | |
| 4 | | |
| 5 | | By:        /s/ Jeffrey L. Kessler        <br>            JEFFREY L. KESSLER |
| 6 | | Jeffrey L. Kessler (*pro hac vice*) |
| 7 | | David G. Feher (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*) |
| 8 | | 200 Park Avenue<br>New York, NY 10166-4193 |
| 9 | | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 10 | | *jkessler@winston.com*<br>*dfeher@winston.com* |
| 11 | | *dgreenspan@winston.com* |
| 12 | | Derek J. Sarafa (*pro hac vice*)<br>WINSTON & STRAWN LLP |
| 13 | | Chicago, IL 60601<br>Telephone: (312) 558-5600 |
| 14 | | Fax: (312) 558-5700<br>*dsarafa@winston.com* |
| 15 | | Sean D. Meenan (SBN 260466) |
| 16 | | 101 California Street<br>San Francisco, CA 94111 |
| 17 | | Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| 18 | | *smeenan@winston.com* |
| 19 | | *Counsel for Jenkins Plaintiffs*<br>*Interim Class Counsel* |
| 20 | DATED: July 8, 2015 | **PROSKAUER ROSE LLP** |
| 21 | | |
| 22 | | |
| 23 | | By:        /s/ Scott P. Cooper        <br>            SCOTT P. COOPER |
| 24 | | |
| 25 | | Scott Cooper (SBN 96905)<br>Jennifer L. Jones (SBN 284624) |
| 26 | | Jacquelyn N. Ferry (SBN 287798)<br>2049 Century Park East, Suite 3200 |
| 27 | | Los Angeles, CA 90067<br>Telephone: (310) 557-2900 |
| 28 | | Facsimile: (310) 557-2193 |

|   |   |   |
|---|---|---|
| 1 |  | scooper@proskauer.com |
| 2 |  | jljones@proskauer.com |
|   |  | jferry@proskauer.com |
| 3 |  | *Attorneys for Defendant Pac-12 Conference* |
| 4 | DATED: July 8, 2015 | **MAYER BROWN LLP** |

By: _____/s/ Andrew S. Rosenman_____
          ANDREW S. ROSENMAN

Andrew S. Rosenman (SBN 253764)
Britt M. Miller (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0660
Facsimile: (312) 701-7711
Email: arosenman@mayerbrown.com
Email: bmiller@mayerbrown.com

Richard J. Favretto (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: rfavretto@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

DATED: July 8, 2015           **ROBINSON BRADSHAW & HINSON**

By: _____/s/ Robert W. Fuller_____
          ROBERT W. FULLER

Nathan C. Chase, Jr. (SBN 247526)
Robert W. Fuller, III (*pro hac vice*)
Mark W. Merritt (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda R. Pickens (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: nchase@rbh.com

| | |
|---|---|
| 1 | Email: rfuller@rbh.com |
| | Email: mmerritt@rbh.com |
| 2 | Email: lmoore@rbh.com |
| 3 | Email: apickens@rbh.com |
| 4 | Mark J. Seifert (SBN 217054) |
| | Robert R. Moore (SBN 113818) |
| 5 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 6 | Three Embarcadero Center, 12th Floor |
| 7 | San Francisco, CA 94111 |
| | Telephone: (415) 837-1515 |
| 8 | Facsimile: (415) 837-1516 |
| | Email: mseifert@allenmatkins.com |
| 9 | Email: rmoore@allenmatkins.com |
| 10 | *Attorneys for Defendant Southeastern Conference* |

DATED: July 8, 2015      **SMITH MOORE LEATHERWOOD LLP**

By:      /s/ D. Erik Albright
             D. ERIK ALBRIGHT

D. Erik Albright (*pro hac vice*)
300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 433-7402
Email:erik.albright@smithmoorelaw.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2909
Email:jon.heyl@smithmoorelaw.com

Charles LaGrange Coleman, III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: ccoleman@hklaw.com

|     |                      |                                                              |
| --- | -------------------- | ------------------------------------------------------------ |
| 1   |                      | *Attorneys for Defendant Atlantic Coast Conference*          |
| 2   | DATED: July 8, 2015  | **POLSINELLI PC**                                            |

By: _____/s/ Leane K. Capps_____
         LEANE K. CAPPS

Leane K. Capps (*pro hac vice*)
POLSINELLI PC
Saint Ann Court
2501 N. Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 397-0030
Email: lcapps@polsinelli.com

Mit S. Winter (SBN 238515)
Amy D. Fitts (*pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Email: mwinter@polsinelli.com
Email: afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
POLSINELLI LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
Email: whurst@polsinelli.com

*Attorneys for Defendants The Big 12 Conference, Inc. and Conference USA*

| | | |
|---|---|---|
| 1 | DATED: July 8, 2015 | **SKADDEN ARPS SLATE MEAGHER & FLOM LLP** |

By:      /s/ Karen Hoffman Lent
             KAREN HOFFMAN LENT

Raoul D. Kennedy (SBN 40892)
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: raoul.kennedy@skadden.com

Jeffrey Mishkin (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
Email: jeffrey.mishkin@skadden.com
Email: anthony.dreyer@skadden.com
Email: karen.lent@skadden.com

