[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW<br>Case No. 4:14-cv-02758-CW |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION  AS MODIFIED |

1  WHEREAS, on November 14, 2014, Consolidated Plaintiffs and *Jenkins* Plaintiffs
2  ("Plaintiffs") filed a joint motion for injunctive relief class certification;
3  WHEREAS, on February 20, 2015, Plaintiffs filed an amended joint motion for injunctive
4  relief class certification (the "Motion");
5  WHEREAS, on April 30, 2015, Defendants filed a joint opposition to the Motion (the
6  "Opposition");
7  WHEREAS, on June 26, 2015, Plaintiffs filed a joint reply in support of the Motion (the
8  "Reply");
9  WHEREAS, Defendants' joint brief in response to the Reply (the "Surreply") is currently
10  due on August 20, 2015;
11  WHEREAS, the parties agreed to conduct depositions of Plaintiffs' experts on August 25-27,
12  based on the availability and locations of all experts and counsel, which is after the current deadline
13  for the Surreply;
14  WHEREAS, the hearing on the Motion is scheduled for October 1, 2015; and
15  WHEREAS, the parties have previously agreed to modifications of the injunctive relief class
16  certification schedule and such modifications have been granted by the Court.[1]
17  THEREFORE, the parties agree that the schedule should be modified as follows:
18  The Surreply will be due on September 8, 2015; and
19  The October 1, 2015 hearing and Case Management Conference will remain unchanged.

---

[1] *See* ECF No. 185 (resetting deadlines for the Opposition to February 13, 2015 and the Reply to March 13, 2015, and resetting the hearing date to April 2, 2015); ECF No. 193 (resetting deadlines for the Opposition to March 30, 2015 and the Reply to April 27, 2015, and resetting the hearing date to May 14, 2015); ECF No. 209 (resetting deadlines for the Opposition to April 30, 2015 and the Reply to May 28, 2015, and resetting the hearing date to June 18, 2015); ECF No. 210 (resetting the hearing date to July 23, 2015); and ECF No. 228 (resetting deadline for the Reply to June 26, providing Defendants an opportunity to file the Surreply by August 20, 2015, and resetting the hearing date to July 23 or October 1, depending on Plaintiffs' submission of expert reports and the Court's ruling on any objection by Defendants).

| | | |
|---|---|---|
| 1 | Dated:  July 20, 2015 | whurst@polsinelli.com |
| 2 | By: */s/ Karen Hoffman Lent* | *Counsel for the Big 12 Conference, Inc. and Conference USA* |
| 3 | Jeffrey A. Mishkin<br>Karen Hoffman Lent | |
| 4 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | By:  */s/ R. Todd Hunt*<br>R. Todd Hunt |
| 5 | Four Times Square<br>New York, NY  10036 | **WALTER HAVERFIELD LLP**<br>The Tower at Erieview |
| 6 | Telephone:  (212) 735-3000 | 1301 E. 9th Street, Suite 3500<br>Cleveland, OH  44114-1821 |
| 7 | Facsimile:   (917) 777-2000<br>jeffrey.mishkin@skadden.com | Telephone:  (216) 928-2935<br>Facsimile:  (216) 916-2372 |
| 8 | | rthunt@walterhav.com |
| 9 | Raoul D. Kennedy<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | *Counsel for Mid-American Conference* |
| 10 | 525 University Avenue | |
| 11 | Palo Alto, CA  94301<br>Telephone:  (650) 470-4500 | By:  */s/ Mark A. Cunningham*<br>Mark A. Cunningham |
| 12 | Facsimile:   (650) 470-4570 | **JONES WALKER**<br>201 St. Charles Avenue |
| 13 | raoul.kennedy@skadden.com | New Orleans, LA  70170-5100<br>Telephone:  (504) 582-8536 |
| 14 | *Counsel for National Collegiate Athletic Association and Western Athletic Conference* | Facsimile:   (504) 589-8536<br>mcunningham@joneswalker.com |
| 15 | | |
| 16 | By:  */s/ Leane K. Capps*<br>Leane K. Capps | *Counsel for Sun Belt Conference* |
| 17 | **POLSINELLI PC**<br>Saint Ann Court | By:  */s/ D. Erik Albright* |
| 18 | 2501 N. Harwood Street, Suite 1900<br>Dallas, TX  75201 | D. Erik Albright<br>**SMITH MOORE LEATHERWOOD LLP** |
| 19 | Telephone:  (214) 397-0030 | 300 North Greene Street, Suite 1400<br>Greensboro, NC  27401 |
| 20 | lcapps@polsinelli.com | Telephone:  (336) 378-5368<br>Facsimile:  (336) 433-7402 |
| 21 | Amy D. Fitts<br>**POLSINELLI PC** | erik.albright@smithmorrelaw.com |
| 22 | 120 W. 12th Street<br>Kansas City, MO 64105 | Jonathan P. Heyl |
| 23 | Telephone:  (816) 218-1255<br>afitts@polsinelli.com | **SMITH MOORE LEATHERWOOD LLP**<br>101 N. Tryon Street, Suite 1300 |
| 24 | | Charlotte, NC 28246<br>Telephone: (704) 384-2625 |
| 25 | Wesley D. Hurst<br>**POLSINELLI PC** | Facsimile: (704) 384-2625 |
| 26 | 2049 Century Park East, Suite 2300<br>Los Angeles, CA  90067 | jon.heyl@smithmoorelaw.com |
| 27 | Telephone:  (310) 556-1801 | |

