UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NCAA Grant-in-Aid Cap Antitrust Lit.

Plaintiff(s),

v.

Relates to: ALL ACTIONS

Defendant(s).

Case No: 14-md-2541-C\

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caitlin J. Morgan, an active member in good standing of the bar of State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Conference USA in the above-entitled action. My local co-counsel in this case is Wesley D. Hurst, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Polsinelli PC, 2950 N. Harwood Street Suite 2100, Dallas, TX 75201 | Polsinelli PC, 2049 Century Park East Suit 2300, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 397-0030 | (310) 556-1801 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cmorgan@polsinelli.com | whurst@polsinelli.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24074757.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

Caitlin J. Morgan
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Caitlin J. Morgan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/28/15

IT IS SO ORDERED
Claudia Wilken
Judge Claudia Wilken

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                      October 2012

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Caitlin Jemilha Morgan**

Bar Number:                                  Date of Admission:

**24074757**                                 **August 6, 2013**

Witness my official signature and the seal of this court.

Dated: September 23, 2015

Karen Mitchell,
Clerk of Court

By: Alice Cobb
Deputy Clerk