Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

R. Todd Hunt (*pro hac vice*)
E-Mail: rthunt@walterhav.com
Benjamin G. Chojnacki (*pro hac vice*)
E-Mail: bchojnacki@walterhav.com
WALTER | HAVERFIELD LLP
1301 E. Ninth St., Suite 3500
Cleveland, Ohio 44114
Telephone: 216.928.2935
Telephone: 216.619-7850
Facsimile: 216.916.2372

Attorneys for Defendant
Mid-American Conference

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-mdl-02541-CW<br><br>**DEFENDANT MID-AMERICAN CONFERENCE'S ADMINISTRATIVE FOR BENJAMIN G. CHOJNACKI TO ATTEND OCTOBER 1, 2015 MOTION FOR CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: October 1, 2015<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

**DEFENDANT MID-AMERICAN CONFERENCE'S ADMINISTRATIVE MOTION FOR BENJAMIN G. CHOJNACKI TO ATTEND OCTOBER 1, 2015 MOTION FOR CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE BY TELEPHONE – CASE NO. 4:14-mdl-14-02541-CW**

| | |
|---|---|
| 1 | The Mid-American Conference ("MAC") respectfully requests that the Court allow its |
| 2 | assistant counsel, Benjamin G. Chojnacki, of Walter | Haverfield LLP, to attend the October 1, |
| 3 | 2015 Motion for Class Certification hearing and Case Management Conference by telephone. |

WALTER | HAVERFIELD LLP

By   */s/ Benjamin G. Chojnacki*
     Benjamin G. Chojnacki

Attorney for Defendant
Mid-American Conference

DATED: September 28, 2015

---

**DEFENDANT MID-AMERICAN CONFERENCE'S ADMINISTRATIVE MOTION FOR BENJAMIN G. CHOJNACKI TO ATTEND OCTOBER 1, 2015 MOTION FOR CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE BY TELEPHONE – CASE NO. 4:14-mdl-14-02541-CW**

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to the e-mail addresses registered.

WALTER | HAVERFIELD LLP

By  */s/ Benjamin G. Chojnacki*
     Benjamin G. Chojnacki

Attorney for Defendant
Mid-American Conference

**DEFENDANT MID-AMERICAN CONFERENCE'S ADMINISTRATIVE MOTION FOR BENJAMIN G. CHOJNACKI TO ATTEND OCTOBER 1, 2015 MOTION FOR CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE BY TELEPHONE – CASE NO. 4:14-mdl-14-02541-CW**