UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 14-md-02541-CW<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Cousins for resolution of Defendants' Administrative Motion to Seal (docket no. 217), Plaintiffs' Administrative Motion to Seal (docket no. 229) and for all future discovery motions and administrative motions to seal. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef, NC