UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 4:14-md-02541-CW <br> Case No. 4:14-cv-02758-CW <br><br> **JOINT SUBMISSION ON PROPOSED BRIEFING SCHEDULES FOR THE RULE 23(b)(3) MOTION, DEADLINES FOR DISCOVERY, EXPERT DISCOVERY AND SUMMARY JUDGMENT MOTIONS** |

Pursuant to the Minute Order entered in the above-referenced actions on October 1, 2015, counsel for all parties submit the following Proposed Briefing Schedules for the Rule 23(b)(3) motion, as well as deadlines for discovery, expert discovery and summary judgment motions.

| Item | Plaintiffs' Proposed Timing | Defendants' Proposed Timing |
|---|---|---|
| Plaintiffs' Motion for Damages Class Certification | Due **February 15, 2016** (4 months from today) | Due **February 15, 2016** (4 months from today) |
| Defendants' Opposition to Plaintiffs' Motion for Damages Class Certification | Due **April 15, 2016** (60 days after filing of opening Motion) | Due **June 14, 2016** (120 days after filing of opening Motion) |
| Plaintiffs' Reply in Support of Motion for Damages Class Certification | Due **May 15, 2016** (30 days after filing of Opposition) | Due **August 15, 2016** (60 days after filing of Opposition) |
| Complete non-class-related document production | | 120 days after the resolution of Plaintiffs' Rule 23(b)(3) motion |
| Complete fact depositions | | Commence upon the substantial completion of document production and shall be completed within 180 days following their commencement |
| Close of Fact Discovery | **June 15, 2016** (8 months from today) | |
| Exchange Rule 26(a)(2) expert disclosures | | 30 days after the completion of fact depositions |
| Merits Expert Reports Due | **July 15, 2016** (Due 30 days after close of fact discovery) (Plaintiffs assert that this includes Defendants filing affirmative expert reports regarding any proffered procompetitive justifications for the restraints at issue because Defendants bear the burden of proof for such justifications) | 60 days after the exchange of expert disclosures |
| Rebuttal Merits Expert Reports | **September 15, 2016** (Due 60 days after initial Merits Reports due) | 90 days after the affirmative reports |
| Deadline for Completion of Expert Discovery | **October 1, 2016** (Due 15 days after rebuttal Merits Reports are filed) | 30 days after the rebuttal expert reports are filed |
| Dispositive Motions | **November 15, 2016** (Due 45 days after close of expert discovery) | 60 days after the close of expert discovery |
| Oppositions to Dispositive Motions | **December 15, 2016** (Due 30 days after filing of opening motions) | 60 days after dispositive motions are filed |
| Replies in Support of Dispositive Motions | **January 5, 2017** (Due 21 days after Oppositions filed) | 30 days after responses are filed |

**PLAINTIFFS' POSITION**

Plaintiffs believe that their proposed schedule is an efficient way to get this case to trial in a reasonable time frame.  We are confident that all counsel can work together to meet our proposed deadlines.

**DEFENDANTS' POSITION**

*Explanation of Defendants' Proposed Briefing Schedule for Rule 23(b)(3) Motion:* Defendants' accept Plaintiffs' proposal that their motion for certification of a Rule 23(b)(3) damages class should be filed within 120 days from today.  During that 120-day period, Plaintiffs will conduct discovery targeted at information necessary for the filing of their class certification motion, develop their expert report(s) and prepare their brief in support of the motion.

Defendants propose that they have a comparable amount of time to prepare their opposition. During that 120-period, Defendants will conduct discovery targeted at information necessary for their opposition to the class certification motion, including the taking of the depositions of any proposed representative Plaintiffs who were not previously deposed in connection with Plaintiffs' Rule 23(b)(2) motion and depositions of Plaintiffs' Rule 23(b)(3) expert(s), develop their expert report(s) and prepare their brief in opposition to the motion.  In light of the difficulties the parties encountered in scheduling the depositions of Plaintiffs' Rule 23(b)(2) class representatives, which required several extensions of the Rule 23(b)(2) briefing schedule, as well as the time required to prepare Defendants' own expert report(s) and opposition papers to the Rule 23(b)(3) motion, Defendants do not believe that the 60 days proposed by Plaintiffs for Defendants' opposition to their motion is sufficient.  Plaintiffs have had all the time since the commencement of the actions within which to develop their strategy, work with their experts, and determine the proposed class-wide damages methodology by which they hope to comply with the requirements for certification of a damages class.  Defendants will not have that information until Plaintiffs file their motion, and will have to develop their opposition for the most part starting at that time.

