UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 14-md-02541 CW   (NC)<br><br>**ORDER REQUESTING HARD COPIES OF MOTIONS TO SEAL AND RELEVANT EXHIBITS**<br><br>Re: Dkt. Nos. 217, 229 |

The Plaintiffs and Defendants have filed Administrative Motions to Seal referencing selected exhibits. *See* Dkt. Nos. 217, 229. The Court requests that the parties provide hard copies of the motions to seal as well as the pertinent exhibits to chambers at the San Jose district courthouse, located at 280 South 1st Street, San Jose CA 95113.

**IT IS SO ORDERED.**

Dated: December 14, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-md-02541 CW