UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*<br>Case No. 14-cv-0278-CW | No. 4:14-md-2541-CW<br><br>[~~PROPOSED~~] ORDER REGARDING CONSOLIDATED PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CONSOLIDATED PLAINTIFFS' MOTION FOR CERTIFICATION OF DAMAGES CLASSES MATERIALS |

010271-11 729937 V1

1  Having considered Consolidated Plaintiffs' Administrative Motion to File Under Seal
2  Portions of Consolidated Plaintiffs' Motion for Certification of Damages Classes Materials, the
3  Court rules as follows:

| DOCUMENT | | DECISION |
|---|---|---|
| Consolidated Plaintiffs' Motion for Certification of Damages Classes ("Motion") | In its entirety | |
| Declaration of Steve W. Berman In Support of the Motion for Class Certification ("Berman Declaration") | In its entirety | |
| Berman Declaration | Exhibit 4 | |
| Berman Declaration | Exhibit 19 | |
| Berman Declaration | Exhibit 22 | |
| Berman Declaration | Exhibit 24 | |
| Berman Declaration | Exhibit 25 | |
| Berman Declaration | Exhibit 26 | |
| Berman Declaration | Exhibit 27 | |
| Berman Declaration | Exhibit 28 | |
| Berman Declaration | Exhibit 29 | |
| Berman Declaration | Exhibit 30 | |
| Berman Declaration | Exhibit 54 | |
| Berman Declaration | Exhibit 55 | |
| Berman Declaration | Exhibit 56 | |
| Berman Declaration | Exhibit 57 | |
| Berman Declaration | Exhibit 58 | |
| Berman Declaration | Exhibit 59 | |
| Berman Declaration | Exhibit 60 | |
| Berman Declaration | Exhibit 69 | |
| Berman Declaration | Exhibit 70 | |
| Expert Report of Professor Daniel A. Rascher | Pages 21-22 | |

010271-11 729937 V1

| | | |
|---|---|---|
| Expert Report of Professor Daniel A. Rascher | Page 26 | |
| Expert Report of Professor Daniel A. Rascher | Pages 29-30 | |
| Expert Report of Professor Daniel A. Rascher | Pages 35-36 | |
| Expert Report of Professor Daniel A. Rascher | Page 37 | |
| Expert Report of Professor Daniel A. Rascher | Page 42 | |
| Expert Report of Professor Daniel A. Rascher | Page 43 | |
| Expert Report of Professor Daniel A. Rascher | Page 53 | |
| Expert Report of Professor Daniel A. Rascher | Page 57 | |
| Expert Report of Professor Daniel A. Rascher | Page 58 | |
| Expert Report of Professor Daniel A. Rascher | Pages 59-65 | |
| Expert Report of Professor Daniel A. Rascher | Page 75 | |
| Expert Report of Professor Daniel A. Rascher | Page 134 | |
| Expert Report of Professor Daniel A. Rascher | Pages 141-42 | |
| Expert Report of Professor Daniel A. Rascher | Page 160 | |
| Expert Report of Professor Daniel A. Rascher | Page 10 | |
| Expert Report of Professor Daniel A. Rascher | Pages 71-72 | |
| Expert Report of Professor Daniel A. Rascher | Page 77 | |
| Expert Report of Professor Daniel A. Rascher | Page 84 | |
| Expert Report of Professor Daniel A. Rascher | Page 85 | |
| Expert Report of Professor Daniel A. Rascher | Page 86 | |
| Expert Report of Professor Daniel A. Rascher | Page 95 | |
| Expert Report of Professor Daniel A. Rascher | Pages 98-101 | |
| Expert Report of Professor Daniel A. Rascher | Page 109 | |
| Expert Report of Professor Daniel A. Rascher | Page 110 | |
| Expert Report of Professor Daniel A. Rascher | Pages 110-13 | |
| Expert Report of Professor Daniel A. Rascher | Pages 113-14 | |
| Expert Report of Professor Daniel A. Rascher | Pages 115-16 | |

010271-11 729937 V1

| | |
|---|---|
| Expert Report of Professor Daniel A. Rascher | Pages 116-17 |
| Expert Report of Professor Daniel A. Rascher | Pages 118-19 |
| Expert Report of Professor Daniel A. Rascher | Page 120 |
| Expert Report of Professor Daniel A. Rascher | Page 121 |
| Expert Report of Professor Daniel A. Rascher | Page 123-25 |
| Expert Report of Professor Daniel A. Rascher | Page 131 |
| Expert Report of Professor Daniel A. Rascher | Pages 139-140 |
| Expert Report of Professor Daniel A. Rascher | Pages 149-50 |
| Expert Report of Professor Daniel A. Rascher | Page 150 |
| Expert Report of Professor Daniel A. Rascher | Pages 153-54 |
| Expert Report of Professor Daniel A. Rascher | Pages 154-55 |
| Expert Report of Professor Daniel A. Rascher | Page 155 |
| Expert Report of Professor Daniel A. Rascher | Page 157 |
| Expert Report of Professor Daniel A. Rascher | Page 158 |

The Court orders document nos. 362 and 364 sealed.

**IT IS SO ORDERED.**

DATED: March 23, 2016



IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

- 3 -

010271-11 729937 V1