Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*jkessler@winston.com*
*dfeher@winston.com*
*dgreenspan@winston.com*

Sean D. Meenan (SBN 260466)
Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
*smeenan@winston.com*
*jparsigian@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:14-md-02541-CW (NC)<br>Case No. 4:14-cv-02758-CW (NC)<br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT DISCOVERY STATUS HEARING**<br><br>Date:        May 19, 2016<br>Time:        2:30 PM<br>Courtroom:   Courtroom 7, 4th floor<br>Magistrate   Judge Nathanael M. Cousins |

David L. Greenspan, as Class Counsel for *Jenkins* and Consolidated Action Plaintiffs, respectfully moves for leave to appear at the May 19, 2016 discovery status hearing by telephone. Mr. Greenspan's telephonic appearance would be in addition to the in-person appearance of one or more attorneys for *Jenkins* and Consolidated Action Plaintiffs.

Dated: May 17, 2016                                  Respectfully submitted,

By: */s/ David L. Greenspan*
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*dgreenspan@winston.com*

Sean D. Meenan (SBN 260466)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
*smeenan@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*