Steve W. Berman *(Pro Hac Vice)*
Craig R. Spiegel (122000)
Ashley A. Bede *(Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
ashleyb@hbsslaw.com

Bruce L. Simon (96241)
Aaron M. Sheanin (214472)
Benjamin E. Shiftan (265767)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
asheanin@pswlaw.com
bshiftan@pswlaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*<br>Case No. 14-cv-0278-CW | Case No. 4:14-md-2541-CW<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

010271-11 936184 V1

1  This matter comes before the Court on plaintiffs' Unopposed Administrative Motion to
2  Shorten Time Pursuant to Local Rule 6-3 for the Hearing of Plaintiffs' Unopposed Motion for
3  Preliminary Approval of Class Action Settlement.  Upon consideration of the foregoing motion, the
4  papers submitted in support and opposition thereto, and good cause appearing,

5  IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED. The Court is advancing the
6  hearing of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement from
7  March 21, 2017 to __3/7__, 2017.   at 2:30 pm

8  DATED:  _2/15/2017_
9  _____
   HONORABLE _____ WILKEN
   UNITED STATES DISTRICT JUDGE
10

11
   Submitted by:
12
   HAGENS BERMAN SOBOL SHAPIRO LLP
13
         /s/ *Steve W. Berman*
14         STEVE W. BERMAN

15 Craig Spiegel (122000)
   Ashley A. Bede (*pro hac vice*)
16 HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
17 Seattle, Washington 98101
   Telephone: (206) 623-7292
18 Facsimile: (206) 623-0594
19 steve@hbsslaw.com
   craigs@hbsslaw.com
20 ashleyb@hbsslaw.com

21 Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
22 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
23 Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
24 jefff@hbsslaw.com

25 Bruce L. Simon (96241)
   Aaron M. Sheanin (214472)
26 Benjamin E. Shiftan (265767)
   PEARSON, SIMON & WARSHAW, LLP
27 44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
28 Telephone: (415) 433-9000

[PROPOSED] ORDER GRANTING ADMIN. MOTION - Case
No.: 14-md-2541-CW

010271-11 936184 V1                          -1-

1  Facsimile: (415) 433-9008
   bsimon@pswlaw.com
2  asheanin@pswlaw.com
   bshiftan@pswlaw.com
3
   *Plaintiffs' Interim Co-Lead Class Counsel*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOTION - Case
No.: 14-md-2541-CW

010271-11 936184 V1                    -2-