ROBERT W. FULLER, III (*pro hac vice*)
NATHAN C. CHASE, JR. (SBN 247526)
LAWRENCE C. MOORE, III (*pro hac vice*)
PEARLYNN G. HOUCK (*pro hac vice*)
AMANDA R. PICKENS (*pro hac vice*)
ROBINSON BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: rfuller@robinsonbradshaw.com
Email: nchase@robinsonbradshaw.com
Email: lmoore@robinsonbradshaw.com
Email: phouck@robinsonbradshaw.com
Email: apickens@robinsonbradshaw.com

*Counsel for Defendant*
SOUTHEASTERN CONFERENCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 4:14-md-2541-CW (NC)<br>No. 4:14-cv-2758-CW (NC)<br><br>DEFENDANT SOUTHEASTERN CONFERENCE'S MOTION FOR ROBERT W. FULLER TO ATTEND THE MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE<br><br>Date:      March 7, 2017<br>Time:     2:30 PM<br>Courtroom: Courtroom 2, 4th Floor<br>Before:   Hon. Claudia Wilken |

The Southeastern Conference (the "SEC") respectfully moves that the Court allow Robert W. Fuller, one of the counsel of record for the SEC in this matter, to attend the

---

Defendant Southeastern Conference's Motion
for Robert W. Fuller to Attend the March 7, 2017
Hearing on Plaintiffs' Unopposed Motion for
Preliminary Approval of Class Action Settlement
by Telephone                                    MDL No. 14-md-2541

March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Docket No. 560 in Case No. 4:14-md-2541] via telephone.  Mr. Fuller has been admitted *pro hac vice* in this case.

DATED: February 22, 2017                    ROBINSON, BRADSHAW & HINSON, P.A.

s/ Robert W. Fuller
Robert W. Fuller (admitted *Pro Hac Vice*)
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone: (704) 377-2536
Facsimile:  (704) 378-4000
rfuller@robinsonbradshaw.com

*Attorneys for Southeastern Conference*

Defendant Southeastern Conference's Motion for Robert W. Fuller to Attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement by Telephone

MDL No. 14-md-2541

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to the email addresses registered.

s/ Robert W. Fuller
Robert W. Fuller (admitted *Pro Hac Vice*)

Defendant Southeastern Conference's Motion
for Robert W. Fuller to Attend the March 7, 2017
Hearing on Plaintiffs' Unopposed Motion for
Preliminary Approval of Class Action Settlement
by Telephone                                                                                       MDL No. 14-md-2541