MAYER BROWN LLP
Andrew S. Rosenman (SBN 253764)
Britt M. Miller (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: arosenman@mayerbrown.com
Email: bmiller@mayerbrown.com

MAYER BROWN LLP
Richard J. Favretto (*pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: rfavretto@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | MDL Docket No. 14-md-02541-CW |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANT THE BIG TEN CONFERENCE, INC.'S ADMINISTRATIVE MOTION FOR BRITT M. MILLER TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE**<br><br>Date:        March 7, 2017<br>Time:        2:30 p.m.<br>Courtroom:   Courtroom 2, 4th Floor<br>Before:      Hon. Claudia Wilken |

DEFENDANT THE BIG TEN CONFERENCE, INC.'S ADMINISTRATIVE
MOTION FOR BRITT M. MILLER TO ATTEND MARCH 7, 2017 HEARING ON
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT BY TELEPHONE

MDL No. 14-md-02541-CW

Defendant The Big Ten Conference, Inc. ("The Big Ten") respectfully requests that this Court allow its one its counsel, Britt M. Miller of Mayer Brown LLP, to attend the March 7, 2017 hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Docket No. 560 in Case No. 4:14-md-2541] by telephone.

Dated:  February 22, 2017           MAYER BROWN LLP

By: /s/ Britt M. Miller
Andrew S. Rosenman (SBN 253764)
Britt M. Miller (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: arosenman@mayerbrown.com
Email: bmiller@mayerbrown.com

Richard J. Favretto (*pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: rfavretto@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

DEFENDANT THE BIG TEN CONFERENCE, INC.'S ADMINISTRATIVE
MOTION FOR BRITT M. MILLER TO ATTEND MARCH 7, 2017 HEARING ON
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT BY TELEPHONE

MDL No. 14-md-02541-CW

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system which will send notification to the email addresses registered.

      /s/ Britt M. Miller
Britt M. Miller (*pro hac vice*)

MAYER BROWN LLP
Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

---

DEFENDANT THE BIG TEN CONFERENCE, INC.'S ADMINISTRATIVE MOTION FOR BRITT M. MILLER TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

MDL No. 14-md-02541-CW