| | |
|---|---|
| 1 | Leane K. Capps (*pro hac vice*) |
| | Caitlin J. Morgan (*pro hac vice*) |
| 2 | POLSINELLI PC |
| | 2950 N. Harwood, Suite 2100 |
| 3 | Dallas, TX 75201 |
| | Telephone: (214) 397-0030 |
| 4 | Facsimile: (214) 397-0033 |
| | Email: lcapps@polsinelli.com |
| 5 | Email: cmorgan@polsinelli.com |
| 6 | Mit S. Winter (SBN 238515) |
| | Amy D. Fitts (*pro hac vice*) |
| 7 | POLSINELLI PC |
| | 900 W. 48th Place |
| 8 | Kansas City, MO 64112 |
| | Telephone: (816) 753-1000 |
| 9 | Facsimile: (816) 753-1536 |
| | Email: mwinter@polsinelli.com |
| 10 | Email: afitts@polsinelli.com |
| 11 | Wesley D. Hurst (SBN 127564) |
| | POLSINELLI LLP |
| 12 | 2049 Century Park East |
| | Suite 2300 |
| 13 | Los Angeles, CA 90067 |
| | Telephone: (310) 556-1801 |
| 14 | Fax: (310) 556-1802 |
| | Email: whurst@polsinelli.com |
| 15 | |
| | *Attorneys for Defendants* |
| 16 | THE BIG 12 CONFERENCE, INC. AND |
| | CONFERENCE USA, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW |
| | **DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR AMY D. FITTS TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE** |
| This document relates to: | |
| ALL ACTIONS EXCEPT: | |
| *Jenkins v. Nat'l Collegiate Athletic Ass'n* | Date: March 7, 2017 |
| | Time: 2:30 p.m. |
| Case No. 14-cv-0278-CW | Judge: Hon. Claudia Wilken |
| | Courtroom 2, 4th Floor |

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR AMY D. FITTS TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW

Defendants The Big 12 Conference, Inc. and Conference USA, Inc. respectfully request that this Court allow their counsel, Amy D. Fitts of Polsinelli PC, to attend the March 7, 2017 hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Dkt. # 560 in Case No. 14-md-251] by telephone.

DATED:  February 23, 2017

                      Respectfully submitted,

                      POLSINELLI PC

                      By:    */s/ Amy D. Fitts*

                            Amy D. Fitts (*pro hac vice*)
                            900 W. 48th Place
                            Kansas City, MO 64112
                            Telephone: 816-753-1000
                            Fax: 816-753-1536
                            Email:afitts@polsinelli.com

                            Attorneys for Defendants The Big 12 Conference, Inc. and Conference USA, Inc.

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR AMY D. FITTS TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: */s/ Amy D. Fitts*
Amy D. Fitts
Polsinelli PC

Attorney for Defendants
The Big 12 Conference, Inc. and Conference USA, Inc.

---

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR AMY D. FITTS TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW