1  Leane K. Capps (*pro hac vice*)
   Caitlin J. Morgan (*pro hac vice*)
2  POLSINELLI PC
   2950 N. Harwood, Suite 2100
3  Dallas, TX 75201
   Telephone: (214) 397-0030
4  Facsimile: (214) 397-0033
   Email: lcapps@polsinelli.com
5  Email: cmorgan@polsinelli.com

6  Mit S. Winter (SBN 238515)
   Amy D. Fitts (*pro hac vice*)
7  POLSINELLI PC
   900 W. 48th Place
8  Kansas City, MO 64112
   Telephone: (816) 753-1000
9  Facsimile: (816) 753-1536
   Email: mwinter@polsinelli.com
10 Email: afitts@polsinelli.com

11 Wesley D. Hurst (SBN 127564)
   POLSINELLI LLP
12 2049 Century Park East
   Suite 2300
13 Los Angeles, CA 90067
   Telephone: (310) 556-1801
14 Fax: (310) 556-1802
   Email: whurst@polsinelli.com
15
   *Attorneys for Defendants*
16 THE BIG 12 CONFERENCE, INC. AND
   CONFERENCE USA, INC.

17
18 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW<br>**DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE** |
| This document relates to:<br>ALL ACTIONS EXCEPT:<br>*Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 14-cv-0278-CW | Date: March 7, 2017<br>Time: 2:30 p.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW

1  Defendants The Big 12 Conference, Inc. and Conference USA, Inc. respectfully request that
2  this Court allow their counsel, Caitlin J. Morgan of Polsinelli PC, to attend the March 7, 2017
3  hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement
4  [Dkt. # 560 in Case No. 14-md-2541] by telephone.

DATED:  February 23, 2017

Respectfully submitted,

POLSINELLI PC

By:  */s/ Caitlin J. Morgan*

    Caitlin J. Morgan (*pro hac vice*)
    2950 N. Harwood, Suite 2100
    Dallas, Texas
    Telephone: 214-397-0030
    Fax: 214-397-0033
    Email:cmorgan@polsinelli.com

    Attorneys for Defendants The Big 12 Conference, Inc. and Conference USA, Inc.

---

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: */s/ Caitlin J. Morgan*
Caitlin J. Morgan
Polsinelli PC

Attorney for Defendants
The Big 12 Conference, Inc. and Conference USA, Inc.

---

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW