**D. ERIK ALBRIGHT** (*pro hac vice*)
**SMITH MOORE LEATHERWOOD LLP**
300 N. Greene Street, Suite 1400
Greensboro, NC 27410
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
Email: erik.albright@smithmoorelaw.com

**JONATHAN P. HEYL** (*pro hac vice*)
**SMITH MOORE LEATHERWOOD LLP**
101 N. Tryon St., Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
Email: jon.heyl@smithmoorelaw.com

**CHARLES L. COLEMAN III (SBN 65496)**
**HOLLAND & KNIGHT LLP**
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6970
Facsimile: (415) 743-6910
Email: charles.coleman@hklaw.com

Attorneys for Defendant
**ATLANTIC COAST CONFERENCE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:14-md-2541-CW<br>Case No. 14-cv-02758-CW<br><br>**DEFENDANT ATLANTIC COAST CONFERENCE'S MOTION FOR D. ERIK ALBRIGHT TO ATTEND THE MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE**<br><br>Date:        March 7, 2017<br>Time:        2:30 PM<br>Courtroom:   Courtroom 2, 4th Floor<br>Before:      Hon. Claudia Wilken |

Defendant Atlantic Coast Conference's Motion for D. Erik Albright to Attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement by Telephone

MDL No. 14-md-2541

The Atlantic Coast Conference (the "ACC") respectfully moves that the Court allow D. Erik Albright, one of the counsel of record for the ACC in this matter, to attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Docket No. 560 in Case No. 4:14-md-2541] via telephone.  Mr. Albright has been admitted *pro hac vice* in this case.

Date: February 23, 2017.                              SMITH MOORE LEATHERWOOD LLP


By:      /s/ D. Erik Albright
D. ERIK ALBRIGHT (*pro hac vice*)
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
Email: erik.albright@smithmoorelaw.com

Attorney for Defendant
ATLANTIC COAST CONFERENCE

Defendant Atlantic Coast Conference's Motion for D. Erik Albright to Attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement by Telephone

2                MDL No. 14-md-2541

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the email addresses registered.

/s/   D. Erik Albright
D. Erik Albright (pro hac vice)

Defendant Atlantic Coast Conference's Motion for D. Erik Albright to Attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement by Telephone

3

MDL No. 14-md-2541