1  **D. ERIK ALBRIGHT** (*pro hac vice*)
   **SMITH MOORE LEATHERWOOD LLP**
2  **300 N. Greene Street, Suite 1400**
   **Greensboro, NC 27410**
3  **Telephone: (336) 378-5200**
   **Facsimile: (336) 378-5400**
4  **Email: erik.albright@smithmoorelaw.com**

5  **JONATHAN P. HEYL** (*pro hac vice*)
   **SMITH MOORE LEATHERWOOD LLP**
6  **101 N. Tryon St., Suite 1300**
   **Charlotte, NC 28246**
7  **Telephone: (704) 384-2600**
   **Facsimile: (704) 384-2800**
8  **Email: jon.heyl@smithmoorelaw.com**

9  **CHARLES L. COLEMAN III (SBN 65496)**
   **HOLLAND & KNIGHT LLP**
10 **50 California Street, Suite 2800**
   **San Francisco, CA 94111**
11 **Telephone: (415) 743-6970**
   **Facsimile: (415) 743-6910**
12 **Email: charles.coleman@hklaw.com**

13 Attorneys for Defendant
   **ATLANTIC COAST CONFERENCE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:14-md-2541-CW<br>Case No. 14-cv-02758-CW<br><br>**DEFENDANT ATLANTIC COAST CONFERENCE'S MOTION FOR JONATHAN P. HEYL TO ATTEND THE MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE**<br><br>Date:         March 7, 2017<br>Time:        2:30 PM<br>Courtroom: Courtroom 2, 4th Floor<br>Before:       Hon. Claudia Wilken |

Defendant Atlantic Coast Conference's Motion for Jonathan P. Heyl to Attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement by Telephone

MDL No. 14-md-2541

The Atlantic Coast Conference (the "ACC") respectfully moves that the Court allow Jonathan P. Heyl, one of the counsel of record for the ACC in this matter, to attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Docket No. 560 in Case No. 4:14-md-2541] via telephone.  Mr. Heyl has been admitted *pro hac vice* in this case.

Date: February 23, 2017.                          SMITH MOORE LEATHERWOOD LLP

By:     /s/ Jonathan P. Heyl
JONATHAN P. HEYL (*pro hac vice*)
SMITH MOORE LEATHERWOOD LLP
101 N. Tryon St., Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
Email: jon.heyl@smithmoorelaw.com

Attorney for Defendant
ATLANTIC COAST CONFERENCE

Defendant Atlantic Coast Conference's Motion for Jonathan P. Heyl to Attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement by Telephone

2

MDL No. 14-md-2541

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the email addresses registered.

/s/   Jonathan P. Heyl
Jonathan P. Heyl (pro hac vice)