RICHARD R. YOUNG (*pro hac vice*)
BRENT RYCHENER (*pro hac vice*)
BRYAN CAVE LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile: (719) 633-1518
Email: richard.young@bryancave.com
Email: brent.rychener@bryancave.com

MERYL MACKLIN (SB No. 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-1981
Facsimile: (415) 430-4381
Email: meryl.macklin@bryancave.com

Attorneys for Defendant
MOUNTAIN WEST CONFERENCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No.: 4:14-md-2541-CW |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 4:14-cv-02758-CW | **DEFENDANT MOUNTAIN WEST CONFERENCE'S ADMINISTRATIVE MOTION FOR BRENT RYCHENER TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE**<br><br>Date: March 7, 2017<br>Time: 2:30 p.m.<br>Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

256179.1

**Motion to Attend Hearing by Telephone**     **MDL No. 14-md-02541-CW**

1
2      Defendant Mountain West Conference respectfully requests that the Court allow its
3  counsel, Brent Rychener, to attend the March 7, 2017 hearing on Plaintiffs' Unopposed Motion for
4  Preliminary Approval of Class Action Settlement [Docket No. 560 in Case No: 4:14-md-2541] by
5  telephone..
6
7  DATED: February 24, 2017
8
9                              **BRYAN CAVE LLP**
10
11                     By:     */s/ Brent Rychener*
                               Brent Rychener
12
13                              Attorneys for Defendant
                               MOUNTAIN WEST CONFERENCE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Motion to Attend Hearing by Telephone**                               **MDL No. 14-md-02541-CW**

1

256179.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications to the e-mail addresses registered.

BRYAN CAVE LLP

By:    /s/ Brent Rychener
       Brent Rychener

       Attorneys for Defendant
       MOUNTAIN WEST CONFERENCE