Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Jennifer M. Stewart (*pro hac vice*)
Joseph A. Litman (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*jkessler@winston.com*
*dfeher@winston.com*
*dgreenspan@winston.com*
*jstewart@winston.com*
*jlitman@winston.com*

Sean D. Meenan (SBN 260466)
Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
*smeenan@winston.com*
*jparsigian@winston.com*

*Class Counsel for Jenkins Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR DAVID L. GREENSPAN TO ATTEND MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS EXCEPT: | Date: March 7, 2017 |
| *Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 14-cv-0278-CW | Time: 2:30 p.m. |
| | Judge: Hon. Claudia Wilken |
| | Courtroom 2, 4th Floor |

1    David L. Greenspan, as Class Counsel for *Jenkins* Plaintiffs, respectfully moves for leave to

2  appear at the March 7, 2017 hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of

3  Class Action Settlement by telephone.

4

5

6  Dated: February 24, 2017                        Respectfully submitted,

7                                          By: */s/ David L. Greenspan*
                                                David L. Greenspan (*pro hac vice*)
8                                               WINSTON & STRAWN LLP
                                                200 Park Avenue
9                                               New York, NY 10166-4193
                                                Telephone: (212) 294-6700
10                                              Facsimile: (212) 294-4700
                                                *dgreenspan@winston.com*
11
                                                Sean D. Meenan (SBN 260466)
12                                              WINSTON & STRAWN LLP
                                                101 California Street
13                                              San Francisco, CA 94111
                                                Telephone: (415) 591-1000
14                                              Facsimile: (415) 591-1400
                                                *smeenan@winston.com*
15
                                                *Class Counsel for Jenkins Plaintiffs*
16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION FOR DAVID L. GREENSPAN TO ATTEND MARCH 7, 2017
HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT BY TELEPHONE
CASE NO. 4:14-MD-02541-CW

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: */s/ David L. Greenspan*
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*dgreenspan@winston.com*

*Class Counsel for Jenkins Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION FOR DAVID L. GREENSPAN TO ATTEND MARCH 7, 2017
HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT BY TELEPHONE
CASE NO. 4:14-MD-02541-CW