Skadden Arps Slate Meagher & Flom LLP
Raoul D. Kennedy (SBN 40892)
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: raoul.kennedy@skadden.com

Jeffrey Mishkin (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
Email: jeffrey.mishkin@skadden.com
Email: karen.lent@skadden.com

Schiff Hardin LLP
Gregory L. Curtner (*pro hac vice*)
Robert J. Wierenga (SBN 183687)
350 S. Main Street
Suite 210
Ann Arbor, MI  48104
Telephone: 734-222-1500
Facsimile: 734-222-1501
gcurtner@schiffhardin.com
rwierenga@schiffhardin.com

*Attorneys for Defendant NCAA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No.  4:14-md-02541-CW<br>           4:14-cv-02758-CW<br><br>**DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION FOR ROBERT J. WIERENGA TO ATTEND THE MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Date: March 7, 2017<br>Time: 2:30 PM<br>Courtroom: Courtroom 2, 4th floor<br>Judge: Hon. Claudia Wilken |

1  Defendant NCAA respectfully requests that the Court allow its counsel, Robert J. Wierenga, to attend the March 7, 2017 Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Docket No. 560 in Case No. 4:14-md-2541] by telephone. A proposed order is attached.

Dated: March 2, 2017                    Respectfully submitted,

By: */s/ Robert J. Wierenga*
    Robert J. Wierenga (SBN 183687)
    Gregory L. Curtner (pro hac vice)
    Schiff Hardin LLP
    350 S. Main Street
    Suite 210
    Ann Arbor, MI 48104
    Telephone: 734-222-1500
    Facsimile: 734-222-1501
    gcurtner@schiffhardin.com
    rwierenga@schiffhardin.com

    *Attorneys for Defendant NCAA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2017, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Robert J. Wierenga*

AA\200205845.1

---

3
DEFENDANT NCAA'S MOTION FOR ROBERT J. WIERENGA TO ATTEND THE MARCH 7, 2017 HEARING ON PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE MDL NO. 14-MD-02541-CW; CASE NO. 4:14-CV-02758-CW