| | |
|---|---|
| 1 | Leane K. Capps (*pro hac vice*) |
| | Caitlin J. Morgan (*pro hac vice*) |
| 2 | POLSINELLI PC |
| | 2950 N. Harwood, Suite 2100 |
| 3 | Dallas, TX 75201 |
| | Telephone: (214) 397-0030 |
| 4 | Facsimile: (214) 397-0033 |
| | Email: lcapps@polsinelli.com |
| 5 | Email: cmorgan@polsinelli.com |
| 6 | Mit S. Winter (SBN 238515) |
| | Amy D. Fitts (*pro hac vice*) |
| 7 | POLSINELLI PC |
| | 900 W. 48th Place |
| 8 | Kansas City, MO 64112 |
| | Telephone: (816) 753-1000 |
| 9 | Facsimile: (816) 753-1536 |
| | Email: mwinter@polsinelli.com |
| 10 | Email: afitts@polsinelli.com |
| 11 | Wesley D. Hurst (SBN 127564) |
| | POLSINELLI LLP |
| 12 | 2049 Century Park East |
| | Suite 2300 |
| 13 | Los Angeles, CA 90067 |
| | Telephone: (310) 556-1801 |
| 14 | Fax: (310) 556-1802 |
| | Email: whurst@polsinelli.com |

*Attorneys for Defendants*
THE BIG 12 CONFERENCE, INC. AND
CONFERENCE USA, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW |
| _____ | **DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE** |
| This document relates to: | |
| ALL ACTIONS EXCEPT: | |
| *Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 14-cv-0278-CW | |
| | Date: November 17, 2017 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Claudia Wilken |
| | Courtroom 2, 4th Floor |

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW

Defendants The Big 12 Conference, Inc. and Conference USA, Inc. respectfully request that this Court allow their counsel, Caitlin J. Morgan of Polsinelli PC, to attend the November 17, 2017 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement [Docket No. 706 in Case No. 4:14-md-2541] by telephone.

DATED:  November 10, 2017

                Respectfully submitted,

                POLSINELLI PC

                By:   */s/ Caitlin J. Morgan*

                      Caitlin J. Morgan (*pro hac vice*)
                      2950 N. Harwood, Suite 2100
                      Dallas, Texas
                      Telephone: 214-397-0030
                      Fax: 214-397-0033
                      Email:cmorgan@polsinelli.com

                      Attorneys for Defendants The Big 12 Conference, Inc. and Conference USA, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: */s/ Caitlin J. Morgan*
Caitlin J. Morgan
Polsinelli PC

Attorney for Defendants
The Big 12 Conference, Inc. and Conference USA, Inc.

---

DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

CASE NO. 4:14-MD-02541-CW