RICHARD R. YOUNG (*pro hac vice*)
BRENT RYCHENER (*pro hac vice*)
BRYAN CAVE LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile:  (719) 633-1518
Email: richard.young@bryancave.com
Email: brent.rychener@bryancave.com

MERYL MACKLIN (SB No. 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-1981
Facsimile:   (415) 430-4381
Email: meryl.macklin@bryancave.com

Attorneys for Defendant
MOUNTAIN WEST CONFERENCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No.: 4:14-md-2541-CW |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 4:14-cv-02758-CW | **DEFENDANT MOUNTAIN WEST CONFERENCE'S ADMINISTRATIVE MOTION FOR BRENT RYCHENER TO ATTEND NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE**<br><br>Date: November 17, 2017<br>Time: 9:00 a.m.<br>Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

1
2    Defendant Mountain West Conference respectfully requests that the Court allow its
3 counsel, Brent Rychener, to attend the November 17, 2017 hearing on Plaintiffs' Motion for Final
4 Approval of Class Action Settlement by telephone.  A proposed order is attached.
5
6
DATED: November 13, 2017
7                                             **BRYAN CAVE LLP**
8
9                                       By:    _/s/ Brent Rychener_
                                               Brent Rychener
10
11                                             Attorneys for Defendant
                                               MOUNTAIN WEST CONFERENCE
12

**Motion to Attend Hearing by Telephone**                              **MDL No. 14-md-02541-CW**

1

10923569.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications to the e-mail addresses registered.

**BRYAN CAVE LLP**

By:     */s/ Brent Rychener*
        Brent Rychener

        Attorneys for Defendant
        MOUNTAIN WEST CONFERENCE