Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
POLSINELLI PC
2950 N. Harwood, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
Email: lcapps@polsinelli.com
Email: cmorgan@polsinelli.com

Mit S. Winter (SBN 238515)
Amy D. Fitts (*pro hac vice*)
POLSINELLI PC
900 W. 48th Place
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: mwinter@polsinelli.com
Email: afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
POLSINELLI LLP
2049 Century Park East
Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
Fax: (310) 556-1802
Email: whurst@polsinelli.com

*Attorneys for Defendants*
THE BIG 12 CONFERENCE, INC. AND
CONFERENCE USA, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS EXCEPT:<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-0278-CW | Case No. 4:14-md-02541-CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE<br><br>Date: November 17, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

This matter is before the Court on Defendants The Big 12 Conference, Inc.'s and Conference USA, Inc.'s Administrative Motion for Caitlin J. Morgan to attend the November 17, 2017 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement by telephone. After considering the Motion and all other matters presented, the Court concludes that the Motion should be granted in all respects.

Accordingly, **IT IS HEREBY ORDERED THAT** The Big 12 Conference, Inc.'s and Conference USA, Inc.'s Administrative Motion for Caitlin J. Morgan to Attend November 17, 2017 Hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement by Telephone is **GRANTED**.

Dated: November 13, 2017

_____
The Honorable Claudia Wilken
United States District Judge
United States District Court, Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE
CASE NO. 4:14-MD-02541-CW