RICHARD R. YOUNG (*pro hac vice*)
BRENT RYCHENER (*pro hac vice*)
BRYAN CAVE LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile:  (719) 633-1518
Email: richard.young@bryancave.com
Email: brent.rychener@bryancave.com

MERYL MACKLIN (SB No. 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-1981
Facsimile:   (415) 430-4381
Email: meryl.macklin@bryancave.com

Attorneys for Defendant
MOUNTAIN WEST CONFERENCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No: 4:14-md-2541-CW |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 4:14-cv-02758-CW | [PROPOSED] ORDER GRANTING DEFENDANT MOUNTAIN WEST CONFERENCE'S ADMINISTRATIVE MOTION FOR BRENT RYCHENER TO ATTEND NOVEMBER 17, 2017 MOTION HEARING BY TELEPHONE<br><br>Date: November 17, 2017<br>Time: 9:00 a.m.<br>Hon.   Claudia Wilken<br>Dept: Courtroom 2, 4th Floor |

1  The Court, having reviewed Defendant Mountain West Conference's Administrative
2  Motion for Brent Rychener to attend the November 17, 2017 Hearing on Plaintiffs' Motion for
3  Final Approval of Class Action Settlement by telephone.
4       IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED: November 13, 2017

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order re Motion to Attend Hearing by Telephone                MDL No. 14-md-02541-CW
1

258958.1