ROBERT W. FULLER, III (*pro hac vice*)
NATHAN C. CHASE, JR. (SBN 247526)
LAWRENCE C. MOORE, III (*pro hac vice*)
PEARLYNN G. HOUCK (*pro hac vice*)
AMANDA R. PICKENS (*pro hac vice*)
ROBINSON BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: rfuller@robinsonbradshaw.com
Email: nchase@robinsonbradshaw.com
Email: lmoore@robinsonbradshaw.com
Email: phouck@robinsonbradshaw.com
Email: apickens@robinsonbradshaw.com

*Counsel for Defendant*
SOUTHEASTERN CONFERENCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 4:14-md-2541-CW (NC)<br>No. 4:14-cv-2758-CW (NC)<br><br>DEFENDANT SOUTHEASTERN CONFERENCE'S MOTION FOR PEARLYNN G. HOUCK TO ATTEND THE NOVEMBER 17, 2017 HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE<br><br>Date:        November 17, 2017<br>Time:       9:00 AM<br>Courtroom: Courtroom 2, 4th Floor<br>Before:      Hon. Claudia Wilken |

The Southeastern Conference (the "SEC") respectfully moves that the Court allow Pearlynn G. Houck, one of the counsel of record for the SEC in this matter, to attend the

---

Defendant Southeastern Conference's Motion
for Pearlynn G. Houck to Attend the November 17, 2017
Hearing on Plaintiffs' Motion for Final Approval
of Class Action Settlement by Telephone                                                        MDL No. 14-md-2541

November 17, 2017 Hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement [Docket No. 706 in Case No. 4:14-md-2541] via telephone.  Ms. Houck has been admitted *pro hac vice* in this case.

DATED: November 14, 2017              ROBINSON, BRADSHAW & HINSON, P.A.

                                                s/ Pearlynn G. Houck
                                                Pearlynn G. Houck (admitted *Pro Hac Vice*)
                                                101 North Tryon Street, Suite 1900
                                                Charlotte, North Carolina  28246
                                                Telephone: (704) 377-2536
                                                Facsimile:  (704) 378-4000
                                                phouck@robinsonbradshaw.com

                                                *Attorneys for Southeastern Conference*

Defendant Southeastern Conference's Motion
for Pearlynn G. Houck to Attend the November 17, 2017
Hearing on Plaintiffs' Motion for Final Approval
of Class Action Settlement by Telephone                                  MDL No. 14-md-2541

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to the email addresses registered.

<u>s/ Pearlynn G. Houck</u><br>
Pearlynn G. Houck (admitted *Pro Hac Vice*)

Defendant Southeastern Conference's Motion
for Pearlynn G. Houck to Attend the November 17, 2017
Hearing on Plaintiffs' Motion for Final Approval
of Class Action Settlement by Telephone                              MDL No. 14-md-2541