Jacqueline Jeffcoat

1050 North Emerson St #6

Denver, CO 80218

FILED

MAY 1 4 2018

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Your Honor,

    I writing to express my frustrations with the NCAA Grant in Aid Settlement. We were told we would get news on November 17, 2017. That dated came around and we still didn't get news until around Dec 6th. Now we've been waiting 5 months to hear is an appeal bond is to be issued or not. We would greatly appreciate a decision and more specifically a decision made to issue the appeal bond. Please consider the thousands of current and former student-athletes waiting on this check. I appreciate your time reading this and hope to hear a final decision.

14-md-2541

Best regards,

Jacqueline Jeffcoat