**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Lauricella v. NCAA, et al.*, Case No. 2:14-cv-01220-NJB-MBN (E.D. La.) | Case No. 4:14-MD-2541 CW<br><br>MDL No. 2541<br><br>**NOTICE OF WITHDRAWAL**<br><br>Honorable Claudia Wilken |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that David B. Franco is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that David B. Franco be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: May 22, 2018

Respectfully Submitted:

*/s/ James R. Dugan, II*
**James R. Dugan, II (LA Bar No. 24785)**
**Douglas R. Plymale (LA Bar No. 28409)**
**David S. Scalia (LA Bar No. 21369)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone:	(504) 648-0180
Facsimile:	(504) 648-0181
E-mail:	jdugan@dugan-lawfirm.com
	dplymale@dugan-lawfirm.com
	dscalia@dugan-lawfirm.com

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22st day of May, 2018, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

 */s/James R. Dugan, II*
**James R. Dugan, II**