| | |
|---|---|
| Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Joseph A. Litman (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> jlitman@winston.com | Sean D. Meenan (SBN 260466) <br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> smeenan@winston.com <br> jparsigian@winston.com <br><br> *Class Counsel for Jenkins and Consolidated Action Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 4:14-md-02541-CW (NC) <br> Case No. 4:14-cv-02758-CW (NC) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Jennifer M. Stewart is no longer associated with Winston & Strawn LLP and is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned litigation.  Plaintiffs respectfully request that Ms. Stewart be removed from all applicable service lists, including Notices of Electronic Filing.  All other counsel of record for Plaintiffs remain unchanged.

Dated:  May 29, 2018			Respectfully submitted,


By:   */s/ Jeanifer E. Parsigian*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Joseph A. Litman (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
jlitman@winston.com

Sean D. Meenan (SBN 260466)
Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com
jparsigian@winston.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*