| | |
|---|---|
| Sean Eskovitz (SBN 241877)<br>WILKINSON WALSH + ESKOVITZ LLP<br>11726 San Vicente Blvd., Ste. 600<br>Los Angeles, CA 90049<br>Telephone: (424) 316-4000<br>Facsimile: (202) 847-4005<br>*seskovitz@wilkinsonwalsh.com*<br><br>Beth A. Wilkinson (*pro hac vice*)<br>Alexandra M. Walsh (*pro hac vice*)<br>Brian L. Stekloff (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>WILKINSON WALSH + ESKOVITZ LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>*bwilkinson@wilkinsonwalsh.com*<br>*awalsh@wilkinsonwalsh.com*<br>*bstekloff@wilkinsonwalsh.com*<br>*rkilaru@wilksinsonwalsh.com*<br><br>Jeffrey A. Mishkin (*pro hac vice*)<br>Karen Hoffman Lent (*pro hac vice*)<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile (212) 735-2000<br>*jeffrey.mishkin@skadden.com*<br>*karen.lent@skadden.com*<br>*Counsel for Defendant NCAA*<br>[Additional counsel listed on signature page] | Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>*steve@hbsslaw.com*<br><br>Bruce L. Simon (SBN 96241)<br>PEARSON, SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>*bsimon@pswlaw.com*<br><br>Jeffrey L. Kessler (*pro hac vice*)<br>David G. Feher (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>*jkessler@winston.com*<br>*dfeher@winston.com*<br>*dgreenspan@winston.com*<br><br>*Class Counsel for Jenkins and Consolidated Action Plaintiffs*<br>[Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS EXCEPT *Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | Case No. 4:14-md-02541-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRETRIAL PROCEEDINGS** |

Pursuant to the Minute order entered in the above-referenced actions on May 22, 2018 (ECF No. 829), counsel for all parties submit the following stipulation setting forth an agreed schedule for the exchange and submission of pretrial documents.

**1. Witness Lists and Testimony by Designation**

- June 6, 2018: Plaintiffs will identify for Defendants the witnesses whom Plaintiffs plan to present live or by designated deposition testimony.
- June 12, 2018: Defendants will identify for Plaintiffs the witnesses whom Defendants plan to present live or by designated deposition testimony.
- July 13, 2018: Plaintiffs and Defendants will file their witness lists, including paragraph summaries.

**2. Designation of Deposition Transcripts and Other Discovery**

- June 19, 2018: Plaintiffs will provide Defendants their affirmative discovery designations (*i.e.*, deposition testimony and written discovery responses).
- June 26, 2018: Defendants will provide Plaintiffs their affirmative discovery designations and objections to and counter-designations to Plaintiffs' affirmative designations.
- July 10, 2018: Plaintiffs will provide Defendants their objections to and counter-designations to Defendants' affirmative designations.
- July 13, 2018: Defendants will provide Plaintiffs their objections to Plaintiffs' counter-designations.
- July 13, 2018: Plaintiffs and Defendants will file their discovery designations, counter-designations, and objections to designations.
- Counsel for Plaintiffs and Defendants will collaborate throughout the foregoing process on logistics for the uniform submission of designations and objections, including color coding to aid the Court in reviewing designations and objections

**3. Exhibit Lists**

- June 26, 2018: Plaintiffs and Defendants will make an initial exchange of exhibits.

- o June 29, 2018: Plaintiffs and Defendants will complete the exchange of their respective exhibits.
- o July 13, 2018: Plaintiffs and Defendants will file their exhibit lists.
- o Counsel for Plaintiffs and Defendants will collaborate throughout the foregoing process on logistics for the uniform submission of exhibit lists, including the elimination of duplicative exhibits, exhibit numbering, and a uniform system for identifying sponsoring witnesses and unresolved objections to exhibits.

**4. Demostratives**

- o July 13, 2018: Plaintiffs and Defendants will exchange demonstrative exhibits.
- o July 16, 2018: Plaintiffs and Defendants will submit demonstratives to the Court, noting which are objected to.
- o Plaintiffs and Defendants agree they will continue thereafter to confer on whether any additional demonstratives are needed and appropriate, and to determine whether they can be agreed upon.

