Je'ton Beavers…

1132 Carver Ave

Virginia Beach, VA 23451

**FILED**

JUN 12 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

14-md-2541-CW

Your Honor,

    I am writing you with curiosity and concern awaiting your decision to move forward or against the appeal bond of the NCAA Grant in Aid Settlement case. I understand you have other cases, issues, and matters that may call for your immediate attention; but I am asking on my behalf and the thousands of others awaiting your answer that you consider those waiting who may need this money, to give us a response in the favor of moving forward to issue the appeal bond. We all have our personal stories of why we may need the money from this settlement case but mine in particular is to help put me in a better situation to utilize this opportunity to relocate for a better paying job to be able to take care of my sick mother suffering from a number of illnesses. I am great full for you taking the time to read this letter and would like to thank you when you make your final decision.

Sincerely,

Je'ton Beavers…