Caroline Tucker, Esq.
Tucker | Pollard
2102 Business Center Dr., Suite 130
Irvine, CA 92612
Office 949-253-5710
Fax 949-269-6401
ctucker@tuckerpollard.com

*Attorney for Objector*
DARRIN DUNCAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION,<br><br>This Document Relates to:<br>ALL ACTIONS EXCEPT<br>Jenkins v. Nat'l Collegiate Athletic Ass'n<br>Case No. 14-cv-0278-CW | No. 4:14-md-2541-CW<br><br>**NOTICE OF POSTING OF APPEAL BOND** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that a check in the amount of $5,000.00 for Objector Darrin Duncan's appeal bond was received and deposited by the US District Court on June 22, 2018.

Dated: June 25, 2018                    TUCKER | POLLARD

                                        */s/ Caroline Tucker*
                                        Caroline Tucker, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the June 25, 2018 and served by the same means on all counsel of record.

                                                  */s/ Caroline Tucker*
                                                  Caroline Tucker, Esq.