| | |
|---|---|
| Sean Eskovitz (SBN 241877)<br>WILKINSON WALSH + ESKOVITZ LLP<br>11726 San Vicente Blvd., Suite 600<br>Los Angeles, CA 90049<br>Telephone:  (424) 316-4000<br>Facsimile:  (202) 847-4005<br>seskovitz@wilkinsonwalsh.com<br><br>Beth A. Wilkinson (*pro hac vice*)<br>Brant W. Bishop, PC (*pro hac vice*)<br>Alexandra M. Walsh (*pro hac vice*)<br>Brian L. Stekloff (*pro hac vice*)<br>Lori Alvino McGill (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>WILKINSON WALSH + ESKOVITZ LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br>bbishop@wilkinsonwalsh.com<br>awalsh@wilkinsonwalsh.com<br>bstekloff@wilkinsonwalsh.com<br>lalvinomcgill@wilkinsonwalsh.com<br>rkilaru@wilkinsonwalsh.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | Patrick Hammon (SBN 255047)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone:  (650) 470-4500<br>Facsimile:  (650) 470-4570<br>patrick.hammon@skadden.com<br><br>Jeffrey A. Mishkin (*pro hac vice*)<br>Karen Hoffman Lent (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>jeffrey.mishkin@skadden.com<br>karen.lent@skadden.com<br><br>Attorneys for Defendants<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and WESTERN ATHLETIC CONFERENCE<br><br>[Additional Defense Counsel Listed Below] |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS EXCEPT *Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | MDL Docket No. 4:14-md-02541-CW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 90067.

On August 3, 2018, I served the document described as:

**(1) DEFENDANTS' REPLY BRIEF ON UNDISCLOSED EXPERT TESTIMONY; and**

**(2) DECLARATION OF KYLE A. CASAZZA AND EXHIBITS**

on the interested parties in below service list:

| Name | Email |
|---|---|
| Steve W. Berman | steve@hbsslaw.com |
| Craig R. Spiegel | craigs@hbsslaw.com |
| Jeff D. Friedman | jefff@hbsslaw.com |
| Bruce L. Simon | bsimon@pswlaw.com |
| Benjamin E. Shiftan | bshiftan@pswlaw.com |
| Jeffrey L. Kessler | jkessler@winston.com |
| David G. Feher | dfeher@winston.com |
| David L. Greenspan | dgreenspan@winston.com |
| Joseph A. Litman | jlitman@winston.com |
| Sean D. Meenan | smeenan@winston.com |
| Jeanifer E. Parsigian | jparsigian@winston.com |

*Class Counsel for Consolidated Action Plaintiffs*

☒ (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email as noted above and that the transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2018 at Los Angeles, California.

| Kyle A. Casazza | /s/ Kyle A. Casazza |
|---|---|
| Type or Print Name | Signature |

## ADDITIONAL DEFENSE COUNSEL

| | |
|---|---|
| **PROSKAUER ROSE LLP** | **MAYER BROWN LLP** |
| Bart H. Williams (SBN 134009) | Andrew S. Rosenman (SBN 253764) |
| Scott P. Cooper (SBN 96905) | Britt M. Miller (*pro hac vice*) |
| Kyle A. Casazza (SBN 254061) | 71 South Wacker Drive |
| Jennifer L. Jones (SBN 284624) | Chicago, IL 60606 |
| Shawn S. Ledingham, Jr. (SBN 275268) | Telephone:  (312) 782-0600 |
| Jacquelyn N. Crawley (SBN 287798) | Facsimile:  (312) 701-7711 |
| 2049 Century Park East, Suite 3200 | arosenman@mayerbrown.com |
| Los Angeles, CA 90067 | bmiller@mayerbrown.com |
| Telephone:  (310) 557-2900 | |
| Facsimile:  (310) 557-2193 | Richard J. Favretto (*pro hac vice*) |
| scooper@proskauer.com | 1999 K Street, N.W. |
| bwilliams@proskauer.com | Washington, DC  20006 |
| kcasazza@proskauer.com | Telephone:  (202) 263-3000 |
| jljones@proskauer.com | Facsimile:  (202) 263-3300 |
| sledingham@proskauer.com | rfavretto@mayerbrown.com |
| jcrawley@proskauer.com | |
| | Attorneys for Defendant |
| Attorneys for Defendant | THE BIG TEN CONFERENCE, INC. |
| PAC-12 CONFERENCE | |
| | |
| **POLSINELLI PC** | **ROBINSON BRADSHAW & HINSON** |
| Leane K. Capps (*pro hac vice*) | Robert W. Fuller, III (*pro hac vice*) |
| Caitlin J. Morgan (*pro hac vice*) | Nathan C. Chase Jr. (SBN 247526) |
| 2950 N. Harwood Street | Lawrence C. Moore, III (*pro hac vice*) |
| Suite 2100 | Pearlynn G. Houck (*pro hac vice*) |
| Dallas, TX 75201 | Amanda R. Pickens (*pro hac vice*) |
| Telephone:  (214) 397-0030 | 101 N. Tryon St., Suite 1900 |
| lcapps@polsinelli.com | Charlotte, NC 28246 |
| cmorgan@polsinelli.com | Telephone:  (704) 377-2536 |
| | Facsimile:  (704) 378-4000 |
| Amy D. Fitts (*pro hac vice*) | rfuller@rbh.com |
| Mit Winter (SBN 238515) | nchase@rbh.com |
| 120 W. 12th Street | lmoore@rbh.com |
| Kansas City, MO 64105 | phouck@rbh.com |
| Telephone: (816) 218-1255 | apickens@rbh.com |
| afitts@polsinelli.com | |
| mwinter@polsinelli.com | Mark J. Seifert (SBN 217054) |
| | Seifert Law Firm |
| Wesley D. Hurst (SBN 127564) | 425 Market Street, Suite 2200 |
| 2049 Century Park East, Suite 2300 | San Francisco, CA 94105 |
| Los Angeles, CA 90067 | Telephone:  (415) 999-0901 |
| Telephone:  (310) 556-1801 | Facsimile:  (415) 901-1123 |
| whurst@polsinelli.com | mseifert@seifertfirm.com |
| | |
| Attorneys for Defendants | Attorneys for Defendant |
| THE BIG 12 CONFERENCE, INC. and | SOUTHEASTERN CONFERENCE |
| CONFERENCE USA, INC. | |