*Attorneys for Defendants National Collegiate Athletic Association and Western Athletic Conference*

Robert J. Wierenga (SBN 183687)
Gregory L. Curtner (*pro hac vice*)
Kimberly K. Kefalas (*pro hac vice*)
Jacob K. Danziger (SBN 278219)
SCHIFF HARDIN LLP
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
Email: rwierenga@schiffhardin.com
Email: gcurtner@schiffhardin.com
Email: kkefalas@schiffhardin.com
Email: jdanziger@schiffhardin.com

*Attorneys for Defendant National Collegiate Athletic Association*

| | | |
|---|---|---|
| 1 | DATED: July 8, 2015 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By:  /s/ Benjamin C. Block |
| 4 | | BENJAMIN C. BLOCK |
| 5 | | Benjamin C. Block (*pro hac vice*) |
| | | 1201 Pennsylvania Avenue, N.W. |
| 6 | | Washington, DC 20004-2401 |
| | | Telephone: (202) 662-5205 |
| 7 | | Facsimile: (202) 778-5205 |
| | | Email: bblock@cov.com |
| 8 | | |
| 9 | | Rebecca A. Jacobs (SBN 294430) |
| | | One Front Street |
| 10 | | San Francisco, CA 94111-5356 |
| | | Telephone: (415) 591-6000 |
| 11 | | Facsimile: (415) 591-6091 |
| | | Email: rjacobs@cov.com |
| 12 | | |
| 13 | | *Attorneys for American Athletic Conference* |
| 14 | DATED: July 8, 2015 | **JONES WALKER LLP** |
| 15 | | |
| 16 | | By:  /s/ Mark A. Cunningham |
| 17 | | MARK A. CUNNINGHAM |
| 18 | | Mark A. Cunningham (*pro hac vice*) |
| | | 201 St. Charles Avenue |
| 19 | | New Orleans, LA 70170-5100 |
| | | Telephone: (504) 582-8536 |
| 20 | | Facsimile: (504) 589-8536 |
| 21 | | Email: mcunningham@joneswalker.com |
| 22 | | *Attorneys for Defendant Sun Belt Conference* |
| 23 | | |
| 24 | DATED: July 8, 2015 | **WALTER | HAVERFIELD LLP** |
| 25 | | |
| 26 | | By:  /s/ R. Todd Hunt |
| | | R. TODD HUNT |
| 27 | | |
| 28 | | R. Todd Hunt (*pro hac vice*) |
| | | The Tower at Erieview |

|   |   |
|---|---|
| | 1301 E. 9th Street, Suite 3500 |
| | Cleveland, OH 44114-1821 |
| | Telephone: (216) 928-2935 |
| | Facsimile: (216) 916-2372 |
| | Email: rthunt@walterhav.com |

*Attorneys for Defendant Mid-American Conference*

DATED: July 8, 2015                    **BRYAN CAVE LLP**

By:     /s/ Adam Brezine
        ADAM BREZINE

Adam Brezine (SBN 220852)
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 674-3400
Facsimile: (415) 675-3434
Email: adam.brezine@bryancave.com

Richard Young (*pro hac vice*)
Brent Rychener (*pro hac vice*)
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile: (719) 633-1518
Email: richard.young@bryancave.com
Email: brent.rychener@bryancave.com

*Attorneys for Defendant Mountain West Conference*

### ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.


    */s/ Karen Hoffman Lent*
    Karen Hoffman Lent

**PURSUANT TO STIPULATION,**
**IT IS SO ORDERED.**

DATED:  July  9 , 2015

_____
THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

I, _____, state:

1. My address and telephone number are:

2. My present employer and my employer's address are:

3. I have received a copy of the Stipulated Protective Order Regarding Confidentiality of Documents and Materials (the "Protective Order") entered in the case of *In re: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation,* in the United States District Court for the Northern District of California, No. 4:14-MD-2541-CW, entered by the Court on January 15, 2015, and the Stipulation and Order Regarding Addendum to Stipulated Protective Order ("Addendum") entered by the Court on _____.

4. I have carefully read the Protective Order and Addendum and understand their provisions.

5. I will comply with all the provisions of the Protective Order and Addendum.

6. I will hold in confidence and will not disclose to anyone not qualified under the Protective Order and Addendum any documents designated Confidential, Highly Confidential – Counsel Only or Highly Confidential NCAA Member Financial Data – Lead Counsel Only, and I will use such Confidential Information and/or Highly Confidential – Counsel Only Information and/or Highly Confidential NCAA Member Financial Data only for the allowed purposes stated in the Protective Order and Addendum.

7. I will return all documents that are designated Confidential, Highly Confidential – Counsel Only or Highly Confidential NCAA Member Financial Data – Lead Counsel Only to counsel for the party from whom I obtained such documents.

8. I will submit to the jurisdiction of the United States District Court for the Northern District of California for purposes of the enforcement of the Protective Order and Addendum, and understand that violation of the Protective Order and Addendum can constitute contempt of Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED _____, 201_.

_____
Signature

_____
Printed Name