5

STIPULATION AND [~~PROPOSED~~] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

| | |
|---|---|
| Charles La Grange Coleman, III<br>**HOLLAND & KNIGHT LLP**<br>50 California Street, Suite 2800<br>San Francisco, CA  94111-4624<br><br>Telephone:  (415) 743-6900<br>Facsimile:  (415) 743-6910<br>ccoleman@hklaw.com<br><br>*Counsel for The Atlantic Coast Conference*<br><br>By: */s/ Scott P. Cooper*<br>Scott P. Cooper<br>Jennifer L. Jones<br>Jacquelyn N. Ferry<br>**PROSKAUER ROSE LLP**<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067<br>Telephone:  (310) 557-2900<br>Facsimile:   (310) 557-2193<br>scooper@proskauer.com<br><br>*Counsel for Pac-12 Conference*<br><br>By: */s/ Andrew S. Rosenman*<br>Andrew S. Rosenman<br>Britt M. Miller<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL  60606-46537<br>Telephone:  (312) 782-0600<br>Facsimile:   (312) 701-7711<br>arosenman@mayerbrown.com<br><br>Richard J. Favretto<br>**MAYER BROWN LLP**<br>1999 K Street, N.W.<br>Washington, D.C.  20006-1101<br>Telephone:  (202) 263-3000<br>Facsimile:   (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>*Counsel for The Big Ten Conference, Inc.*<br><br>By: */s/ Robert W. Fuller*<br>Robert W. Fuller, III | Nathan C. Chase Jr.<br>Mark W. Merritt<br>Lawrence C. Moore, III<br>Amanda R. Pickens<br>**ROBINSON BRADSHAW & HINSON**<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC  28246<br>Telephone:  (704) 377-2536<br>Facsimile:   (704) 378-4000<br>rfuller@rbh.com<br><br>Mark J. Seifert<br>Robert R. Moore<br>**ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP**<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 837-1515<br>Facsimile:   (415) 837-1516<br>mseifert@allenmatkins.com<br><br>*Counsel for Southeastern Conference*<br><br>By: */s/ Adam Brezine*<br>Adam Brezine<br>**BRYAN CAVE LLP**<br>560 Mission Street, 25th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 674-3400<br>Facsimile:   (415) 675-3434<br>adam.brezine@bryancave.com<br><br>Richard Young<br>Brent Rychener<br>**BRYAN CAVE LLP**<br>90 South Cascade Avenue, Suite 1300<br>Colorado Springs, CO  80903<br>Telephone:  (719) 473-3800<br>Facsimile:   (719) 633-1518<br>richard.young@bryancave.com<br>brent.rychener@bryancave.com<br><br>*Counsel for Mountain West Conference*<br><br>By: */s/ Benjamin C. Block*<br>Benjamin C. Block |

6

STIPULATION AND [~~PROPOSED~~] ORDER RESETTING SCHEDULE FOR INJUNCTIVE RELIEF CLASS CERTIFICATION
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

| | |
|---|---|
| **COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone:  (202 662-5205<br>Facsimile:  (202) 778-5205<br>bblock@cov.com<br><br>Rebecca A. Jacobs (SBN 294430)<br>**COVINGTON & BURLING LLP**<br>One Front Street<br>San Francisco, CA  94111-5356<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br>rjacobs@cov.com<br><br>*Counsel for American Athletic Conference*<br><br>By: /s/ Jeffrey L. Kessler<br>Jeffrey L. Kessler<br>David G. Feher<br>David L. Greenspan<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br><br>Sean D. Meenan<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>smeenan@winston.com<br><br>*Counsel for Jenkins Plaintiffs*<br>*Plaintiffs' Interim Co-Lead Class Counsel* | By: /s/ Steve W. Berman<br>Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594<br>steve@hbsslaw.com<br><br>By: /s/ Bruce L. Simon<br>Bruce L. Simon<br>Aaron M. Sheanin<br>Benjamin E. Shiftan<br>**PEARSON, SIMON & WARSHAW, LLP**<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA  94104<br>Telephone:  (415) 433-9000<br>Facsimile:   (415) 433-9008<br>bsimon@pswlaw.com<br><br>*Plaintiffs' Interim Co-Lead Class Counsel*<br><br>By: /s/ Elizabeth C. Pritzker<br>Elizabeth C. Pritzker<br>Jonathan K. Levine<br>Bethany L. Caracuzzo<br>Shiho Yamamoto<br>**PRITZKER LEVINE LLP**<br>180 Grand Avenue, Suite 1390<br>Oakland, CA 94612<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110<br><br>*Additional Class Counsel* |

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

                                        */s/ Jeffrey L. Kessler*
                                         Jeffrey L. Kessler

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

*/s/ Claudia Wilken*
The Honorable Claudia Wilken
United States District Court Judge