*Explanation of Defendants' Proposed Deadlines for Discovery, Merits Experts and Summary Judgment Motions:*  Defendants agree that the parties will continue to work on general merits discovery during briefing of the Rule 23(b)(3) motion; however, given the significant

2

amount of document discovery Plaintiffs have requested and the over 100 witnesses identified in Plaintiffs' initial disclosures, completion of document discovery and fact depositions within an 8-month period, running concurrently with the Rule 23(b)(3) motion schedule, as proposed by Plaintiffs, is unrealistic.  The scope of the merits discovery in this case, including merits expert reports and discovery, as well as discovery relating to possible damages, will largely be determined by this Court's decision on the Rule 23(b)(3) motion and whether Plaintiffs in this class are representing classes of thousands of student-athletes or are representing only themselves.  It would therefore be wasteful of the resources of the parties and the Court for the merits discovery to proceed to conclusion before the resolution of the Rule 23(b)(3) motion.  For that reason, Defendants believe that their proposed schedule is the more efficient way to get this case to trial in a reasonable time frame.  Defendants also believe that, if specific issues arise relating to the conduct of merits discovery, Plaintiffs and Defendants can work with Magistrate Judge Cousins to resolve them.

By: /s/ Jeffrey L. Kessler
Jeffrey L. Kessler
David G. Feher
David L. Greenspan
Timothy M. Nevius
Joseph A. Litman
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com

Derek J. Sarafa
WINSTON & STRAWN LLP
35 W. Upper Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
dsarafa@winston.com

Sean D. Meenan
Jeanifer E. Parsigian
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com

*Counsel for Jenkins Plaintiffs*
*Plaintiffs' Interim Co-Lead Class Counsel*

By: /s/ Steve W. Berman
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

By: /s/ Bruce L. Simon
Bruce L. Simon
Aaron M. Sheanin
Benjamin E. Shiftan
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

By: /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker
Jonathan K. Levine
Bethany L. Caracuzzo
Shiho Yamamoto
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

*Additional Class Counsel*

| | | |
|---|---|---|
| 1 | By: */s/ Karen Hoffman Lent* | By: */s/ Leane K. Capps* |
| 2 | Jeffrey A. Mishkin<br>Karen Hoffman Lent | Leane K. Capps<br>Caitlin J. Morgan |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP | POLSINELLI PC<br>Saint Ann Court |
| 4 | Four Times Square | 2501 N. Harwood Street, Suite 1900 |
| 5 | New York, NY  10036<br>Telephone:  (212) 735-3000 | Dallas, TX  75201<br>Telephone:  (214) 397-0030 |
| 6 | Facsimile:   (917) 777-2000<br>jeffrey.mishkin@skadden.com | lcapps@polsinelli.com |
| 7 | | Amy D. Fitts |
| 8 | Raoul D. Kennedy<br>SKADDEN, ARPS, SLATE, MEAGHER & | POLSINELLI PC<br>120 W. 12th Street |
| 9 | FLOM LLP<br>525 University Avenue | Kansas City, MO 64105<br>Telephone:  (816) 218-1255 |
| 10 | Palo Alto, CA  94301<br>Telephone:  (650) 470-4500 | afitts@polsinelli.com |
| 11 | Facsimile:   (650) 470-4570<br>raoul.kennedy@skadden.com | Wesley D. Hurst<br>POLSINELLI PC |
| 12 | | 2049 Century Park East, Suite 2300 |
| 13 | *Counsel for National Collegiate Athletic Association and Western Athletic Conference* | Los Angeles, CA  90067<br>Telephone:  (310) 556-1801 |
| 14 | | whurst@polsinelli.com |
| 15 | By: */s/ Benjamin C. Block*<br>Benjamin C. Block | *Counsel for the Big 12 Conference, Inc. and* |
| 16 | COVINGTON & BURLING LLP<br>One CityCenter | *Conference USA* |
| 17 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 | By: */s/ Andrew S. Rosenman*<br>Andrew S. Rosenman |
| 18 | Telephone:  (202 662-5205<br>Facsimile:  (202) 778-5205 | Britt M. Miller<br>MAYER BROWN LLP |
| 19 | bblock@cov.com | 71 South Wacker Drive<br>Chicago, IL  60606-46537 |
| 20 | Rebecca A. Jacobs (SBN 294430) | Telephone:  (312) 782-0600 |
| 21 | COVINGTON & BURLING LLP<br>One Front Street | Facsimile:   (312) 701-7711<br>arosenman@mayerbrown.com |
| 22 | San Francisco, CA  94111-5356<br>Telephone:  (415) 591-6000 | Richard J. Favretto |
| 23 | Facsimile:   (415) 591-6091<br>rjacobs@cov.com | MAYER BROWN LLP<br>1999 K Street, N.W. |
| 24 | | Washington, D.C.  20006-1101 |
| 25 | *Counsel for American Athletic Conference* | Telephone:  (202) 263-3000<br>Facsimile:   (202) 263-3300 |
| 26 | | rfavretto@mayerbrown.com |
| 27 | | *Counsel for The Big Ten Conference, Inc.* |
| 28 | | |