**5. Motions in Limine**

- o July 2, 2018: Plaintiffs and Defendants will file their respective motions in limine.
- o July 12, 2018: Plaintiffs and Defendants will file their respective oppositions to motions in limine.

**6. Opening Statements**

- o July 6, 2018: Plaintiffs will file their Opening Statement.
- o July 17, 2018: Defendants will file their Opening Statement.

**7. Expert Declarations**

- o July 3, 2018: Plaintiffs will file their experts declarations (direct testimony) on subjects remaining for trial.
- o July 11, 2018: Defendants will file their experts declarations (direct testimony) on subjects remaining for trial and opposition to Plaintiffs' declarations.

o July 17, 2018: Plaintiffs will file any opposition expert declarations (direct testimony) on pro-competitive justification testimony contained in the declarations by Defendants' experts.

Dated: May 31, 2018                                                      Respectfully submitted,

By */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
   Craig Spiegel (SBN122000)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
   *steve@hbsslaw.com*
   *craigs@hbsslaw.com*

   Jeff D. Friedman (SBN 173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
   Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
   *jefff@hbsslaw.com*

By */s/ Bruce L. Simon*
   Bruce L. Simon (SBN 96241)
   Benjamin E. Shiftan (SBN 265767)
   PEARSON, SIMON & WARSHAW, LLP
   44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
   Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
   *bsimon@pswlaw.com*
   *bshiftan@pswlaw.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By */s/ Jeffrey L. Kessler*
   Jeffrey L. Kessler (*pro hac vice*)
   David G. Feher (*pro hac vice*)
   David L. Greenspan (*pro hac vice*)
   Jennifer M. Stewart (*pro hac vice*)
   Joseph A. Litman (*pro hac vice*)
   WINSTON & STRAWN LLP
   200 Park Avenue
   New York, NY 10166-4193
   Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
   *jkessler@winston.com*
   *dfeher@winston.com*
   *dgreenspan@winston.com*
   *jstewart@winston.com*
   *jlitman@winston.com*

   Sean D. Meenan (SBN 260466)
   Jeanifer E. Parsigian (SBN 289001)
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA 94111
   Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
   *smeenan@winston.com*
   *jparsigian@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By */s/ Elizabeth C. Pritzker*
   Elizabeth C. Pritzker (SBN 146267)
   Jonathan K. Levine (SBN 220289)
   Bethany L. Caracuzzo (SBN 190687)
   PRITZKER LEVINE LLP
   180 Grand Avenue, Suite 1390
   Oakland, California 94612
   Telephone: (415) 692-0772
   Facsimile: (415) 366-6110

*Additional Class Counsel*

| | |
|---|---|
| By: */s/ Beth A. Wilkinson* <br> Beth A. Wilkinson (*pro hac vice*) <br> Alexandra M Walsh (*pro hac vice*) <br> Brian L. Stekloff (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> *bwilkinson@wilkinsonwalsh.com* <br> *awalsh@wilkinsonwalsh.com* <br> *bstekloff@wilkinsonwalsh.com* <br> *rkilaru@wilkinsonwalsh.com* <br><br> Sean Eskovitz (SBN 241877) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 11726 San Vicente Blvd., Suite 600 <br> Los Angeles, CA 90049 <br> Telephone: (424) 316-4000 <br> Facsimile: (202) 847-4005 <br> *seskovitz@wilkinsonwalsh.com* <br><br> *Attorneys for Defendant National Collegiate Athletic Association* | By: */s/ Jeffrey A. Mishkin* <br> Jeffrey A. Mishkin (*pro hac vice*) <br> Karen Hoffman Lent (*pro hac vice*) <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> Four Times Square <br> New York, NY 10036 <br> Telephone: (212) 735-3000 <br> Facsimile (212) 735-2000 <br> *jeffrey.mishkin@skadden.com* <br> *karen.lent@skadden.com* <br><br> Raoul D. Kennedy (SBN 40892) <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> 525 University Avenue, Suite 1100 <br> Palo Alto, California 94301 <br> Telephone: (650) 470-4500 <br> Facsimile: (650) 470-4570 <br> *raoul.kennedy@skadden.com* <br><br> *Attorneys for Defendant National Collegiate Athletic Association and Western Athletic Conference* |
| By: /s/ Bart H. Williams <br> Bart H. Williams (SBN 134009) <br> Scott P. Cooper (SBN 96905) <br> Kyle A. Casazza (SBN 254061) <br> Jennifer L. Jones (SBN 284624) <br> Shawn S. Ledingham, Jr. (SBN 275268) <br> Jacquelyn N. Crawley (SBN 287798) <br> PROSKAUER ROSE LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067 <br> Telephone: (310) 557-2900 <br> Facsimile: (310) 557-2193 <br> bwilliams@proskauer.com <br> scooper@proskauer.com <br> kcasazza@proskauer.com <br> jljones@proskauer.com <br> sledingham@proskauer.com <br> jcrawley@proskauer.com <br><br> *Attorneys for Defendant Pac-12 Conference* | By: /s/ Britt M. Miller <br> Andrew S. Rosenman (SBN 253764) <br> Britt M. Miller (*pro hac vice*) <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> arosenman@mayerbrown.com <br> bmiller@mayerbrown.com <br><br> Richard J. Favretto (*pro hac vice*) <br> MAYER BROWN LLP <br> 1999 K Street, N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> rfavretto@mayerbrown.com <br><br> *Attorneys for Defendant The Big Ten Conference, Inc.* |