| | | |
|---|---|---|
| 1 | **SMITH MOORE LEATHERWOOD LLP** | **COVINGTON & BURLING LLP** |
| 2 | D. Erik Albright (*pro hac vice*) | Benjamin C. Block (*pro hac vice*) |
| | Gregory G. Holland (*pro hac vice*) | One CityCenter |
| 3 | 300 North Greene Street, Suite 1400 | 850 Tenth Street, N.W. |
| | Greensboro, NC 27401 | Washington, DC 20001-4956 |
| 4 | Telephone:  (336) 378-5368 | Telephone:  (202) 662-5205 |
| | Facsimile:  (336) 433-7402 | Facsimile:  (202) 778-5205 |
| 5 | erik.albright@smithmoorelaw.com | bblock@cov.com |
| | greg.holland@smithmoorelaw.com | |
| 6 | | Rebecca A. Jacobs (SBN 294430) |
| | Jonathan P. Heyl (*pro hac vice*) | One Front Street |
| 7 | 101 N. Tryon Street, Suite 1300 | San Francisco, CA 94111-5356 |
| | Charlotte, NC 28246 | Telephone:  (415) 591-6000 |
| 8 | Telephone:  (704) 384-2625 | Facsimile:  (415) 591-6091 |
| | Facsimile:  (704) 384-2909 | rjacobs@cov.com |
| 9 | jon.heyl@smithmoorelaw.com | |
| | | Attorneys for Defendant |
| 10 | Charles LaGrange Coleman, III (SBN 65496) | AMERICAN ATHLETIC CONFERENCE |
| | HOLLAND & KNIGHT LLP | |
| 11 | 50 California Street, Suite 2800 | |
| | San Francisco, CA 94111-4624 | |
| 12 | Telephone:  (415) 743-6900 | |
| | Facsimile:  (415) 743-6910 | |
| 13 | ccoleman@hklaw.com | |
| 14 | Attorneys for Defendant | |
| | THE ATLANTIC COAST CONFERENCE | |
| 15 | | |
| 16 | **WALTER  HAVERFIELD LLP** | **BRYAN CAVE LLP** |
| 17 | R. Todd Hunt (*pro hac vice*) | Meryl Macklin (SBN 115053) |
| | Benjamin G. Chojnacki (*pro hac vice*) | 560 Mission Street, 25th Floor |
| 18 | The Tower at Erieview | San Francisco, CA 94105 |
| | 1301 E. 9th Street, Suite 3500 | Telephone:  (415) 268-1981 |
| 19 | Cleveland, OH 44114-1821 | Facsimile:  (415) 430-4381 |
| | Telephone:  (216) 928-2935 | meryl.macklin@bryancave.com |
| 20 | Facsimile:  (216) 916-2372 | |
| | rthunt@walterhav.com | Richard Young (*pro hac vice*) |
| 21 | bchojnacki@walterhav.com | Brent Rychener (*pro hac vice*) |
| | | 90 South Cascade Avenue, Suite 1300 |
| 22 | Attorneys for Defendant | Colorado Springs, CO 80903 |
| | MID-AMERICAN CONFERENCE | Telephone:  (719) 473-3800 |
| 23 | | Facsimile:  (719) 633-1518 |
| | | richard.young@bryancave.com |
| 24 | | brent.rychener@bryancave.com |
| 25 | | Attorneys for Defendant |
| | | MOUNTAIN WEST CONFERENCE |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | **JONES WALKER LLP** |
| 2 | Mark A. Cunningham (*pro hac vice*) |
| 3 | 201 St. Charles Avenue<br>New Orleans, LA 70170-5100 |
| 4 | Telephone:  (504) 582-8536<br>Facsimile:  (504) 589-8536 |
| 5 | mcunningham@joneswalker.com |
| 6 | Attorneys for Defendant<br>SUN BELT CONFERENCE |

## FILER'S ATTESTATION

I, Bart H. Williams, am the ECF user whose identification and password are being used to file the Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Bart H. Williams