| | |
|---|---|
| By: */s/ R. Todd Hunt* <br> R. Todd Hunt <br> WALTER HAVERFIELD LLP <br> The Tower at Erieview <br> 1301 E. 9th Street, Suite 3500 <br> Cleveland, OH 44114-1821 <br> Telephone: (216) 928-2935 <br> Facsimile: (216) 916-2372 <br> rthunt@walterhav.com <br><br> *Counsel for Mid-American Conference* <br><br> By: */s/ Adam Brezine* <br> Adam Brezine <br> BRYAN CAVE LLP <br> 560 Mission Street, 25th Floor <br> San Francisco, CA 94105 <br> Telephone: (415) 674-3400 <br> Facsimile: (415) 675-3434 <br> adam.brezine@bryancave.com <br><br> Richard Young <br> Brent Rychener <br> BRYAN CAVE LLP <br> 90 South Cascade Avenue, Suite 1300 <br> Colorado Springs, CO 80903 <br> Telephone: (719) 473-3800 <br> Facsimile: (719) 633-1518 <br> richard.young@bryancave.com <br> brent.rychener@bryancave.com <br><br> *Counsel for Mountain West Conference* | By: */s/ Robert W. Fuller* <br> Robert W. Fuller, III <br> Nathan C. Chase Jr. <br> Mark W. Merritt <br> Lawrence C. Moore, III <br> Pearlynn G. Houck <br> Amanda R. Pickens <br> ROBINSON BRADSHAW & HINSON <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@rbh.com <br><br> Mark J. Seifert <br> Robert R. Moore <br> ALLEN MATKINS LECK GAMBLE <br> MALLORY & NATSIS LLP <br> Three Embarcadero Center, 12th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 837-1515 <br> Facsimile: (415) 837-1516 <br> mseifert@allenmatkins.com <br><br> *Counsel for Southeastern Conference* <br><br> By: */s/ Mark A. Cunningham* <br> Mark A. Cunningham <br> JONES WALKER <br> 201 St. Charles Avenue <br> New Orleans, LA 70170-5100 <br> Telephone: (504) 582-8536 <br> Facsimile: (504) 589-8536 <br> mcunningham@joneswalker.com <br><br> *Counsel for Sun Belt Conference* |

6

| | |
|---|---|
| By: */s/ D. Erik Albright* <br> D. Erik Albright <br> SMITH MOORE LEATHERWOOD LLP <br> 300 North Greene Street, Suite 1400 <br> Greensboro, NC  27401 <br> Telephone:  (336) 378-5368 <br> Facsimile:   (336) 433-7402 <br> erik.albright@smithmorrelaw.com <br><br> Jonathan P. Heyl <br> SMITH MOORE LEATHERWOOD LLP <br> 101 N. Tryon Street, Suite 1300 <br> Charlotte, NC 28246 <br> Telephone: (704) 384-2625 <br> Facsimile: (704) 384-2625 <br> jon.heyl@smithmoorelaw.com <br><br> Charles La Grange Coleman, III <br> HOLLAND & KNIGHT LLP <br> 50 California Street, Suite 2800 <br> San Francisco, CA  94111-4624 <br> Telephone:  (415) 743-6900 <br> Facsimile:  (415) 743-6910 <br> ccoleman@hklaw.com <br><br> *Counsel for The Atlantic Coast Conference* | By: */s/ Scott P. Cooper* <br> Scott P. Cooper <br> Jennifer L. Jones <br> Jacquelyn N. Ferry <br> PROSKAUER ROSE LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA  90067 <br> Telephone:  (310) 557-2900 <br> Facsimile:    (310) 557-2193 <br> scooper@proskauer.com <br><br> *Counsel for Pac-12 Conference* |

ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

/s/ Karen Hoffman Lent

7