| | |
|---|---|
| By:     /s/ Leane K. Capps<br>Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>POLSINELLI PC<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>Mit Winter (SBN 238515)<br>POLSINELLI PC<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br>mwinter@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>POLSINELLI PC<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com<br><br>*Attorneys for Defendants*<br>*The Big 12 Conference, Inc. and*<br>*Conference USA, Inc.* | By:     /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Nathan C. Chase Jr. (SBN 247526)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda R. Pickens (*pro hac vice*)<br>ROBINSON BRADSHAW & HINSON<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT LAW FIRM<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com<br><br>*Attorneys for Defendant*<br>*Southeastern Conference* |

| | | |
|---|---|---|
| By: | /s/ D. Erik Albright | By: /s/ Benjamin C. Block |

By:    /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
SMITH MOORE LEATHERWOOD LLP 300
North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 433-7402
erik.albright@smithmoorelaw.com
greg.holland@smithmoorelaw.com

Jonathan P. Heyl (*pro hac vice*)
SMITH MOORE LEATHERWOOD LLP 101
N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2909
jon.heyl@smithmoorelaw.com

Charles LaGrange Coleman, III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
ccoleman@hklaw.com

*Attorneys for Defendant*
*the Atlantic Coast Conference*

By:    /s/ Benjamin C. Block
Benjamin C. Block (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone: (202) 662-5205
Facsimile: (202) 778-5205
bblock@cov.com

Rebecca A. Jacobs (SBN 294430)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
rjacobs@cov.com

*Attorneys for Defendant*
*American Athletic Conference*


By:    /s/ R. Todd Hunt
R. Todd Hunt (*pro hac vice*)
Benjamin G. Chojnacki (*pro hac vice*)
WALTER HAVERFIELD LLP
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH 44114-1821
Telephone: (216) 928-2935
Facsimile: (216) 916-2372
rthunt@walterhav.com
bchojnacki@walterhav.com

*Attorneys for Defendant*
*Mid-American Conference*

By:    /s/ Meryl Macklin
Meryl Macklin (SBN 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-1981
Facsimile: (415) 430-4381
meryl.macklin@bryancave.com

Richard Young (*pro hac vice*)
Brent Rychener (*pro hac vice*)
BRYAN CAVE LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile: (719) 633-1518
richard.young@bryancave.com
brent.rychener@bryancave.com

*Attorneys for Defendant*
*Mountain West Conference*

By:    /s/ Mark A. Cunningham
Mark A. Cunningham (*pro hac vice*)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
mcunningham@joneswalker.com

*Attorneys for Defendant*
*Sun Belt Conference*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Bart H. Williams*
Bart H. Williams

## [~~PROPOSED~~] ORDER

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: 6/1/2018

The Honorable Claudia Wilken
United States District Court Judge