**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW Case No. 4:14-cv-02758-CW |

# DIRECT TESTIMONY OF HAL PORET

## I.      INTRODUCTION

1.      My name is Hal Poret.  I am a member of the American Association of Public Opinion Research and routinely conduct market research surveys for a variety of small to large corporations and organizations.  I have personally designed, supervised, and implemented approximately 1,000 surveys regarding the perceptions and opinions of consumers, including numerous studies that have been admitted as evidence in legal proceedings.  I hereby declare, truthfully and under the penalty of perjury, as follows.

2.      Class counsel retained me to design and conduct, and to offer expert testimony about, a survey to determine the extent to which, if at all, conferences or colleges allowing FBS college football or Division I basketball players to receive increased compensation/benefits would cause consumers to watch or attend these college sports less often.  I also have been asked to respond to the expert testimony of Dr. Bruce Isaacson, whom Defendants have offered on this subject.

3.      I will divide my testimony into three parts.  First, I will briefly describe my background and qualifications.   Second, I will describe the methodology, execution, and results of the survey I conducted and opine on the conclusions that can be drawn from that survey.  And, third, I will offer my opinions in response to Dr. Isaacson's testimony, who has presented criticisms of my survey, as well as a survey of his own, which he inaccurately characterized as a rebuttal survey.  In fact, Dr. Isaacson has not even attempted to measure changes to consumers' future behavior, if any, that would result from changes in the existing NCAA compensation rules.  Mine is the only survey evidence in this case addressing that issue.

4.      As I will explain, my survey found that there are numerous scenarios in which FBS college football or Division I basketball players could be offered additional forms of compensation or benefits by Conferences or their schools that would have no negative impact on consumer viewership/attendance.  In particular, the survey found that:

(1)     The baseline rate of answering that consumers would watch or attend college football or basketball less often in various scenarios in which additional forms of compensation or benefits were offered was very low, with most of the results in the range of 2% to 5%;

(2)     These rates of consumers answering that they would watch or attend less often were typically <u>lower</u> than the rates of answering that they would watch or attend <u>more often</u>.  This reinforces my conclusion that the "less often" results are negligible and indicates that, if anything, permitting these additional forms of compensation or benefits would tend to have a net positive impact on consumers watching or attending FBS college football and Division I basketball; and

(3)     When accounting for the results of controls implemented to ensure the reliability of the data, the net results support my opinion of virtually zero negative impact on consumer viewership/attendance for almost all of the scenarios.

5.      These survey results strongly support my conclusion that there are various forms of additional compensation/benefits that could be offered to class members with no negative impact on consumer demand for FBS college football and Division I basketball as exhibited through viewership/attendance.

6.     Defendants retained Dr. Isaacson ostensibly to rebut my conclusion and underlying opinions.   However, Dr. Isaacson's purported "rebuttal" survey does not address the topic of my survey or opinions at all.  My survey measured the potential <u>impact on consumer viewership/attendance</u> of offering additional forms of compensation or benefits that are not currently permitted by the challenged NCAA rules. By contrast, Dr. Isaacson's survey <u>omitted every question</u> addressing impact on consumer viewership/attendance of the college sports at issue.  In fact, Dr. Isaacson conceded that his survey "does not attempt to measure future behaviors."   Simply put, Dr. Isaacson's survey collected no data on the topic I studied, and he offers no opinions on the topic I opined about (impact on consumer demand).  His survey rebuts none of my survey's findings and none of my opinions, because, by his own admission, he did not even try to test the issue of impact on consumer demand that my survey addresses.

7.     Dr. Isaacson's contention that it is impossible to ask questions that reliably assess future consumer behavior is baffling, not only because the multi-billion dollar market research industry exists to do just that, but because the NCAA's consumer survey expert in *O'Bannon* (Dr. Dennis) submitted a survey for the precise purpose of measuring the impact of compensation on consumer viewership/attendance and the NCAA took the position that a survey was an appropriate vehicle for doing so.

8.     Even with respect to the one substantive question Dr. Isaacson asked in his survey (whether respondents "favor" or "oppose" certain compensation), Dr. Isaacson only tested <u>three</u> of the eight scenarios that I tested, and only found a substantially different result with respect to <u>one</u> scenario.  Despite Dr. Isaacson's lengthy recital of all the supposed

flaws in my survey and the many steps he took to correct them, his survey at most showed that his re-wording of my survey produced a different result on <u>one</u> of the eight scenarios, and only on a topic (favor versus oppose) that does not measure consumer demand, because "opposition" in no way establishes negative impact on viewership/attendance.  To give an obvious example, a consumer of a basketball game might favor or oppose the team calling a certain play, or wearing a certain color uniform, or changing the name, but that does not mean that such support or opposition will translate into a change in consumer demand through the consumption of tickets or watching games.  To study the impact on demand issue, it is necessary to design a survey which asks questions about future consumption behavior, and Dr. Isaacson admits that he does not even try to address this in his survey.

9.      Although the topic of whether consumers favor or oppose schools being permitted to offer certain forms of compensation/benefits[1] has limited utility, notably, Dr. Isaacson's survey shows a low rate of general opposition to the concept of increased compensation and benefits.  Over 60% of survey respondents <u>favored</u> at least one of the increased compensation scenarios, and 77% did <u>not</u> oppose all of the increased compensation scenarios.  Even looking at each scenario individually, each was only opposed by a <u>minority</u> of respondents.  These results are in no way indicative that consumers would be likely to consume less FBS football or Division I basketball if additional compensation and benefits were provided to members of the Classes.

---

[1] I use these terms interchangeably throughout my testimony.

10.   Dr. Isaacson's survey—even taking the results at face value—also shows that only a minority of respondents are influenced to watch college sports because they like it that players are "amateurs and/or not paid," and only 11% of survey respondents are both influenced by amateur status and opposed to each of the forms of additional compensation presented.   Indeed, the Isaacson survey shows that the majority of respondents who answered that they like players to be amateurs actually <u>favor</u> some forms of additional compensation, or at least do <u>not oppose</u> some forms of additional compensation, a result that is consistent with my opinion that permitting additional forms of compensation and benefits is not at odds with the views of those who state that they appreciate the "amateur" status of the sport.

## II.      PERSONAL BACKGROUND AND EXPERT QUALIFICATIONS

11.   I am President of my own survey research and consulting company under my name, Hal Poret, LLC.   I have personally designed, supervised, and implemented over 1,000 surveys regarding the perceptions and opinions of consumers.   Over 400 have been conducted online.   I have personally designed numerous studies that have been admitted as evidence in legal proceedings and I have been accepted as an expert in survey research on numerous occasions by U.S. District Courts, the Trademark Trial and Appeal Board, the FTC, and the National Advertising Division of the Council of Better Business Bureaus (NAD).

12.   I am a member of the American Association of Public Opinion Research, publisher of *Public Opinion Quarterly* and the *Journal of Survey Statistics and Methodology,* the International Trademark Association, and the NAD.   I routinely conduct market research surveys for a variety of small to large corporations and organizations.

13.     I have frequently spoken at major intellectual property and legal conferences on the topic of how to design and conduct surveys that meet legal evidentiary standards for reliability, including conferences held by the International Trademark Association (INTA), American Intellectual Property Law Association, Association of National Advertisers (ANA), the NAD, Practicing Law Institute, Managing Intellectual Property, Promotions Marketing Association, American Conference Institute, and various bar organizations.

14.     In addition to my survey research experience, I hold bachelor's and master's degrees in mathematics and a J.D. from Harvard Law School. Additional biographical material, including lists of testimony and publications, is provided in Appendix A to this declaration.

15.     I have previously served an expert witness on behalf of the class of student-athletes in connection with the "O'Bannon" litigation against the NCAA (*O'Bannon v. NCAA*, 7 F. Supp. 3d 955 (N.D. Cal. 2014)).  In that litigation, the NCAA submitted a survey with the objective of assessing the extent to which student-athletes receiving certain forms of compensation would impact consumer viewership/attendance.   I submitted a critique of the NCAA survey.

16.     The fee charged for the survey was $85,000.  This included the fees paid to the survey programming and sampling services, and preparation of my initial expert report (including data tabulation and analysis).  All additional work in connection with this matter has been, and will be, charged at my rate of $575 per hour.

### III.      MY SURVEY OF CONSUMER DEMAND IMPACT

17.      A total of 3,000 respondents participated in my online survey among individuals who watch and/or attend college basketball and/or college football.[2]

18.      The objective of the survey was to assess the extent to which, if at all, Conferences or colleges allowing college football or basketball players to receive increased compensation/benefits would cause consumers to watch or attend these college sports less often.  It is common in the market research field for surveys to be designed and conducted to assess the extent to which various influences would impact consumer demand for a product.  American companies collectively spend billions of dollars every year on survey research to help them make decisions regarding their advertising, websites, and products.  This occurs because of the accepted belief that survey research can be effective at projecting consumer demand in various scenarios.   In my corporate (non-litigation) market research practice, I am regularly retained by many companies to design and conduct research designed to assist them in making decisions that require predicting how consumer demand will be impacted by various forms of product design/presentation or advertising.

19.      Indeed, in the *O'Bannon* litigation, the NCAA submitted and relied on a consumer survey (from Dr. Dennis) in an effort to establish the impact of certain forms of compensation on consumers attending, watching, and listening to college football and (men's) basketball.   In that

---

[2] Scenarios 9, 10, and 11 were added after the first 304 interviews had been conducted.   Therefore, a total of 2,696 respondents were asked about these scenarios, as opposed to 3,000.

litigation, the NCAA and its expert took the position that a survey was an appropriate means for assessing and projecting consumer demand. I criticized the NCAA survey due to several key design flaws, including failing to limit the survey to those who actually watch the relevant college sports, failing to include Control Groups to ensure the reliability of the result, using improper primers, and other flaws. After considering the evidence presented, the *O'Bannon* court found that the NCAA survey did not provide "credible evidence that consumer demand for the NCAA's product would decrease if student-athletes were permitted to receive compensation."[3]

20.   My survey in the present case has the same objective as the NCAA survey in the *O'Bannon* case, but I corrected the design flaws with appropriate screening questions, procedures, and controls to avoid the problems that infected the NCAA survey in *O'Bannon*.

21.   My survey consisted of three Groups of consumers, each comprised of 1,000 unique respondents:

- Men's College Basketball Consumer Group

- Women's College Basketball Consumer Group

- College Football Consumer Group

22.   My survey was designed to assure that only those who watch and/or attend the relevant college sport were tested about how various compensation/benefits provided to student-athletes in that sport might impact their viewership/attendance. Each of the three Groups

---

[3] *O'Bannon*, 7 F. Supp. at 975.

described above consisted of individuals who watch and/or attend that specific sport and the respondents in that Group were asked questions specifically pertaining to the relevant sport. For instance, those who watch/attend women's college basketball were presented with scenarios and asked questions that specifically pertain to women's college basketball.

23.     Respondents in each Group were shown, one at a time, a series of 11 scenarios in which colleges or conferences could provide various forms of additional compensation/benefits for college athletes. Eight of the 11 scenarios were included as "Test" scenarios pertaining to various forms of compensation/benefits that, according to class counsel, are not currently available to college players but could potentially be offered in the future if the challenged NCAA rules were changed. Class counsel provided me with the substance of the eight Test Scenarios.

24.     The following are the eight Test Scenarios that respondents were questioned about in the survey. Solely for ease of discussion, I have given each Test Scenario a shorthand label—these labels were not used as part of the Survey:

Test Scenario 1—Healthcare Fund

Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that might arise as a result of injuries incurred from playing men's college basketball, including concussions.[4]

---

[4] The language shown above for Scenario 1 pertains to the Men's College Basketball Group. Respondents in the Women's College Basketball Group were shown the same description, but it was revised to refer to "women's" college basketball: "Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that might arise as a result of injuries incurred from playing women's college basketball, including concussions." Meanwhile, respondents in the College

Test Scenario 2—Academic Incentive Payment

Conferences or colleges would have the option to provide an incentive payment of up to $10,000 for each school year in which the athlete completes at least 1/5th of the units required to earn a degree and also has a GPA at or above what is required for NCAA eligibility.  The payment would be made in installments.

Test Scenario 3—Graduation Incentive Payment

Conferences or colleges would have the option to provide a one-time incentive of up to $10,000 for an athlete who earns an undergraduate degree.  This incentive would be available for athletes who earn their degree after their eligibility expires.

Test Scenario 4—Post-Eligibility Undergrad Scholarship

Conferences or colleges would have the option to provide scholarships that athletes could use at any academic institution, to finish their education after their athletic eligibility expires.  Former players could use these scholarships to complete their undergraduate degree at their current school or at another university, *e.g.*, a university closer to their home or family, or to get training at an accredited technical or vocational institution.

Test Scenario 5—Work Study Payment

Conferences or colleges would have the option to provide athletes who would have otherwise met the financial-need requirements for their college's work-study program the average amount that other students on the school's work-study program receive.  This payment would replace work study income unavailable to the athlete because of [his/her] commitment to the team.

Test Scenario 9—Off-Season Expenses

Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

Test Scenario 10—Grad School Costs

Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

---

Football Group were instead presented the following: "Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that might arise as a result of injuries incurred from playing college football, including concussions."

Test Scenario 11 — Post-Eligibility Study Abroad

> Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires.

25. These scenarios collectively cover a variety of potential forms of additional compensation or benefits so that the survey could test various ways in which members of the Classes could be offered additional compensation/benefits and what, if any, impact that would have on consumer viewership/attendance of FBS college football and Division I basketball. These scenarios represent forms of "additional" compensation or benefits in that each scenario represents some increase or expansion in benefits beyond what is already permitted by NCAA rules. Even if some of these scenarios had <u>some component</u> that is already permitted under NCAA rules, they nevertheless contain additional elements that makes them more expansive benefits, and therefore accomplish the survey objective of determining whether the currently allowed benefits/compensation could be expanded without negatively impacting consumer demand.

26. The survey results can be used to assess not only whether each of these exact benefits would impact consumer viewership/attendance, but more broadly whether there are additional forms of benefits or compensation that go beyond what is currently permissible under NCAA rules that could be offered without negatively impacting consumer demand. The scenarios tested were examples of potential benefits/compensation that could be offered, but the conclusions that can be drawn from the survey are not limited to these exact scenarios. Rather, the results could be relevant to other scenarios that are comparable in terms of the type or nature of the benefit/compensation. And, more fundamentally the results of the survey debunk the notion

that <u>any</u> additional compensation for Class Members would impair demand for the sports at issue.

27.　It is very easy for any individual to claim in response to a survey question that he or she will be less likely to watch a sport if he or she does not approve of something occurring in that sport.　Significant market research experience confirms the tendency of respondents to express complaints in surveys that do not actually result in negative changes in their real world behavior.　For instance, I have done many surveys relating to customer satisfaction that have revealed respondents' tendency to complain about perceived negatives and threaten to switch to other products or services at rates that are higher than actual market data suggests occurs.　In his testimony, Dr. Rascher discusses other instances in which respondents in surveys have threatened to change their behavior due to perceived negatives in ways that did not actually materialize.

28.　As a result, expressing opposition to a change in college sports in response to a survey is one thing, but it is another matter entirely for that individual to actually stop watching the sport or to watch less of the sport.　For example, it is easy to imagine how displeased fans might claim that they would not watch a sport anymore after a lockout or a strike, but would nevertheless go back to watching the sport when it resumes.　Therefore, it would be inherently unreliable to ask college sports fans how their viewership/attendance would be impacted by a change in the availability of compensation/benefits for the college players without some mechanism to account for the tendency of a survey to induce a certain percentage of respondents to give answers that do not realistically reflect actual consumer behavior.

29.     The standard and accepted way to account for such issues and make a survey reliable is to include one or more "Controls."  Controls assess the level of survey noise or "false positives" – in this case, the tendency of survey respondents to claim that a change in benefits available to college players will impact their behavior even if that would be unlikely to occur under real-world circumstances.

30.     A Control in a survey is akin to a placebo in a classic scientific experiment.   When respondents in a clinical study are given a medication and questioned about its impact, it is necessary to have participants asked the same questions about a placebo to assess the extent to which the same result ensues.  A placebo is a pill that removes the active ingredient at issue but changes nothing else.  If, for example, 20% of respondents answer that the medication helped their headache, the control or placebo result must also be consulted to determine the extent to which, if at all, the 20% result can be reliably attributed to the effectiveness of the active ingredient.  If the response to the placebo is similar to the response to the Test medication, the response to the Test medication must be dismissed as the artificial artifact of a survey, since a similar result ensued from the placebo.  If, on the other hand, there is a substantial difference in response to the test medication and the Control/placebo, we know that the difference must reliably reflect the genuine impact of the Test medication.  This same experimental design (comparing Test and Control results) is commonly used in surveys to control for the inherent error rate in asking respondents to predict their own behavior.

31.     In the present case, an ideal control involves asking respondents about scenarios involving compensation/benefits that are already permissible and provided to some class members under the present NCAA system.

If current consumers of the sport claim that such compensation/benefits being available to players would impact their viewership/attendance of the sport, this is a fair measurement of the noise or false positive rate for the survey, as such individuals currently watch/attend the sport even with such benefits being part of the system.

32.     The following three Control scenarios were asked about in the survey. Once again, I have supplied shorthand labels for ease of discussion, but these labels were not used in the Survey itself:

Control Scenario 6—Meals/Transportation

> Conferences or colleges would have the option to provide student-athletes with free meals and transportation (including airfare) to and from campus each semester.

Control Scenario 7—Undergrad Costs

> Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

Control Scenario 8—Gift Suites

> Conference or colleges would have the option to allow players who participate in tournaments to receive a few thousand dollars of free gifts, including things like video game consoles, iPods, televisions, recliner chairs, and watches. [5]

33.     These scenarios were selected as controls because, according to class counsel, they each reflect forms of compensation/benefits that are currently permissible and provided by some colleges and/or conferences under the NCAA system and, therefore, are clearly not

---

[5] Respondents in the College Football Group were instead shown the following scenario which referenced bowl games in lieu of tournaments, "Conference or colleges would have the option to allow players who participate in bowl games to receive a few thousand dollars of free gifts, including things like video game consoles, iPods, televisions, recliner chairs, and watches."

preventing current fans from viewing and/or attending the sport. The results for any of the control scenarios can be examined to estimate a noise/false positive level for the survey. The result for any Test Scenario can then be compared to the result for a control scenario to determine whether there is any meaningful difference between the claimed rate of impact on behavior of a Test Scenario and the noise or false positive level for the survey. If a result for a Test Scenario exceeds the noise level for the survey by a substantial margin, this would validate that the claimed rate of impact of the Test Scenario likely indicates a real-world impact on viewership/attendance. If the result for a Test Scenario, on the other hand, is comparable to the noise level as measured by the controls, the result must be dismissed as typical survey noise that indicates no likely real-world impact.

34.     Each Test and Control scenario was presented one at a time and as each scenario was shown, respondents were asked a series of questions pertaining to that specific scenario. The order in which the scenarios were shown and asked about was randomized to eliminate any order bias.

35.     As this was an online survey, all of the instructions and questions were displayed on respondents' computer screens and each question appeared on its own screen.

36.     The following paragraphs describe the specific instructions and questions and functioning of the surveys.

<u>Men's College Basketball Group</u>

37.     Upon completion of the screening questions, 1,000 respondents in the Men's College Basketball Group were prompted as follows:

> For the next section of the survey, we are going to describe to you several scenarios relating to athletes who play on men's college basketball teams.  For each scenario, we will ask you some questions relating to your opinions about the scenario.
>
> If for any question, you don't know an answer or don't have an opinion, please feel free to indicate so.  Please do not guess.

38.   On the next screen, respondents were further instructed:

> The next screens will describe several scenarios, in which conferences or colleges would have the option to provide college athletes with benefits in addition to an athletic scholarship.  For each scenario, please note that the benefits described would be paid for from the revenue generated by the athlete's team.

39.   Next, respondents were shown the following instruction:

> Please read the following scenario carefully:

40.   Beneath the instruction, on the same screen, respondents saw one of the 11 possible scenarios detailed above.  Beneath the scenario, respondents were prompted:

> The next questions will be about this scenario.

41.   The scenario shown to respondents remained visible on screen for each of the remaining questions regarding that particular scenario.

42.   On the next screen, respondents were asked:

> Which of the following best represents your reaction to the following scenario:

43.     Respondents were shown the scenario again and beneath the scenario could select from the following options:[6]

- I am <u>in favor</u> of this

- I am <u>opposed to</u> this

- I am <u>neither</u> in favor of nor opposed to this

- No opinion/don't know

44.     Next, respondents were asked:

If the following scenario was part of the men's college basketball system, would that or would that not change how often you watch, listen to, or attend men's college basketball games?

45.     Respondents were shown the scenario again and beneath the scenario could select from the following options:[7]

- Yes, it <u>would</u> change how often I watch, listen to or attend men's college basketball games

- No, it would <u>not</u> change how often I watch, listen to or attend men's college basketball games

- No opinion/don't know

---

[6] The order in which the first two options appeared was randomized for each respondent.

[7] The order in which the first two options appeared was randomized for each respondent.

46.     Respondents who answered that the scenario would change how often they watch, listen to, or attend games were asked:

> If the following scenario was part of the men's college basketball system...

47.     Respondents were shown the scenario again and beneath were asked:

> Would you watch, listen to, or attend men's college basketball games…[8]

- Much less often

- Somewhat less often

- Somewhat more often

- Much more often

- No opinion/don't know

48.     I designed the survey in this manner to be neutral, not suggestive. I first asked an appropriate "filter" question to determine whether or not the scenario would change their viewership/attendance.   Only after respondents had answered affirmatively were they then asked to express whether it would cause them to watch less or more often.  This structure reliably determines the impact on viewership/attendance without suggesting to the respondent that there would or would not be any impact.

---

[8] The order of the response options was rotated so that half of all respondents saw the options in reverse order.

49.  This concluded the questions for the first scenario shown to respondents.

50.  This sequence of presenting a specific sequence and asking the above-described questions was then repeated for each scenario (in random order) until respondents had been asked about all scenarios for their Group.

51.  After the questions about the scenarios, all respondents were asked a series of post-survey classification questions which I describe later in my testimony.

<u>Women's College Basketball Group</u>

52.  1,000 respondents in the Women's College Basketball Group took a survey identical to that of respondents in the Men's College Basketball Group with the sole exception that the language in the questions was tailored to refer to "women's" college basketball, instead of "men's" college basketball, as necessary.

<u>College Football Group</u>

53.  1,000 respondents in the College Football Group took a survey identical to that of respondents in the Men's College Basketball and Women's College Basketball Groups with the sole exception that the language in the questions was tailored to refer to "college football," instead of "men's college basketball" or "women's college basketball."

54.  Screenshots showing what the instructions, questions, and scenario descriptions looked like on a respondent's computer screen are provided in Appendix E to this declaration.

IV.        **SUMMARY OF MY KEY SURVEY FINDINGS**

55.     I will now describe the key findings that resulted from my survey.  I will next describe in greater detail the results that my survey yielded.

56.     The following table – which Plaintiffs have submitted as an exhibit – shows the following data for each scenario:

(1)     The Column labeled 'TEST "Less Often"' shows the percentage of respondents who answered that they would watch or attend "less often" if the relevant form of compensation/benefit could be offered to college players.

(2)     The Column labeled 'TEST "More Often"' shows the percentage of respondents who answered that they would watch or attend "more often if the relevant form of compensation/benefit could be offered to college players."

(3)     The boxes stating "Net for Control Scenario" contain the percentage of respondents who answered that they would be less or more likely to watch or attend for the given Control Scenario.

(4)     The Columns beneath the boxes stating "Net for Control Scenario" show the "net" result that occurs if the "less often" or "more often" percentage shown in the box for that Control Scenario is subtracted from the corresponding percentage for the Test Scenario.  It is standard methodology to subtract a Control rate from a corresponding Test rate to arrive at a "Net" rate that can be projected to predict likely actual consumer behavior.

**PORET EXHIBIT 169B**

| Test Scenario | | "Much" or "Somewhat" "Less Often" | | | | "Much" or "Somewhat" "More Often" | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | TEST "Less Often" | NET for Control Scenario[9] 6 4.6% | NET for Control Scenario 7 6.5% | NET for Control Scenario 8 14.1% | TEST "More Often" | NET for Control Scenario 6 6.8% | NET for Control Scenario 7 8.4% | NET for Control Scenario 8 5.7% | NET IMPACT ON DEMAND[10] | |
| **1)** Healthcare Fund | 2.1% | -2.5% | -4.4% | -12.1% | 11.0% | 4.2% | 2.6% | 5.3% | + 8.9% | |
| **2)** Academic Incentive Payment | 10.3% | 5.7% | 3.8% | -3.8% | 7.7% | 0.9% | -0.7% | 2.0% | -2.6% | |
| **3)** Graduation Incentive Payment | 6.9% | 2.3% | 0.4% | -7.3% | 8.0% | 1.2% | -0.4% | 2.3% | + 1.1% | |
| **4)** Post-Eligibility Undergrad Scholarship | 3.8% | -0.8% | -2.7% | -10.3% | 7.9% | 1.1% | -0.5% | 2.2% | + 4.1% | |
| **5)** Work Study Payment | 3.3% | -1.3% | -3.2% | -10.8% | 7.6% | 0.7% | -0.8% | 1.8% | + 4.3% | |
| **9)** Off-Season Expenses | 5.3% | 0.7% | -1.2% | -8.8% | 6.7% | -0.2% | -1.7% | 0.9% | + 1.4% | |
| **10)** Grad School Costs | 3.0% | -1.6% | -3.5% | -11.1% | 8.8% | 2.0% | 0.4% | 3.1% | + 5.8% | |
| **11)** Post-Eligibility Study Abroad | 4.6% | 0.0% | -1.9% | -9.5% | 7.2% | 0.4% | -1.2% | 1.5% | +2.6% | |

---

[9] As noted above, the results in the "Net for Control Scenario" columns show the "net" result that occurs when subtracting the result for that Control Scenario (shown in the box at the top of the column) from the corresponding result for the Test Scenario.

[10] This line of the exhibit shows the difference between the TEST NET MORE OFTEN result and the TEST NET LESS OFTEN result for each scenario. For instance, for Scenario 1 (Healthcare Fund), this line shows that the 11.0% TEST NET MORE OFTEN result exceeds the 2.1% TEST NET LESS OFTEN result by a margin of positive 8.9%.

57.     There are three main conclusions I draw from the survey results, as
        summarized in  Poret Exhibit 169B:

(1)     Even without consulting the "more often" responses or Control
        results, the rate of respondents answering that they would watch
        or attend the relevant college sports less often as a result of the
        increased compensation scenarios is very low on its face.  For
        most of the increased compensation scenarios, the claimed rate of
        watching/attending less often is in the range of 2% to 5%, which
        is within the range of typical survey noise.  Even the <u>highest</u> rates
        of reporting that consumers would watch/attend less often, for
        just two scenarios, are 6.9% and 10.3%.   Accordingly, even
        without accounting for the respondents who would view/attend
        <u>more often</u> *or* the Controls under these scenarios, the results
        support the conclusion that there are various additional forms of
        compensation/benefits that could be offered by colleges and
        conferences to Class Members that would not have a meaningful
        negative impact on viewership/attendance.

(2)     I also observe that for all but one of the increased compensation
        Test Scenarios, the rate of respondents answering that they
        would watch "more often" is even <u>higher</u> than the rate of
        answering that respondents would watch "less often."   This
        reinforces the negligible character of the "less often" results and
        supports my conclusion that the overall response to the proposed
        scenarios was more positive than negative and that, if anything,
        changes       permitting       these       additional       forms       of
        compensation/benefits would tend to have a net <u>positive</u> impact
        on consumer demand for college football and basketball as
        exhibited through viewership/attendance, not a negative one.

(3)     Finally, when the Control results are accounted for and applied to the "less often" results, the net rate of negative impact on viewership/attendance is revealed to be zero or *de minimis* for almost all of the increased compensation scenarios. Even looking only at the Controls with the lower results (the 4.6% and 6.5% results for Control Scenarios 6 and 7), the net rates of negative impact are negative, zero, or *de minimis* in almost every instance. In other words, the rate of respondents claiming that they would watch/attend less often under the increased compensation Test Scenarios did not meaningfully exceed the rate of claiming the same thing for scenarios that are accepted forms of compensation to Class Members under the current NCAA rules, such as that colleges may currently cover the full costs of attendance with an athletic scholarship or pay for meals and transportation. These zero/*de minimis* net results further support my conclusion that there are various forms of additional compensation/benefits that could be offered by colleges and conferences to Class Members that would not have any negative impact on consumer demand for watching and attending FBS college football and Division I basketball games.

58.   While Poret Exhibit 169B pertains to the overall results, the Detailed Findings, which I summarize later in my testimony, contains further data showing that the same conclusions flow from the results broken down by specific sport as well as by age, gender, ethnicity, conference followed, and various other factors.

59.   Based on the overall survey results and the results among individual subgroups, it is my opinion to a high degree of scientific certainty that there would be no negative impact on consumer demand as exhibited

through viewership/attendance of FBS college football and Division I basketball if various forms of additional compensation/benefits tested in the survey could be offered by conferences or colleges to class members for participating in those sports.  If anything, permitting these additional forms of compensation/benefits could have a <u>positive</u> impact on such consumer demand.

60.     This conclusion is not limited strictly to the specific compensation/benefit scenarios articulated in the survey.  What the survey more broadly shows is that additional forms of compensation/benefits <u>of the type tested</u> would not have a negative impact on consumer demand.  It is common for survey research to be used to draw conclusions and inform decisions with respect to scenarios that are not exactly what were articulated in the survey but which are similar.  For instance, surveys that test reactions to particular products or advertisements are regularly used to draw conclusions regarding consumer reaction to other products or advertisements that are comparable.  For this same reason, it would be appropriate to rely on the results of my survey to draw the conclusion that there are numerous forms of compensation/benefit that were not specifically articulated in my survey that would also not negatively impact consumer demand.

61.     For instance, the following types of other forms of compensation or benefits, that I was asked about at my deposition,  would be comparable enough to the types tested in my survey that I would rely on the survey to conclude that such forms would not negatively impact consumer demand:  (1) tutoring costs; (2) subsidized professional certifications or licensure programs and fees; (3) subsidized career counseling; (4) subsidized mental health treatment and counseling; and (5) a

local/campus travel stipend.[11]  Other forms of additional compensation or benefits could also be sufficiently similar to the scenarios I tested to draw a conclusion that permitting such benefits would not hurt consumer demand.  In sum, my survey shows that there are numerous options for offering additional forms of compensation/benefits that would not negatively impact consumer demand for FBS football or Division I basketball, including the ones tested and all others that could be judged to be comparable.

---

[11] Poret Tr. 94-97, 123-124, 134-136, and 139-140.

## V.     THE DETAILS OF MY SURVEY METHODOLOGY

### 1.     *The Relevant Universe of Interest*

62.     The appropriate sample universe for this survey consisted of U.S. consumers, age 18 and older, who watch or attend college basketball or college football games.  Specifically, for each Group of consumers, the universe consists of consumers who watch, listen to, or attend the specific sport covered in that Group.

63.     The following screening questions were employed to ensure the final survey sample in each Group was comprised of respondents from the appropriate sample universe.

64.     First, after initial demographic questions, all potential respondents were asked:

> Which of the following, if any, do you sometimes do?
> *(Select all that apply)*

65.     Respondents could select as many as applied to them from the following randomized list, or "None of these":

- Watch sports on television (or computers/mobile devices) or attend sports games
- Play video games on a game console or mobile device
- Read books in hard copy or on an e-reader
- Workout at home or at a gym/fitness center
- Stay in a hotel for business

66.     Respondents who selected "watch sports on television (or computers/mobile devices) or attend sports games," were able to continue.  The other options on the list were included to mask the intention of the survey and to provide a list of options from which respondents could select.

67.     Next, respondents were asked:

> For the remaining questions, when we ask about watching
> sports on television, this includes watching on computers or
> mobile devices.
>
> Which of the following sports, if any, do you sometimes
> watch on television or attend in person?
>
> *(Select all that apply)*

68.     Respondents could select as many as applied to them from the following
randomized list, or "None of these":

- Men's college basketball
- Women's college basketball
- Men's professional basketball
- Women's professional basketball
- College football
- Professional football
- College baseball
- Professional baseball
- Men's college hockey
- Women's college hockey
- Professional hockey

69.     Respondents who selected at least one of the following options were
able to continue:

- Men's college basketball
- Women's college basketball
- College football

70.     These respondents were then asked:

> How many games of each of the following do you watch on
> television or attend during a typical season for that sport?  For
> the purposes of this question, please count only games that
> you watch at least half of the game.

71.     Respondents were then shown a grid with the following sports listed in a column on the left:[12]

- Men's college basketball regular season games
- Men's college basketball conference or NCAA tournament games
- Women's college basketball regular season games
- Women's college basketball conference or NCAA tournament games
- College football regular season games
- College football bowl/playoff games

72.     To the right of each sport, respondents could indicate how many games they watch or attend in a typical season:

- 0
- 1-2
- 3-5
- 6-10
- 11-20
- 21-30
- 31-50
- Over 50

73.     Respondents who answered that they watch or attend at least one men's college basketball game were considered part of the relevant sample universe and qualified to participate in the Men's College Basketball Group.

74.     Respondents who answered that they watch or attend at least one women's college basketball game were considered part of the relevant sample universe and qualified to participate in the Women's College Basketball Group.

---

[12] Sports that respondents did not previously indicate they sometimes watch were excluded from this question.

75.　Respondents who answered that they watch or attend at least one college football game were considered part of the relevant sample universe and qualified to participate in the College Football Group.

76.　Prior to proceeding to the key survey questions in which respondents were shown the various scenarios, respondents were asked the following additional questions for classification purposes.   First, respondents were asked:

> Below is a list of major college sports conferences.
>
> Please select each conference, if any, which you personally follow or are a fan of a team in that conference.
>
> *(Select all that apply)*

77.　The following table displays the list of randomized options shown to respondent and the proportion of final respondents who selected each:

| Conferences Respondents Follow | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| ACC | 326 | 32.6% | 354 | 35.4% | 276 | 27.6% |
| AAC | 50 | 5.0% | 106 | 10.6% | 54 | 5.4% |
| BIG 10 | 431 | 43.1% | 437 | 43.7% | 417 | 41.7% |
| BIG 12 | 225 | 22.5% | 296 | 29.6% | 214 | 21.4% |
| BIG EAST | 204 | 20.4% | 274 | 27.4% | 153 | 15.3% |
| BIG SKY | 26 | 2.6% | 70 | 7.0% | 25 | 2.5% |
| BIG SOUTH | 32 | 3.2% | 84 | 8.4% | 30 | 3.0% |
| BIG WEST | 43 | 4.3% | 103 | 10.3% | 47 | 4.7% |
| COLONIAL | 23 | 2.3% | 59 | 5.9% | 16 | 1.6% |
| CONFERENCE USA | 79 | 7.9% | 148 | 14.8% | 69 | 6.9% |
| INDEPENDENT | 53 | 5.3% | 92 | 9.2% | 39 | 3.9% |
| IVY LEAGUE | 78 | 7.8% | 152 | 15.2% | 76 | 7.6% |
| MID-AMERICAN | 55 | 5.5% | 92 | 9.2% | 42 | 4.2% |
| MOUNTAIN WEST | 66 | 6.6% | 114 | 11.4% | 63 | 6.3% |
| PAC 12 | 276 | 27.6% | 318 | 31.8% | 248 | 24.8% |

| Conferences Respondents Follow | | | | | | |
|---|---|---|---|---|---|---|
| SEC | 295 | 29.5% | 351 | 35.1% | 327 | 32.7% |
| SUN BELT | 37 | 3.7% | 86 | 8.6% | 44 | 4.4% |
| WESTERN ATHLETIC | 38 | 3.8% | 88 | 8.8% | 37 | 3.7% |
| I do not follow any particular conference or team | 73 | 7.3% | 58 | 5.8% | 81 | 8.1% |
| I don't know what conference the team(s) I follow are in | 34 | 3.4% | 38 | 3.8% | 44 | 4.4% |

78.   Respondents were also asked:

> Which of the following, if any, are reasons why you watch men's college basketball?[13]
>
> *(Select all that apply)*

79.   The following table displays the list of randomized options shown to respondents and the proportion of final respondents who selected each:

---

[13] This question was appropriately tailored according to which Group respondents were assigned.  Respondents in the Women's College Basketball Group were instead asked, "Which of the following, if any, are reasons why you watch women's college basketball?"   Respondents in the College Football Group were instead asked, "Which of the following, if any, are reasons why you watch college football?"

| Reasons Respondents Watch | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| I am…. | N | % | N | % | N | % |
| a fan of a college that I attended or someone I know attended | 453 | 45.3% | 420 | 42.0% | 468 | 46.8% |
| a fan of a college in an area where I live or used to live | 487 | 48.7% | 428 | 42.8% | 529 | 52.9% |
| a fan of a specific college for other reasons | 263 | 26.3% | 261 | 26.1% | 276 | 27.6% |
| generally a fan of the sport | 598 | 59.8% | 579 | 57.9% | 572 | 57.2% |
| not a fan but I watch with someone who is a fan | 35 | 3.5% | 44 | 4.4% | 38 | 3.8% |
| not a fan but I sometimes enjoy watching sports events | 53 | 5.3% | 65 | 6.5% | 30 | 3.0% |
| None of the above | 3 | 0.3% | 6 | 0.6% | 1 | 0.1% |

80.     Respondents who qualified for and were assigned to the Men's College Basketball Group were then prompted as follows:

> For this survey you will be asked questions about men's college basketball.

81.     Meanwhile, respondents who qualified for and were assigned to the Women's College Basketball Group were instead prompted as follows:

> For this survey you will be asked questions about women's college basketball.

82.     Meanwhile, respondents who qualified for and were assigned to the College Football Group were instead prompted as follows:

> For this survey you will be asked questions about college football.

83.     All respondents were then asked the following question:

How often did you watch, listen to, or attend men's college
basketball games during the 2015-2016 <u>regular season</u>? [14]

84.    The following table displays the list of randomized options shown to
respondents and the proportion of final respondents who selected each:

| How Often You Watch Games During 2015-2016 Season | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| I watched, listened to, or attended… | N | % | N | % | N | % |
| More than one game a week throughout the regular season | 456 | 45.6% | 340 | 34.0% | 555 | 55.5% |
| About one game a week throughout the regular season | 309 | 30.9% | 326 | 32.6% | 295 | 29.5% |
| Less than one game a week throughout the regular season | 215 | 21.5% | 311 | 31.1% | 143 | 14.3% |
| I did not watch regular season games | 20 | 2.0% | 23 | 2.3% | 7 | 0.7% |

85.    Respondents who qualified for and were assigned to the Men's or
Women's College Basketball Groups were then also asked:

Which of the following, if any, did you watch during the 2015-
2016 men's college basketball <u>post-season</u>? [15]

---

[14] This question was tailored according to which survey Group respondents were
assigned.  Respondents in the Women's College Basketball Group were instead
asked, "How often did you watch, listen to, or attend women's college basketball
games during the 2015-2016 <u>regular season</u>?"   Meanwhile, respondents in the
College Football Group were instead asked, "How often did you watch, listen to,
or attend college football games during the 2015-2016 <u>regular season</u>?"

[15] This question was appropriately tailored according to which survey Group
respondents were assigned. Respondents in the Women's College Basketball
Group were instead asked, "Which of the following, if any, did you watch during
the 2015-2016 women's college basketball <u>post-season</u>?"

86.    The following table displays the list of randomized options shown to respondents and the proportion of final respondents who selected each:

| Watched During 2015-2016 Basketball Season | | | | |
|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | |
| | N | % | N | % |
| Conference tournament games | 25 | 2.5% | 62 | 6.2% |
| NCAA tournament (March Madness) games | 289 | 28.9% | 266 | 26.6% |
| Both of the above | 671 | 67.1% | 648 | 64.8% |
| Neither of the above | 15 | 1.5% | 24 | 2.4% |

87.    Respondents who watched the NCAA tournament games were then asked:

> During which of the following rounds of the 2016 NCAA men's college basketball tournament did you watch games? [16]
>
> *Select all that apply*

88.    The following table displays the list of options shown to respondents and the proportion of final respondents who selected each:

| NCAA 2016 Basketball Tournament Games Watched | | | | |
|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | |
| | N | % | N | % |
| First weekend games (Round of 64 and 32) | 127 | 12.7% | 149 | 14.9% |
| Second weekend games (Round of 16 and 8) | 192 | 19.2% | 253 | 25.3% |
| Final Four games | 248 | 24.8% | 388 | 38.8% |

---

[16] This question was appropriately tailored to respondents according to which survey Group they were assigned.  Respondents in the Women's College Basketball Group were instead asked, "During which of the following rounds of the 2016 NCAA women's college basketball tournament did you watch games?"

| | | | | |
|---|---|---|---|---|
| NCAA championship game | 189 | 18.9% | 329 | 32.9% |
| All of the above | 607 | 60.7% | 379 | 37.9% |
| None of the above | 0 | 0.0% | 0 | 0.0% |
| I watched a game or games but I am not sure which one(s) | 42 | 4.2% | 47 | 4.7% |

89.     Meanwhile, respondents who qualified for and were assigned to the College Football Group were instead asked:

> Which of the following, if any, did you watch during the 2015-2016 college football <u>post-season</u>?

90.     The following table displays the list of options shown to respondents and the proportion of final respondents who selected each:

| Games Watched in 2015-2016 Football Post-Season | College Football | |
|---|---|---|
| N=1,000 | | |
| | N | % |
| Clemson v. Oklahoma FBS playoff game | 220 | 22.0% |
| Alabama v. Michigan State FBS playoff game | 362 | 36.2% |
| Clemson v. Alabama Championship game | 393 | 39.3% |
| Other bowl games | 418 | 41.8% |
| All of the above | 202 | 20.2% |
| None of the above | 50 | 5.0% |
| I watched a bowl/playoff game or games but not sure which one(s) | 99 | 9.9% |

91.     Upon completion of the main focal portion of the survey, respondents were also asked a series of questions for classification purposes.  These questions were asked at the end of the survey as opposed to prior to the main survey in order to avoid potentially biasing respondents' answers to the main survey questions.

92.     The following tables display the questions and response options along with the proportion of final respondents in each Group who selected each answer.

93.    All respondents were asked:

| Do you or does anyone in your household work for any of the following? *(Select all that apply)* | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| The NCAA | 10 | 1.0% | 17 | 1.7% | 4 | 0.4% |
| A college sports conference | 4 | 0.4% | 13 | 1.3% | 3 | 0.3% |
| A university or college | 38 | 3.8% | 64 | 6.4% | 50 | 5.0% |
| A company or store that makes or sells college sports merchandise | 8 | 0.8% | 10 | 1.0% | 5 | 0.5% |
| A television network or other media outlet that broadcasts college sports games | 9 | 0.9% | 8 | 0.8% | 5 | 0.5% |
| An advertising, public relations, or market research firm | 11 | 1.1% | 12 | 1.2% | 10 | 1.0% |
| None of these | 937 | 93.7% | 920 | 92.0% | 935 | 93.5% |

94.    Respondents who previously indicated during the initial demographic questions that they have at least some college education were asked:

| Were you a varsity-level college athlete while in college? | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| Yes | 60 | 6.0% | 84 | 8.4% | 58 | 5.8% |
| No | 635 | 63.5% | 596 | 59.6% | 633 | 63.3% |

95.    Followed by:

| Was the college or university you attended (or are currently enrolled in) a 4-year school? | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| Yes | 538 | 53.8% | 513 | 51.3% | 513 | 51.3% |
| No | 157 | 15.7% | 167 | 16.7% | 178 | 17.8% |

96.   Followed by:

| Which of the following were the sports teams for your college classified in? *(Select all that apply)* | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| Division I | 285 | 28.5% | 258 | 25.8% | 259 | 25.9% |
| Division II | 92 | 9.2% | 126 | 12.6% | 95 | 9.5% |
| Division III | 76 | 7.6% | 99 | 9.9% | 74 | 7.4% |
| Other | 70 | 7.0% | 72 | 7.2% | 62 | 6.2% |
| Don't know | 190 | 19.0% | 150 | 15.0% | 218 | 21.8% |

97.   Respondents who previously indicated that they were a varsity-level college athlete while in college were then asked:

| Did you play on a college basketball or football team? | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| No | 34 | 3.4% | 31 | 3.1% | 27 | 2.7% |
| Yes, college basketball | 13 | 1.3% | 33 | 3.3% | 10 | 1.0% |
| Yes, college football | 10 | 1.0% | 20 | 2.0% | 18 | 1.8% |
| Yes, both | 3 | 0.3% | 0 | 0.0% | 3 | 0.3% |

98.   All respondents were then asked:

| Has anyone in your family played a varsity sport at a Division 1 school in the past five years? | | | | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | Men's College Basketball | | Women's College Basketball | | College Football | |
| | N | % | N | % | N | % |
| Yes | 40 | 4.0% | 55 | 5.5% | 33 | 3.3% |
| No | 935 | 93.5% | 921 | 92.1% | 945 | 94.5% |
| Don't know | 25 | 2.5% | 24 | 2.4% | 22 | 2.2% |

99.     The actual wording of the screening questions used is shown in Appendix B.

## 2.     *Sampling Plan*

100.     The sampling plan involved a random selection of consumers who are part of an online panel.

101.     Online surveys are well-accepted in the field of survey research as a standard, reliable methodology.  Indeed, online surveys are now the most common method of conducting market research among consumers.  Businesses and other organizations routinely make decisions of importance based on the results of online survey research among consumers, and online surveys have been accepted in evidence in numerous U.S. District Court cases.  I have personally designed and executed numerous internet surveys that have been accepted by courts.

102.     The sample of panelists used in the survey was provided by Research Now, a leading supplier of online samples for surveys.  I have worked with Research Now on many surveys and have found its procedures and panels to be highly reliable.  Research Now has a large and diverse panel consisting of millions of Americans and is highly regarded as a reputable source of respondents for online surveys within the field of market research.      Research Now utilizes appropriate industry

procedures for ensuring the integrity and quality of its panels.  Research Now employs a "by-invitation-only" panel recruitment model to enroll pre-validated individuals and, therefore, maintains a panel comprised of the most credible survey takers who are less prone to self-selection bias.  Quality and integrity of its research panel are also obtained and maintained in the following ways:

(1)     Research Now requires a double opt-in and agreement to provide truthful and well-considered answers to online market research surveys.  First, potential panelists opt-in during the enrollment process, and then they are sent a follow-up email confirmation that requests the potential panelist to click a link to validate the opt-in.  Then, he or she is sent a follow-up email providing access to his or her member account and he or she can begin receiving surveys.

(2)     A unique email address is required to opt-in to the panel, and physical addresses provided by panelists in the U.S. are verified against government postal information.

(3)     Research Now implements data quality measures by focusing on identifying and pursuing panelists who exhibit suspicious behaviors.  This is done by identifying members through routine review of behaviors and sometimes with the help of its clients, and then evaluating a wider set of behaviors, particularly members' profile information and survey performance.

(4)     Research Now also employs a "Three Strikes Policy" in which panelists who commit survey offenses, such as speeding, inattentiveness, poor-quality open ends, answering inconsistencies, and selecting dummy answers, are flagged with

an "offense" code.  Panelists who are flagged three times for such offenses are disqualified from panel membership and future surveys.

103.   The purpose of the survey was withheld from respondents.  Without knowing the purpose of the survey, respondents needed to meet the screening criteria in order to qualify for the survey.  In doing so, they confirmed that they indeed are part of the Relevant Sample Universe.

104.   The following table displays the final proportion of sample achieved by age and gender for each Group:

| Final Number of Respondents by Age and Gender | | | | | | |
|---|---|---|---|---|---|---|
| | Men's College Basketball | | Women's College Basketball | | College Football | |
| N=1,000 per Group | **N** | **%** | **N** | **%** | **N** | **%** |
| Male 18 – 29 | 62 | 6.2% | 47 | 4.7% | 58 | 5.8% |
| Male 30 – 44 | 160 | 16.0% | 113 | 11.3% | 160 | 16.0% |
| Male 45 – 59 | 164 | 16.4% | 136 | 13.6% | 167 | 16.7% |
| Male 60 and older | 128 | 12.8% | 141 | 14.1% | 127 | 12.7% |
| Female 18 – 29 | 84 | 8.4% | 99 | 9.9% | 80 | 8.0% |
| Female 30 – 44 | 142 | 14.2% | 154 | 15.4% | 140 | 14.0% |
| Female 45 – 59 | 139 | 13.9% | 160 | 16.0% | 143 | 14.3% |
| Female 60 and older | 121 | 12.1% | 150 | 15.0% | 125 | 12.5% |

105.   The following table displays the final proportion of sample achieved by education level for each Group:

| Final Number of Respondents by Education Level Achieved | | | | | | |
|---|---|---|---|---|---|---|
| | Men's College Basketball | | Women's College Basketball | | College Football | |
| N=1,000 per Group | **N** | **%** | **N** | **%** | **N** | **%** |
| No college | 147 | 14.7% | 129 | 12.9% | 160 | 16.0% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Some college, 2-year college or trade school degree | 377 | 37.7% | 381 | 38.1% | 402 | 40.2% |
| 4-year college degree or higher | 476 | 47.6% | 490 | 49.0% | 438 | 43.8% |

106.   The following table displays the final proportion of sample achieved by income level for each Group:

| Final Number of Respondents by Household Income | | | | | | |
|---|---|---|---|---|---|---|
| | Men's College Basketball | | Women's College Basketball | | College Football | |
| N=1,000 per Group | N | % | N | % | N | % |
| Less than $45,000 | 261 | 26.1% | 293 | 29.3% | 267 | 26.7% |
| $45,000 < $100,000 | 481 | 48.1% | 440 | 44.0% | 459 | 45.9% |
| $100,000 or more | 258 | 25.8% | 267 | 26.7% | 274 | 27.4% |

107.   The following table displays the final proportion of sample achieved by ethnicity for each Group:

| Final Number of Respondents by Ethnicity | | | | | | |
|---|---|---|---|---|---|---|
| | Men's College Basketball | | Women's College Basketball | | College Football | |
| N=1,000 per Group | N | % | N | % | N | % |
| Hispanic or Latino | 143 | 14.3% | 144 | 14.4% | 147 | 14.7% |
| Black or African-American | 183 | 18.3% | 238 | 23.8% | 182 | 18.2% |
| White or Caucasian | 630 | 63.0% | 568 | 56.8% | 628 | 62.8% |
| Other | 44 | 4.4% | 50 | 5.0% | 43 | 4.3% |

108.   Survey invitations were sent across the U.S.   The following table displays the final proportion of sample achieved by region in each Group:

| Final Number of Respondents by Region | | |
|---|---|---|
| | Men's College | Women's College | College Football |

| | Basketball | | Basketball | | | |
|---|---|---|---|---|---|---|
| N=1,000 per Group | N | % | N | % | N | % |
| Midwest | 240 | 24.0% | 197 | 19.7% | 236 | 23.6% |
| Northeast | 180 | 18.0% | 190 | 19.0% | 150 | 15.0% |
| South | 371 | 37.1% | 410 | 41.0% | 406 | 40.6% |
| West | 209 | 20.9% | 203 | 20.3% | 208 | 20.8% |

### 3. Data Processing

109. Data was collected by Focus Vision, a company specializing in web survey programming and data collection and processing, and made available to Hal Poret, LLC., through an electronic portal on an ongoing basis.  The data set showing each respondent's answers to all questions will be provided in electronic form.

### 4. Interviewing Procedures

110. The online survey was programmed and hosted by Focus Vision.  My staff and I thoroughly tested the programmed survey prior to any potential respondents receiving the invitation to participate in the survey.

### 5. Double-Blind Interviewing

111. It is important to point out that the study was administered under "double-blind" conditions.  That is, not only were the respondents kept uninformed as to the purpose and sponsorship of the study, but the services involved in providing the sample and administering the online interviews (Focus Vision and Research Now) were similarly "blind" with respect to the study's purpose and sponsorship.

### 6. Interviewing Period

112. Interviewing was conducted from June 23, 2016, through August 9, 2016.

### 7. Quality Control

113. Several measures were implemented in order to ensure a high level of quality control and validation with respect to respondents taking the survey.

114. Upon initially entering the survey, all respondents were required to pass a test to verify that each respondent is a live person. The test employed in this survey is a CAPTCHA program that generates a task that humans can pass but current computer programs cannot. CAPTCHA is an acronym for "Completely Automated Public Turing Test to Tell Computers and Humans Apart."

115. CAPTCHA is a well-known and widely used tool in online survey research.

116. Upon successfully passing the CAPTCHA test, respondents were then asked to enter their year of birth and then their gender. This information was checked against the sample provider's (Research Now's) demographics on record for each respondent, and any respondent providing an incorrect or inconsistent year of birth and/or gender was unable to continue to the main survey.

117. Respondents were also asked to select their age range. Respondents who selected an age range that was inconsistent with their year of birth previously entered, were unable to continue with the survey.

118. These combined steps ensured that the survey was being taken by an actual live person and that each person was paying a certain level of attention to the survey questions and taking a certain level of care in entering responses.

119.    The following question was also asked, which permitted additional screening out of respondents who were paying insufficient attention or clicking responses indiscriminately:

> People vary in the amount of attention they pay to surveys.
>
> For quality assurance, please type the word "Yes" in the blank next to the "Other" box below and then click to continue.

- Strongly agree

- Agree

- Neutral

- Disagree

- Strongly disagree

- Other _____

120.    Respondents who selected "other" and typed a response in the blank continued with the survey.  A review was conducted of all the open-ended answers typed into the blank in order to further verify that respondents had indeed typed in "yes," as instructed.[17]

121.    Respondents were then also asked to carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

---

[17] Four respondents were removed from the survey for typing in something other than "yes."

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer screen, please wear them for the survey.

122.   Two options were provided in response to these instructions:   1) I understand and agree to the above instructions, and 2) I do not understand or do not agree to the above instructions.   Respondents who understood and agreed to the instructions then continued to the main section of the survey.

123.   Additionally, the survey program was set up in such a way as to restrict respondents from taking the survey via mobile phones.   This contributed to ensuring respondents could easily and clearly view the scenarios displayed in the survey as well as each question and corresponding response options.

## VI.        THE DETAILED FINDINGS OF MY SURVEY

124.    The following tables contained in Poret Exhibit 169C display the more detailed findings from my survey.

*Test Scenarios*[18]

**PORET EXHIBIT 169C**

| Q230: Which best represents your reaction to the scenario? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Scenario 1 Healthcare Fund (N=3,000) | Scenario 2 Academic Incentive Payment (N=3,000) | Scenario 3 Graduation Incentive Payment (N=3,000) | Scenario 4 Post-Eligibility Undergrad Scholarship (N=3,000) | Scenario 5 Work Study Payment (N=3,000) | Scenario 9 Off-Season Costs (N=2,696) | Scenario 10 Grad School Costs (N=2,696) | Scenario 11 Post-Eligibility Study Abroad (N=2,696) |
| I am in favor of this | 79.9% | 40.4% | 46.7% | 65% | 59.9% | 52.9% | 67.6% | 50.6% |
| I am opposed to this | 7.8% | 36.4% | 28.5% | 16% | 13.0% | 23.1% | 11.5% | 21.8% |
| I am neither | 9.8% | 18.7% | 20.1% | 16% | 20.4% | 20.7% | 17.7% | 23.6% |
| No opinion/don't know | 2.5% | 4.5% | 4.7% | 3% | 6.7% | 3.3% | 3.2% | 4.0% |

---

[18] The Control Scenarios are addressed below.

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Scenario 1 Healthcare Fund (N=3,000) | Scenario 2 Academic Incentive Payment (N=3,000) | Scenario 3 Graduation Incentive Payment (N=3,000) | Scenario 4 Post-Eligibility Undergrad Scholarship (N=3,000) | Scenario 5 Work Study Payment (N=3,000) | Scenario 9 Off-Season Costs (N=2,696) | Scenario 10 Grad School Costs (N=2,696) | Scenario 11 Post-Eligibility Study Abroad (N=2,696) |
| Yes, it would change how often I watch, listen to or attend games | 13.6% | 18.5% | 15.3% | 12.2% | 11.3% | 12.4% | 12.2% | 12.2% |
| No, it would not change how often I watch, listen to or attend games | 80.3% | 72.2% | 75.7% | 80.6% | 79.3% | 79.0% | 80.1% | 78.6% |
| No opinion/don't know | 6.1% | 9.3% | 9.0% | 7.2% | 9.4% | 8.6% | 7.7% | 9.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Scenario 1 Healthcare Fund (N=3,000) | Scenario 2 Academic Incentive Payment (N=3,000) | Scenario 3 Graduation Incentive Payment (N=3,000) | Scenario 4 Post-Eligibility Undergrad Scholarship (N=3,000) | Scenario 5 Work Study Payment (N=3,000) | Scenario 9 Off-Season Costs (N=2,696) | Scenario 10 Grad School Costs (N=2,696) | Scenario 11 Post-Eligibility Study Abroad (N=2,696) |
| NET LESS OFTEN | 2.1% | 10.3% | 6.9% | 3.8% | 3.3% | 5.3% | 3.0% | 4.6% |
| Much less often | 1.0% | 6.1% | 3.8% | 2.1% | 1.6% | 2.7% | 1.4% | 2.6% |
| Somewhat less often | 1.1% | 4.2% | 3.1% | 1.7% | 1.8% | 2.7% | 1.6% | 2.0% |
| NET MORE OFTEN | 11.0% | 7.7% | 8.0% | 7.9% | 7.6% | 6.7% | 8.8% | 7.2% |
| Somewhat more often | 5.1% | 3.5% | 4.2% | 4.1% | 4.4% | 3.3% | 4.6% | 3.4% |
| Much more often | 6.0% | 4.2% | 3.8% | 3.9% | 3.2% | 3.4% | 4.2% | 3.8% |
| No opinion/don't know | 0.5% | 0.5% | 0.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.3% |

| NET IMPACT ON DEMAND[19] | + 8.9% | 2.6% | + 1.1% | + 4.1% | +4.3% | + 1.4% | +5.8% | + 2.6% |
|---|---|---|---|---|---|---|---|---|

125.   As the information in Poret Exhibit 169C displays, the total proportion of respondents who answered that they would watch games "less often" if the increased compensation scenario were permitted for Class Members is very low— and is, in most cases, lower than (or very close to) the proportion of those who answered that they would watch games "more often."  This shows that the overall impact of the increased compensation scenarios is not to lower how much the sport is watched or attended.  In other words, "netting" the "more often" and "less often" responses reinforces the negligible "less often" results and further supports my conclusion that making the tested forms of increased compensation/benefits permissible would, if anything, have a net positive impact on such consumer demand.

---

[19] As noted earlier, this line of the exhibit shows the difference between the NET MORE OFTEN result and the NET LESS OFTEN result for each scenario.  For instance, for Scenario 1 (Healthcare Fund), this line shows that the 11.0% NET MORE OFTEN result exceeds the 2.1% NET LESS OFTEN result by a margin of positive 8.9%.

*Control Scenarios*

**PORET EXHIBIT 169D**

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| | Scenario 6 Meals/Transportation (N=3,000) | Scenario 7 Undergrad Costs (N=3,000) | Scenario 8 Gift Suites (N=3,000) |
| I am in favor of this | 54.9% | 53.5% | 33.4% |
| I am opposed to this | 21.1% | 23.7% | 44.2% |
| I am neither | 20.7% | 19.4% | 19.4% |
| No opinion/don't know | 3.3% | 3.4% | 3.0% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| | Scenario 6 Meals/Transportation (N=3,000) | Scenario 7 Undergrad Costs (N=3,000) | Scenario 8 Gift Suites (N=3,000) |
| Yes, it would change how often I watch, listen to or attend games | 11.8% | 15.2% | 20.6% |
| No, it would not change how often I watch, listen to or attend games | 79.9% | 76.2% | 69.7% |
| No opinion/don't know | 8.3% | 8.5% | 9.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| | Scenario 6 Meals/Transportation (N=3,000) | Scenario 7 Undergrad Costs (N=3,000) | Scenario 8 Gift Suites (N=3,000) |
| NET LESS OFTEN | 4.6% | 6.5% | 14.1% |
| Much less often | 2.5% | 3.5% | 7.7% |
| Somewhat less often | 2.1% | 3.0% | 6.4% |
| NET MORE OFTEN | 6.8% | 8.4% | 5.7% |
| Somewhat more often | 3.4% | 4.3% | 2.7% |
| Much more often | 3.4% | 4.1% | 3.1% |
| No opinion/don't know | 0.4% | 0.3% | 0.7% |

126.   The results in Poret Exhibit 169D show the "net" results that would follow for each of the three Control Scenarios if the result for that Scenario was used as the Control.  In other words, the exhibit shows the "net" result when the rate of answering that respondents would watch less often for each Control Scenario is subtracted from the rate of answering that respondents would watch less often for a Test Scenario.  Notably, this exhibit does not take into account the additional point that, as shown above, for all but one Test Scenario the rate of respondents answering that they would watch "more often" is even higher than the rate of respondents answering that they would watch "less often":

| | TOTAL "OFTEN" RESPONSES: "Much" or "Somewhat" "Less Often" | | | | | | |
|---|---|---|---|---|---|---|---|
| Test Scenario | TEST "Less Often" | Scenario 6 Control Result | NET if using Scenario 6 Control Result | Scenario 7 Control Result | NET if using Scenario 7 Control Result | Scenario 8 Control Result | NET if using Scenario 8 Control Result |
| 1) Healthcare Fund | 2.1% | 4.6% | -2.5% | 6.5% | -4.4% | 14.1% | -12.1% |
| 2) Academic Incentive Payment | 10.3% | 4.6% | 5.7% | 6.5% | 3.8% | 14.1% | -3.8% |
| 3) Graduation Incentive Payment | 6.9% | 4.6% | 2.3% | 6.5% | 0.4% | 14.1% | -7.3% |
| 4) Post-Eligibility Undergrad Scholarship | 3.8% | 4.6% | -0.8% | 6.5% | -2.7% | 14.1% | -10.3% |
| 5) Work Study Payment | 3.3% | 4.6% | -1.3% | 6.5% | -3.2% | 14.1% | -10.8% |
| 9) Off-Season Expenses | 5.3% | 4.6% | 0.7% | 6.5% | -1.2% | 14.1% | -8.8% |
| 10) Grad School Costs | 3.0% | 4.6% | -1.6% | 6.5% | -3.5% | 14.1% | -11.1% |
| 11) Post-Eligibility Study Abroad | 4.6% | 4.6% | 0.0% | 6.5% | -1.9% | 14.1% | -9.5% |

127.   As these Control results show, the proportion of respondents who answered that they would watch games "less often" if the Control scenarios were part of the system is very close to the frequency of respondents who answered the same for the Test Scenarios, resulting in a negligible net rate of respondents who would watch games less often.  As explained above, the Control rates represent the baseline rate of survey noise—*i.e.*, the tendency of

survey respondents to claim that a change in benefits available to college players will impact their behavior even if that would be unlikely to occur under real-world circumstances.  Even if using the very lowest Control Result (the 4.6% rate for Scenario 6), the net result for seven of the eight Test Scenarios is 2.3% or below and the highest net rate (for Scenario 2) is only 5.7%.  If using the Control Result for Scenario 7 (6.5%), the net rates for every Test Scenario are equivalent to 0% with the exception of Scenario 2, which has a negligible net rate of 3.8%.  This, again, indicates that increased compensation scenarios would generally not have any impact above *de minimis* on viewership/attendance.

128.   As I testified to earlier, Poret Exhibit 169B summarizes the key data and shows the net results for the survey among all 3000 respondents:

| Test Scenario | Total "Less Often" | NETS "Less Often" | | | Total "More Often" | NETS "More Often" | | | NET IMPACT ON DEMAND |
| | | Control Scenario 6 4.6% | Control Scenario 7 6.5% | Control Scenario 8 14.1% | | Control Scenario 6 6.8% | Control Scenario 7 8.4% | Control Scenario 8 5.7% | |
|---|---|---|---|---|---|---|---|---|---|
| 1) Healthcare Fund | 2.1% | -2.5% | -4.4% | -12.1% | 11.0% | 4.2% | 2.6% | 5.3% | + 8.9% |
| 2) Academic Incentive Payment | 10.3% | 5.7% | 3.8% | -3.8% | 7.7% | 0.9% | -0.7% | 2.0% | -2.6% |
| 3) Graduation Incentive Payment | 6.9% | 2.3% | 0.4% | -7.3% | 8.0% | 1.2% | -0.4% | 2.3% | + 1.1% |
| 4) Post-Eligibility Undergrad Scholarship | 3.8% | -0.8% | -2.7% | -10.3% | 7.9% | 1.1% | -0.5% | 2.2% | + 4.1% |
| 5) Work Study Payment | 3.3% | -1.3% | -3.2% | -10.8% | 7.6% | 0.7% | -0.8% | 1.8% | + 4.3% |
| 9) Off-Season Expenses | 5.3% | 0.7% | -1.2% | -8.8% | 6.7% | -0.2% | -1.7% | 0.9% | + 1.4% |
| 10) Grad School Costs | 3.0% | -1.6% | -3.5% | -11.1% | 8.8% | 2.0% | 0.4% | 3.1% | + 5.8% |
| 11) Post-Eligibility Study Abroad | 4.6% | 0.0% | -1.9% | -9.5% | 7.2% | 0.4% | -1.2% | 1.5% | + 2.6% |

129.   To reiterate my three key opinions about the conclusions that can be drawn from this data:

(1)   Even without consulting the control results or the "more often" responses, the gross rate of respondents answering that they would watch or attend college sports less often is very low on its face and indicates

that there are various forms of additional compensation/benefits that could be offered by colleges and conferences to class members for participating in their sports that would not have a meaningful negative impact on consumer demand as exhibited through viewership/attendance.

(2)     The rate of answering that consumers would watch/attend "more often" is even <u>higher</u> than the rate of answering that respondents would watch/attend "less often," indicating that the overall response to the proposed scenarios permitting additional forms of compensation/benefits was actually more positive than negative.  This in turn reinforces the negligible "less often" results and further demonstrates that, if anything, permitting additional forms of compensation/benefits would tend to have a net <u>positive</u> impact on consumer viewership/attendance, not a negative one.

(3)     When the control results are accounted for, the net rate of negative impact on viewership/attendance is revealed to be zero or *de minimis* for almost all of the increased compensation scenarios, indicating that there would not be any negative impact on consumer viewership/attendance.  This is true even before accounting for the fact that in all but one Test Scenario the rate of respondents answering that they would watch/attend "more often" is greater than those responding that they would watch/attend "less often."

130.   The same conclusions flow from the results broken down by specific sport as well as by age, gender, ethnicity, conference followed, and various other factors.  These results are shown in Appendix C to this declaration.  The results are robust in that they show across the board that there is no negative impact from permitting various forms of additional compensation/benefits to class members for participating in their respective sports.  The results could be re-weighted based on any distribution of age, gender, conference, or other factors and the same conclusion would be supported.

131.    Based on the overall results of my survey, as well as the results among individual subgroups, it is my opinion to a high degree of scientific certainty that there would be no negative impact on consumer viewership/attendance of college football and Division I basketball if the increased compensation/benefits tested in the survey and various additional forms of comparable compensation/benefits could be offered by conferences or colleges to class members for participating in these sports.

## VII.       RESPONSE TO ISAACSON SURVEY AND CRITICISMS

132.    I will now offer my opinions in response to Dr. Isaacson's testimony. Dr. Isaacson offers a litany of criticisms about my survey, and conducted a survey of his own which did not, in fact, rebut my survey due to Dr. Isaacson's decision to not test for future consumer demand.

### A.       Response to the Isaacson Survey

#### 1.       The Isaacson Survey Failed to Test Impact on Consumer Viewership/Attendance

133.    Although Dr. Isaacson goes to lengths to portray his survey as a "rebuttal" survey that corrected flaws in my survey and re-ran it using his own wording, this is revealed to be untrue with the following critical admission that Dr. Isaacson made in his expert report and then again at his deposition:

> "Unlike the Poret survey, my survey does not attempt to measure future behaviors…"[20]

134.    In other words, Dr. Isaacson did not even <u>attempt</u> to rebut the impact on consumer demand which my survey measured.  Even without his admission, it is evident on the face of Dr. Isaacson's survey that it does not address future consumer behavior or consumer demand, which is the objective of my survey.  My survey assessed the <u>impact of additional compensation or benefits on consumer viewership/attendance</u>.  It did so by questioning respondents as to whether each additional compensation/benefit scenario would <u>impact</u> their viewing/attendance and, if so, how.  Dr. Isaacson's survey omitted all of these questions.  His survey collected no data regarding impact on consumer

---

[20] Expert Report of Dr. Bruce Isaacson, p. 4; *see also* Isaacson Tr. 47:11-15.

viewership/attendance, and Dr. Isaacson's report states no opinions on the impact on consumer viewership/attendance of increased compensation provided to Class Members by schools or conferences. There is simply nothing about his survey that tests or rebuts anything about my key survey data or opinions.

135.   The only substantive question included in Dr. Isaacson's survey asked respondents whether they <u>favor</u> or <u>oppose</u> certain compensation/benefit scenarios.  Dr. Isaacson does not even claim that responses to such questions can measure impact on future consumer behavior, and it is worth emphasizing why it does not.  First, the mere fact that one <u>opposes</u> a form of compensation does not show that this opposition has anything to do with the consumer's reported feelings about amateurism or enjoyment of the purported amateur status of the sport.  For instance, an individual could oppose additional benefits simply because he or she feels that a scholarship is sufficient compensation, or because he or she prefers resources being directed elsewhere.  Opposition for reasons such as these would in no way indicate a perception that compensation would tarnish the student-athlete's amateur status or impair the consumer's enjoyment of the amateur sport.  This disconnect between "opposition" and any valuing of amateurism was already proven by the NCAA survey in the *O'Bannon* case, which showed that some of the <u>highest</u> rates of opposition came from <u>non-fans</u> who watch <u>zero</u> college sports, meaning that any opposition to compensation among the general public clearly did not relate to amateurism or any supposed harm to consumers' enjoyment of the amateur status of the sport.

136.   Second, even in instances where opposition to compensation may relate to claimed appreciation of the amateur status of the sport, the mere fact

of opposition to compensation in no way demonstrates that the consumer would <u>watch less</u> if compensation were offered.  As was detailed in the *O'Bannon* case, there are many examples establishing how consumer expression of opposition to changes in sports does not translate into reduced viewership or attendance.  For example, as noted in the Rascher Rebuttal Report in that case,[21] surveys have shown that the majority of consumers were opposed to paid athletes participating in the Olympics.  A 2004 poll conducted by Harris Interactive found that roughly half of the adult public felt that the Olympics should be restricted to amateur athletes only.[22]  There is no evidence that such opinions reduced demand, and subsequent Olympics have had historically high ratings.  As another example, fans have historically also opposed free agency and what were perceived as excessively high salaries in professional baseball, and yet this has not resulted in a reduction in consumption of the Major League Baseball professional baseball product.  The Rascher testimony in *O'Bannon* provides other examples as well, including results of a survey showing that fans indicated that they would attend less games if the California Angels changed their name, and yet record high levels of attendance followed the name change.  There has simply been no proof of a connection between fan expression of opposition to a particular change and demand for the sport.   Someone may prefer or oppose a particular change, but still not alter their viewing or consumption behavior.

---

[21] Reply Expert Report of Daniel A. Rascher dated 11/5/2013 from *In Re NCAA Student-Athlete Name and Likeness Licensing Litig.*, pp. 65-66, Case No. 4:09-cv-01967-CW, ECF No. 1000-3.

[22] I am attaching hereto Appendix F, which contains this survey and other surveys I reviewed in connection with my testimony.

137.   The disconnect between expression of opposition and negative impact on demand is also demonstrated by my own survey in this case. The scenarios from my survey that had the highest levels of opposition were Scenario 2 (Academic Incentive Payment) at 36.4% and Scenario 3 (Graduation Incentive Payment) at 28.5%. The total percentage who answered that they would <u>watch less often</u> based on these scenarios, however, was only 10.3% and 6.9% respectively. This means that even among the subgroup of individuals who expressed opposition, <u>over 70%</u> answered that this would <u>not</u> reduce their viewership or attendance, despite their opposition.

138.   As the above results make clear, the data Dr. Isaacson collected regarding rates of "opposition" do not establish negative impact on consumer viewership/attendance and do not rebut my findings on this topic. Indeed, they do not provide any reliable basis for Dr. Isaacson to offer any opinion on issues in this case regarding impacts on consumer demand.

   **2.    *The Isaacson Data on Levels of "Opposition" Fail to Rebut My Results and Show Low Rates of General Opposition to Any Additional Compensation***

139.   Even if one were to consider the "favor/oppose" data presented by Dr. Isaacson as having some relevance to the issues in this case, they would not undermine or detract from any of my opinions about the lack of any adverse impact on consumer demand from increased compensation scenarios. For example, Dr. Isaacson's survey failed to re-test five of the eight scenarios I tested. While Dr. Isaacson attempts to provide various justifications for only testing 3 of the 8 scenarios and rejecting the other 5, it must be observed that he chose to test the scenarios that had the <u>three highest</u> "watch less often" results in my survey. It seems clear that

his decision on which scenarios to test was driven by the results, which is why the five scenarios he declined to test are the ones with the five worst results for Defendants.   The specific selection of the three scenarios that had the highest "watch less often" results creates bias in Dr. Isaacson's analysis.

140.    With respect to the three scenarios of mine that Dr. Isaacson did re-test, two of them did not show results that support meaningfully different conclusions.   For the Academic Incentive Payment scenario, the opposition rate was 36.4% for my survey and 45.0% for the Isaacson Survey, hardly a dramatic difference.   For the Off-Season Expenses scenario, both my survey and Dr. Isaacson's survey showed a similar conclusion, that more respondents favor the compensation than oppose it.  The only substantially different result occurred with the Graduation Incentive Payment scenario.   In sum, after all of the alterations Dr. Isaacson made to my survey, the full extent of Dr. Isaacson's "rebuttal" data is that he found a meaningfully different result for only one of the eight scenarios I tested, and only on a question (favor vs. opposition) that doesn't address the relevant issue of impact on consumer demand.

141.    If there is any significance to Dr. Isaacson's data on the percentage that favor or oppose increased compensation scenarios, it is that general opposition to the prospect of additional compensation is low.  While I did not specifically focus on "opposition" results in my own survey (since opposition was only relevant as a pre-requisite to potential negative impact on consumer viewership/attendance), Dr. Isaacson's submission of a survey that measures only opposition/favor rates and not impact on demand supports an important observation about how opposition relates to Defendants' claims.  It is my understanding that Defendants' position is that any additional compensation above the

current permitted levels—even one penny—is inconsistent with their conception of <u>amateur</u> status and would impair demand for the sports at issue. A survey respondent's answers would only theoretically be consistent with this position if they opposed <u>every</u> compensation scenario Dr. Isaacson presented. If a respondent favors <u>any</u> of the compensation scenarios, or even simply fails to oppose any of them, that respondent's answers would be inconsistent with Defendants' theory that <u>any</u> additional compensation is harmful (even before getting to the critical issue of impact on future consumption, which Dr. Isaacson did not examine). Put another way, a respondent who favors even <u>one</u> of the compensation scenarios Dr. Isaacson presented (or at least fails to oppose even one) is clearly <u>not</u> against <u>any</u> additional compensation.[23]

142. In Dr. Isaacson's survey, 62% of respondents (672 of 1086) <u>favored</u> at least one of the compensation scenarios that Dr. Isaacson explicitly portrayed as <u>changes</u> to the compensation rules. Furthermore, 77% of Dr. Isaacson's respondents <u>failed to oppose</u> all of the compensation scenarios. Only 23% (247 of 1086) opposed each of the compensation scenarios. This clearly demonstrates that far more consumers favor or are open to at least some form of additional compensation, and that only

---

[23] To make this more concrete, consider respondents in Dr. Isaacson's survey (such as #2713) who oppose three of the scenarios but <u>favor</u> the Off Season Expenses compensation. Despite their opposition to several of the scenarios, the fact that they <u>favor</u> the offering of off-season expenses shows that they are <u>not</u> generally opposed to the idea of some additional compensation. Consider also respondents (such as #2658) who oppose three of the scenarios but favor the Graduation Incentive Payment. If they favor this payment, they clearly are not generally opposed to any additional compensation. The fact that many of the respondents who oppose some scenarios favor at least one form of additional compensation also tends to show that their opposition to the other scenarios is <u>not</u> due to a belief that any additional compensation destroys amateurism.

a small minority are consistently against additional compensation.  Of course, even among the 23% who opposed each compensation scenario, we don't know to what extent this opposition relates to any impact on the perception of amateurism as opposed to other factors, or how that opposition would translate into any impact on consumer demand, because Dr. Isaacson did not examine this issue at all in his survey.

143.    Indeed, even looking individually at each of the three scenarios of mine that Dr. Isaacson reformulated, opposition rates were a minority.  The Isaacson gross opposition rates for the Off-Season Expenses, Academic Incentive Payment, and Graduation Incentive Payment scenarios were 35.8%, 45.0%, and 46.4% respectively.  This means that the clear majority were <u>not opposed</u> to any of these specific increased compensation scenarios (which remains true even when Dr. Isaacson's (improper) control is applied).   Given that Dr. Isaacson's survey contains no data indicating a negative impact on consumer demand, the only relevance of this data is that it establishes that the majority of consumers are not even at risk for a potential negative impact on viewership/attendance, because they do not oppose increased compensation for any reason.

### 3.    The Isaacson Data on "Amateurism" Show That Additional Compensation is Not Inconsistent with Perceptions of Amateur Status

144.    Dr. Isaacson's survey asked respondents to identify reasons that they watch or attend games and included the following choice:

> I like the fact that college players are amateurs and/or are not paid.

145.    Before examining the data relating to this question, it is important to note Dr. Isaacson's wording of this choice, and the disregard of his own criticisms that this word choice reflects.  While Dr. Isaacson criticizes

virtually every significant word in my survey as being vague, undefined, or otherwise flawed, he chose to present the critical and ambiguous term "amateur" with no definition, and in conjunction with the language "and/or are not paid," which he also leaves undefined. This vague and ambiguous wording invites respondents to select this choice if they like it that college players are amateurs or if they like it that college players are not paid. The wording also invites an affirmative response from a respondent who says he or she likes "amateurism" but nonetheless does not oppose a Class Member receiving additional compensation and benefits and being "paid."

146. Indeed, the separation of "amateur" and "not paid" by a conjunction including "or" strongly suggests that "amateur" and "not paid" are not synonymous. This formulation of the choice makes it impossible to know whether any respondents who selected this choice did so because they like it that college players are "amateurs" in the sense that they are college students (as many consumers would likely understand the term in the colloquial sense, as opposed to how the NCAA defines "amateurism" in its rule books), or because they like it that college players "are not paid." It is possible that virtually all of those who selected this choice meant that they like it that players are college students and did not mean that they like the fact that players do not get "paid." There is no unambiguous definition of amateurism that the respondents could be expected to have in their mind when responding to the Isaacson survey. To the contrary, as the NCAA's then-Vice President of Regulatory Affairs, Oliver Luck, testified, "amateurism" is a term with "baggage" and a "fluid concept."[24] In a similar vein, Big 12

---

[24] Luck Dep. Tr. 161:21-162:5.

Commissioner Robert Bowlsby recently stated: "We typically categorize athletes as professionals or amateurs, right? And I don't think (college athletes) are either.  I think it's a complete(ly) different genre of its own."[25]

147.    Another problem with Dr. Isaacson's choice of language is that he does not define the term "not paid," begging the question of what any respondent thought "not paid" means when they answered that they like it that players are amateurs and/or not paid.  Some respondents may think "not paid" means that they don't receive a salary to play on the team, and may not perceive other forms of compensation or benefits as being the same as "paid."   Accordingly, even if any respondent selected this choice because they like it that players are "not paid," we have no idea what they think "paid" means or whether various forms of compensation or benefits would qualify as  being "paid" or would impact their perception that the player is an amateur.

148.    It also is not possible to draw any reliable opinions from Dr. Isaacson's survey about how important, or unimportant, a factor amateurism might be to even those minority of respondents (31.7%) who said it was a factor for their watching or attending games.  Among the minority of respondents who answered that they like it that players are amateurs and/or not paid, the average number of _additional_ reasons that these same respondents provided for watching college sports was 3.4.[26]  Since

---

[25] https://www.usatoday.com/story/sports/college/2017/05/01/bob-bowlsby-college-athletes-not-amateurs-knight-commission/101171382/

[26] The 344 respondents who selected the "amateur" choice also selected an additional 1185 choices collectively—meaning that the "amateur" choice was on average 1 of 4.4 choices among the minority of respondents who chose amateur at all.

Dr. Isaacson asked no additional questions to assess the relative importance of the various reasons respondents selected, there is no way for Dr. Isaacson to opine on the extent to which respondents' feelings about amateurism are intense enough to potentially impact their watching/viewing behavior.

149.   Of the 31.7% of respondents who answered that they like it that players are amateurs and/or not paid, only about <u>one-third</u> of this minority group <u>opposed</u> each of the compensation scenarios Dr. Isaacson asked about.   In other words, only <u>11%</u> of respondents indicated <u>both</u> that players being amateurs was a reason they like college sports <u>and</u> expressed opposition to each form of additional compensation mentioned.   These data are consistent with my opinions and finding that there are numerous additional compensation scenarios for Class Members that would not adversely impact consumer demand.

150.   Dr. Isaacson's data also provide support for the conclusion that additional compensation paid to Class Members would not undermine the perception of amateurism even for many of those consumers who oppose compensation.   A total of 344 respondents in Dr. Isaacson's survey answered that they are influenced to watch college sports because they like that the players are amateurs and/or are not paid.   Yet, a total of 151 of these respondents (44%) <u>favored</u> at least one of the compensation scenarios Dr. Isaacson presented.   Further, a total of 220 of these respondents (64%) failed to oppose all of the compensation scenarios.   These results provide further support for the conclusion that additional compensation for Class Members is not inconsistent with the perception of and enjoyment of the amateur aspect of college sports even for the minority of consumers who say that they value this concept.

### 4. Dr. Isaacson's "Oppose" Figures Are Inflated Due to Bias in His Reformulation of the Compensation Scenarios

151. While I have already pointed out the lack of relevance for Dr. Isaacson's "oppose" figures in assessing the critical issue of future consumer behavior, it is worth observing how these figures are inflated by problems in the way Dr. Isaacson presented the compensation scenarios. First of all, Dr. Isaacson's general approach of explaining the "current rules" and then presenting each scenario as one that would "change the rules" biases the results to yield a high level of respondents indicating that they "oppose." In the real world, consumers have varying degrees of knowledge and attention to what the current rules are, and some consumers may have no knowledge or understanding of the rules at all. Similarly, consumers have varying degrees of knowledge and attention to how any forms of compensation they may hear about relate to the current rules. If consumers in the real world hear about the availability of any form of compensation, they will likely hear it from varying sources with varying amounts of information or knowledge. Dr. Isaacson's survey alters marketplace reality by artificially priming each respondent with instructions on what the current rules provide and by posing the compensation scenario as a rule change. This both undermines the accuracy of what their reactions would be in the real world and risks provoking "oppose" views from those who are prone to initially be resistant to anything that is posed as a "change" to the status quo. This type of bias is well-known by survey experts, but Dr. Isaacson ignored it in his survey.

152. The problem with these instructions in Dr. Isaacson's survey is worsened by their excessively repetitive presentation. While Dr. Isaacson criticizes my survey for repeating certain things (such as the

introductory clause about "Conferences or Colleges"), Dr. Isaacson includes the following language at the start of <u>all compensation scenarios</u> he presented:

> Under the current rules, a college may provide a student-athlete with a full scholarship to attend that college. A full scholarship covers costs such as tuition, fees, room, board, books, personal costs, and other expenses.

153.   This repeated emphasis on students receiving a "full scholarship" and the repeated listing of all the costs this includes (including the vague and undefined terms of "personal costs" and "other expenses" that could significantly overstate what is actually covered by a "full scholarship" for those respondents who don't know what, exactly, comprises a full scholarship) are biased design features of the survey that should be obvious to any survey expert.

154.   Dr. Isaacson's survey language is further biased by repeating at the end of each of the test scenarios that the benefit "would only be available for student-athletes, and not other students." This language is particularly slanted, as it serves no possible purpose other than to attempt to trigger a sense of unfairness to non-athletes. Dr. Isaacson's repeated instruction that benefits would not be available to non-athletes improperly suggests reasons for respondents to oppose compensation, even if the respondents have no concerns about compensation impairing the amateur status of the sport.

155.   Dr. Isaacson's instruction that the additional compensation described would <u>not</u> be available to other students is also misleading. It is my understanding that the challenged NCAA and Conference rules simply do not apply to non-athletes and therefore do not preclude non-athletes from receiving compensation/benefits from their schools or pursuing compensation/benefits outside of school. In this sense, non-athletes do

not face the restrictions on their earning potential that athletes do—but Dr. Isaacson's instructions suggest the exact opposite: a scenario in which Class Members could receive the additional compensation or benefits while non-Class Members are prohibited from doing so.

156.   Dr. Isaacson's survey is also biased by the language used in presenting specific compensation scenarios. In the Academic Incentive Payment scenario, Dr. Isaacson alters the language to portray the compensation as a payment for maintaining "eligibility to play" rather than as an incentive for an athlete to reach certain academic goals. Dr. Isaacson also eliminated from this scenario the relevant fact that the Academic Incentive would be paid in installments.

157.   In the Graduation Incentive Payment scenario, Dr. Isaacson improperly eliminates the information that the incentive is a <u>one-time payment</u> and that it is not available until <u>after</u> the athlete's eligibility expires.

158.   In the Off-Season Expenses scenario, Dr. Isaacson twice repeats the language that the compensation is for time periods when the student is "not enrolled in school" and "not in training," and he twice emphasizes "summer vacation," all of which primes respondents to consider the scenario with a slanted conception of the benefit.

### 5.   Dr. Isaacson's Use of His "Control" Results Reflects Additional Bias in His Analysis

159.   Because Dr. Isaacson's survey did not address the critical topic of impact on consumer demand, and even his "opposition" data does not support his conclusions, his control results (which only <u>reduce</u> his already low opposition numbers) are also irrelevant. However, Dr. Isaacson's discussion of these control results reveals additional flaws in the design of his survey. If the purpose of the survey is to measure the rate of

opposition to additional compensation paid to Class Members, the function of the control would be to measure a baseline rate of opposition, which would then be subtracted from the rate of opposition to the test scenarios.  If this were done with Dr. Isaacson's control (which had 8.8% opposition), it would reduce the opposition figures from 45.0%, 46.4% and 35.8% to 36.2%, 37.6% and 27.0%, respectively.

160.  Dr. Isaacson further undermines his results by taking the unscientific step of also subtracting the "favor" result for the control scenario from the "favor" results from the test scenarios.  This is highly improper, as the control scenario of NCAA Relocation clearly does not neutrally control for both "favor" and "oppose" rates.  This is empirically certain, as 19.7% of respondents favored NCAA relocation and only 8.8% opposed.  As this makes clear, this control is not a balanced one to control for both favor and oppose.  The control scenario is heavily slanted toward a "favor" result.  While this would not be a problem if Dr. Isaacson used the control for its proper purpose of only controlling for the tendency to exaggerate opposition, it is a severe problem when he presents net results that subtract both the favor and oppose control results.  This means Dr. Isaacson has selected a control that skews heavily toward a "favor" result, which biases the ratio of favor-to-oppose figures once he subtracts both the far higher "favor" control result and the lower "oppose" control result from his test scenarios.  The impact of this is to create the false impression that there is a high ratio of opposition to favoring, when this is not the case.

161.  To illustrate this bias, consider the following "gross" and "net" results for Scenario B that Dr. Isaacson presents:

| Scenario A: Academic Incentive Payment | |
| --- | --- |
| Gross: I am in favor of this | 39.2% |
| Gross: I am opposed to this | 45.0% |
| Net: I am in favor of this[118] | 19.5% |
| Net: I am opposed to this | 36.2% |
| **Scenario B: Graduation Incentive Payment** | |
| Gross: I am in favor of this | 35.6% |
| Gross: I am opposed to this | 46.4% |
| Net: I am in favor of this | 15.9% |
| Net: I am opposed to this | 37.6% |

162.   As these results show, the true test figures ("gross") reveal that the "oppose" results only exceed the "favor" results by a small margin. However, by improperly subtracting the results of a control that skewed heavily toward a higher "favor" result, Dr. Isaacson creates the false result that opposition rates were <u>twice</u> the favor rates.

163.   The unreliable results that this improper methodology produces is perhaps even more evident in the case of the Off-Season Expenses scenario:

| Scenario C: Off-Season Expenses | |
| --- | --- |
| Gross: I am in favor of this | 44.1% |
| Gross: I am opposed to this | 35.8% |
| Net: I am in favor of this | 24.4% |
| Net: I am opposed to this | 27.0% |

164.   As the above table shows, the actual test result was that <u>more respondents favor</u> the compensation scenario than oppose it.  And yet by improperly subtracting a much higher control rate for the "favor" result, Dr. Isaacson reaches the counter-factual (and thus unreliable)

result that there is greater opposition.  This analysis demonstrates the fundamental bias inherent to Dr. Isaacson's survey.

### B.    Response to Dr. Isaacson's Criticisms of My Survey

#### 1.    *The Criticism That Any Survey Is Inherently Unreliable to Measure Future Consumer Behavior*

165.    Dr. Isaacson's overarching criticism of my survey, and one that he relies on to justify his failure to test the same issue of impact on demand, is that it is inherently unreliable for any survey to ask consumers questions that attempt to predict their future behavior.  Dr. Isaacson's primary cited support for this criticism is my own testimony in the *O'Bannon* case, in which I criticized the NCAA survey's findings regarding impact on viewership/attendance as unreliable.  However, as I explained in that case, what made the NCAA survey in *O'Bannon* unreliable was the lack of any control to account for the challenges inherent in predicting future behavior.  Dr. Isaacson even quotes my relevant *O'Bannon* testimony on this point in a footnote: **"... survey respondents are notoriously bad at predicting their own behavior. Surveys that are done properly with controls that control for causation can be good at predicting future behavior."[27]**    As this testimony makes clear, my criticism of the NCAA survey in *O'Bannon* stemmed from the flawed design and lack of control, and I explained that surveys can be good at predicting future consumer behavior if properly designed and controlled.  Here, as I have already explained, I specifically employed neutral controls that render the results of my survey reliable.

---

[27] *See* Expert Report of Dr. Bruce Isaacson, p. 15 (footnote 20) (*quoting* trial testimony in the matter of *Edward C. O'Bannon, Jr., et al, v. National Collegiate Athletic Association and Electronic Arts, Inc.*, June 25, 2014, p. 2746) (emphasis added).

166.    Dr. Isaacson's citation to my criticism in *O'Bannon* also overlooks another critical fact that makes it inapplicable to my survey in the present case.  The concern I expressed in *O'Bannon* is not an abstract, directionless concern about how any survey result measuring future behavior could ever be unreliable.  The concern was specific to the tendency of survey respondents to <u>overstate</u> the extent to which they would watch less when confronted with a scenario they don't like.  The following is the key passage in my Declaration in *O'Bannon* addressing this problem which is specific to predicting a negative impact on future viewership:

> It is very easy for any individual to claim in response to a survey question that they will be less likely to watch a sport if they do not approve of something occurring in that sport.  It is another matter entirely for that individual to actually stop watching the sport or to watch less of the sport.  For instance, it is easy to imagine how displeased fans would claim that they will not watch a sport anymore after a lockout or a strike but would nevertheless go back to watching the sport when it resumes.

167.    As my quotation from *O'Bannon* makes clear, the concern I expressed is that it is easy for those who oppose compensation to spuriously claim that they will <u>stop watching</u> or <u>watch less</u> in a survey even if they would be unlikely to do so in the real world.  Put another way, the question of potential overstatement occurs only among those who <u>oppose</u> compensation and claim to watch less.  The same risk does not exist that those who state that they oppose compensation will overstate their intention to watch more or the same.

168.    The uncontrolled risk of overstatement was thus a fatal problem for the NCAA survey in *O'Bannon* because it purported to show that consumers would watch less.  In the context of my own survey, on the

other hand, the problem I described in *O'Bannon* with measuring future behavior only works <u>against</u> the results I have found—it might overstate the number of respondents who indicate that they will watch less. The criticism raised by Dr. Isaacson could thus only bias results in Defendants' favor and renders my own findings of no adverse impact on consumer demand more compelling.

169.    Dr. Isaacson's criticism also fundamentally conflicts with the position taken by the NCAA in the *O'Bannon* litigation, in which the NCAA submitted a consumer survey from its expert, Dr. Dennis, that was designed for the same purpose as mine in this litigation—*i.e.*, to measure the impact of various forms of additional compensation on consumer viewership or attendance of college basketball and football. In that case, both the NCAA and its previous survey expert took the position that such a survey was capable of assessing the impact on consumer demand if properly designed. The fact that Dr. Isaacson's survey "does not attempt to measure future behaviors" is thus the opposite of what the NCAA's survey expert endeavored to do in *O'Bannon*.

### 2.    Dr. Isaacson's Criticism of My Controls Are Irrelevant and Incorrect

170.    There is also no merit to Dr. Isaacson's claim that my opinions rely on the net results that subtract the controls, and that flaws in the controls undermine the results of the survey. The most important response to this criticism is that Dr. Isaacson's statement that my opinions rely on the net results is false. The controls are used to <u>discount</u> the rates of answering that consumers would watch less often. However, the gross results already indicate a lack of negative impact on viewership even without the benefit of the control reduction. As I testified earlier, the

following were the rates of answering that respondents would watch less often <u>before</u> accounting for the controls:

|  |  |
|---|---|
| Scenario 1: | 2.1% |
| Scenario 2: | 10.3% |
| Scenario 3: | 6.9% |
| Scenario 4: | 3.8% |
| Scenario 5: | 3.3% |
| Scenario 9: | 5.3% |
| Scenario 10: | 3.0% |
| Scenario 11: | 4.6% |

171.   Even if the controls were not included, therefore, these very small numbers would support my opinion that the additional the compensation scenarios would not have a material negative impact on consumer viewership/attendance.  This finding does not rely on the controls or the net results.

172.   Indeed, as I previously noted, my survey shows that the rates of answering that consumers would watch <u>more often</u> exceeded the rates of answering that they would watch <u>less</u> often for seven of the eight added compensation scenarios.  These findings thus further support and confirm my opinion that there would be no negative impact on consumer demand from the various compensation scenarios.  As this makes clear, Dr. Isaacson's criticism of my controls is essentially irrelevant, as the controls only discount already negligible numbers, and my conclusions would be the same without the controls.

173.   Dr. Isaacson's criticism of my controls is also based on a fundamental error.  Dr. Isaacson claims that my controls rely on two unsupported

assumptions: (1) that respondents know that the control forms of compensation are currently permitted; and (2) that this knowledge does not affect viewership or attendance. Dr. Isaacson is incorrect. I did not assume either of these things, and neither are relevant. The purpose of the control is to determine a baseline rate of answering that consumers would watch "less often" when posed with a scenario that we can conclude does not pose a problematic threat to consumer demand. Compensation forms that currently exist meet this requirement, because the NCAA has itself concluded that these forms of compensation can be offered without harm. It doesn't matter how many consumers know which benefits are currently offered or how many are negatively impacted by current benefits. Whatever consumer knowledge and impact there is, the NCAA has already determined that the level of compensation and benefits that is currently permitted does not pose a threat to demand that would necessitate banning such compensation. Even if some respondents do not know that the control benefits are currently available, this would be equally true of the current marketplace, and so the control results set a proper baseline against which to measure whether additional forms of compensation would or would not have an adverse impact on the current level of consumption for the sports at issue.

174.   Dr. Isaacson additionally claims that my control is proven invalid because some of the control results exceed some of the test results. This is a scientifically baseless assertion. There is no objective reason a control result could not exceed a test result in this instance. If one of the additional forms of compensation has no meaningful negative impact on demand, it is perfectly reasonable that the test result for that scenario

would be close to zero, and possibly below the result for a currently available form of compensation that is used to set a baseline.

>    **3.**    ***Dr. Isaacson's Criticisms about the Universe and Sample of My Respondents and Other Data Issues Are Empirically Meritless, as (by His Own Admission), the Data Show That the Results Would Not Meaningfully Change Even if a Different Universe and Sample Were Selected***

175.    In his expert report, Dr. Isaacson raised a litany of criticisms relating to the universe/sample composition of my survey and other data issues, all of which are meritless because the data shows that nothing would meaningfully differ if I had reweighted or analyzed the data differently as per Dr. Isaacson's criticisms.  Most notably, Dr. Isaacson went on for many pages discussing the supposed flaws in the breakdown of the survey sample by age, gender, ethnicity, and sport watched, and includes pages of appendices listing the ID numbers of respondents that he claims should have been excluded because they work in a sensitive industry or because they or a family member have been a varsity athlete.[28]  Remarkably, however, Dr. Isaacson's criticisms about these issues are raised even though he ultimately is forced to concede that the results would not change if these supposed errors were corrected.  The following was Dr. Isaacson's culminating statement about these issues:

---

[28] I disagree that consumers who work in certain industries or who have been varsity athletes or had family members who are athletes should be excluded, as such consumers are valid (and presumably valued) consumers of college sports and there are no reasons that their opinions and behaviors would be irrelevant to an assessment of the impact of compensation on real world demand.  The universe of consumers of college sports indisputably includes former student-athletes and family members of student-athletes, and there is no rational basis for deeming such consumers irrelevant to an evaluation of the impact of compensation on demand for college sports.  Dr. Isaacson's exclusion of such valid consumers of college sports from his own survey is indefensible.

As described in this section, the Poret database does not match the popularity or the demographics of college football and college basketball, and also includes questionable respondents.  It appears unlikely that re-analyzing the Poret survey data or dropping questionable respondents would substantially alter key measures from the Poret survey because the survey data show few differences across the three sports or across demographic groups.[29]

176.    In other words, Dr. Isaacson looked at the data provided in my report that broke down the results by specific sport, age, gender, ethnicity, conference followed, and various other factors, and he looked at the data from the supposedly improper respondents, and he correctly observed that the results would be essentially the same if he re-weighted the results to match his proposed universe composition and if he removed the respondents he objects to.   Simply put, Dr. Isaacson had all of the data relevant to these criticisms, examined them, and conceded it was not worth re-analyzing the data because the criticisms have no relevance to the results.

177.    Relatedly, Dr. Isaacson criticizes my survey for combining the results from college football and men's and women's college basketball in the analysis in the main body of my conclusions.  As with Dr. Isaacson's universe criticisms, the criticism about the combined data is entirely empty, as the data from each sport was reported separately in the appendices.  Dr. Isaacson had the opportunity to review the data separately by sport but chose not to comment on results by specific sport, because this too would not lead to a meaningfully different analysis or conclusion.

---

[29] Expert Report of Dr. Bruce Isaacson, p. 51.

178.     Another of Dr. Isaacson's criticisms that is empirically proven to be
         irrelevant is his complaint that my analysis combined the "much less
         often" and "somewhat less often" results and that these should have
         been analyzed separately.  My report did show the data separately, and
         if there was any merit to this criticism, Dr. Isaacson could have shown
         so with the data.  For example, the following excerpt from the key table
         in my report shows the results within each category:

|  | Scenario 1 Healthcare Fund (N=3,000) | Scenario 2 Academic Incentive Payment (N=3,000) | Scenario 3 Graduation Incentive Payment (N=3,000) | Scenario 4 Post-Eligibility Undergrad Scholarship (N=3,000) |
|---|---|---|---|---|
| NET LESS OFTEN | 2.1% | 10.3% | 6.9% | 3.8% |
| Much less often | 1.0% | 6.1% | 3.8% | 2.1% |
| Somewhat less often | 1.1% | 4.2% | 3.1% | 1.7% |

179.     Likewise, the control results were shown by both "much less often" and
         "somewhat less often."  As is evident from looking at the breakdown of
         the data, there is nothing about the separate "much less" and
         "somewhat less" results that has any impact on the analysis or my
         conclusions.  This is just another red herring offered by Dr. Isaacson.

### 4.    Dr. Isaacson's Criticisms of My Survey Scenarios Are Baseless

#### a.    Lack of information on current rules and rule changes

180.     One of Dr. Isaacson's chief complaints about the scenarios presented in
         my survey is that respondents were not given information on the
         current status of NCAA rules and benefits so that they could evaluate
         each compensation scenario in the full context of such information.  A
         survey that seeks to measure consumer behavior in the real world
         should take consumers as they exist in the real world so that their
         reactions are predictive of real world situations.  Just as survey

respondents had varying degrees of knowledge or information about the current NCAA rules and what compensation is permissible (and some may have no knowledge or understanding of the rules), this is equally true of real consumers.  In the real world, each consumer will react to anything they hear about compensation/benefits in the context of whatever knowledge and information they already have, not based on an artificial primer presented in a survey.  Taking a representative sampling of consumers with their varying degrees of knowledge and exposing them to the scenario is far more representative of real world consumer response.  Dr. Isaacson's approach of artificially educating every respondent about the current rules (even if done accurately, which it was not) creates an artificial consumer pool that is not representative of the mental states of real consumers or how they would react with the varying knowledge and information that real consumers would have.

b.     <u>Lack of instructions on amateurism</u>

181. Dr. Isaacson also criticizes my survey for not explicitly raising the concept of amateurism in the questions or scenarios.[30]  It would have been completely improper to suggest the topic of amateurism when the survey was attempting to obtain unbiased results regarding the potential impact of additional compensation to members of the Classes.  A survey should not put ideas or reasons in respondents' minds that could influence the way they react to a scenario and may taint their answers.  If consumers genuinely value amateurism—as Defendants contend in this case—and genuinely perceive an additional compensation scenario as undermining their interest in viewing or

---

[30] Expert Report of Dr. Bruce Isaacson, p. 27.

attending the sport, they should form that reaction on their own and answer the questions accordingly.   There is no reason the topic of amateurism needs to be suggested to them, and doing so (as Dr. Isaacson did) is biased and improper.  Dr. Isaacson even acknowledges this to be true in explaining his decision to move Question 162 from <u>before</u> the compensation scenario questions to <u>after</u> such questions.  Dr. Isaacson created a question that lists many potential reasons for watching college sports, and he states that he placed this question at the <u>end</u> of the survey because mentioning these reasons prior to showing the scenarios "could have biased reactions to the scenarios."[31]  In light of his apparent concern that listing reasons in a screening question could bias the subsequent reaction to the scenarios, it is hard to fathom how he could suggest that the concept of amateurism should have been mentioned in the scenarios I used in my survey.

182.   Dr. Isaacson inexplicably goes so far as to criticize my survey scenarios because they "fail to communicate that their benefits and compensation represent payments that may threaten amateur traditions of college sports."[32]  This statement is shocking.  A critical disputed issue in the case is <u>whether or not</u> additional benefits and compensation threaten amateurism in the eyes of consumers (and if so whether this has a negative impact on consumer demand).  This is one of the elements the survey is fundamentally <u>testing</u> by presenting the scenarios and asking if it would impact viewership.  For the survey to include language explicitly suggesting that compensation threatens amateurism would clearly be biased and improper.

---

[31] Expert Report of Dr. Bruce Isaacson, p. 64.

[32] *Id.*, Paragraph 69.

c.      Lack of explanation of the "costs" of compensation

183.    There is also no basis for Dr. Isaacson's assertion that my survey is
unreliable because it did not explain the "costs or other adverse effects"
of providing compensation, such as that ticket prices could increase,
funding for other sports could be adversely impacted, or other financial
consequences on the university beyond athletics.[33]  As with the concept
of amateurism, it would have been biased and improper for my survey
to have suggested reasons to respondents as to why they might be
opposed to additional compensation scenarios.  The purpose of my
survey is to predict consumer behavior based on the facts already
known to them, not to bias their responses in a particular direction.
While Dr. Isaacson complains that respondents might not understand
the potential costs or supposed adverse effects of compensation, this is
equally true of real world consumers.   Artificially educating
respondents as to information that may be cited as arguments against
additional compensation is improper in a survey designed to predict the
behavior of consumers in the real world.

184.    For this reason, my survey omitted any information that would bias
consumers either to oppose or to favor additional compensation to Class
Members.  My survey did not, for example, explain to respondents how
much money the NCAA, conferences, and schools earn from FBS college
football and Division I basketball, how much money college coaches and
administrators are paid, or how few college athletes ever make
significant money from professional sports.   I designed the survey

---

[33] *Id.*, Paragraph 71.

properly by omitting facts that would bias respondents in either direction.[34]

      d.    <u>Instructions relating to compensation being "new" or "additional"</u>

185.    Dr. Isaacson also criticizes my survey for purportedly portraying the compensation scenarios tested as being "new" and as "in addition to" current benefits. First of all, nothing in the survey says or even implies that the compensation described is "new," as should be clear from the fact that the test scenarios (proposed compensation) and the control scenarios (existing compensation) are presented using the same language. As already explained, the survey properly presents the scenarios in a neutral manner designed to test unbiased reactions to the additional compensation regardless of the extent to which it is "new."

186.    It is also ironic that Dr. Isaacson would criticize the scenarios I presented as supposedly suggesting that the compensation is <u>new</u> and <u>in addition to</u> existing benefits, when his own scenarios in his survey explicitly and repeatedly describe the current rules and present the compensation described as "changes" that go beyond what is provided in the current rules.

187.    There is also no basis for Dr. Isaacson's criticism that describing the compensation scenarios as "in addition to an athletic scholarship"

---

[34] I note that it is curious how Dr. Isaacson fixates on issues such as increased ticket prices, reduced funding for other sports, or other financial consequences to universities, when these issues having nothing to do with amateurism. Dr. Isaacson is obviously raising these topics because he believes they could be bases for opposition to compensation. This is simply a further illustration that many of the reasons that consumers have for opposing compensation have nothing to do with amateurism or any enjoyment of the amateur nature of the sports.

somehow implies that items such as healthcare and living expenses are not allowed or covered.  There is no apparent logical basis for this claim, as certain compensation being "additional" to a scholarship communicates nothing about the availability of healthcare or other benefits.  Dr. Isaacson's basis for this claim appears to be a criticism I made of the NCAA survey in O'Bannon that included the language "in addition to providing scholarships that cover college expenses."  As should be obvious in reviewing my testimony, my criticism in *O'Bannon* had nothing to do with the words "in addition to."  The criticism was that the language "scholarships that cover college expenses" could convey the impression that all expenses of college are covered by scholarships, when that is not true.[35]

### e.    Lack of using the term "payment"

188.   There is also no merit to Dr. Isaacson's complaint that the additional compensation scenarios I used were biased because they purportedly did not use the word "payment" to describe the compensation.  Two of the scenarios (#2 and #5) did explicitly refer to a "payment," and another (#3) referred to an "incentive" along with the dollar figure $10,000, clearly referring to a payment.  Several other scenarios pertained to "scholarships."  There is simply no basis for Dr. Isaacson's contention that respondents would be biased or confused by any of these terms or the absence of the word "payment" when describing a "$10,000" "incentive."  Nor is there any basis, except wild accusations, for Dr. Isaacson's other numerous criticisms of my use of easily understood words, like NCAA or eligibility.  My use of language was

---

[35] For instance, see Appendix D for a list of schools that do not provide the full cost of attendance.

neutral, careful and understandable and designed to yield reliable results.

### f.   Lack of instructions regarding a specific time period

189.   Dr. Isaacson also criticizes my survey for asking about the potential impact on future viewership/attendance without specifying a particular time period for any change in behavior.  Given that Dr. Isaacson's main criticism is that he doesn't believe consumers can at all predict their future behavior, it is hard to imagine how he believes it would have been possible for them to predict such behavior for a specific interval.   Putting this aside, my survey properly and conservatively asked if each additional compensation scenario would have "any" impact on viewership or attendance.   If respondents believed it would impact them over any time period, they would have answered affirmatively.  The fact that most respondents answered that the compensation scenarios would <u>not</u> impact their viewership/attendance at all or would <u>not</u> make them watch less often means they would not watch less over any time horizon.

### g.   Number of scenarios / length of survey

190.   Dr. Isaacson also criticizes my survey for purportedly testing too many scenarios and claims this could have impacted the survey in two ways.  One, Dr. Isaacson claims that having numerous scenarios caused respondents to feel obligated to favor at least one or some of the scenarios.   There is no merit to the suggestion that this could have impacted the results, because the precise phenomenon Dr. Isaacson suggests was controlled for in multiple ways.  First, the survey choices were presented in a balanced and randomized manner, ensuring that there was no bias toward either <u>favor</u> or <u>oppose</u> answers, and any

tendency to feel obligated to <u>favor</u> one of the scenarios would be offset by an equivalent tendency to feel obligated to <u>oppose</u> one of the scenarios.   The ultimate favor and oppose percentages would be impacted equally by any such tendencies and, therefore, would not be biased.   Second, the existence of <u>three</u> control scenarios gave respondents multiple opportunities to <u>favor</u> scenarios other than the test scenarios at issue.   Accordingly, even if respondents felt obligated to favor a scenario, they could easily have favored one or more of the control scenarios and opposed all of the test scenarios if, indeed, there was anything more objectionable to them about the test scenarios.

191.   Dr. Isaacson also claims that my survey had too many questions and that this may have resulted in respondent fatigue and inattention.   In addition to this being purely speculative, the criticism is not grounded in fact.   As Dr. Isaacson points out, the median survey time was roughly 10 minutes.   This is not long at all for a survey.   Online surveys are very commonly as long as 20 or 30 minutes or more.   Contrary to Dr. Isaacson's suggestion, respondents were only asked roughly 15 to 20 questions (many of which were brief formalities like entering a CAPTCHA code or their age or gender) prior to reaching the scenarios. Each scenario was relatively short, and required answering either two or three questions.   There is no basis for expecting undue fatigue or inattention.   Nor is there any basis for believing that such factors could be the <u>cause</u> of the results, which were consistently <u>low</u> rates of answering that respondents would watch less often.   When respondents get fatigued and stop paying attention, answers become random, and the expected result is that the distribution of answers across various choices becomes equalized.   There is no reason that the presence of numerous scenarios and questions would bias respondents toward

answering that they would watch "less often" as opposed to "more often" or any other answer.

h.   <u>Wording of specific scenarios</u>

192.   Finally, Dr. Isaacson criticizes the specific phrasing of each of the various scenarios that I included in my survey.  These various criticisms have no merit either individually or collectively.

193.   For example, Dr. Isaacson contends that six of the test scenarios from my survey describe benefits that are already "permitted, partially or entirely" by current NCAA rules or would not apply to class members.[36] This is not so.   Each of these six scenarios present benefits/compensation that, in whole or in part, are prohibited by current NCAA rules.  On this point, it is worth once again emphasizing that the purpose of the survey was to test whether there are additional or more expansive forms of benefits/compensation that could be offered without creating a negative impact on consumer demand. Accordingly, even if <u>some</u> aspect of a compensation scenario is currently permitted under NCAA rules, the scenario still represents an "additional" form of compensation because at least certain aspects of the scenario go beyond what is permitted under NCAA rules.

194.   I also note that even if there were any merit to Dr. Isaacson's claim that certain Test scenarios concerned benefits that are already permitted under NCAA rules, this would not make the results unreliable.  It would simply mean that the scenario should be relabeled as a Control Group, since the function of the controls were to test consumer reaction to proposed benefits/compensation that are already available.   Since

---

[36] Expert Report of Dr. Bruce Isaacson, pp. 32, 34-40.

generally the results of the Test and Control scenarios were comparable, any Test scenario that purportedly concerned a benefit that is already permitted in its entirety—a contention which I reject as being factually inaccurate—could be treated as a Control Group and be useful as a further measurement of the survey noise level to compare against the other Test Groups.  There is no basis to assert that this issue in any way biased the results of my survey or impacted the conclusions that I have drawn from it.

(i)      Test Scenario 1: Healthcare Fund ("Scenario 1")

195.   For example, Scenario 1 tested the following proposed benefit: "Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that arise as a result of injuries incurred from playing men's college basketball, including concussions."[37]  Dr. Isaacson asserts that these benefits are "permitted, partially or entirely" by current NCAA rules,[38] but he has not cited any rule permitting a healthcare fund for future medical costs.[39]  Rather, the rules Dr. Isaacson cited as a basis for his contention that such benefits are already permitted relate to health insurance minimums during eligibility, coverage for injuries incurred during eligibility, and a concussion treatment protocol during eligibility.[40]  Indeed, the NCAA's corporate designee on this subject has testified in this litigation that current NCAA rules prohibit conferences

---

[37] Expert Report of Hal Poret, p. 8.

[38] Expert Report of Dr. Bruce Isaacson, pp. 32.

[39] NCAA Division I Manual, 2016-2017, 3.2.4.8, 16.4.5.

[40] *Id.*

or colleges from creating a healthcare fund, such as a health savings account, to pay for future medical costs.[41]

        (ii)    Test Scenario 4: Post-Eligibility Undergrad Scholarship ("Scenario 4")

196.    Similarly, Scenario 4 tested the following proposed benefit: "Conferences or colleges would have the option to provide scholarships that athletes could use at any academic institution to finish their education after their athletic eligibility expires. Former players could use these scholarships to complete their undergraduate degree at their current school or at another university, e.g., a university closer to their home or family, or to get training at an accredited technical or vocational institution."[42]

197.    Dr. Isaacson's contention that Scenario 4 "describes something that already exists"[43] is not correct. Scenario 4 tests a rule change that would allow a school to offer a post-eligibility scholarship to one of its athletes for "use at any academic institution," including a university other than the one where he or she played football or basketball. The NCAA corporate designee expressly testified that NCAA rules do not allow a university to offer a scholarship that covers an athlete's cost of attending

---

[41] *See* NCAA 30(b)(6) (Lennon) Tr. 214:1-9 ("Q. . . . Are you familiar with health savings accounts? These are accounts that you can set up on a tax-advantage basis . . . and then you can use [them] later in your life for medical expenses. That would not be permitted by current rules, correct?  A. That's correct.").

[42] Expert Report of Hal Poret, pp. 8-9.

[43] Expert Report of Dr. Bruce Isaacson, p. 34.

a different university.[44]  The benefit proposed in Scenario 4 is, therefore, a more expansive benefit than what is currently permitted.

198.  Scenario 4 also tests a rule change that would allow a school or conference to offer a scholarship that covers an athlete's cost of attending an accredited technical or vocational institution.   The "Synopsis of NCAA Amateurism and Incidental Benefits Rules" prepared by ACC Executive Associate Commissioner Brad Hostetter for Dr. Isaacson's use expressly states that completing a degree post-eligibility at a vocational school is "beyond the educational expense associated with his or her athletic participation" (unless the vocational training is within the course of study or curriculum at the university at which the athlete played football or basketball).[45]  Similarly, the NCAA corporate designee testified in this litigation that a university paying for an athlete's vocational schooling would be prohibited.[46]

> (iii)   Test Scenario 5: Work-Study Payment ("Scenario 5")

199.  Scenario 5 tested the following proposed benefit: "Conferences or colleges would have the option to provide athletes who would have

---

[44] NCAA 30(b)(6) (Lennon) Tr. 148:9-23 ("Q. . . . Could a school today tell their athletes that, after their eligibility is . . . exhausted . . . that they would provide financial aid for [a] student athlete to complete their degree at any institution of their choice . . . ?  A. That would not be permitted.").

[45] Brad Hostetter, "Synopsis of NCAA Amateurism and Incidental Benefits Rules Prepared for Dr. Kenneth G. Elzinga and Bruce Isaacson, May 12, 2017," p.9 (attached as Ex. B to Rebuttal Report of Kenneth G. Elzinga) ("Hostetter Synopsis").

[46] NCAA 30(b)(6) (Lennon) Tr. 198:11-199:12 ("Q. . . . Can schools today provide any cost or expenses for vocational training for any of their athletes? . . . Paying for a vocational school would be prohibited?  A. Yes.").

otherwise met the financial-need requirements for their college's work-study program the average amount that other students on the school's work-study program receive. This payment would replace work study income unavailable to the athlete because of [his/her] commitment to the team."[47] Dr. Isaacson does not dispute the meaning of this scenario, nor does he deny that it tests a benefit that is not currently allowed. Rather, Dr. Isaacson asserts that "[t]he reference to work-study programs is misplaced" because work-study programs "provide jobs to cover a student's financial need up to the full cost of attendance," and that this is inapplicable to the Plaintiff Classes because Class members "already receive scholarships that cover up to the full cost of attendance."[48] Dr. Isaacson is again incorrect. Class members in this litigation include FBS football and Division I basketball players who "at any time from the date of this Complaint through the date of the final judgment, or the date of the resolution of any appeals therefrom, whichever is later, received or will receive a written offer for a full grant-in-aid . . ."[49] A total of 110 teams in these sports across 62 schools do not offer grants-in-aid (scholarships) that cover the full cost of attendance.[50] Accordingly, class members who attend those schools would benefit from the work-study payment tested by Scenario 5 because work-study is a need-based benefit intended to help students "earn money to help pay education expenses."[51]

---

[47] Expert Report of Hal Poret, p. 9.

[48] Expert Report of Dr. Bruce Isaacson, p. 35.

[49] Second Amended Complaint ¶¶ 24-25, ECF 194 at 6.

[50] For a full list of schools with class members that do not offer full COA scholarships, *see* Appendix D.

[51] Federal Student Aid, an Office of the U.S. Department of Education, https://studentaid.ed.gov/sa/types/work-study. Last visited on May 22, 2017.

(iv)   Test Scenario 9: Off-Season Expenses

200.   Scenario 9 tested the following proposed benefit: "Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations."[52]  Dr. Isaacson asserts that this scenario "presents as new something that is already permitted, either partially or entirely,"[53] but the rule upon which Dr. Isaacson relies confirms that Scenario 9 describes benefits beyond those permitted by current NCAA rules.  NCAA Rule 16.5.2 is limited to meals, housing, and expenses incurred within the season.[54]  Scenario 9, on the other hand, would permit conferences or schools to provide meals, housing, or other living expenses in the off-season, including "pre-season, breaks and vacations" out of season.[55]  To the extent that the reference to "other living expenses" is undefined and broad, this only makes the definition more conservative.

(v)   Test Scenario 10: Graduate School Costs ("Scenario 10")

201.   Scenario 10 tested the following proposed benefit: "Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires."[56]

---

[52] Expert Report of Hal Poret, p. 9.

[53] Expert Report of Dr. Bruce Isaacson, p. 37.

[54] Benefits such as meals, room, and board may be provided "for pre-season practice and in-season breaks and vacations" "but generally not for breaks occurring outside the season . . . ."  Hostetter Synopsis, p. 11.

[55] Expert Report of Hal Poret, p. 9.

[56] Expert Report of Hal Poret, p. 9.

202. Dr. Isaacson asserts that this scenario "presents something that already exists," but the rules he cites apply only to athletes who still have intercollegiate athletic eligibility remaining or are former athletes enrolled in undergraduate classes.[57] By its plain language, Scenario 10 would allow schools to promise to all athletes in these sports ahead of enrollment the new benefit of guaranteed scholarships to cover the cost of attending graduate school irrespective of playing eligibility, which is reflected in the language "before or after their eligibility expires."[58] Moreover, as I testified at my deposition, I believe most respondents would think about graduate school as an institution other than the athlete's undergraduate school, and current NCAA rules do not permit conferences or colleges to cover graduate school costs at another institution.[59]

> (vi)   Test Scenario 11: Post-Eligibility Study Abroad ("Scenario 11")

203. Scenario 11 tested the following proposed benefit: "Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires."[60]

204. Dr. Isaacson asserts that "this scenario describes something that is already permitted, partially or entirely."[61] But, once again, the authority to which Dr. Isaacson points does not support this assertion. While

---

[57] Expert Report of Dr. Bruce Isaacson, p. 38; NCAA Division I Manual, 2016-2017, 14.6, 15.01.5-(b), and 15.01.5.2.

[58] Expert Report of Hal Poret, p. 9.

[59] Poret Tr. 166:25-167:11.

[60] Expert Report of Hal Poret, p. 9.

[61] Expert Report of Dr. Bruce Isaacson, p. 40.

NCAA Rules permit current student athletes to participate in study-abroad programs sponsored by or affiliated with their institution,[62] the rules do not allow conferences or colleges "to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires," which is what this scenario expressly tests.[63]

(vii)    Scenario 2 (Academic Payment Incentive)

205.    Scenario 2 concerned the following proposed benefit: "Conferences or colleges would have the option to provide an incentive payment of up to $10,000 for each school year in which the athlete completes at least 1/5th of the units required to earn a degree and also has a GPA at or above what is required for NCAA eligibility.  The payment would be made in installments."

206.    There is no dispute that Scenario 2 is prohibited by current NCAA rules. Instead, Dr. Isaacson criticizes this scenario by suggesting that it is worded to encompass a student-athlete receiving a benefit for something that athletes are already required to do, as opposed to for achieving something in excess of required standards (*e.g.*, because it says "*at* or above").   Even if one were to read "or above" GPA requirements out of Scenario 2, however, this would simply mean that the scenario was worded conservatively from the perspective of testing a possible adverse impact on consumer demand, because, under Defendants' theory of amateurism, a consumer who is prone to opposing additional benefits would be more likely to oppose the provision of a benefit for meeting a required academic standard than

---

[62] *See id.*, p. 40, n.72.
[63] Expert Report of Hal Poret, p. 9

meeting a higher academic standard.   Therefore, if anything, the criticism raised against the wording of this scenario would have inflated the opposition level to an academic payment incentive as compared to the scenario that Dr. Isaacson seems to imply that I should have tested. Once again, there is no merit to any of the language criticisms of Dr. Isaacson, and none of them provide any basis for challenging the reliability of the conclusions supported by my survey that there are numerous additional forms of compensation and benefits that could be provided to Class Members without any adverse impact on consumer demand.

## VIII.      CONCLUSIONS REGARDING ISAACSON CRITICISM AND SURVEY

207.    For all of the reasons I have stated, it is my opinion that Dr. Isaacson's criticisms of my survey are without merit, that Dr. Isaacson's survey fails to rebut any of my survey findings or opinions, and that, if anything, Dr. Isaacson's survey provides additional support for my conclusion that there are many forms of additional compensation that could be permitted for Class Members without any adverse impact on consumer demand or consumption.

Hal Poret

Dated:  July 3, 2018

**THE FOLLOWING APPENDICES ARE ATTACHED HEREIN:**

**APPENDIX A – CURRICULUM VITAE OF STUDY'S AUTHOR**

**APPENDIX B – QUESTIONNAIRE**

**APPENDIX C – SURVEY RESULT DETAILS**

**APPENDIX D – NCAA SCHOOLS THAT DO NOT OFFER COA SCHOLARSHIPS**

**APPENDIX E – SCREENSHOTS**

**APPENDIX F – SURVEY MATERIALS RELIED UPON**

# APPENDIX A – CURRICULUM VITAE OF STUDY'S AUTHOR

Appendix A: Poret CV

**Hal L. Poret** (hal.inc42@gmail.com; 914-772-5087)

*Education*

| | |
|---|---|
| 1998 | Harvard Law School, J.D., *cum laude* |
| | • Editor/Writer – Harvard Law Record |
| | • Research Assistant to Professor Martha Minow |
| 1995 | S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude* |
| | • Statistics |
| | • Taught calculus/precalculus/statistics |
| 1993 | Union College, B.S. in Mathematics with honors, *magna cum laude* |
| | • Phi Beta Kappa |
| | • Resch Award for Achievement in Mathematical Research |

*Employment*

| | |
|---|---|
| 2016 - | President, Hal Poret LLC |
| | • Design, supervise, and analyze consumer surveys, including Trademark, Trade Dress, Advertising Perception, Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys |
| | • Consulting regarding survey design and review of other surveys |
| | • Provided expert testimony at deposition and/or trial regarding survey research in over 100 U.S. District Court litigations and proceedings in front of TTAB, NAD, FTC and FCC. |
| 2004 - 2015 | Senior Vice President, ORC International |
| | • Designed, supervised, and analyzed consumer surveys in legal and corporate market research areas, and provided expert testimony regarding survey research in legal cases. |
| 2003 – 2004 | Internet Sports Advantage |
| | • Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights. |
| 1998 – 2003 | Attorney, Foley Hoag & Eliot, Boston, MA |
| | • Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes. |
| | • Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes. |

A-1

Appendix A: Poret CV

***Testimony at Trial or by Deposition Past 4 Years***

(Party who retained me shown in bold)

2017    **Deere & Company** v. Fimco dba Schaben
        (Deposition and trial)                USDC Western District of KY

2017    **Adidas & Reebok** v. TRB
        (Deposition)                          USDC District of Oregon

2017    **Church & Dwight** v. SPD            USDC Southern District of NY
        (Deposition/trial in liability phase; deposition in damages phase)

2017    In re: **Coca Cola** Marketing and Sales Practices Litigation (No. II)
        (Deposition)                          USDC Northern District of CA

2017    **Alzheimer's Foundation of America** v. Alzheimer's Association
        (Deposition)                          USDC Southern District of NY

2017    **Ducks Unlimited** v. Boondux LLC and Caleb Sutton
        (Deposition and Trial)                USDC Western District of TN

2017    Globefill v. **Element Spirits**
        (Deposition and Trial)                USDC Central District of CA

2017    Brickman v. **Fitbit**
        (Deposition)                          USDC Northern District of CA

2017    Network-1 Technologies v. **Alcatel-Lucent et al.**
        (Desposition)                         USDC Eastern District of TX

2017    Health Partner Plans v. **Reading Health Partners**
        (Deposition and Injunction hearing)   USDC Eastern District of PA

2017    In Re **Biogen** '755 Patent Litigation
        (Deposition)                          USDC District of NJ

2017    **Cava Mezze** v. Mezze Mediterranean Grill
        (Trial)                               USDC District of MD

2017    Mastrandrea v. **Vizio**
        (Deposition)                          USDC Central District of CA

Appendix A: Poret CV

2017   **Adidas** v. Skechers                           USDC District of OR
       (Deposition and Injunction hearing)

2016   **Triumph International, Inc.** v. Gourmetgiftbaskets.com, Inc.
       (Deposition)                          USDC Central District of CA

2016   Phelan Holdings v. **Rare Hospitality Management**
       (Deposition)                          USDC Middle District of FL

2016   **Intellectual Ventures II** v. AT&T Mobility
       (Deposition)                          USDC District of DE

2016   **One World Foods** v. Stubbs Austin Restaurant Company
       (Deposition)                          USDC Western District of TX

2016   **Booking.com B.V.** v. Michelle Lee
       (Deposition)                          USDC Eastern District of VA

2016   Variety Stores v. **Walmart Stores, Inc.**
       (Trial)                               USDC Eastern District of NC

2016   **American Cruise Lines** v. American Queen Steamboat Company
       (Deposition)                          USDC District of DE

2016   Universal Church v. **Univ. Life Church**  USDC Southern District of NY
       (Deposition)

2016   **U. of Houston** v. Houston Col. of Law   USDC Southern District of TX
       (Deposition)

2016   Navajo Nation v. **Urban Outfitters**      USDC District of NM
       (Daubert Hearing)

2016   Beaulieu v. **Mohawk Carpet Dist.**        USDC Northern District of GA
       (Deposition)

2016   Efficient Frontiers v. **Reserve Media**   USDC Central District of CA
       (Deposition)

2016   **McAirlaids** v. Medline Industries       USDC Eastern District of VA
       (Deposition)

2016   **Under Armour** v. Ass Armor             USDC Southern District of FL

(Deposition)

| | | |
|---|---|---|
| 2016 | **C5 & CoorsTek** v. CeramTec (Deposition and trial) | USDC District of Colorado |
| 2016 | **BBC** v. Stander (Deposition) | USDC Central District of CA |
| 2016 | **Caterpillar** v. Tigercat (Deposition) | USPTO Opposition |
| 2016 | Premier v. **Dish Network** (Deposition) | USPTO Opposition |
| 2016 | **Omaha Steaks** v. Greater Omaha (Rebuttal Testimony) | USPTO Opposition |
| 2016 | **EMC** v. Pure Storage (Deposition) | USDC District of MA |
| 2016 | **Top Tobacco** v. North Atlantic (Deposition) | USPTO Opposition |
| 2016 | Ascension Health v. **Ascension Ins.** (Deposition) | USDC Eastern District of MO |
| 2016 | **Quoc Viet** v. VV Foods (Deposition and trial) | USDC Central District of CA |
| 2016 | Joules v. **Macy's Merchandising Group** (Deposition and trial) | USDC Southern District of NY |
| 2015 | MMG v. **Heimerl & Lammers** (Deposition and trial) | USDC District of MN |
| 2015 | **PRL USA** v. Rolex (Deposition) | USDC Southern District of NY |
| 2015 | Bison Designs v. **Lejon** (Deposition) | USDC District of CO |
| 2015 | Barrera v. **Pharmavite** (Deposition) | USDC Central District of CA |

Appendix A: Poret CV

| 2015 | **Flowers** v. Bimbo Bakeries (Deposition) | USDC Middle District of GA |
|------|------|------|
| 2015 | Razor USA v. **Vizio** (Deposition) | USDC Central District of CA |
| 2015 | Allen v. **Simalasan** (Deposition) | USDC Southern District of CA |
| 2015 | BMG Rights Mgmt. v. **Cox Enterprises** (Deposition and trial) | USDC Eastern District of VA |
| 2015 | Verisign v. **XYZ.COM LLC** (Deposition) | USDC Eastern District of VA |
| 2015 | **Select Comfort v.** Personal Comfort (Deposition) | USDC District of Minn |
| 2015 | Farmer Boys v. **Farm Burger** (Deposition) | USDC Central District of CA |
| 2015 | Ono v. **Head Racquet Sports** (Deposition) | USDC Central District of CA |
| 2015 | **Select Comfort v.** Tempur Sealy (Deposition) | USDC District of Minn |
| 2015 | ExxonMobil v. **FX Networks** (Deposition) | USDC Southern District of TX |
| 2015 | Mullins v. **Premier Nutrition** (Deposition) | USDC Northern District of CA |
| 2015 | **Delta** v. Network Associates (Deposition) | USDC Middle District of FL |
| 2015 | Brady v. **Grendene** (Deposition) | USDC Central District of CA |
| 2015 | **Zippo** v. LOEC (Deposition) | USDC Central District of CA |

Appendix A: Poret CV

| 2015 | Maier v. **ASOS** (Deposition) | USDC District of Maryland |
|------|-------------------------------|---------------------------|
| 2015 | **Converse** In re: Certain Footwear (Deposition and trial) | International Trade Commission |
| 2014 | Scholz v. **Goudreau** (Deposition) | USDC District of Mass |
| 2014 | **Economy Rent-A-Car** v. Economy Car Rentals (TTAB Testimony) | USPTO |
| 2014 | Weber v. **Sears** (Deposition) | USDC Northern District of IL |
| 2014 | Native American Arts v. **Stone** (Deposition) | USDC Northern District of IL |
| 2014 | Gravity Defyer v. **Under Armour** (Trial) | USDC Central District of CA |
| 2014 | **Adams** v. Target Corporation (Deposition) | USDC Central District of CA |
| 2014 | PODS v. **UHAUL** (Deposition and trial) | USDC Middle District of FL |
| 2014 | Flushing v. **Green Dot Bank** (Deposition) | USDC Southern District of NY |
| 2014 | Amy's Ice Creams v. **Amy's Kitchen** (Deposition) | USDC Western District of TX |
| 2014 | **Unity Health** v. UnityPoint (Deposition) | USDC Western District of WI |
| 2014 | In re: NCAA Student-athlete litigation (Deposition and Trial) | USDC Northern District of CA |
| 2014 | Spiraledge v. **SeaWorld** (Deposition) | USDC Southern District of CA |
| 2014 | **Diageo N.A. v.** Mexcor | USDC Southern District of TX |

(Deposition and trial)

2014  **Pam Lab** v. Virtus Pharmaceutical    USDC Southern District of FL
(Deposition and trial)

2014  **US Soccer Federation** v. Players Ass'n  Arbitration
(Arbitration Testimony)

2014  **Estate of Marilyn Monroe** v. AVELA  USDC Southern District of NY
(Deposition)

2014  Kelly-Brown v. **Winfrey, et al.**    USDC Southern District of NY
(Deposition)

2014  Virco Mfg **v. Hertz & Academia**   USDC Central District of CA
(Deposition)

2014  In re: Hulu Privacy Litigation     USDC Northern District of CA
**(Deposition)**

2013  **Jackson Family Wines** v. Diageo   USDC Northern District of CA
(Deposition)

2013  Bubbles, Inc. v. **Sibu, LLC.**     USDC Eastern District of VA
(Deposition)

2013  Clorox v. **Industrias Dalen**    USDC Northern District of CA
(Deposition)

2013  Active Ride Shop v. **Old Navy**    USDC Central District of CA
(Deposition and trial)

2013  **Macy's Inc**. v. Strategic Marks LLC.  USDC Northern District of CA
(Deposition)

2013  Karoun Dairies, Inc. v. **Karoun**    USDC Southern District of CA
**Dairies, Inc.** (Deposition)

2013  **Kraft Foods** v. Cracker Barrel   USDC Northern District of IL
Old Country (Deposition and Trial)

2013  **Bayer Healthcare** v. Sergeants Pet Care USDC  Southern District of NY
(Deposition and Trial)

| 2013 | JJI International v. **The Bazar Group, Inc.** (Deposition) | USDC District of RI |
|---|---|---|
| 2013 | **Fage Dairy USA** v. General Mills (Deposition) | USDC Northern District of NY |
| 2013 | Gameshow Network v. **Cablevision** (Deposition and trial) | F.C.C. |
| 2013 | Telebrands v. **Meyer Marketing** (Deposition) | USDC Eastern District of CA |
| 2012 | Marketquest v. **BIC** (Deposition) | USDC Southern District of CA |
| 2012 | **Hornady** v. DoubleTap (Deposition) | USDC District of Utah |
| 2012 | **Briggs/Kohler** Opposition to Honda (Deposition) | TTAB |
| 2012 | **Apple** v. Samsung (Deposition and Trial) | USDC Northern District of CA |
| 2012 | Forest River v. **Heartland** (Deposition) | USDC Northern District of IN |
| 2012 | SPD v. **Church & Dwight** (Deposition) | USDC District of NJ |
| 2012 | Brighton Collectibles v. **Texas Leather** (Deposition) | USDC Southern District of CA |
| 2012 | **Cytosport** v. Vital Pharmaceuticals (Deposition) | USDC Eastern District of CA |
| 2012 | Authors Guild v. **Google** (Deposition) | USDC Southern District of NY |
| 2012 | Clear Choice v. **Real Choice** (Opposition testimony) | TTAB |

Appendix A: Poret CV

| 2011 | **Borghese** v. Perlier et al. (Deposition) | USDC Southern District of NY |
|------|------|------|
| 2011 | My Favorite Company v. **Wal-Mart** (Deposition) | USDC Central District of CA |
| 2011 | **PepsiCo** v. Pirincci (Opposition testimony) | TTAB |
| 2011 | **GAP Inc.** v. G.A.P. Adventures (Trial) | USDC Southern District of NY |
| 2011 | **Merck Eprova** v. Brookstone (Deposition and trial) | USDC Southern District of NY |
| 2011 | Wella, Inc. v. **Willagirl LLC** (Deposition) | USDC Southern District of NY |
| 2011 | Bauer Bros. v. **Nike** (Deposition) | USDC Southern District of CA |
| 2011 | **Aviva Sports** v. Manley (Deposition) | USDC District of Minnesota |
| 2011 | **American Express** v. Black Card LLC (Deposition) | USDC Southern District of NY |
| 2011 | Gosmile v. **Dr. Levine** (Preliminary Injunction Trial) | USDC Southern District of NY |

*Presentations*

What's New in Advertising Law, Claim Support and Self-Regulation?
(ABA Seminar, November 17, 2015)

How Reliable is Your Online Survey
(2015 ASRC Annual Conference, September 29, 2015)

What Do Consumers Think?  Using Online Surveys to Demonstrate Implied Claims
(ANA Advertising Law and Public Policy Conference, April 1, 2015)

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 30, 2013)

Using Survey Experts in Trademark Litigation (DRI Intellectual Property Seminar, May 9, 2013)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Internet Survey Issues (PLI Hot Topics in Advertising Law Conference, March 2012)

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable (April 7, 2010)

Recent Trends in Trademark Surveys (Virginia State Bar Intellectual Property Conference, October 2009)

Trademark Surveys in US Litigation (presentation for International Trademark Association Annual Conference) (May 2009)

How to Conduct Surveys for use in Trademark Disputes (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

Trademark and Advertising Perception Studies for Legal Disputes (Opinion Research Corporation Seminar, June 2008)

Understanding Advertising Perception Surveys (Promotions Marketing Association Annual Law Conference) (November 2007)

Designing and Implementing Studies to Substantiate Advertising Claims (American Conference Institute Claims Substantiation Conference, October 2007)

Surveys in Trademark and False Advertising Disputes (InfoUSA Webinar, June 2007)

Measuring Consumer Perception in False Advertising and Trademark Cases, (multiple presentations) (2007)

Appendix A: Poret CV

Potential Errors to Avoid In Designing a Trademark Dilution Survey (American Intellectual Property Association paper, April 2007)

Consumer Surveys in Trademark and Advertising Cases (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

Use of Survey Research and Expert Testimony in Trademark Litigation, (International Trademark Association Annual Conference, May 2006)

Survey Research as Evidence in Trademark/Trade Dress Disputes (multiple presentations) (2006)

Using Surveys to Measure Secondary Meaning of Trade Dress, Legal Education Seminar, Boston, April 2006

### *Publications/Papers*

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 2013)

Hot Topics and Recent Developments in Trademark Surveys (paper for May 2013 DRI Intellectual Property Conference)

Surveys in Trademark and Advertising Litigation (2013 National CLE Conference, Snowmass Colorado, January 2013)

Trademark Litigation Online Consumer Surveys (Practical Law Company Intellectual Property and Technology, May 2012)

Hot Topics in Advertising Law 2012 (Contributor to Practising Law Institute publication)

A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys, 100 TMR 756 (May-June 2010)

Recent Trends in Trademark Surveys (paper for Virginia State Bar Intellectual Property conference, October 2009)

Trademark Dilution Revision Act breathes new life into dilution surveys (In Brief PLI website, June 2009)

The Mark (Survey Newsletter; three editions 2009)

Appendix A: Poret CV

<u>Hot Topics in Trademark Surveys</u> (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

<u>The Mark</u> (Survey Newsletter, 2008)

<u>Trademark and Advertising Survey Report</u> (Summer 2007)

<u>Avoiding Pitfalls in Dilution Surveys under TDRA</u> (AIPLA Spring Conference, Boston, May 2007)

*Commentary*

<u>Comment on Hotels.com case</u> (on TTABLOG.COM, July 24, 2009)

<u>Comment on Nextel v. Motorola</u> (on TTABLOG.COM, June 19, 2009)

<u>PLI All-Star Briefing Newsletter,</u> "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)

*Professional Memberships/Affiliations*

American Association of Public Opinion Research

Council of American Survey Research Organizations

International Trademark Association

National Advertising Division of Council of Better Business Bureaus

A-12

# APPENDIX B – QUESTIONNAIRE

| SCREENER |
|---|

**BASE: ALL RESPONDENTS**

99.     Insert Captcha

**BASE: ALL RESPONDENTS**

100.    Please enter your year of birth. **[PROGRAMMER: DROP DOWN MENU. TERMINATE IF DOES NOT MATCH PANELIST'S PRELOAD.]**

**ASK IF: HAS NOT TERMINATED**

105.    Are you… **[CHECK AGAINST PANEL VARIABLE AND TERMINATE IF IT DOES NOT MATCH]**

   1.  Male [PROGRAMMER: FOR PANEL VARIABLE PLEASE ASSIGN VALUE OF "1" FOR MALE]

   2.  Female [PROGRAMMER: FOR PANEL VARIABLE PLEASE ASSIGN VALUE OF "2" FOR FEMALE]

**ASK IF: HAS NOT TERMINATED**

110.    In what state do you live?

   **[PROGRAMMER: Drop down menu of states plus D.C. Include an option for "Other" and terminate if it is selected.]**

**ASK ALL NON-TERMINATES**

115. What was the highest level of education you have completed?

   1.  Some high school
   2.  High school graduate
   3.  Some college; no degree
   4.  2-year college or trade school degree
   5.  4-year college degree
   6.  Graduate school degree or higher

**ASK ALL NON-TERMINATES**

120.    For statistical purposes, which of the following ranges does your total household income fall under (before taxes)?

1.  Less than $15,000
2.  $15,000 - $24,999
3.  $25,000 - $29,999
4.  $30,000 - $34,999
5.  $35,000 - $44,999
6.  $45,000 - $49,999
7.  $50,000 - $59,999
8.  $60,000 - $74,999
9.  $75,000 - $99,999
10. $100,000 - $149,999
11. $150,000 - $199,999
12. $200,000 or more

**ASK ALL NON-TERMINATES**

125.    Which of the following best describes your race or ethnic group?

**[Randomize]**
1.  Hispanic or Latino
2.  Black or African American
3.  White or Caucasian
4.  Asian
5.  Native American
6.  Other **[Anchor]**

**ASK IF: HAS NOT TERMINATED**

130.    Which of these age ranges includes your age?

**[TERMINATE IF AGE RANGE IS NOT POSSIBLE BASED ON YEAR BORN IN Q100]**

1.  18-29
2.  30-44
3.  45-59
4.  60 or over

Appendix B: Questionnaire

**ASK IF: HAS NOT TERMINATED**

140.   Which of the following, if any, do you sometimes do?
       *(Select all that apply)*
       [RANDOMIZE]
       1. Watch sports on television (or computers/mobile devices) or attend sports
          games
       2. Play video games on a game console or mobile device
       3. Read books in hard copy or on an e-reader
       4. Workout at home or at a gym/fitness center
       5. Stay in a hotel for business
       6. None of the above [ANCHOR; EXCLUSIVE]


**[MUST SELECT 1 IN Q140 TO CONTINUE; OTHERWISE TERMINATE.]**


**ASK IF: 140=1**

150.   For the remaining questions, when we ask about watching sports on television,
       this includes watching on computers or mobile devices.

       Which of the following sports, if any, do you sometimes watch on television or
       attend in person?

       *(Select all that apply)*
       [RANDOMIZE BUT KEEP TOGETHER 1-2-3-4, 5-6, 7-8, 9-10-11 IN ORDER
       SHOWN]
       1. Men's college basketball
       2. Women's college basketball
       3. Men's professional basketball
       4. Women's professional basketball
       5. College football
       6. Professional football
       7. College baseball
       8. Professional baseball
       9. Men's college hockey
       10. Women's college hockey
       11. Professional hockey
       12. None of the above [ANCHOR; EXCLUSIVE]


**[MUST SELECT 1, 2, OR 5 IN 150 TO CONTINUE; OTHERWISE, TERMINATE.]**

**ASK IF: 150=1, 2, 5**

155.    How many games of each of the following do you watch on television or attend during a typical season for that sport?  For the purposes of this question, please count only games that you watch at least half of the game.

> **[GRID WITH COLUMNS: 0, 1-2, 3-5, 6-10, 11-20, 21-30, 31-50, Over 50]**
> **[ROWS –RANDOMIZE BUT KEEP TOGETHER 1-2, 3-4, 5-6 IN ORDER SHOWN]**
>    1. Men's college basketball regular season games [ONLY SHOW IF 150=1]
>    2. Men's college basketball conference or NCAA tournament games [ONLY SHOW IF 150=1]
>    3. Women's college basketball regular season games [ONLY SHOW IF 150=2]
>    4. Women's college basketball conference or NCAA tournament games [ONLY SHOW IF 150=2]
>    5. College football regular season games [ONLY SHOW IF 150=5]
>    6. College football bowl/playoff games [ONLY SHOW IF 150=5]


> **[TERMINATE IF "0" SELECTED FOR ALL CHOICES SHOWN]**
>
> **[IF 155=1 OR MORE FOR CHOICE 1 OR 2, ELIGIBLE FOR SURVEY 1 (MEN'S COLLEGE BB).**
> **IF 155=1 OR MORE FOR CHOICE 3 OR 4, ELIGIBLE FOR SURVEY 2 (WOMEN'S COLLEGE BB).**
> **IF 155=1 OR MORE FOR CHOICE 5 OR 6, ELIGIBLE FOR SURVEY 3 (COLLEGE FOOTBALL).**
> **IF ELIGIBLE FOR MORE THAN ONE SURVEY, ASSIGN TO SURVEY WITH GREATEST NEED TO FILL QUOTAS.]**

**ASK ALL NON-TERMINATES**

160.    Below is a list of major college sports conferences.

Please select each conference, if any, which you personally follow or are a fan of a team in that conference.

*(Select all that apply)*

1. ACC
2. AAC
3. BIG 10
4. BIG 12
5. BIG EAST
6. BIG SKY
7. BIG SOUTH
8. BIG WEST
9. COLONIAL
10. CONFERENCE USA
11. INDEPENDENT
12. IVY LEAGUE
13. MID-AMERICAN
14. MOUNTAIN WEST
15. PAC 12
16. SEC
17. SUN BELT
18. WESTERN ATHLETIC
19. I do not follow any particular conference or team [EXCLUSIVE]
20. I don't know what conference the team(s) I follow are in [EXCLUSIVE]

**ASK ALL NON-TERMINATES**

162. Which of the following, if any, are reasons why you watch _____?

**[INSERT THE FOLLOWING INTO BLANK:**
**[IF SURVEY 1, INSERT "men's college basketball"]**
**[IF SURVEY 2, INSERT "women's college basketball"]**
**[IF SURVEY 3, INSERT "college football"]**

*(Select all that apply)*
1. I am a fan of a college that I attended or someone I know attended
2. I am a fan of a college in an area where I live or used to live
3. I am a fan of a specific college for other reasons

    4.   I am generally a fan of the sport
    5.   I am not a fan but I watch with someone who is a fan
    6.   I am not a fan but I sometimes enjoy watching sports events
    7.   None of the above **[Anchor; exclusive]**


## ASK IF: HAS NOT TERMINATED

165.   People vary in the amount of attention they pay to surveys.

    For quality assurance, please type the word "Yes" in the blank next to the "Other" box below and then click to continue.

        1.   Strongly agree
        2.   Agree
        3.   Neutral
        4.   Disagree
        5.   Strongly disagree
        6.   Other _____ [DO NOT FORCE TEXT BOX]

[TERMINATE IF SELECTED 165/1-5 OR DOES NOT TYPE IN AN ANSWER. ALLOW RESPONDENT TO CONTINUE IF THEY TYPE IN AN ANSWER, REGARDLESS OF WHAT THEY TYPE.]

## ASK IF: HAS NOT TERMINATED

170.   You have qualified to take this survey.  Before continuing, please carefully read these instructions:

\*     Please take the survey in <u>one</u> session without interruption.
\*     While taking the survey, please do not consult any other websites or other electronic or written materials.
\*     Please answer all questions on your own without consulting any other person.
\*     If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.

        1.   I understand and agree to the above instructions
        2.   I do not understand or do not agree to the above instructions **[TERMINATE]**

| MAIN SURVEY – ONLY QUALIFIED RESPONDENTS CONTINUE. |
|---|

**[INSERT THE FOLLOWING LANGUAGE INTO BLANKS (_____) IN ALL SUBSEQUENT INSTRUCTIONS AND QUESTIONS:]**
**[IF SURVEY 1, INSERT "men's college basketball"]**
**[IF SURVEY 2, INSERT "women's college basketball"]**
**[IF SURVEY 3, INSERT "college football"]**

<u>**ASK IF: ALL**</u>
200.     For this survey you will be asked questions about _____.

<u>**ASK IF: ALL**</u>
210.     How often did you watch, listen to, or attend _____ games during the 2015-2016 <u>regular season</u>?

I watched, listened to, or attended…

1.   More than one game a week throughout the regular season
2.   About one game a week throughout the regular season
3.   Less than one game a week throughout the regular season
4.   I did not watch regular season games

<u>**ASK IF: SURVEY 1 OR 2**</u>
212.     Which of the following, if any, did you watch during the 2015-2016 _____ <u>post-season</u>?

1.   Conference tournament games
2.   NCAA tournament (March Madness) games
3.   Both of the above
4.   Neither of the above

**ASK IF: 212=2or3**

214.   During which of the following rounds of the 2016 NCAA _____ tournament did you watch games?

*Select all that apply*

1.   First weekend games (Round of 64 and 32)
2.   Second weekend games (Round of 16 and 8)
3.   Final Four games
4.   NCAA championship game
5.   All of the above [EXCLUSIVE]
6.   None of the above [EXCLUSIVE]
7.   I watched a game or games but I am not sure which one(s) [EXCLUSIVE]

**ASK IF: SURVEY 3**

216.   Which of the following, if any, did you watch during the 2015-2016 _____ post-season?

1.   Clemson v. Oklahoma FBS playoff game
2.   Alabama v. Michigan State FBS playoff game
3.   Clemson v. Alabama Championship game
4.   Other bowl games
5.   All of the above [EXCLUSIVE]
6.   None of the above [EXCLUSIVE]
7.   I watched a bowl/playoff game or games but not sure which one(s) [EXCLUSIVE]

**ASK IF: ALL**

220.   For the next section of the survey, we are going to describe to you several scenarios relating to athletes who play on _____ teams.  For each scenario, we will ask you some questions relating to your opinions about the scenario.

If for any question, you don't know an answer or don't have an opinion, please feel free to indicate so.  Please do not guess.

**ASK IF: ALL**

225.   The next screens will describe several scenarios, in which conferences or colleges would have the option to provide college athletes with benefits in addition to an athletic scholarship.  For each scenario, please note that the benefits described would be paid for from the revenue generated by the athlete's team.

**[PROGRAMMER: Q227 – 250 WILL BE REPEATED ONE TIME FOR EACH OF THE 11 SCENARIOS LISTED IN 227. REPEAT QUESTION SERIES 11 TIMES UNTIL EACH SCENARIO HAS BEEN ASKED ABOUT.]**

**[PROGRAMMER: IN THE ONLINE REPORT & IN THE DATA FILE SHOW ONE TABLE OF RESULTS FOR EACH QUESTION (Q230 – 250) FOR EACH SCENARIO. LABEL EACH TABLE AS SCENARIO 1, SCENARIO 2, SCENARIO 3, ETC. – e.g. there should be a table/column for q230/scenario 1; q240/scenario 1; q250/scenario 1; q230/scenario 2; q240/scenario 2; q250/scenario 2; q230/scenario 3; etc.]**

**ASK IF: ALL**

227.    Please read the following scenario carefully:

**[DISPLAY ONE OF THE FOLLOWING 11 SCENARIOS. RANDOMIZE THE ORDER IN WHICH EACH OF THE 11 SCENARIOS ARE PRESENTED TO RESPONDENTS. SHOW BOX AROUND THE SCENARIO TO OFFSET IT FROM THE QUESTION TEXT.]**

**[Scenario 1:]**

Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that might arise as a result of injuries incurred from playing _____, including concussions.

**[Scenario 2:]**

Conferences or colleges would have the option to provide an incentive payment of up to $10,000 for each school year in which the athlete completes at least 1/5th of the units required to earn a degree and also has a GPA at or above what is required for NCAA eligibility.  The payment would be made in installments.

**[Scenario 3:]**

Conferences or colleges would have the option to provide a one-time incentive of up to $10,000 for an athlete who earns an undergraduate degree.  This incentive would be available for athletes who earn their degree after their eligibility expires.

**[Scenario 4:]**

Conferences or colleges would have the option to provide scholarships that athletes could use at any academic institution, to finish their education after their athletic eligibility expires.  Former players could use these scholarships to complete their undergraduate degree at their current school or at another university, *e.g.*, a university closer to their home or family, or to get training at an accredited technical or vocational institution.

**[Scenario 5:]**

Conferences or colleges would have the option to provide athletes who would have otherwise met the financial-need requirements for their college's work-study program the average amount that other students on the school's work-study program receive. This payment would replace work study income unavailable to the athlete because of [his/her] commitment to the team.

**[CONTROLS]**

**[Scenario 6:]**

Conferences or colleges would have the option to provide student-athletes with free meals and transportation (including airfare) to and from campus each semester.

**[Scenario 7:]**

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

**[Scenario 8:]**

Conference or colleges would have the option to allow players who participate in _____ [if Survey 1/2 insert "tournaments"; if Survey 3 insert "bowl games"] to receive a few thousand dollars of free gifts, including things like video game consoles, iPods, televisions, recliner chairs, and watches.

**[ADDITIONAL TESTS]**

[Scenario 9]

Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

[Scenario 10]

Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

[Scenario 11]

Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires.

The next questions will be about this scenario.

**ASK IF: ALL**
230.    Which of the following best represents your reaction to the following scenario:

**[DISPLAY SAME SCENARIO AS IN 220 WITH THE BOX AROUND IT]**

   **[Randomize order of 1-2. For each respondent, show these options in the same order each subsequent time q230 is asked for the remaining scenarios.**

   1.  I am <u>in favor</u> of this
   2.  I am <u>opposed to</u> this
   3.  I am <u>neither</u> in favor of nor opposed to this **[when choices 1-2 shown in reverse order, reverse order of "in favor of" and "opposed to" in choice]**
   4.  No opinion/don't know

**ASK IF: ALL**
240.    If the following scenario was part of the _____ system, would that or would that not change how often you watch, listen to, or attend _____ games?

**[DISPLAY SAME SCENARIO AS IN 220 WITH THE BOX AROUND IT]**

   **[Randomize order of 1-2. For each respondent, show these options in the same order each subsequent time q240 is asked for the remaining scenarios.]**

   1.  Yes, it <u>would</u> change how often I watch, listen to or attend _____ games
   2.  No, it would <u>not</u> change how often I watch, listen to or attend _____ games
   3.  No opinion/don't know

Appendix B: Questionnaire

**ASK IF: 240=1**

250.    If the following scenario was part of the _____ system...

**[DISPLAY SAME SCENARIO AS IN 220 WITH THE BOX AROUND IT]**

Would you watch, listen to, or attend _____ games…

**[Randomize whether first 4 choices shown in order below or reverse order. For each respondent, show these options in the same order each subsequent time q250 is asked for the remaining scenarios.]**

1.  <u>Much less</u> often
2.  <u>Somewhat less</u> often
3.  <u>Somewhat more</u> often
4.  <u>Much more</u> often
5.  No opinion/don't know

**[REPEAT Q227 – 250 FOR EACH SCENARIO LISTED IN 227 UNTIL ALL HAVE BEEN ASKED ABOUT]**

POST SURVEY QUESTIONS: ALL QUALIFIED RESPONDENTS

**ASK IF: ALL**

500.    Do you or does anyone in your household work for any of the following?
        *(Select all that apply)*
        [RANDOMIZE]
        1.   The NCAA
        2.   A college sports conference
        3.   A university or college
        4.   A company or store that makes or sells college sports merchandise
        5.   A television network or other media outlet that broadcasts college sports games
        6.   An advertising, public relations, or market research firm
        7.   None of these **[ANCHOR; EXCLUSIVE]**

**ASK IF: 115=3, 4, 5 (at least some college)**

510.    Were you a varsity-level college athlete while in college?
        1.   Yes
        2.   No

**ASK IF: 115=3, 4, 5 (at least some college)**

512.    Was the college or university you attended (or are currently enrolled in) a 4-year school?

    1.    Yes

    2.    No

**ASK IF: 115=3, 4, 5 (at least some college)**

515.    Which of the following were the sports teams for your college classified in? *(Select all that apply)*

    1.    Division I

    2.    Division II

    3.    Division III

    4.    Other

    5.    Don't know [EXCLUSIVE]

**ASK IF: 510=1**

520.    Did you play on a college basketball **[if male, insert "**or football"] team?

    1.    No

    2.    Yes, college basketball

    3.    Yes, college football **[only show choice if male]**

    4.    Yes, both **[only show choice if male]**

**ASK IF: ALL**

505.    Has anyone in your family played a varsity sport at a Division 1 school in the past five years?

    1.    Yes

    2.    No

    3.    Don't know

# APPENDIX C – SURVEY RESULT DETAILS

# APPENDIX C – SURVEY RESULT DETAILS

**Results by Age for Each Scenario**

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 1 | 18-29 N=430 | 30-44 N=869 | 45-59 N=909 | 60+ N=792 |
| I am in favor of this | 77.9% | 80.3% | 78.2% | 82.6% |
| I am opposed to this | 8.4% | 6.8% | 9.2% | 6.8% |
| I am neither | 10.5% | 9.9% | 10.6% | 8.3% |
| No opinion/don't know | 3.3% | 3.0% | 2.0% | 2.3% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 1 | 18-29 N=430 | 30-44 N=869 | 45-59 N=909 | 60+ N=792 |
| Yes, it would change how often I watch, listen to or attend games | 23.3% | 18.9% | 10.3% | 6.2% |
| No, it would not change how often I watch, listen to or attend games | 69.5% | 73.6% | 84.6% | 88.6% |
| No opinion/don't know | 7.2% | 7.5% | 5.1% | 5.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 1 | 18-29 N=430 | 30-44 N=869 | 45-59 N=909 | 60+ N=792 |
| NET LESS OFTEN | 4.0% | 1.8% | 2.0% | 1.4% |
|    Much less often | 1.2% | 0.9% | 1.3% | 0.6% |
|    Somewhat less often | 2.8% | 0.9% | 0.7% | 0.8% |
| NET MORE OFTEN | 19.1% | 16.6% | 7.8% | 4.3% |
|    Somewhat more often | 7.7% | 7.7% | 3.6% | 2.4% |
|    Much more often | 11.4% | 8.9% | 4.2% | 1.9% |
| No opinion/don't know | 0.2% | 0.5% | 0.6% | 0.5% |

*Test Scenario 2 – Academic Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 2 | N=430 | N=869 | N=909 | N=792 |
| I am in favor of this | 50.5% | 42.6% | 37.8% | 35.4% |
| I am opposed to this | 28.4% | 33.3% | 39.7% | 40.4% |
| I am neither | 17.2% | 19.4% | 18.4% | 19.1% |
| No opinion/don't know | 4.0% | 4.7% | 4.1% | 5.2% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 2 | N=430 | N=869 | N=909 | N=792 |
| Yes, it would change how often I watch, listen to or attend games | 24.7% | 21.9% | 17.6% | 12.4% |
| No, it would not change how often I watch, listen to or attend games | 67.9% | 67.3% | 73.8% | 78.0% |
| No opinion/don't know | 7.4% | 10.8% | 8.6% | 9.6% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 2 | N=430 | N=869 | N=909 | N=792 |
| NET LESS OFTEN | 9.8% | 8.9% | 12.8% | 9.3% |
| Much less often | 4.0% | 5.9% | 7.9% | 5.3% |
| Somewhat less often | 5.8% | 3.0% | 4.8% | 4.0% |
| NET MORE OFTEN | 14.7% | 12.0% | 4.7% | 2.7% |
| Somewhat more often | 7.4% | 5.2% | 2.3% | 0.9% |
| Much more often | 7.2% | 6.8% | 2.4% | 1.8% |
| No opinion/don't know | 0.2% | 1.0% | 0.1% | 0.4% |

*Test Scenario 3 – Graduation Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 N=430 | 30-44 N=869 | 45-59 N=909 | 60+ N=792 |
| I am in favor of this | 48.1% | 51.8% | 44.2% | 43.2% |
| I am opposed to this | 26.7% | 23.6% | 31.7% | 31.3% |
| I am neither | 20.7% | 20.7% | 19.8% | 19.4% |
| No opinion/don't know | 4.4% | 3.9% | 4.3% | 6.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 3 | 18-29 N=430 | 30-44 N=869 | 45-59 N=909 | 60+ N=792 |
| Yes, it would change how often I watch, listen to or attend games | 23.7% | 19.2% | 13.5% | 8.3% |
| No, it would not change how often I watch, listen to or attend games | 67.2% | 71.8% | 78.4% | 81.4% |
| No opinion/don't know | 9.1% | 9.0% | 8.0% | 10.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 3 | 18-29 N=430 | 30-44 N=869 | 45-59 N=909 | 60+ N=792 |
| NET LESS OFTEN | 9.5% | 6.1% | 8.0% | 4.9% |
|    Much less often | 4.0% | 3.0% | 4.8% | 3.4% |
|    Somewhat less often | 5.6% | 3.1% | 3.2% | 1.5% |
| NET MORE OFTEN | 13.7% | 12.7% | 5.2% | 3.0% |
|    Somewhat more often | 6.3% | 7.0% | 2.8% | 1.6% |
|    Much more often | 7.4% | 5.6% | 2.4% | 1.4% |
| No opinion/don't know | 0.5% | 0.5% | 0.3% | 0.4% |

*Test Scenario 4 – Post-Eligibility Undergrad Scholarship*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 4 | N=430 | N=869 | N=909 | N=792 |
| I am in favor of this | 65.8% | 67.4% | 64.6% | 61.0% |
| I am opposed to this | 12.8% | 14.0% | 17.9% | 17.6% |
| I am neither | 17.7% | 15.5% | 14.5% | 18.1% |
| No opinion/don't know | 3.7% | 3.0% | 3.0% | 3.4% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 4 | N=430 | N=869 | N=909 | N=792 |
| Yes, it would change how often I watch, listen to or attend games | 19.5% | 15.8% | 9.9% | 6.9% |
| No, it would not change how often I watch, listen to or attend games | 71.9% | 77.2% | 83.9% | 85.4% |
| No opinion/don't know | 8.6% | 7.0% | 6.2% | 7.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 4 | N=430 | N=869 | N=909 | N=792 |
| NET LESS OFTEN | 4.0% | 3.9% | 4.1% | 3.3% |
| Much less often | 2.1% | 1.7% | 3.0% | 1.5% |
| Somewhat less often | 1.9% | 2.2% | 1.1% | 1.8% |
| NET MORE OFTEN | 15.3% | 11.5% | 5.3% | 3.0% |
| Somewhat more often | 8.4% | 5.8% | 2.3% | 1.9% |
| Much more often | 7.0% | 5.8% | 3.0% | 1.1% |
| No opinion/don't know | 0.2% | 0.3% | 0.6% | 0.6% |

*Test Scenario 5 – Work Study Payment*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 5 | N=430 | N=869 | N=909 | N=792 |
| I am in favor of this | 56.5% | 61.1% | 62.5% | 57.6% |
| I am opposed to this | 14.9% | 12.1% | 13.5% | 12.2% |
| I am neither | 21.4% | 20.7% | 18.3% | 22.1% |
| No opinion/don't know | 7.2% | 6.1% | 5.7% | 8.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 5 | N=430 | N=869 | N=909 | N=792 |
| Yes, it would change how often I watch, listen to or attend games | 19.8% | 14.8% | 8.8% | 5.7% |
| No, it would not change how often I watch, listen to or attend games | 70.0% | 75.5% | 82.4% | 84.8% |
| No opinion/don't know | 10.2% | 9.7% | 8.8% | 9.5% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 5 | N=430 | N=869 | N=909 | N=792 |
| NET LESS OFTEN | 5.1% | 2.9% | 3.4% | 2.8% |
| Much less often | 1.6% | 1.0% | 2.2% | 1.4% |
| Somewhat less often | 3.5% | 1.8% | 1.2% | 1.4% |
| NET MORE OFTEN | 14.2% | 11.6% | 4.7% | 2.8% |
| Somewhat more often | 9.5% | 5.6% | 3.1% | 1.8% |
| Much more often | 4.7% | 6.0% | 1.7% | 1.0% |
| No opinion/don't know | 0.5% | 0.3% | 0.7% | 0.1% |

C - 6

*Test Scenario 9 – Off-Season Expenses*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 9 | N=387 | N=777 | N=823 | N=709 |
| I am in favor of this | 54.0% | 57.4% | 53.2% | 47.0% |
| I am opposed to this | 22.2% | 19.2% | 25.3% | 25.5% |
| I am neither | 21.4% | 19.6% | 19.2% | 23.1% |
| No opinion/don't know | 2.3% | 3.9% | 2.3% | 4.4% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 9 | N=387 | N=777 | N=823 | N=709 |
| Yes, it would change how often I watch, listen to or attend games | 21.7% | 16.3% | 9.8% | 5.9% |
| No, it would not change how often I watch, listen to or attend games | 70.3% | 74.5% | 82.1% | 85.0% |
| No opinion/don't know | 8.0% | 9.1% | 8.0% | 9.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 9 | N=387 | N=777 | N=823 | N=709 |
| NET LESS OFTEN | 7.5% | 5.4% | 5.7% | 3.7% |
| Much less often | 3.1% | 3.0% | 3.4% | 1.3% |
| Somewhat less often | 4.4% | 2.4% | 2.3% | 2.4% |
| NET MORE OFTEN | 14.0% | 10.8% | 3.6% | 1.7% |
| Somewhat more often | 6.7% | 5.5% | 1.7% | 0.7% |
| Much more often | 7.2% | 5.3% | 1.9% | 1.0% |
| No opinion/don't know | 0.3% | 0.1% | 0.5% | 0.6% |

*Test Scenario 10 – Grad School Costs*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 10 | N=387 | N=777 | N=823 | N=709 |
| I am in favor of this | 69.3% | 72.1% | 67.2% | 62.3% |
| I am opposed to this | 10.3% | 9.3% | 12.3% | 13.7% |
| I am neither | 18.3% | 15.6% | 17.6% | 19.6% |
| No opinion/don't know | 2.1% | 3.1% | 2.9% | 4.4% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 10 | N=387 | N=777 | N=823 | N=709 |
| Yes, it would change how often I watch, listen to or attend games | 19.9% | 14.8% | 11.2% | 6.3% |
| No, it would not change how often I watch, listen to or attend games | 71.1% | 77.0% | 82.0% | 86.2% |
| No opinion/don't know | 9.0% | 8.2% | 6.8% | 7.5% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 10 | N=387 | N=777 | N=823 | N=709 |
| NET LESS OFTEN | 4.1% | 2.3% | 4.0% | 2.1% |
| Much less often | 0.8% | 1.3% | 2.3% | 0.8% |
| Somewhat less often | 3.4% | 1.0% | 1.7% | 1.3% |
| NET MORE OFTEN | 15.8% | 12.2% | 6.6% | 3.8% |
| Somewhat more often | 7.8% | 6.4% | 3.4% | 2.4% |
| Much more often | 8.0% | 5.8% | 3.2% | 1.4% |
| No opinion/don't know | 0.0% | 0.3% | 0.6% | 0.4% |

*Test Scenario 11 – Post-Eligibility Study Abroad*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 11 | N=387 | N=777 | N=823 | N=709 |
| I am in favor of this | 62.3% | 60.0% | 46.3% | 39.1% |
| I am opposed to this | 12.9% | 14.2% | 24.8% | 31.5% |
| I am neither | 23.3% | 21.6% | 25.6% | 23.7% |
| No opinion/don't know | 1.6% | 4.2% | 3.3% | 5.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 11 | N=387 | N=777 | N=823 | N=709 |
| Yes, it would change how often I watch, listen to or attend games | 20.9% | 14.4% | 10.2% | 7.2% |
| No, it would not change how often I watch, listen to or attend games | 70.5% | 75.4% | 82.0% | 82.7% |
| No opinion/don't know | 8.5% | 10.2% | 7.8% | 10.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 11 | N=387 | N=777 | N=823 | N=709 |
| NET LESS OFTEN | 4.4% | 3.6% | 5.6% | 4.8% |
| Much less often | 2.3% | 1.8% | 3.4% | 2.8% |
| Somewhat less often | 2.1% | 1.8% | 2.2% | 2.0% |
| NET MORE OFTEN | 16.3% | 10.7% | 4.3% | 1.8% |
| Somewhat more often | 8.0% | 4.6% | 1.9% | 1.1% |
| Much more often | 8.3% | 6.0% | 2.3% | 0.7% |
| No opinion/don't know | 0.3% | 0.1% | 0.4% | 0.6% |

*Control Scenario 6 – Meals/Transportation*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 6 | N=430 | N=869 | N=909 | N=792 |
| I am in favor of this | 57.7% | 61.7% | 54.3% | 46.6% |
| I am opposed to this | 19.3% | 15.8% | 22.1% | 26.6% |
| I am neither | 20.0% | 18.8% | 20.7% | 23.4% |
| No opinion/don't know | 3.0% | 3.8% | 2.9% | 3.4% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 6 | N=430 | N=869 | N=909 | N=792 |
| Yes, it would change how often I watch, listen to or attend games | 17.4% | 16.2% | 9.2% | 6.8% |
| No, it would not change how often I watch, listen to or attend games | 73.0% | 75.6% | 83.4% | 84.2% |
| No opinion/don't know | 9.5% | 8.2% | 7.4% | 9.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 6 | N=430 | N=869 | N=909 | N=792 |
| NET LESS OFTEN | 4.7% | 5.1% | 4.7% | 3.9% |
| Much less often | 1.9% | 2.4% | 3.2% | 2.0% |
| Somewhat less often | 2.8% | 2.6% | 1.5% | 1.9% |
| NET MORE OFTEN | 12.8% | 10.6% | 4.2% | 2.5% |
| Somewhat more often | 6.5% | 5.6% | 1.7% | 1.3% |
| Much more often | 6.3% | 4.9% | 2.5% | 1.3% |
| No opinion/don't know | 0.0% | 0.6% | 0.3% | 0.4% |

*Control Scenario 7 – Undergrad Costs*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 7 | 18-29<br>N=430 | 30-44<br>N=869 | 45-59<br>N=909 | 60+<br>N=792 |
| I am in favor of this | 56.3% | 58.0% | 52.5% | 48.1% |
| I am opposed to this | 23.7% | 19.6% | 24.1% | 27.9% |
| I am neither | 17.7% | 18.9% | 19.9% | 20.2% |
| No opinion/don't know | 2.3% | 3.6% | 3.5% | 3.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 7 | 18-29<br>N=430 | 30-44<br>N=869 | 45-59<br>N=909 | 60+<br>N=792 |
| Yes, it would change how often I watch, listen to or attend games | 24.4% | 18.3% | 12.8% | 9.7% |
| No, it would not change how often I watch, listen to or attend games | 65.1% | 73.2% | 79.5% | 81.8% |
| No opinion/don't know | 10.5% | 8.5% | 7.7% | 8.5% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 7 | 18-29<br>N=430 | 30-44<br>N=869 | 45-59<br>N=909 | 60+<br>N=792 |
| NET LESS OFTEN | 8.8% | 5.5% | 6.7% | 6.1% |
|     Much less often | 3.3% | 2.6% | 4.5% | 3.3% |
|     Somewhat less often | 5.6% | 2.9% | 2.2% | 2.8% |
| NET MORE OFTEN | 15.6% | 12.4% | 5.7% | 3.2% |
|     Somewhat more often | 8.4% | 6.0% | 3.0% | 1.8% |
|     Much more often | 7.2% | 6.4% | 2.8% | 1.4% |
| No opinion/don't know | 0.0% | 0.3% | 0.3% | 0.5% |

*Control Scenario 8 – Gift Suites*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 8 | N=430 | N=869 | N=909 | N=792 |
| I am in favor of this | 36.3% | 36.4% | 35.3% | 26.4% |
| I am opposed to this | 41.6% | 39.0% | 43.9% | 51.8% |
| I am neither | 19.8% | 21.2% | 17.7% | 19.1% |
| No opinion/don't know | 2.3% | 3.5% | 3.1% | 2.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 8 | N=430 | N=869 | N=909 | N=792 |
| Yes, it would change how often I watch, listen to or attend games | 29.8% | 26.0% | 16.5% | 14.4% |
| No, it would not change how often I watch, listen to or attend games | 61.4% | 64.0% | 74.9% | 74.6% |
| No opinion/don't know | 8.8% | 10.0% | 8.6% | 11.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | 18-29 | 30-44 | 45-59 | 60+ |
| Scenario 8 | N=430 | N=869 | N=909 | N=792 |
| NET LESS OFTEN | 18.8% | 15.7% | 12.8% | 11.5% |
|    Much less often | 8.1% | 8.4% | 8.3% | 6.2% |
|    Somewhat less often | 10.7% | 7.2% | 4.5% | 5.3% |
| NET MORE OFTEN | 10.7% | 9.4% | 3.5% | 1.5% |
|    Somewhat more often | 4.7% | 4.3% | 2.0% | 0.6% |
|    Much more often | 6.0% | 5.2% | 1.5% | 0.9% |
| No opinion/don't know | 0.2% | 0.9% | 0.2% | 1.4% |

I.    Results by Gender for Each Scenario

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 1 | male (N=1463) | female (N=1537) |
| I am in favor of this | 82.4% | 77.6% |
| I am opposed to this | 7.5% | 8.0% |
| I am neither | 7.9% | 11.5% |
| No opinion/don't know | 2.1% | 2.9% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 1 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 13.5% | 13.6% |
| No, it would not change how often I watch, listen to or attend games | 81.4% | 79.3% |
| No opinion/don't know | 5.1% | 7.1% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 1 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 2.1% | 2.1% |
|    Much less often | 1.0% | 1.0% |
|    Somewhat less often | 1.1% | 1.0% |
| NET MORE OFTEN | 11.1% | 11.0% |
|    Somewhat more often | 5.3% | 4.8% |
|    Much more often | 5.7% | 6.2% |
| No opinion/don't know | 0.4% | 0.5% |

*Test Scenario 2 – Academic Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 2 | male (N=1463) | female (N=1537) |
| I am in favor of this | 42.2% | 38.6% |
| I am opposed to this | 35.5% | 37.3% |
| I am neither | 18.0% | 19.3% |
| No opinion/don't know | 4.2% | 4.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 2 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 18.2% | 18.7% |
| No, it would not change how often I watch, listen to, or attend games | 73.1% | 71.4% |
| No opinion/don't know | 8.7% | 9.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 2 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 10.1% | 10.5% |
| Much less often | 5.6% | 6.5% |
| Somewhat less often | 4.5% | 4.0% |
| NET MORE OFTEN | 7.7% | 7.7% |
| Somewhat more often | 3.7% | 3.3% |
| Much more often | 4.0% | 4.4% |
| No opinion/don't know | 0.4% | 0.5% |

*Test Scenario 3 – Graduation Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 3 | male (N=1463) | female (N=1537) |
| I am in favor of this | 49.3% | 44.2% |
| I am opposed to this | 28.6% | 28.5% |
| I am neither | 18.6% | 21.5% |
| No opinion/don't know | 3.6% | 5.7% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 3 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 15.0% | 15.5% |
| No, it would not change how often I watch, listen to or attend games | 77.1% | 74.4% |
| No opinion/don't know | 7.9% | 10.1% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 3 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 6.6% | 7.2% |
| Much less often | 3.0% | 4.6% |
| Somewhat less often | 3.6% | 2.6% |
| NET MORE OFTEN | 8.1% | 7.9% |
| Somewhat more often | 4.4% | 4.0% |
| Much more often | 3.7% | 3.9% |
| No opinion/don't know | 0.3% | 0.5% |

*Test Scenario 4 – Post-Eligibility Undergrad Scholarship*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 4 | male (N=1463) | female (N=1537) |
| I am in favor of this | 64.7% | 64.6% |
| I am opposed to this | 17.5% | 14.5% |
| I am neither | 15.1% | 17.2% |
| No opinion/don't know | 2.7% | 3.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 4 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 12.3% | 12.1% |
| No, it would not change how often I watch, listen to or attend games | 81.3% | 80.0% |
| No opinion/don't know | 6.4% | 7.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 4 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 3.8% | 3.8% |
|    Much less often | 2.1% | 2.1% |
|    Somewhat less often | 1.6% | 1.8% |
| NET MORE OFTEN | 7.9% | 7.9% |
|    Somewhat more often | 4.0% | 4.1% |
|    Much more often | 3.9% | 3.8% |
| No opinion/don't know | 0.6% | 0.3% |

*Test Scenario 5 – Work Study Payment*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 5 | male (N=1463) | female (N=1537) |
| I am in favor of this | 61.3% | 58.6% |
| I am opposed to this | 13.1% | 12.9% |
| I am neither | 19.1% | 21.7% |
| No opinion/don't know | 6.5% | 6.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 5 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 12.2% | 10.5% |
| No, it would not change how often I watch, listen to or attend games | 80.1% | 78.5% |
| No opinion/don't know | 7.7% | 11.1% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 5 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 3.8% | 2.9% |
|    Much less often | 1.8% | 1.3% |
|    Somewhat less often | 2.0% | 1.6% |
| NET MORE OFTEN | 7.8% | 7.4% |
|    Somewhat more often | 4.9% | 4.0% |
|    Much more often | 2.9% | 3.4% |
| No opinion/don't know | 0.5% | 0.3% |

C - 17

*Test Scenario 9 – Off-Season Expenses*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 9 | male (N=1297) | female (N=1399) |
| I am in favor of this | 57.7% | 48.4% |
| I am opposed to this | 20.6% | 25.5% |
| I am neither | 18.7% | 22.4% |
| No opinion/don't know | 2.9% | 3.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 9 | male (N=1297) | female (N=1399) |
| Yes, it would change how often I watch, listen to or attend games | 11.6% | 13.1% |
| No, it would not change how often I watch, listen to or attend games | 81.8% | 76.4% |
| No opinion/don't know | 6.6% | 10.5% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 9 | male (N=1297) | female (N=1399) |
| NET LESS OFTEN | 4.5% | 6.1% |
|   Much less often | 2.1% | 3.2% |
|   Somewhat less often | 2.4% | 2.9% |
| NET MORE OFTEN | 6.8% | 6.6% |
|   Somewhat more often | 3.5% | 3.1% |
|   Much more often | 3.3% | 3.5% |
| No opinion/don't know | 0.4% | 0.4% |

*Test Scenario 10 – Grad School Costs*

| Q230: Which best represents your reaction to the scenario? | | |
| --- | --- | --- |
| Scenario 10 | male (N=1297) | female (N=1399) |
| I am in favor of this | 69.0% | 66.3% |
| I am opposed to this | 12.2% | 10.9% |
| I am neither | 16.2% | 19.0% |
| No opinion/don't know | 2.6% | 3.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
| --- | --- | --- |
| Scenario 10 | male (N=1297) | female (N=1399) |
| Yes, it would change how often I watch, listen to or attend games | 11.7% | 12.7% |
| No, it would not change how often I watch, listen to or attend games | 81.7% | 78.6% |
| No opinion/don't know | 6.6% | 8.8% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
| --- | --- | --- |
| Scenario 10 | male (N=1297) | female (N=1399) |
| NET LESS OFTEN | 2.6% | 3.4% |
|    Much less often | 1.0% | 1.8% |
|    Somewhat less often | 1.6% | 1.6% |
| NET MORE OFTEN | 8.8% | 8.8% |
|    Somewhat more often | 4.5% | 4.7% |
|    Much more often | 4.2% | 4.1% |
| No opinion/don't know | 0.3% | 0.4% |

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 11 | male (N=1297) | female (N=1399) |
| I am in favor of this | 52.6% | 48.8% |
| I am opposed to this | 21.0% | 22.5% |
| I am neither | 22.0% | 25.2% |
| No opinion/don't know | 4.5% | 3.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 11 | male (N=1297) | female (N=1399) |
| Yes, it would change how often I watch, listen to or attend games | 11.4% | 12.9% |
| No, it would not change how often I watch, listen to or attend games | 80.7% | 76.7% |
| No opinion/don't know | 7.9% | 10.4% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 11 | male (N=1297) | female (N=1399) |
| NET LESS OFTEN | 4.2% | 5.0% |
|    Much less often | 2.3% | 2.9% |
|    Somewhat less often | 1.9% | 2.1% |
| NET MORE OFTEN | 6.9% | 7.4% |
|    Somewhat more often | 3.0% | 3.7% |
|    Much more often | 3.9% | 3.7% |
| No opinion/don't know | 0.2% | 0.4% |

*Control Scenario 6 – Meals/Transportation*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 6 | male (N=1463) | female (N=1537) |
| I am in favor of this | 57.7% | 52.2% |
| I am opposed to this | 19.5% | 22.6% |
| I am neither | 19.9% | 21.5% |
| No opinion/don't know | 2.9% | 3.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 6 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 12.2% | 11.5% |
| No, it would not change how often I watch, listen to or attend games | 80.5% | 79.3% |
| No opinion/don't know | 7.4% | 9.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 6 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 4.8% | 4.4% |
|    Much less often | 2.3% | 2.7% |
|    Somewhat less often | 2.5% | 1.8% |
| NET MORE OFTEN | 7.0% | 6.7% |
|    Somewhat more often | 3.6% | 3.2% |
|    Much more often | 3.3% | 3.5% |
| No opinion/don't know | 0.4% | 0.3% |

*Control Scenario 7 – Undergrad Costs*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 7 | male (N=1463) | female (N=1537) |
| I am in favor of this | 56.8% | 50.3% |
| I am opposed to this | 23.5% | 23.9% |
| I am neither | 16.6% | 22.0% |
| No opinion/don't know | 3.1% | 3.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 7 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 14.5% | 15.9% |
| No, it would not change how often I watch, listen to or attend games | 78.4% | 74.2% |
| No opinion/don't know | 7.1% | 9.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 7 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 5.6% | 7.4% |
|    Much less often | 2.9% | 4.0% |
|    Somewhat less often | 2.7% | 3.3% |
| NET MORE OFTEN | 8.3% | 8.5% |
|    Somewhat more often | 4.4% | 4.2% |
|    Much more often | 3.9% | 4.3% |
| No opinion/don't know | 0.6% | 0.1% |

*Control Scenario 8 – Gift Suites*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 8 | male (N=1463) | female (N=1537) |
| I am in favor of this | 38.3% | 28.8% |
| I am opposed to this | 41.3% | 47.0% |
| I am neither | 18.1% | 20.6% |
| No opinion/don't know | 2.3% | 3.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 8 | male (N=1463) | female (N=1537) |
| Yes, it would change how often I watch, listen to or attend games | 19.1% | 22.1% |
| No, it would not change how often I watch, listen to or attend games | 72.2% | 67.3% |
| No opinion/don't know | 8.7% | 10.6% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 8 | male (N=1463) | female (N=1537) |
| NET LESS OFTEN | 12.9% | 15.4% |
| Much less often | 6.2% | 9.2% |
| Somewhat less often | 6.7% | 6.1% |
| NET MORE OFTEN | 5.5% | 6.0% |
| Somewhat more often | 2.6% | 2.7% |
| Much more often | 2.9% | 3.3% |
| No opinion/don't know | 0.8% | 0.7% |

II.    Results by Ethnicity for Each Scenario

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 1 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| I am in favor of this | 76.8% | 87.4% | 81.1% | 84.7% |
| I am opposed to this | 9.1% | 4.6% | 6.9% | 5.8% |
| I am neither | 11.3% | 6.0% | 8.8% | 8.8% |
| No opinion/don't know | 2.7% | 2.0% | 3.2% | 0.7% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 1 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 9.9% | 17.6% | 19.8% | 24.8% |
| No, it would not change how often I watch, listen to or attend games | 83.4% | 77.9% | 73.5% | 71.5% |
| No opinion/don't know | 6.7% | 4.5% | 6.7% | 3.6% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 1 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 2.3% | 1.5% | 1.6% | 2.9% |
|    Much less often | 1.2% | 0.7% | 0.7% | 1.5% |
|    Somewhat less often | 1.2% | 0.8% | 0.9% | 1.5% |
| NET MORE OFTEN | 7.1% | 15.9% | 17.5% | 21.9% |
|    Somewhat more often | 3.7% | 6.5% | 6.9% | 11.7% |
|    Much more often | 3.4% | 9.5% | 10.6% | 10.2% |
| No opinion/don't know | 0.5% | 0.2% | 0.7% | 0.0% |

*Test Scenario 2 – Academic Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 2 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| I am in favor of this | 32.9% | 59.7% | 44.7% | 41.6% |
| I am opposed to this | 42.9% | 19.4% | 33.2% | 34.3% |
| I am neither | 20.2% | 15.6% | 16.8% | 18.2% |
| No opinion/don't know | 4.0% | 5.3% | 5.3% | 5.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 2 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 16.9% | 16.4% | 26.7% | 22.6% |
| No, it would not change how often I watch, listen to or attend games | 73.8% | 76.3% | 61.5% | 66.4% |
| No opinion/don't know | 9.3% | 7.3% | 11.8% | 10.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 2 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 11.6% | 3.5% | 15.0% | 8.0% |
|    Much less often | 6.7% | 2.3% | 8.5% | 6.6% |
|    Somewhat less often | 4.9% | 1.2% | 6.5% | 1.5% |
| NET MORE OFTEN | 4.8% | 12.4% | 11.1% | 14.6% |
|    Somewhat more often | 2.3% | 5.3% | 5.1% | 6.6% |
|    Much more often | 2.5% | 7.1% | 6.0% | 8.0% |
| No opinion/don't know | 0.4% | 0.5% | 0.7% | 0.0% |

*Test Scenario 3 – Graduation Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 3 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| I am in favor of this | 41.7% | 59.7% | 49.3% | 47.4% |
| I am opposed to this | 33.1% | 15.4% | 26.5% | 31.4% |
| I am neither | 20.7% | 18.9% | 19.8% | 18.2% |

| | | | | |
|---|---|---|---|---|
| No opinion/don't know | 4.4% | 6.0% | 4.4% | 2.9% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 3 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 13.0% | 15.3% | 22.4% | 22.6% |
| No, it would not change how often I watch, listen to or attend games | 77.5% | 76.3% | 67.5% | 74.5% |
| No opinion/don't know | 9.4% | 8.5% | 10.1% | 2.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 3 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 7.4% | 2.8% | 9.7% | 8.0% |
|    Much less often | 4.2% | 1.0% | 5.8% | 4.4% |
|    Somewhat less often | 3.2% | 1.8% | 3.9% | 3.6% |
| NET MORE OFTEN | 5.3% | 12.1% | 12.2% | 13.1% |
|    Somewhat more often | 2.9% | 6.3% | 5.8% | 7.3% |
|    Much more often | 2.4% | 5.8% | 6.5% | 5.8% |
| No opinion/don't know | 0.3% | 0.3% | 0.5% | 1.5% |

*Test Scenario 4 – Post-Eligibility Undergrad Scholarship*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 4 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| I am in favor of this | 60.4% | 73.8% | 67.7% | 70.8% |

| | White/Caucasian | Black/African Am. | Hispanic/Latino | Other |
|---|---|---|---|---|
| I am opposed to this | 18.4% | 9.5% | 14.7% | 16.1% |
| I am neither | 17.9% | 13.3% | 14.7% | 10.9% |
| No opinion/don't know | 3.3% | 3.5% | 2.8% | 2.2% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 4 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 9.5% | 13.9% | 19.6% | 16.8% |
| No, it would not change how often I watch, listen to or attend games | 83.2% | 78.3% | 74.0% | 78.1% |
| No opinion/don't know | 7.3% | 7.8% | 6.5% | 5.1% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 4 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 4.2% | 1.5% | 6.0% | 2.2% |
|    Much less often | 2.4% | 0.5% | 3.2% | 1.5% |
|    Somewhat less often | 1.8% | 1.0% | 2.8% | 0.7% |
| NET MORE OFTEN | 4.9% | 11.9% | 13.1% | 14.6% |
|    Somewhat more often | 2.6% | 5.3% | 7.6% | 7.3% |
|    Much more often | 2.3% | 6.6% | 5.5% | 7.3% |
| No opinion/don't know | 0.5% | 0.5% | 0.5% | 0.0% |

*Test Scenario 5 – Work Study Payment*

| Q230: Which best represents your reaction to the scenario? |
|---|

| Scenario 5 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
|---|---|---|---|---|
| I am in favor of this | 57.6% | 68.5% | 56.9% | 63.5% |
| I am opposed to this | 14.3% | 8.5% | 15.2% | 8.0% |
| I am neither | 21.4% | 16.7% | 21.2% | 21.9% |
| No opinion/don't know | 6.8% | 6.3% | 6.7% | 6.6% |

**Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games?**

| Scenario 5 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
|---|---|---|---|---|
| Yes, it would change how often I watch, listen to or attend games | 8.1% | 14.6% | 19.6% | 13.9% |
| No, it would not change how often I watch, listen to or attend games | 82.4% | 77.3% | 70.3% | 75.2% |
| No opinion/don't know | 9.6% | 8.1% | 10.1% | 10.9% |

**Q250: If the scenario was part of the system, would you watch, listen to, or attend games…**

| Scenario 5 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
|---|---|---|---|---|
| NET LESS OFTEN | 3.4% | 2.3% | 4.8% | 2.2% |
| Much less often | 1.7% | 0.7% | 2.5% | 0.7% |
| Somewhat less often | 1.7% | 1.7% | 2.3% | 1.5% |
| NET MORE OFTEN | 4.3% | 11.8% | 14.3% | 11.7% |
| Somewhat more often | 2.7% | 5.6% | 8.5% | 8.8% |
| Much more often | 1.6% | 6.1% | 5.8% | 2.9% |
| No opinion/don't know | 0.4% | 0.5% | 0.5% | 0.0% |

*Test Scenario 9 – Off-Season Expenses*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 9 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| I am in favor of this | 48.7% | 63.3% | 53.6% | 55.8% |
| I am opposed to this | 26.1% | 15.1% | 23.7% | 21.7% |
| I am neither | 22.0% | 17.0% | 20.8% | 20.0% |
| No opinion/don't know | 3.2% | 4.7% | 1.9% | 2.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 9 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| Yes, it would change how often I watch, listen to or attend games | 9.5% | 15.6% | 16.4% | 20.8% |
| No, it would not change how often I watch, listen to or attend games | 81.1% | 77.7% | 74.2% | 74.2% |
| No opinion/don't know | 9.3% | 6.7% | 9.4% | 5.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 9 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| NET LESS OFTEN | 5.2% | 3.5% | 7.7% | 8.3% |
|    Much less often | 2.8% | 1.0% | 3.9% | 4.2% |
|    Somewhat less often | 2.3% | 2.4% | 3.9% | 4.2% |
| NET MORE OFTEN | 4.0% | 11.6% | 8.5% | 11.7% |
|    Somewhat more often | 2.2% | 5.4% | 3.9% | 5.0% |
|    Much more often | 1.8% | 6.2% | 4.6% | 6.7% |
| No opinion/don't know | 0.3% | 0.5% | 0.2% | 0.8% |

*Test Scenario 10 – Grad School Costs*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 10 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| I am in favor of this | 64.5% | 75.3% | 69.1% | 67.5% |
| I am opposed to this | 12.8% | 7.3% | 12.1% | 12.5% |
| I am neither | 19.4% | 14.2% | 15.7% | 17.5% |
| No opinion/don't know | 3.3% | 3.3% | 3.1% | 2.5% |

C - 31

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 10 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| Yes, it would change how often I watch, listen to or attend games | 9.2% | 14.7% | 18.1% | 20.0% |
| No, it would not change how often I watch, listen to or attend games | 82.9% | 77.7% | 73.9% | 75.8% |
| No opinion/don't know | 8.0% | 7.6% | 8.0% | 4.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 10 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| NET LESS OFTEN | 3.2% | 1.6% | 4.8% | 2.5% |
|    Much less often | 1.6% | 0.3% | 1.7% | 2.5% |
|    Somewhat less often | 1.5% | 1.2% | 3.1% | 0.0% |
| NET MORE OFTEN | 5.6% | 12.8% | 13.0% | 17.5% |
|    Somewhat more often | 2.9% | 6.2% | 7.2% | 10.8% |
|    Much more often | 2.7% | 6.6% | 5.8% | 6.7% |
| No opinion/don't know | 0.4% | 0.3% | 0.2% | 0.0% |

*Test Scenario 11 – Post-Eligibility Study Abroad*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 11 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| I am in favor of this | 46.3% | 59.5% | 54.6% | 50.8% |
| I am opposed to this | 25.5% | 13.3% | 20.5% | 17.5% |
| I am neither | 24.1% | 22.1% | 22.7% | 28.3% |
| No opinion/don't know | 4.1% | 5.0% | 2.2% | 3.3% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 11 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| Yes, it would change how often I watch, listen to or attend games | 9.4% | 14.0% | 18.6% | 17.5% |
| No, it would not change how often I watch, listen to or attend games | 81.1% | 78.4% | 70.3% | 75.8% |
| No opinion/don't know | 9.5% | 7.6% | 11.1% | 6.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 11 | White/Caucasian N=1584 | Black/African Am. N=578 | Hispanic/Latino N=414 | Other N=120 |
| NET LESS OFTEN | 4.9% | 2.1% | 7.0% | 5.0% |
|   Much less often | 3.0% | 0.9% | 3.9% | 2.5% |
|   Somewhat less often | 2.0% | 1.2% | 3.1% | 2.5% |
| NET MORE OFTEN | 4.2% | 11.4% | 11.4% | 11.7% |
|   Somewhat more often | 2.1% | 5.2% | 4.6% | 6.7% |
|   Much more often | 2.1% | 6.2% | 6.8% | 5.0% |
| No opinion/don't know | 0.3% | 0.5% | 0.2% | 0.8% |

*Control Scenario 6 – Meals/Transportation*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 6 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| I am in favor of this | 49.2% | 71.6% | 56.9% | 51.1% |
| I am opposed to this | 25.4% | 10.0% | 18.4% | 20.4% |

C - 33

| | | | | |
|---|---|---|---|---|
| I am neither | 22.2% | 15.6% | 20.5% | 24.8% |
| No opinion/don't know | 3.2% | 2.8% | 4.1% | 3.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 6 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 9.3% | 14.8% | 16.8% | 16.1% |
| No, it would not change how often I watch, listen to or attend games | 82.0% | 78.1% | 74.7% | 75.9% |
| No opinion/don't know | 8.7% | 7.1% | 8.5% | 8.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 6 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 4.9% | 2.7% | 6.2% | 3.6% |
| Much less often | 3.0% | 1.0% | 2.3% | 2.2% |
| Somewhat less often | 1.9% | 1.7% | 3.9% | 1.5% |
| NET MORE OFTEN | 4.1% | 11.8% | 10.1% | 11.7% |
| Somewhat more often | 2.0% | 5.0% | 6.0% | 6.6% |
| Much more often | 2.0% | 6.8% | 4.1% | 5.1% |
| No opinion/don't know | 0.3% | 0.3% | 0.5% | 0.7% |

*Control Scenario 7 – Undergrad Costs*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| Scenario 7 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |

| | | | | |
|---|---|---|---|---|
| I am in favor of this | 47.9% | 70.1% | 54.8% | 49.6% |
| I am opposed to this | 28.2% | 10.8% | 22.4% | 25.5% |
| I am neither | 19.8% | 16.6% | 20.3% | 22.6% |
| No opinion/don't know | 4.1% | 2.5% | 2.5% | 2.2% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| Scenario 7 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 12.9% | 15.3% | 23.3% | 21.2% |
| No, it would not change how often I watch, listen to or attend games | 77.8% | 78.3% | 67.3% | 74.5% |
| No opinion/don't know | 9.3% | 6.5% | 9.4% | 4.4% |

C - 35

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| | | Black/African Am. | | |
| Scenario 7 | White/Caucasian N=1826 | N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 7.1% | 2.3% | 9.2% | 8.0% |
|   Much less often | 4.1% | 0.8% | 4.1% | 5.1% |
|   Somewhat less often | 3.1% | 1.5% | 5.1% | 2.9% |
| NET MORE OFTEN | 5.5% | 12.4% | 13.8% | 12.4% |
|   Somewhat more often | 3.4% | 4.5% | 7.8% | 4.4% |
|   Much more often | 2.1% | 8.0% | 6.0% | 8.0% |
| No opinion/don't know | 0.3% | 0.5% | 0.2% | 0.7% |

*Control Scenario 8 – Gift Suites*

| Q230: Which best represents your reaction to the scenario? | | | | |
|---|---|---|---|---|
| | | Black/African Am. | | |
| Scenario 8 | White/Caucasian N=1826 | N=603 | Hispanic/Latino N=434 | Other N=137 |
| I am in favor of this | 29.5% | 46.8% | 30.9% | 35.0% |
| I am opposed to this | 48.6% | 30.2% | 47.7% | 37.2% |
| I am neither | 19.2% | 18.9% | 18.4% | 26.3% |
| No opinion/don't know | 2.7% | 4.1% | 3.0% | 1.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | |
|---|---|---|---|---|
| | | Black/African Am. | | |
| Scenario 8 | White/Caucasian N=1826 | N=603 | Hispanic/Latino N=434 | Other N=137 |
| Yes, it would change how often I watch, listen to or attend games | 18.1% | 20.4% | 29.7% | 25.5% |

| No, it would not change how often I watch, listen to or attend games | 71.9% | 70.6% | 60.4% | 66.4% |
|---|---|---|---|---|
| No opinion/don't know | 10.0% | 9.0% | 9.9% | 8.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | |
|---|---|---|---|---|
| Scenario 8 | White/Caucasian N=1826 | Black/African Am. N=603 | Hispanic/Latino N=434 | Other N=137 |
| NET LESS OFTEN | 14.0% | 8.5% | 22.6% | 14.6% |
|   Much less often | 7.7% | 3.8% | 13.6% | 7.3% |
|   Somewhat less often | 6.3% | 4.6% | 9.0% | 7.3% |
| NET MORE OFTEN | 3.6% | 10.4% | 6.9% | 10.2% |
|   Somewhat more often | 1.8% | 4.8% | 2.8% | 5.1% |
|   Much more often | 1.8% | 5.6% | 4.1% | 5.1% |
| No opinion/don't know | 0.6% | 1.5% | 0.2% | 0.7% |

III.    Results by Sport for Each Scenario

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 1 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 76.6% | 82.1% | 81.1% |
| I am opposed to this | 9.3% | 7.1% | 6.9% |
| I am neither | 11.6% | 8.2% | 9.5% |
| No opinion/don't know | 2.5% | 2.6% | 2.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 1 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| Yes, it would change how often I watch, listen to or attend games | 12.0% | 16.6% | 12.1% |
| No, it would not change how often I watch, listen to or attend games | 81.2% | 78.2% | 81.6% |
| No opinion/don't know | 6.8% | 5.2% | 6.3% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 1 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 2.5% | 1.9% | 1.8% |
| Much less often | 1.4% | 0.9% | 0.7% |
| Somewhat less often | 1.1% | 1.0% | 1.1% |
| NET MORE OFTEN | 8.7% | 14.5% | 9.9% |
| Somewhat more often | 4.2% | 6.3% | 4.7% |
| Much more often | 4.5% | 8.2% | 5.2% |
| No opinion/don't know | 0.8% | 0.2% | 0.4% |

*Test Scenario 2 – Academic Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 2 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 40.1% | 44.4% | 36.6% |
| I am opposed to this | 36.1% | 34.0% | 39.1% |
| I am neither | 18.8% | 17.6% | 19.7% |

C - 38

| | 5.0% | 4.0% | 4.6% |
|---|---|---|---|
| No opinion/don't know | | | |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 2 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| Yes, it would change how often I watch, listen to or attend games | 16.3% | 20.9% | 18.2% |
| No, it would not change how often I watch, listen to or attend games | 74.1% | 70.6% | 71.9% |
| No opinion/don't know | 9.6% | 8.5% | 9.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 2 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 10.2% | 9.8% | 10.9% |
| Much less often | 6.2% | 5.4% | 6.6% |
| Somewhat less often | 4.0% | 4.4% | 4.3% |
| NET MORE OFTEN | 5.9% | 10.6% | 6.6% |
| Somewhat more often | 2.9% | 4.3% | 3.3% |
| Much more often | 3.0% | 6.3% | 3.3% |
| No opinion/don't know | 0.2% | 0.5% | 0.7% |

*Test Scenario 3 – Graduation Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 3 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 46.2% | 48.2% | 45.7% |

| | | | |
|---|---|---|---|
| I am opposed to this | 29.3% | 26.9% | 29.4% |
| I am neither | 19.7% | 20.3% | 20.3% |
| No opinion/don't know | 4.8% | 4.6% | 4.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 3 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| Yes, it would change how often I watch, listen to or attend games | 14.3% | 17.4% | 14.1% |
| No, it would not change how often I watch, listen to or attend games | 76.3% | 73.6% | 77.2% |
| No opinion/don't know | 9.4% | 9.0% | 8.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 3 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 7.1% | 6.1% | 7.4% |
|   Much less often | 3.3% | 3.5% | 4.6% |
|   Somewhat less often | 3.8% | 2.6% | 2.8% |
| NET MORE OFTEN | 2.6% | 5.9% | 2.9% |
|   Somewhat more often | 0.0% | 0.0% | 0.0% |
|   Much more often | 2.6% | 5.9% | 2.9% |
| No opinion/don't know | 0.5% | 0.2% | 0.5% |

*Test Scenario 4 – Post-Eligibility Undergrad Scholarship*

| Q230: Which best represents your reaction to the scenario? |
|---|

C - 40

| Scenario 4 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
|---|---|---|---|
| I am in favor of this | 63.2% | 64.5% | 66.2% |
| I am opposed to this | 16.0% | 17.7% | 14.2% |
| I am neither | 17.0% | 15.1% | 16.5% |
| No opinion/don't know | 3.8% | 2.7% | 3.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 4 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| Yes, it would change how often I watch, listen to or attend games | 11.6% | 14.6% | 10.4% |
| No, it would not change how often I watch, listen to or attend games | 81.7% | 78.0% | 82.2% |
| No opinion/don't know | 6.7% | 7.4% | 7.4% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 4 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 4.5% | 3.6% | 3.3% |
| Much less often | 2.4% | 2.2% | 1.7% |
| Somewhat less often | 2.1% | 1.4% | 1.6% |
| NET MORE OFTEN | 6.4% | 10.7% | 6.7% |
| Somewhat more often | 3.7% | 4.9% | 3.6% |
| Much more often | 2.7% | 5.8% | 3.1% |
| No opinion/don't know | 0.7% | 0.3% | 0.4% |

*Test Scenario 5 – Work Study Payment*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 5 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 59.7% | 63.3% | 56.8% |
| I am opposed to this | 13.1% | 11.9% | 13.9% |
| I am neither | 20.6% | 18.6% | 22.1% |
| No opinion/don't know | 6.6% | 6.2% | 7.2% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 5 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| Yes, it would change how often I watch, listen to or attend games | 9.6% | 13.0% | 11.3% |
| No, it would not change how often I watch, listen to or attend games | 80.2% | 78.8% | 78.8% |
| No opinion/don't know | 10.2% | 8.2% | 9.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 5 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 3.7% | 2.5% | 3.8% |
| Much less often | 1.7% | 1.3% | 1.7% |
| Somewhat less often | 2.0% | 1.2% | 2.1% |
| NET MORE OFTEN | 5.6% | 10.4% | 6.7% |
| Somewhat more often | 3.3% | 6.0% | 3.9% |
| Much more often | 2.3% | 4.4% | 2.8% |
| No opinion/don't know | 0.3% | 0.1% | 0.8% |

*Test Scenario 9 – Off-Season Expenses*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 9 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| I am in favor of this | 51.7% | 56.8% | 50.0% |
| I am opposed to this | 23.6% | 18.7% | 27.2% |
| I am neither | 21.2% | 20.9% | 19.9% |
| No opinion/don't know | 3.5% | 3.5% | 2.9% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 9 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| Yes, it would change how often I watch, listen to or attend games | 10.5% | 14.3% | 12.2% |
| No, it would not change how often I watch, listen to or attend games | 81.0% | 77.2% | 78.9% |
| No opinion/don't know | 8.5% | 8.4% | 8.9% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 9 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| NET LESS OFTEN | 4.4% | 3.6% | 6.4% |
|   Much less often | 2.7% | 1.5% | 3.8% |
|   Somewhat less often | 2.2% | 2.4% | 3.4% |
| NET MORE OFTEN | 4.7% | 9.2% | 4.1% |
|   Somewhat more often | 3.2% | 4.2% | 2.4% |
|   Much more often | 2.0% | 5.9% | 2.2% |
| No opinion/don't know | 0.3% | 0.3% | 0.4% |

*Test Scenario 10 – Grad School Costs*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 10 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| I am in favor of this | 66.9% | 68.9% | 67.1% |
| I am opposed to this | 11.4% | 10.8% | 12.2% |
| I am neither | 18.0% | 17.6% | 17.3% |
| No opinion/don't know | 3.7% | 2.6% | 3.4% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 10 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| Yes, it would change how often I watch, listen to or attend games | 10.9% | 15.1% | 10.6% |
| No, it would not change how often I watch, listen to or attend games | 82.0% | 78.8% | 79.6% |
| No opinion/don't know | 7.2% | 6.1% | 9.9% |

C - 44

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 10 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| NET LESS OFTEN | 3.1% | 2.6% | 2.5% |
|   Much less often | 1.6% | 1.1% | 1.6% |
|   Somewhat less often | 1.9% | 1.8% | 1.2% |
| NET MORE OFTEN | 6.2% | 11.1% | 6.4% |
|   Somewhat more often | 4.0% | 6.1% | 3.7% |
|   Much more often | 2.9% | 6.0% | 3.5% |
| No opinion/don't know | 0.4% | 0.1% | 0.6% |

*Test Scenario 11 – Post-Eligibility Study Abroad*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 11 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| I am in favor of this | 50.7% | 54.3% | 46.7% |
| I am opposed to this | 21.9% | 19.4% | 24.0% |
| I am neither | 23.5% | 22.8% | 24.6% |
| No opinion/don't know | 3.8% | 3.5% | 4.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 11 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| Yes, it would change how often I watch, listen to or attend games | 11.6% | 14.2% | 10.6% |

| | | | |
|---|---|---|---|
| No, it would not change how often I watch, listen to or attend games | 79.5% | 77.2% | 79.2% |
| No opinion/don't know | 8.8% | 8.5% | 10.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 11 | Men's Basketball N=893 | Women's Basketball N=913 | Football N=890 |
| NET LESS OFTEN | 4.4% | 3.7% | 4.4% |
|    Much less often | 2.8% | 2.4% | 2.7% |
|    Somewhat less often | 2.1% | 1.6% | 2.2% |
| NET MORE OFTEN | 5.7% | 9.0% | 4.7% |
|    Somewhat more often | 3.0% | 4.6% | 2.5% |
|    Much more often | 3.4% | 5.3% | 2.8% |
| No opinion/don't know | 0.3% | 0.3% | 0.3% |

*Control Scenario 6 – Meals/Transportation*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 6 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 52.0% | 60.7% | 52.0% |
| I am opposed to this | 22.9% | 17.3% | 23.0% |
| I am neither | 21.3% | 18.9% | 22.0% |
| No opinion/don't know | 3.8% | 3.1% | 3.0% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? |
|---|

| Scenario 6 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
|---|---|---|---|
| Yes, it would change how often I watch, listen to or attend games | 10.3% | 13.9% | 11.2% |
| No, it would not change how often I watch, listen to or attend games | 82.0% | 78.0% | 79.6% |
| No opinion/don't know | 7.7% | 8.1% | 9.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 6 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 5.3% | 3.5% | 5.0% |
| Much less often | 3.3% | 1.9% | 2.2% |
| Somewhat less often | 2.0% | 1.6% | 2.8% |
| NET MORE OFTEN | 4.7% | 10.1% | 5.7% |
| Somewhat more often | 2.2% | 5.2% | 2.8% |
| Much more often | 2.5% | 4.9% | 2.9% |
| No opinion/don't know | 0.3% | 0.3% | 0.5% |

*Control Scenario 7 – Undergrad Costs*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 7 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 52.5% | 59.9% | 48.0% |
| I am opposed to this | 23.9% | 20.3% | 27.0% |
| I am neither | 19.9% | 17.2% | 21.0% |
| No opinion/don't know | 3.7% | 2.6% | 4.0% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? |
|---|

| Scenario 7 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
|---|---|---|---|
| Yes, it would change how often I watch, listen to or attend games | 13.2% | 17.6% | 14.9% |
| No, it would not change how often I watch, listen to or attend games | 77.8% | 75.3% | 75.6% |
| No opinion/don't know | 9.0% | 7.1% | 9.5% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 7 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 6.0% | 5.5% | 8.0% |
| Much less often | 2.8% | 3.1% | 4.5% |
| Somewhat less often | 3.2% | 2.4% | 3.5% |
| NET MORE OFTEN | 6.9% | 11.8% | 6.5% |
| Somewhat more often | 3.9% | 5.5% | 3.5% |
| Much more often | 3.0% | 6.3% | 3.0% |
| No opinion/don't know | 0.3% | 0.3% | 0.4% |

*Control Scenario 8 – Gift Suites*

| Q230: Which best represents your reaction to the scenario? | | | |
|---|---|---|---|
| Scenario 8 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| I am in favor of this | 28.6% | 35.0% | 36.6% |
| I am opposed to this | 47.6% | 43.1% | 42.0% |
| I am neither | 20.3% | 19.4% | 18.4% |
| No opinion/don't know | 3.5% | 2.5% | 3.0% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | |
|---|---|---|---|
| Scenario 8 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| Yes, it would change how often I watch, listen to or attend games | 19.2% | 22.8% | 19.8% |
| No, it would not change how often I watch, listen to or attend games | 70.1% | 67.7% | 71.4% |
| No opinion/don't know | 10.7% | 9.5% | 8.8% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | |
|---|---|---|---|
| Scenario 8 | Men's Basketball N=1,000 | Women's Basketball N=1,000 | Football N=1,000 |
| NET LESS OFTEN | 14.2% | 14.4% | 13.8% |
| Much less often | 7.7% | 7.5% | 8.0% |
| Somewhat less often | 6.5% | 6.9% | 5.8% |
| NET MORE OFTEN | 4.0% | 7.9% | 5.3% |
| Somewhat more often | 2.0% | 3.1% | 2.9% |
| Much more often | 2.0% | 4.8% | 2.4% |
| No opinion/don't know | 1.0% | 0.5% | 0.7% |

IV.    Results by Conference for Each Scenario -- Football Conferences

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 1 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 81.7% | 77.6% | 79.8% | 79.9% | 80.1% | 81.7% | 78.6% | 82.2% | 82.6% |
| I am opposed to this | 7.7% | 10.5% | 7.4% | 7.3% | 8.4% | 7.2% | 8.6% | 6.5% | 7.5% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I am neither | 9.1% | 9.0% | 10.7% | 10.7% | 8.8% | 9.8% | 9.9% | 9.3% | 8.0% |
| No opinion/don't know | 1.5% | 2.9% | 2.1% | 2.0% | 2.7% | 1.3% | 2.9% | 2.0% | 1.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 1 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 13.9% | 25.7% | 11.9% | 14.4% | 27.0% | 27.5% | 24.3% | 14.0% | 12.1% |
| No, it would not change how often I watch, listen to or attend games | 81.3% | 70.0% | 82.6% | 80.5% | 67.2% | 66.0% | 70.4% | 81.5% | 83.9% |
| No opinion/don't know | 4.8% | 4.3% | 5.5% | 5.0% | 5.7% | 6.5% | 5.3% | 4.5% | 4.0% |

C - 50

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 1 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| NET LESS OFTEN | 2.4% | 4.8% | 2.0% | 1.8% | 4.1% | 2.6% | 3.7% | 1.7% | 2.3% |
| Much less often | 1.5% | 2.4% | 1.1% | 1.1% | 2.0% | 1.6% | 2.1% | 0.6% | 1.4% |
| Somewhat less often | 0.9% | 2.4% | 0.9% | 0.7% | 2.0% | 1.0% | 1.6% | 1.1% | 0.8% |
| NET MORE OFTEN | 11.0% | 21.0% | 9.6% | 12.4% | 23.0% | 24.5% | 20.6% | 12.2% | 9.1% |
| Somewhat more often | 5.2% | 8.1% | 4.3% | 6.1% | 9.1% | 8.5% | 7.8% | 6.1% | 4.3% |
| Much more often | 5.8% | 12.9% | 5.4% | 6.3% | 13.9% | 16.0% | 12.8% | 6.2% | 4.8% |
| No opinion/don't know | 0.5% | 0.0% | 0.2% | 0.3% | 0.0% | 0.3% | 0.0% | 0.1% | 0.7% |

C - 51

*Test Scenario 2 – Academic Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 2 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 43.0% | 47.1% | 39.9% | 42.2% | 52.0% | 51.0% | 47.3% | 44.7% | 42.9% |
| I am opposed to this | 36.2% | 33.3% | 37.3% | 37.1% | 25.7% | 29.7% | 33.7% | 36.8% | 37.0% |
| I am neither | 17.6% | 16.7% | 19.1% | 17.8% | 19.9% | 16.0% | 16.9% | 15.4% | 16.2% |
| No opinion/don't know | 3.2% | 2.9% | 3.7% | 2.9% | 2.4% | 3.3% | 2.1% | 3.1% | 3.9% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 2 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 19.4% | 28.6% | 18.1% | 17.7% | 27.4% | 28.4% | 26.3% | 19.8% | 15.8% |
| No, it would not change how often I watch, listen to or attend games | 72.1% | 64.8% | 73.9% | 73.3% | 65.5% | 62.4% | 64.6% | 71.1% | 75.4% |
| No opinion/don't know | 8.6% | 6.7% | 8.0% | 9.0% | 7.1% | 9.2% | 9.1% | 9.0% | 8.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scenario 2 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| NET LESS OFTEN | 11.0% | 11.4% | 10.0% | 8.8% | 8.1% | 8.8% | 10.3% | 10.7% | 9.5% |
| Much less often | 6.5% | 6.2% | 6.1% | 5.6% | 4.4% | 4.9% | 5.8% | 5.9% | 5.9% |
| Somewhat less often | 4.5% | 5.2% | 3.9% | 3.3% | 3.7% | 3.9% | 4.5% | 4.8% | 3.6% |
| NET MORE OFTEN | 7.9% | 16.2% | 7.7% | 8.2% | 18.2% | 19.0% | 15.2% | 8.8% | 6.0% |
| Somewhat more often | 3.7% | 5.7% | 3.2% | 3.4% | 6.8% | 6.9% | 4.1% | 4.2% | 3.0% |
| Much more often | 4.3% | 10.5% | 4.5% | 4.8% | 11.5% | 12.1% | 11.1% | 4.6% | 3.0% |
| No opinion/don't know | 0.4% | 1.0% | 0.3% | 0.7% | 1.0% | 0.7% | 0.8% | 0.4% | 0.4% |

*Test Scenario 3 – Graduation Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 3 | ACC<br>N=956 | AAC<br>N=210 | BIG 10<br>N=1285 | BIG 12<br>N=735 | Conference<br>USA<br>N=296 | Ivy<br>League<br>N=306 | Mountain<br>West<br>N=243 | Pac 12<br>N=842 | SEC<br>N=973 |
| I am in favor of this | 49.5% | 53.3% | 48.4% | 46.9% | 57.1% | 60.1% | 52.7% | 50.7% | 47.9% |
| I am opposed to this | 28.0% | 25.2% | 28.2% | 29.4% | 19.9% | 19.3% | 28.4% | 27.9% | 29.2% |
| I am neither | 19.2% | 17.6% | 18.5% | 20.0% | 17.6% | 17.6% | 14.4% | 17.7% | 19.6% |
| No opinion/don't know | 3.2% | 3.8% | 4.8% | 3.7% | 5.4% | 2.9% | 4.5% | 3.7% | 3.3% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 3 | ACC<br>N=956 | AAC<br>N=210 | BIG 10<br>N=1285 | BIG 12<br>N=735 | Conference<br>USA<br>N=296 | Ivy<br>League<br>N=306 | Mountain<br>West<br>N=243 | Pac 12<br>N=842 | SEC<br>N=973 |
| Yes, it would change how often I watch, listen to or attend games | 15.9% | 26.7% | 14.2% | 13.2% | 23.3% | 28.4% | 24.3% | 14.1% | 12.1% |
| No, it would not change how often I watch, listen to or attend games | 77.4% | 66.7% | 77.3% | 79.3% | 68.6% | 65.0% | 69.5% | 77.7% | 80.5% |
| No opinion/don't know | 6.7% | 6.7% | 8.5% | 7.5% | 8.1% | 6.5% | 6.2% | 8.2% | 7.4% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
| Scenario 3 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
|---|---|---|---|---|---|---|---|---|---|
| NET LESS OFTEN | 7.1% | 9.5% | 5.7% | 5.6% | 4.7% | 5.2% | 8.2% | 5.8% | 5.8% |
|    Much less often | 3.5% | 5.7% | 3.1% | 3.5% | 2.4% | 2.6% | 4.5% | 2.9% | 3.7% |
|    Somewhat less often | 3.7% | 3.8% | 2.6% | 2.0% | 2.4% | 2.6% | 3.7% | 3.0% | 2.1% |
| NET MORE OFTEN | 8.5% | 16.7% | 8.2% | 7.3% | 18.2% | 21.6% | 15.6% | 8.0% | 6.3% |
|    Somewhat more often | 4.1% | 5.7% | 4.0% | 3.5% | 6.8% | 9.2% | 6.6% | 4.0% | 3.5% |
|    Much more often | 4.4% | 11.0% | 4.2% | 3.8% | 11.5% | 12.4% | 9.1% | 3.9% | 2.8% |
| No opinion/don't know | 0.3% | 0.5% | 0.3% | 0.3% | 0.3% | 1.6% | 0.4% | 0.4% | 0.1% |

*Test Scenario 4 – Post-Eligibility Undergrad Scholarship*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 4 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 67.3% | 70.5% | 66.3% | 64.9% | 72.0% | 72.9% | 65.8% | 67.1% | 66.5% |
| I am opposed to this | 14.7% | 14.8% | 16.0% | 18.2% | 12.8% | 14.7% | 17.3% | 15.8% | 15.6% |
| I am neither | 15.5% | 12.9% | 14.9% | 14.1% | 11.1% | 9.8% | 14.4% | 15.0% | 15.1% |
| No opinion/don't know | 2.5% | 1.9% | 2.8% | 2.7% | 4.1% | 2.6% | 2.5% | 2.1% | 2.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 4 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 12.3% | 24.8% | 12.0% | 12.0% | 24.7% | 25.5% | 22.6% | 12.6% | 9.9% |
| No, it would not change how often I watch, listen to or attend games | 81.2% | 66.7% | 81.6% | 82.7% | 68.6% | 69.0% | 70.8% | 81.4% | 83.6% |
| No opinion/don't know | 6.5% | 8.6% | 6.4% | 5.3% | 6.8% | 5.6% | 6.6% | 6.1% | 6.6% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 4 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| NET LESS OFTEN | 3.2% | 5.2% | 3.3% | 3.7% | 4.1% | 2.9% | 5.3% | 3.8% | 3.2% |
| Much less often | 1.9% | 3.3% | 1.9% | 2.3% | 2.0% | 2.3% | 2.1% | 2.0% | 2.1% |
| Somewhat less often | 1.4% | 1.9% | 1.4% | 1.4% | 2.0% | 0.7% | 3.3% | 1.8% | 1.1% |
| NET MORE OFTEN | 8.7% | 19.5% | 8.2% | 7.9% | 20.3% | 21.6% | 16.9% | 8.4% | 6.4% |
| Somewhat more often | 4.2% | 6.7% | 4.0% | 3.5% | 7.1% | 7.5% | 5.3% | 4.0% | 3.2% |
| Much more often | 4.5% | 12.9% | 4.2% | 4.4% | 13.2% | 14.1% | 11.5% | 4.4% | 3.2% |
| No opinion/don't know | 0.4% | 0.0% | 0.5% | 0.4% | 0.3% | 1.0% | 0.4% | 0.4% | 0.3% |

*Test Scenario 5 – Work Study Payment*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scenario 5 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 62.9% | 57.6% | 61.3% | 61.2% | 65.5% | 62.1% | 67.1% | 65.8% | 61.8% |
| I am opposed to this | 13.3% | 15.2% | 13.2% | 13.9% | 11.5% | 18.0% | 11.1% | 10.9% | 12.8% |
| I am neither | 19.0% | 20.5% | 20.1% | 21.2% | 19.3% | 16.3% | 16.5% | 17.8% | 19.7% |
| No opinion/don't know | 4.8% | 6.7% | 5.4% | 3.7% | 3.7% | 3.6% | 5.3% | 5.5% | 5.7% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 5 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 11.4% | 21.9% | 11.1% | 12.9% | 23.3% | 25.8% | 21.4% | 13.1% | 8.7% |
| No, it would not change how often I watch, listen to or attend games | 81.6% | 68.1% | 80.8% | 80.4% | 69.9% | 67.6% | 72.4% | 80.3% | 83.9% |
| No opinion/don't know | 7.0% | 10.0% | 8.2% | 6.7% | 6.8% | 6.5% | 6.2% | 6.7% | 7.4% |

C - 59

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
| Scenario 5 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
|---|---|---|---|---|---|---|---|---|---|
| NET LESS OFTEN | 4.2% | 6.2% | 3.4% | 3.3% | 4.1% | 5.2% | 3.3% | 3.3% | 2.6% |
| Much less often | 1.8% | 2.4% | 1.4% | 1.1% | 1.0% | 2.9% | 2.1% | 1.3% | 1.0% |
| Somewhat less often | 2.4% | 3.8% | 2.0% | 2.2% | 3.0% | 2.3% | 1.2% | 2.0% | 1.5% |
| NET MORE OFTEN | 6.6% | 15.2% | 7.2% | 9.0% | 18.6% | 19.6% | 17.3% | 9.4% | 5.7% |
| Somewhat more often | 3.3% | 5.2% | 3.9% | 4.8% | 8.8% | 9.2% | 8.6% | 5.5% | 2.9% |
| Much more often | 3.2% | 10.0% | 3.3% | 4.2% | 9.8% | 10.5% | 8.6% | 3.9% | 2.8% |
| No opinion/don't know | 0.6% | 0.5% | 0.4% | 0.7% | 0.7% | 1.0% | 0.8% | 0.4% | 0.5% |

*Test Scenario 9 – Off-Season Expenses*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 9 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| I am in favor of this | 56.9% | 58.5% | 54.0% | 54.1% | 65.9% | 62.3% | 61.5% | 57.1% | 55.5% |
| I am opposed to this | 21.8% | 21.9% | 24.1% | 23.4% | 18.8% | 19.4% | 20.8% | 21.7% | 22.3% |
| I am neither | 18.3% | 16.4% | 19.1% | 20.2% | 12.3% | 16.2% | 16.3% | 18.4% | 19.5% |
| No opinion/don't know | 3.0% | 3.3% | 2.8% | 2.3% | 2.9% | 2.1% | 1.4% | 2.9% | 2.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 9 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| Yes, it would change how often I watch, listen to or attend games | 13.2% | 24.6% | 12.6% | 12.2% | 20.7% | 25.4% | 24.0% | 12.3% | 10.0% |
| No, it would not change how often I watch, listen to or attend games | 80.7% | 66.7% | 79.2% | 81.3% | 72.5% | 68.3% | 72.4% | 81.6% | 82.9% |
| No opinion/don't know | 6.1% | 8.7% | 8.3% | 6.5% | 6.9% | 6.3% | 3.6% | 6.1% | 7.0% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 9 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| NET LESS OFTEN | 5.7% | 9.3% | 5.8% | 5.4% | 5.1% | 7.0% | 8.6% | 4.8% | 5.0% |
| Much less often | 2.7% | 3.3% | 2.6% | 2.6% | 1.8% | 1.8% | 5.0% | 1.6% | 2.8% |
| Somewhat less often | 3.0% | 6.0% | 3.2% | 2.9% | 3.3% | 5.3% | 3.6% | 3.2% | 2.2% |
| NET MORE OFTEN | 6.9% | 14.8% | 6.3% | 6.5% | 14.9% | 18.0% | 14.9% | 7.0% | 4.8% |
| Somewhat more often | 2.6% | 4.9% | 3.0% | 3.0% | 4.7% | 6.3% | 5.4% | 3.6% | 2.3% |
| Much more often | 4.3% | 9.8% | 3.3% | 3.5% | 10.1% | 11.6% | 9.5% | 3.4% | 2.5% |
| No opinion/don't know | 0.6% | 0.5% | 0.4% | 0.3% | 0.7% | 0.4% | 0.5% | 0.5% | 0.2% |

C - 62

*Test Scenario 10 – Grad School Costs*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 10 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| I am in favor of this | 70.2% | 69.9% | 69.5% | 67.4% | 73.9% | 73.2% | 71.0% | 70.4% | 69.3% |
| I am opposed to this | 9.3% | 10.9% | 11.2% | 14.0% | 9.4% | 11.3% | 12.2% | 11.1% | 11.4% |
| I am neither | 17.7% | 15.8% | 16.7% | 15.4% | 13.8% | 14.1% | 13.6% | 15.6% | 16.5% |
| No opinion/don't know | 2.8% | 3.3% | 2.6% | 3.2% | 2.9% | 1.4% | 3.2% | 2.9% | 2.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 10 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| Yes, it would change how often I watch, listen to or attend games | 11.1% | 23.0% | 11.2% | 12.1% | 19.6% | 20.4% | 18.1% | 12.2% | 9.7% |
| No, it would not change how often I watch, listen to or attend games | 82.4% | 68.9% | 82.8% | 81.9% | 73.2% | 74.6% | 77.4% | 81.8% | 83.3% |
| No opinion/don't know | 6.4% | 8.2% | 5.9% | 6.0% | 7.2% | 4.9% | 4.5% | 6.1% | 7.0% |

C - 63

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
| Scenario 10 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
|---|---|---|---|---|---|---|---|---|---|
| NET LESS OFTEN | 2.3% | 3.8% | 2.2% | 2.4% | 2.5% | 3.5% | 1.8% | 2.4% | 2.0% |
|    Much less often | 1.2% | 1.6% | 8% | 1.4% | 1.1% | 1.1% | 0.5% | 0.5% | 1.4% |
|    Somewhat less often | 1.2% | 2.2% | 12% | 1.1% | 1.4% | 2.5% | 1.4% | 1.8% | 0.6% |
| NET MORE OFTEN | 8.8% | 19.1% | 8.7% | 9.4% | 16.7% | 16.9% | 16.3% | 9.5% | 7.5% |
|    Somewhat more often | 3.6% | 7.1% | 37% | 3.8% | 4.3% | 4.6% | 6.3% | 4.5% | 3.7% |
|    Much more often | 5.2% | 12.0% | 40% | 5.6% | 12.3% | 12.3% | 10.0% | 5.0% | 3.8% |
| No opinion/don't know | 0.0% | 0.0% | 3% | 0.3% | 0.4% | 0.0% | 0.0% | 0.3% | 0.2% |

*Test Scenario 11 – Post-Eligibility Study Abroad*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 11 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| I am in favor of this | 54.0% | 59.0% | 52.2% | 51.1% | 64.1% | 64.4% | 57.5% | 52.3% | 52.0% |
| I am opposed to this | 19.3% | 17.5% | 20.9% | 23.3% | 12.0% | 15.5% | 21.7% | 20.7% | 22.8% |
| I am neither | 22.9% | 17.5% | 22.9% | 23.3% | 22.1% | 18.3% | 19.0% | 22.7% | 22.1% |
| No opinion/don't know | 3.8% | 6.0% | 3.9% | 2.4% | 1.8% | 1.8% | 1.8% | 4.2% | 3.0% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 11 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| Yes, it would change how often I watch, listen to or attend games | 11.6% | 23.0% | 10.2% | 12.2% | 19.6% | 23.9% | 22.6% | 11.8% | 10.7% |
| No, it would not change how often I watch, listen to or attend games | 80.2% | 67.2% | 81.6% | 81.4% | 72.1% | 68.7% | 71.0% | 81.4% | 81.9% |
| No opinion/don't know | 8.2% | 9.8% | 8.2% | 6.3% | 8.3% | 7.4% | 6.3% | 6.9% | 7.4% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 11 | ACC N=853 | AAC N=183 | BIG 10 N=1147 | BIG 12 N=662 | Conference USA N=276 | Ivy League N=284 | Mountain West N=221 | Pac 12 N=757 | SEC N=867 |
| NET LESS OFTEN | 4.1% | 6.6% | 4.4% | 5.3% | 3.6% | 4.9% | 8.1% | 5.3% | 4.6% |
| Much less often | 2.1% | 4.4% | 2.4% | 2.7% | 1.4% | 2.5% | 3.6% | 2.5% | 3.0% |
| Somewhat less often | 2.0% | 2.2% | 2.0% | 2.6% | 2.2% | 2.5% | 4.5% | 2.8% | 1.6% |
| NET MORE OFTEN | 7.2% | 15.3% | 5.8% | 6.6% | 15.9% | 19.0% | 14.5% | 6.2% | 5.7% |
| Somewhat more often | 2.9% | 6.6% | 2.3% | 2.9% | 5.1% | 6.7% | 4.1% | 2.6% | 2.1% |
| Much more often | 4.2% | 8.7% | 3.5% | 3.8% | 10.9% | 12.3% | 10.4% | 3.6% | 3.6% |
| No opinion/don't know | 0.4% | 1.1% | 0.1% | 0.3% | 0.0% | 0.0% | 0.0% | 0.3% | 0.5% |

C - 66

*Control Scenario 6 – Meals/Transportation*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 6 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 60.3% | 61.9% | 53.4% | 57.1% | 68.2% | 64.1% | 63.8% | 58.3% | 59.9% |
| I am opposed to this | 18.6% | 19.0% | 22.1% | 20.0% | 13.5% | 15.4% | 13.2% | 21.0% | 19.7% |
| I am neither | 18.8% | 16.2% | 21.6% | 20.7% | 16.2% | 17.0% | 18.5% | 18.8% | 17.4% |
| No opinion/don't know | 2.3% | 2.9% | 2.9% | 2.2% | 2.0% | 3.6% | 4.5% | 1.9% | 3.0% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 6 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 12.1% | 24.3% | 11.5% | 11.2% | 22.3% | 24.8% | 18.5% | 13.4% | 10.5% |
| No, it would not change how often I watch, listen to or attend games | 81.8% | 65.7% | 80.5% | 81.8% | 70.3% | 68.0% | 72.4% | 79.5% | 82.5% |
| No opinion/don't know | 6.1% | 10.0% | 7.9% | 7.1% | 7.4% | 7.2% | 9.1% | 7.1% | 7.0% |

C - 67

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 6 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| NET LESS OFTEN | 4.6% | 9.0% | 4.9% | 3.5% | 4.4% | 4.2% | 4.1% | 5.2% | 4.7% |
| Much less often | 2.5% | 5.2% | 2.3% | 1.8% | 2.4% | 2.3% | 1.2% | 2.7% | 2.8% |
| Somewhat less often | 2.1% | 3.8% | 2.6% | 1.8% | 2.0% | 2.0% | 2.9% | 2.5% | 2.0% |
| NET MORE OFTEN | 7.4% | 15.2% | 6.2% | 7.5% | 17.6% | 20.3% | 14.4% | 7.7% | 5.3% |
| Somewhat more often | 3.7% | 6.2% | 3.0% | 4.5% | 6.8% | 7.8% | 6.2% | 4.0% | 2.3% |
| Much more often | 3.8% | 9.0% | 3.3% | 3.0% | 10.8% | 12.4% | 8.2% | 3.7% | 3.1% |
| No opinion/don't know | 0.1% | 0.0% | 0.4% | 0.1% | 0.3% | 0.3% | 0.0% | 0.5% | 0.4% |

*Control Scenario 7 – Undergrad Costs*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 7 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 57.6% | 61.0% | 53.7% | 54.8% | 59.8% | 59.2% | 54.7% | 55.8% | 57.6% |
| I am opposed to this | 21.3% | 20.5% | 23.3% | 24.6% | 18.9% | 20.9% | 22.2% | 23.0% | 23.1% |
| I am neither | 18.3% | 15.7% | 19.8% | 18.5% | 18.9% | 17.6% | 21.4% | 19.1% | 16.6% |
| No opinion/don't know | 2.7% | 2.9% | 3.2% | 2.0% | 2.4% | 2.3% | 1.6% | 2.0% | 2.7% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 7 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 15.7% | 26.7% | 14.5% | 15.0% | 23.3% | 27.5% | 25.1% | 15.9% | 13.1% |
| No, it would not change how often I watch, listen to or attend games | 78.0% | 65.7% | 78.1% | 78.4% | 67.6% | 64.7% | 68.3% | 77.7% | 80.7% |
| No opinion/don't know | 6.3% | 7.6% | 7.4% | 6.7% | 9.1% | 7.8% | 6.6% | 6.4% | 6.3% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 7 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| NET LESS OFTEN | 6.5% | 7.1% | 6.1% | 5.9% | 4.1% | 4.6% | 8.2% | 6.2% | 5.2% |
| Much less often | 3.6% | 4.3% | 3.1% | 3.1% | 2.7% | 3.3% | 6.2% | 3.4% | 3.2% |
| Somewhat less often | 2.9% | 2.9% | 3.0% | 2.7% | 1.4% | 1.3% | 2.1% | 2.7% | 2.1% |
| NET MORE OFTEN | 8.7% | 18.6% | 8.0% | 8.6% | 18.2% | 22.2% | 16.5% | 9.1% | 7.4% |
| Somewhat more often | 4.4% | 7.6% | 4.3% | 4.2% | 8.1% | 9.8% | 8.2% | 4.9% | 3.4% |
| Much more often | 4.3% | 11.0% | 3.7% | 4.4% | 10.1% | 12.4% | 8.2% | 4.3% | 4.0% |
| No opinion/don't know | 0.5% | 1.0% | 0.4% | 0.5% | 1.0% | 0.7% | 0.4% | 0.6% | 0.4% |

*Control Scenario 8 – Gift Suites*

| Q230: Which best represents your reaction to the scenario? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 8 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| I am in favor of this | 38.6% | 41.9% | 34.4% | 38.5% | 47.6% | 39.9% | 39.5% | 37.2% | 38.8% |
| I am opposed to this | 41.1% | 38.6% | 45.4% | 43.5% | 33.8% | 41.8% | 39.9% | 43.6% | 41.6% |
| I am neither | 18.1% | 18.6% | 18.1% | 15.8% | 16.6% | 17.0% | 19.8% | 16.9% | 17.7% |
| No opinion/don't know | 2.2% | 1.0% | 2.1% | 2.2% | 2.0% | 1.3% | 0.8% | 2.4% | 1.8% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 8 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| Yes, it would change how often I watch, listen to or attend games | 21.0% | 29.5% | 19.8% | 21.2% | 27.0% | 32.4% | 26.3% | 21.4% | 18.2% |
| No, it would not change how often I watch, listen to or attend games | 70.5% | 61.0% | 70.8% | 70.2% | 63.5% | 59.2% | 65.4% | 70.0% | 73.2% |
| No opinion/don't know | 8.5% | 9.5% | 9.3% | 8.6% | 9.5% | 8.5% | 8.2% | 8.7% | 8.6% |

C - 71

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Scenario 8 | ACC N=956 | AAC N=210 | BIG 10 N=1285 | BIG 12 N=735 | Conference USA N=296 | Ivy League N=306 | Mountain West N=243 | Pac 12 N=842 | SEC N=973 |
| NET LESS OFTEN | 14.6% | 14.8% | 13.5% | 13.3% | 11.5% | 16.0% | 15.6% | 14.6% | 13.1% |
| Much less often | 6.7% | 7.6% | 7.9% | 7.9% | 5.7% | 8.5% | 9.1% | 8.4% | 7.1% |
| Somewhat less often | 7.9% | 7.1% | 5.6% | 5.4% | 5.7% | 7.5% | 6.6% | 6.2% | 6.0% |
| NET MORE OFTEN | 5.9% | 13.3% | 5.7% | 6.9% | 14.5% | 15.7% | 10.3% | 6.4% | 4.6% |
| Somewhat more often | 2.4% | 4.3% | 2.6% | 2.9% | 5.4% | 6.2% | 2.1% | 3.3% | 2.2% |
| Much more often | 3.5% | 9.0% | 3.0% | 4.1% | 9.1% | 9.5% | 8.2% | 3.1% | 2.5% |
| No opinion/don't know | 0.5% | 1.4% | 0.6% | 1.0% | 1.0% | 0.7% | 0.4% | 0.4% | 0.5% |

**Results by Conference for Each Scenario -- Non-Football Conferences**

*Test Scenario 1 – Healthcare Fund*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 1 | Big East<br>N=631 | Big West<br>N=193 |
| I am in favor of this | 83.7% | 78.8% |
| I am opposed to this | 6.0% | 10.9% |
| I am neither | 8.6% | 8.3% |
| No opinion/don't know | 1.7% | 2.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 1 | Big East<br>N=631 | Big West<br>N=193 |
| Yes, it would change how often I watch, listen to or attend games | 18.9% | 28.5% |
| No, it would not change how often I watch, listen to or attend games | 76.9% | 65.3% |
| No opinion/don't know | 4.3% | 6.2% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 1 | Big East<br>N=631 | Big West<br>N=193 |
| NET LESS OFTEN | 2.1% | 4.1% |
|   Much less often | 1.0% | 2.1% |
|   Somewhat less often | 1.1% | 2.1% |
| NET MORE OFTEN | 16.5% | 24.4% |
|   Somewhat more often | 6.7% | 7.8% |
|   Much more often | 9.8% | 16.6% |
| No opinion/don't know | 0.3% | 0.0% |

*Test Scenario 2 – Academic Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 2 | Big East<br>N=631 | Big West<br>N=193 |
| I am in favor of this | 47.7% | 57.0% |
| I am opposed to this | 29.5% | 28.5% |
| I am neither | 19.2% | 12.4% |
| No opinion/don't know | 3.6% | 2.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 2 | Big East<br>N=631 | Big West<br>N=193 |
| Yes, it would change how often I watch, listen to or attend games | 24.7% | 33.2% |
| No, it would not change how often I watch, listen to or attend games | 67.0% | 61.1% |
| No opinion/don't know | 8.2% | 5.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 2 | Big East<br>N=631 | Big West<br>N=193 |
| NET LESS OFTEN | 11.3% | 9.3% |
| Much less often | 5.4% | 3.1% |
| Somewhat less often | 5.9% | 6.2% |
| NET MORE OFTEN | 12.5% | 22.8% |
| Somewhat more often | 4.9% | 6.2% |
| Much more often | 7.6% | 16.6% |
| No opinion/don't know | 1.0% | 1.0% |

*Test Scenario 3 – Graduation Incentive Payment*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 3 | Big East N=631 | Big West N=193 |
| I am in favor of this | 56.9% | 57.0% |
| I am opposed to this | 21.7% | 21.8% |
| I am neither | 17.7% | 17.1% |
| No opinion/don't know | 3.6% | 4.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 3 | Big East N=631 | Big West N=193 |
| Yes, it would change how often I watch, listen to or attend games | 20.0% | 25.4% |
| No, it would not change how often I watch, listen to or attend games | 71.8% | 67.9% |
| No opinion/don't know | 8.2% | 6.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 3 | Big East N=631 | Big West N=193 |
| NET LESS OFTEN | 6.3% | 6.7% |
|    Much less often | 2.9% | 2.6% |
|    Somewhat less often | 3.5% | 4.1% |
| NET MORE OFTEN | 13.0% | 18.7% |
|    Somewhat more often | 5.4% | 7.3% |
|    Much more often | 7.6% | 11.4% |
| No opinion/don't know | 0.6% | 0.0% |

C - 75

*Test Scenario 4 – Post-Eligibility Undergrad Scholarship*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 4 | Big East N=631 | Big West N=193 |
| I am in favor of this | 71.0% | 77.7% |
| I am opposed to this | 12.8% | 12.4% |
| I am neither | 13.6% | 9.3% |
| No opinion/don't know | 2.5% | 0.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 4 | Big East N=631 | Big West N=193 |
| Yes, it would change how often I watch, listen to or attend games | 16.6% | 27.5% |
| No, it would not change how often I watch, listen to or attend games | 76.1% | 67.9% |
| No opinion/don't know | 7.3% | 4.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 4 | Big East N=631 | Big West N=193 |
| NET LESS OFTEN | 3.5% | 4.7% |
| Much less often | 1.4% | 1.6% |
| Somewhat less often | 2.1% | 3.1% |
| NET MORE OFTEN | 12.8% | 22.3% |
| Somewhat more often | 4.3% | 7.8% |
| Much more often | 8.6% | 14.5% |
| No opinion/don't know | 0.3% | 0.5% |

*Test Scenario 5 – Work Study Payment*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 5 | Big East N=631 | Big West N=193 |
| I am in favor of this | 61.2% | 65.8% |
| I am opposed to this | 12.0% | 14.0% |
| I am neither | 20.9% | 15.5% |
| No opinion/don't know | 5.9% | 4.7% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 5 | Big East N=631 | Big West N=193 |
| Yes, it would change how often I watch, listen to or attend games | 17.4% | 28.5% |
| No, it would not change how often I watch, listen to or attend games | 74.8% | 63.7% |
| No opinion/don't know | 7.8% | 7.8% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 5 | Big East N=631 | Big West N=193 |
| NET LESS OFTEN | 3.6% | 5.7% |
|   Much less often | 1.4% | 3.1% |
|   Somewhat less often | 2.2% | 2.6% |
| NET MORE OFTEN | 13.2% | 21.8% |
|   Somewhat more often | 7.6% | 9.8% |
|   Much more often | 5.5% | 11.9% |
| No opinion/don't know | 0.6% | 1.0% |

*Test Scenario 9 – Off-Season Expenses*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 9 | Big East N=558 | Big West N=172 |
| I am in favor of this | 58.4% | 58.1% |
| I am opposed to this | 21.1% | 22.7% |
| I am neither | 17.7% | 15.7% |
| No opinion/don't know | 2.7% | 3.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 9 | Big East N=558 | Big West N=172 |
| Yes, it would change how often I watch, listen to or attend games | 17.2% | 30.2% |
| No, it would not change how often I watch, listen to or attend games | 76.7% | 61.6% |
| No opinion/don't know | 6.1% | 8.1% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 9 | Big East N=558 | Big West N=172 |
| NET LESS OFTEN | 6.5% | 10.5% |
|    Much less often | 2.9% | 5.2% |
|    Somewhat less often | 3.6% | 5.2% |
| NET MORE OFTEN | 10.4% | 18.6% |
|    Somewhat more often | 3.6% | 7.0% |
|    Much more often | 6.8% | 11.6% |
| No opinion/don't know | 0.4% | 1.2% |

*Test Scenario 10 – Grad School Costs*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| | Big East | Big West |
| Scenario 10 | N=558 | N=172 |
| I am in favor of this | 73.7% | 75.6% |
| I am opposed to this | 8.6% | 12.2% |
| I am neither | 15.1% | 11.6% |
| No opinion/don't know | 2.7% | 0.6% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| | Big East | Big West |
| Scenario 10 | N=558 | N=172 |
| Yes, it would change how often I watch, listen to or attend games | 17.6% | 22.7% |
| No, it would not change how often I watch, listen to or attend games | 75.4% | 70.9% |
| No opinion/don't know | 7.0% | 6.4% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| | Big East | Big West |
| Scenario 10 | N=558 | N=172 |
| NET LESS OFTEN | 3.0% | 2.3% |
|    Much less often | 1.4% | 0.6% |
|    Somewhat less often | 1.6% | 1.7% |
| NET MORE OFTEN | 14.3% | 20.3% |
|    Somewhat more often | 5.7% | 8.1% |
|    Much more often | 8.6% | 12.2% |
| No opinion/don't know | 0.2% | 0.0% |

*Test Scenario 11 – Post-Eligibility Study Abroad*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 11 | Big East N=558 | Big West N=172 |
| I am in favor of this | 58.6% | 67.4% |
| I am opposed to this | 15.9% | 14.5% |
| I am neither | 22.2% | 15.7% |
| No opinion/don't know | 3.2% | 2.3% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 11 | Big East N=558 | Big West N=172 |
| Yes, it would change how often I watch, listen to or attend games | 16.8% | 22.7% |
| No, it would not change how often I watch, listen to or attend games | 74.4% | 68.6% |
| No opinion/don't know | 8.8% | 8.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 11 | Big East N=558 | Big West N=172 |
| NET LESS OFTEN | 4.7% | 6.4% |
|    Much less often | 1.8% | 3.5% |
|    Somewhat less often | 2.9% | 2.9% |
| NET MORE OFTEN | 11.8% | 16.3% |
|    Somewhat more often | 4.7% | 5.8% |
|    Much more often | 7.2% | 10.5% |
| No opinion/don't know | 0.4% | 0.0% |

*Control Scenario 6 – Meals/Transportation*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 6 | Big East<br>N=631 | Big West<br>N=193 |
| I am in favor of this | 62.4% | 65.3% |
| I am opposed to this | 15.8% | 17.6% |
| I am neither | 19.3% | 15.0% |
| No opinion/don't know | 2.4% | 2.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 6 | Big East<br>N=631 | Big West<br>N=193 |
| Yes, it would change how often I watch, listen to or attend games | 16.2% | 30.6% |
| No, it would not change how often I watch, listen to or attend games | 76.5% | 62.7% |
| No opinion/don't know | 7.3% | 6.7% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 6 | Big East<br>N=631 | Big West<br>N=193 |
| NET LESS OFTEN | 4.3% | 5.7% |
|    Much less often | 2.1% | 2.6% |
|    Somewhat less often | 2.2% | 3.1% |
| NET MORE OFTEN | 11.7% | 23.8% |
|    Somewhat more often | 5.4% | 10.9% |
|    Much more often | 6.3% | 13.0% |
| No opinion/don't know | 0.2% | 1.0% |

C - 81

*Control Scenario 7 – Undergrad Costs*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 7 | Big East N=631 | Big West N=193 |
| I am in favor of this | 60.5% | 64.8% |
| I am opposed to this | 19.0% | 17.1% |
| I am neither | 17.7% | 16.1% |
| No opinion/don't know | 2.7% | 2.1% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 7 | Big East N=631 | Big West N=193 |
| Yes, it would change how often I watch, listen to or attend games | 19.3% | 26.9% |
| No, it would not change how often I watch, listen to or attend games | 73.4% | 65.8% |
| No opinion/don't know | 7.3% | 7.3% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 7 | Big East N=631 | Big West N=193 |
| NET LESS OFTEN | 6.2% | 4.7% |
| Much less often | 3.2% | 3.1% |
| Somewhat less often | 3.0% | 1.6% |
| NET MORE OFTEN | 12.7% | 22.3% |
| Somewhat more often | 6.0% | 11.4% |
| Much more often | 6.7% | 10.9% |
| No opinion/don't know | 0.5% | 0.0% |

C - 82

*Control Scenario 8 – Gift Suites*

| Q230: Which best represents your reaction to the scenario? | | |
|---|---|---|
| Scenario 8 | Big East N=631 | Big West N=193 |
| I am in favor of this | 37.2% | 48.7% |
| I am opposed to this | 41.4% | 37.3% |
| I am neither | 19.3% | 13.5% |
| No opinion/don't know | 2.1% | 0.5% |

| Q240: Would the scenario, or would it not change how often you watch, listen to, or attend games? | | |
|---|---|---|
| Scenario 8 | Big East N=631 | Big West N=193 |
| Yes, it would change how often I watch, listen to or attend games | 24.7% | 33.2% |
| No, it would not change how often I watch, listen to or attend games | 66.6% | 57.5% |
| No opinion/don't know | 8.7% | 9.3% |

| Q250: If the scenario was part of the system, would you watch, listen to, or attend games… | | |
|---|---|---|
| Scenario 8 | Big East N=631 | Big West N=193 |
| NET LESS OFTEN | 15.2% | 16.1% |
|    Much less often | 8.1% | 7.3% |
|    Somewhat less often | 7.1% | 8.8% |
| NET MORE OFTEN | 8.6% | 16.6% |
|    Somewhat more often | 3.5% | 6.7% |
|    Much more often | 5.1% | 9.8% |
| No opinion/don't know | 1.0% | 0.5% |

# APPENDIX D – NCAA SCHOOLS THAT DO NOT OFFER COA SCHOLARSHIPS

Highly Confidential

### List of Teams that Provide Less than Full COA

| School | Sport | Division | Conference |
|---|---|---|---|
| American | WBB | D1 | Patriot League |
| Arkansas State | MBB | D1 | Sun Belt |
| Arkansas State | MFB | D1A | Sun Belt |
| Arkansas-Little Rock | MBB | D1 | Sun Belt |
| Arkansas-Little Rock | WBB | D1 | Sun Belt |
| Ball State | MBB | D1 | MAC |
| Ball State | WBB | D1 | MAC |
| Bowling Green | MBB | D1 | MAC |
| Bowling Green | MFB | D1A | MAC |
| Bowling Green | WBB | D1 | MAC |
| Bradley | MBB | D1 | Missouri Valley |
| Bradley | WBB | D1 | Missouri Valley |
| CSU Bakersfield | WBB | D1 | WAC |
| Cal Poly | MBB | D1 | Big West |
| Cal Poly | WBB | D1 | Big West |
| Cal State Fullerton | MBB | D1 | Big West |
| Campbell | WBB | D1 | Big South |
| Charlotte | MBB | D1 | CUSA |
| Charlotte | MFB | D1A | CUSA |
| Charlotte | WBB | D1 | CUSA |
| Chattanooga | MBB | D1 | Southern |
| Chattanooga | WBB | D1 | Southern |
| Cleveland State | MBB | D1 | Horizon League |
| Cleveland State | WBB | D1 | Horizon League |
| Davidson | MBB | D1 | Atlantic 10 |
| DePaul | WBB | D1 | Big East |
| Detroit | MBB | D1 | Horizon League |
| Detroit | WBB | D1 | Horizon League |
| Evansville | MBB | D1 | Missouri Valley |
| Evansville | WBB | D1 | Missouri Valley |
| Fairfield | MBB | D1 | MAAC |
| Fairfield | WBB | D1 | MAAC |
| Fairleigh Dickinson | MBB | D1 | Northeast |
| Fairleigh Dickinson | WBB | D1 | Northeast |
| Florida Atlantic | MFB | D1A | CUSA |
| Florida Atlantic | WBB | D1 | CUSA |
| Gardner-Webb | WBB | D1 | Big South |
| Hawaii | MBB | D1 | Big West |
| Hawaii | MFB | D1A | Mountain West |
| Hawaii | WBB | D1 | Big West |
| Houston | MBB | D1 | AAC |
| Houston | MFB | D1A | AAC |
| Houston | WBB | D1 | AAC |
| Illinois State | MBB | D1 | Missouri Valley |
| Indiana State | MBB | D1 | Missouri Valley |

Highly Confidential

| School | Sport | Division | Conference |
|--------|-------|----------|------------|
| Jacksonville | MBB | D1 | Atlantic Sun |
| Jacksonville | WBB | D1 | Atlantic Sun |
| Kent State | MBB | D1 | MAC |
| Kent State | MFB | D1A | MAC |
| Longwood | WBB | D1 | Big South |
| Louisiana Lafayette | MBB | D1 | Sun Belt |
| Louisiana Lafayette | MFB | D1A | Sun Belt |
| Louisiana Lafayette | WBB | D1 | Sun Belt |
| Marshall | MBB | D1 | CUSA |
| Marshall | MFB | D1A | CUSA |
| Marshall | WBB | D1 | CUSA |
| Middle Tennessee | MBB | D1 | CUSA |
| Middle Tennessee | MFB | D1A | CUSA |
| Middle Tennessee | WBB | D1 | CUSA |
| Milwaukee | MBB | D1 | Horizon League |
| Milwaukee | WBB | D1 | Horizon League |
| Minnesota | MBB | D1 | Big Ten |
| Missouri | WBB | D1 | SEC |
| Morehead State | WBB | D1 | Ohio Valley |
| Mount St Mary's | WBB | D1 | Northeast |
| New Mexico | MFB | D1A | Mountain West |
| North Carolina | MFB | D1A | ACC |
| North Carolina | WBB | D1 | ACC |
| North Texas | MFB | D1A | CUSA |
| North Texas | WBB | D1 | CUSA |
| Northern Iowa | WBB | D1 | Missouri Valley |
| Notre Dame | MBB | D1 | ACC |
| Notre Dame | MFB | D1A | Division I-A Independents |
| Oakland | MBB | D1 | Horizon League |
| Ohio State | MFB | D1A | Big Ten |
| Ohio State | WBB | D1 | Big Ten |
| Pepperdine | WBB | D1 | West Coast |
| Rice | MBB | D1 | CUSA |
| Rice | MFB | D1A | CUSA |
| Rice | WBB | D1 | CUSA |
| Rider | WBB | D1 | MAAC |
| SIU-Edwardsville | MBB | D1 | Ohio Valley |
| Santa Clara | MBB | D1 | West Coast |
| Santa Clara | WBB | D1 | West Coast |
| Seton Hall | MBB | D1 | Big East |
| Seton Hall | WBB | D1 | Big East |
| South Alabama | MBB | D1 | Sun Belt |
| South Alabama | MFB | D1A | Sun Belt |
| South Dakota State | MBB | D1 | Summit League |
| South Dakota State | WBB | D1 | Summit League |
| Southern Illinois | MBB | D1 | Missouri Valley |
| Southern Illinois | WBB | D1 | Missouri Valley |

Highly Confidential

| School | Sport | Division | Conference |
|---|---|---|---|
| Syracuse | WBB | D1 | ACC |
| Temple | MBB | D1 | AAC |
| Temple | MFB | D1A | AAC |
| Texas State | MBB | D1 | Sun Belt |
| Tulsa | MBB | D1 | AAC |
| Tulsa | MFB | D1A | AAC |
| Tulsa | WBB | D1 | AAC |
| UAB | WBB | D1 | CUSA |
| UC Santa Barbara | MBB | D1 | Big West |
| UC Santa Barbara | WBB | D1 | Big West |
| UNC Asheville | WBB | D1 | Big South |
| Wichita St | MBB | D1 | Missouri Valley |
| Wright State | MBB | D1 | Horizon League |
| Wright State | WBB | D1 | Horizon League |
| Xavier | MBB | D1 | Big East |
| Xavier | WBB | D1 | Big East |
| Youngstown State | MBB | D1 | Horizon League |
| Youngstown State | WBB | D1 | Horizon League |

D-3

# APPENDIX E – SCREENSHOTS

Appendix E: Screenshots

## SCREENER

99.



100.



Please enter your year of birth.

Select one...

105.



Are you…
(Select one)

○ Male
○ Female

Appendix E: Screenshots

110.

In what state do you live?

Select one...

Continue »

Privacy Policy - Help

115.

What was the highest level of education you have completed?
*Select one*

○ Some high school
○ High school graduate
○ Some college; no degree
○ 2-year college or trade school degree
○ 4-year college degree
○ Graduate school degree or higher

Continue »

Privacy Policy - Help

120.



9%

For statistical purposes, which of the following ranges does your total household income fall under (before taxes)?
*Select one*

○ Less than $15,000
○ $15,000 - $24,999
○ $25,000 - $29,999
○ $30,000 - $34,999
○ $35,000 - $44,999
○ $45,000 - $49,999
○ $50,000 - $59,999
○ $60,000 - $74,999
○ $75,000 - $99,999
○ $100,000 - $149,999
○ $150,000 - $199,999
○ $200,000 or more

Continue »

Privacy Policy - Help

125.



11%

Which of the following best describes your race or ethnic group?
*Select one*

○ Native American
○ Asian
○ Hispanic or Latino
○ White or Caucasian
○ Black or African American
○ Other

Continue »

Privacy Policy - Help

130.

Which of these age ranges includes your age?
*Select one*

- 18-29
- 30-44
- 45-59
- 60 or over

Continue »

Privacy Policy - Help

140.

Which of the following, if any, do you sometimes do?
*(Select all that apply)*

- Stay in a hotel for business
- Workout at home or at a gym/fitness center
- Watch sports on television (or computers/mobile devices) or attend sports games
- Read books in hard copy or on an e-reader
- Play video games on a game console or mobile device
- None of the above

Continue »

Privacy Policy - Help

150.

19%

For the remaining questions, when we ask about watching sports on television, this includes watching on computers or mobile devices.

Which of the following sports, if any, do you sometimes watch on television or attend in person?

*(Select all that apply)*

☐ College baseball
☐ Professional baseball
☐ Men's college basketball
☐ Women's college basketball
☐ Men's professional basketball
☐ Women's professional basketball
☐ College football
☐ Professional football
☐ Men's college hockey
☐ Women's college hockey
☐ Professional hockey
☐ None of the above

Continue »

Privacy Policy - Help

155.



22%

How many games of each of the following do you watch on television or attend during a typical season for that sport? For the purposes of this question, please count only games that you watch at least half of the game.

*(Select one in each row)*

|  | 0 | 1-2 | 3-5 | 6-10 | 11-20 | 21-30 | 31-50 | Over 50 |
|---|---|---|---|---|---|---|---|---|
| Men's college basketball conference or NCAA tournament games | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Men's college basketball regular season games | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Women's college basketball regular season games | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Women's college basketball conference or NCAA tournament games | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| College football regular season games | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| College football bowl/playoff games | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

160.

Below is a list of major college sports conferences.

Please select each conference, if any, which you personally follow or are a fan of a team in that conference.

*(Select all that apply)*

☐ ACC
☐ AAC
☐ BIG 10
☐ BIG 12
☐ BIG EAST
☐ BIG SKY
☐ BIG SOUTH
☐ BIG WEST
☐ COLONIAL
☐ CONFERENCE USA
☐ INDEPENDENT
☐ IVY LEAGUE
☐ MID-AMERICAN
☐ MOUNTAIN WEST
☐ PAC 12
☐ SEC
☐ SUN BELT
☐ WESTERN ATHLETIC
☐ I do not follow any particular conference or team
☐ I don't know what conference the team(s) I follow are in

Continue »

Privacy Policy - Help

162.
IF SURVEY 1, INSERT "men's college basketball"



IF SURVEY 2, INSERT "women's college basketball"

IF SURVEY 3, INSERT "college football"

27%

**Which of the following, if any, are reasons why you watch college football?**
*(Select all that apply)*

- ☐ I am a fan of a college that I attended or someone I know attended
- ☐ I am a fan of a college in an area where I live or used to live
- ☐ I am a fan of a specific college for other reasons
- ☐ I am generally a fan of the sport
- ☐ I am not a fan but I watch with someone who is a fan
- ☐ I am not a fan but I sometimes enjoy watching sports events
- ☐ None of the above

Continue »

Privacy Policy - Help

165.

29%

People vary in the amount of attention they pay to surveys.

For quality assurance, please type the word "Yes" in the blank next to the "Other" box below and then click to continue.
*(Select one)*

- ○ Strongly agree
- ○ Agree
- ○ Neutral
- ○ Disagree
- ○ Strongly disagree
- ○ Other [            ]

Continue »

Privacy Policy - Help

170.



MAIN SURVEY – ONLY QUALIFIED RESPONDENTS CONTINUE.

SURVEY 1, INSERT "men's college basketball"

200.



210.



212.

Appendix E: Screenshots

214.



220.



225.

The next screens will describe several scenarios, in which conferences or colleges would have the option to provide college athletes with benefits in addition to an athletic scholarship. For each scenario, please note that the benefits described would be paid for from the revenue generated by the athlete's team.

Continue »

Privacy Policy - Help

Appendix E: Screenshots

[Scenario 1:]

227.



230.



Appendix E: Screenshots

240.



If the following scenario was part of the men's college basketball system, would that or would that not change how often you watch, listen to, or attend men's college basketball games?

Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that might arise as a result of injuries incurred from playing men's college basketball, including concussions.

*(Select one)*

○ Yes, it <u>would</u> change how often I watch, listen to or attend men's college basketball games

○ No, it would <u>not</u> change how often I watch, listen to or attend men's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.

If the following scenario was part of the men's college basketball system...

Conferences or colleges would have the option to create a healthcare fund for players to be used for the sole purpose of paying for future medical costs that might arise as a result of injuries incurred from playing men's college basketball, including concussions.

Would you watch, listen to, or attend men's college basketball games…

*(Select one)*

○ <u>Much less</u> often

○ <u>Somewhat less</u> often

○ <u>Somewhat more</u> often

○ <u>Much more</u> often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 2:]
227.



230.



240.



250.

[Scenario 3:]

227.



230.



240.



250.

[Scenario 4:]
227.



230.



240.



250.

[Scenario 5:]

227.



230.



240.



250.

[Scenario 6:]
227.

|  | 49% |
|---|---|

Please read the following scenario carefully:

> Conferences or colleges would have the option to provide student-athletes with free meals and transportation (including airfare) to and from campus each semester.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

|  | 75% |
|---|---|

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide student-athletes with free meals and transportation (including airfare) to and from campus each semester.

*(Select one)*

○ I am <u>in favor</u> of this
○ I am <u>opposed to</u> this
○ I am <u>neither</u> in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.

77%

If the following scenario was part of the men's college basketball system, would that or would that not change how often you watch, listen to, or attend men's college basketball games?

Conferences or colleges would have the option to provide student-athletes with free meals and transportation (including airfare) to and from campus each semester.

*(Select one)*

○ Yes, it <u>would</u> change how often I watch, listen to or attend men's college basketball games

○ No, it would <u>not</u> change how often I watch, listen to or attend men's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.

79%

If the following scenario was part of the men's college basketball system...

Conferences or colleges would have the option to provide student-athletes with free meals and transportation (including airfare) to and from campus each semester.

Would you watch, listen to, or attend men's college basketball games…
*(Select one)*

○ <u>Much less</u> often

○ <u>Somewhat less</u> often

○ <u>Somewhat more</u> often

○ <u>Much more</u> often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 7:]
227.



Please read the following scenario carefully:

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

Which of the following best represents your reaction to the following scenario:

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

*(Select one)*

○ I am <u>in favor</u> of this
○ I am <u>opposed to</u> this
○ I am <u>neither</u> in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



If the following scenario was part of the men's college basketball system, would that or would that not change how often you watch, listen to, or attend men's college basketball games?

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

*(Select one)*

○ Yes, it <u>would</u> change how often I watch, listen to or attend men's college basketball games

○ No, it would <u>not</u> change how often I watch, listen to or attend men's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.



If the following scenario was part of the men's college basketball system...

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

Would you watch, listen to, or attend men's college basketball games...

*(Select one)*

○ <u>Much less</u> often

○ <u>Somewhat less</u> often

○ <u>Somewhat more</u> often

○ <u>Much more</u> often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 8:]
227.



230.

Which of the following best represents your reaction to the following scenario:

> Conference or colleges would have the option to allow players who participate in tournaments to receive a few thousand dollars of free gifts, including things like video game consoles, iPods, televisions, recliner chairs, and watches.

*(Select one)*

○ I am <u>in favor</u> of this
○ I am <u>opposed to</u> this
○ I am <u>neither</u> in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.

| | 71% |

If the following scenario was part of the men's college basketball system, would that or would that not change how often you watch, listen to, or attend men's college basketball games?

> Conference or colleges would have the option to allow players who participate in tournaments to receive a few thousand dollars of free gifts, including things like video game consoles, iPods, televisions, recliner chairs, and watches.

*(Select one)*

○ Yes, it _would_ change how often I watch, listen to or attend men's college basketball games

○ No, it would _not_ change how often I watch, listen to or attend men's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.

| | 72% |

If the following scenario was part of the men's college basketball system...

> Conference or colleges would have the option to allow players who participate in tournaments to receive a few thousand dollars of free gifts, including things like video game consoles, iPods, televisions, recliner chairs, and watches.

Would you watch, listen to, or attend men's college basketball games…

*(Select one)*

○ _Much less_ often

○ _Somewhat less_ often

○ _Somewhat more_ often

○ _Much more_ often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 9]

227.

Please read the following scenario carefully:

> Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

(Select one)

○ I am in favor of this
○ I am opposed to this
○ I am neither in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



If the following scenario was part of the men's college basketball system, would that or would that not change how often you watch, listen to, or attend men's college basketball games?

> Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

*(Select one)*

○ Yes, it would change how often I watch, listen to or attend men's college basketball games

○ No, it would not change how often I watch, listen to or attend men's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.

If the following scenario was part of the men's college basketball system...

> Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

Would you watch, listen to, or attend men's college basketball games…
*(Select one)*

○ Much less often

○ Somewhat less often

○ Somewhat more often

○ Much more often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 10]
227.



Please read the following scenario carefully:

> Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

*(Select one)*

○ I am <u>in favor</u> of this
○ I am <u>opposed to</u> this
○ I am <u>neither</u> in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



250.

If the following scenario was part of the men's college basketball system...

Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

Would you watch, listen to, or attend men's college basketball games...

(Select one)

○ Much less often
○ Somewhat less often
○ Somewhat more often
○ Much more often
○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 11]
227.

Please read the following scenario carefully:

Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires.

The next questions will be about this scenario.

Continue ›

Privacy Policy - Help

230.

Which of the following best represents your reaction to the following scenario:

Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires.

(Select one)

○ I am in favor of this
○ I am opposed to this
○ I am neither in favor of nor opposed to this
○ No opinion/don't know

Continue ›

Privacy Policy - Help

240.



250.

Appendix E: Screenshots

**IF SURVEY 2, INSERT "women's college basketball"**

200.



210.



212.



214.



220.



225.



[Scenario 1:]
227.



230.



240.



250.

[Scenario 2:]
227.



230.



240.



250.

[Scenario 3:]

227.



230.

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide a one-time incentive of up to $10,000 for an athlete who earns an undergraduate degree. This incentive would be available for athletes who earn their degree after their eligibility expires.

*(Select one)*

○ I am in favor of this
○ I am opposed to this
○ I am neither in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



[Scenario 4:]
227.



230.



240.



> 58%
>
> If the following scenario was part of the women's college basketball system, would that or would that not change how often you watch, listen to, or attend women's college basketball games?
>
> Conferences or colleges would have the option to provide scholarships that athletes could use at any academic institution, to finish their education after their athletic eligibility expires. Former players could use these scholarships to complete their undergraduate degree at their current school or at another university, e.g., a university closer to their home or family, or to get training at an accredited technical or vocational institution.
>
> *(Select one)*
>
> ○ No, it would not change how often I watch, listen to or attend women's college basketball games
> ○ Yes, it would change how often I watch, listen to or attend women's college basketball games
> ○ No opinion/don't know
>
> Continue »
>
> Privacy Policy - Help

250.



> 60%
>
> If the following scenario was part of the women's college basketball system...
>
> Conferences or colleges would have the option to provide scholarships that athletes could use at any academic institution, to finish their education after their athletic eligibility expires. Former players could use these scholarships to complete their undergraduate degree at their current school or at another university, e.g., a university closer to their home or family, or to get training at an accredited technical or vocational institution.
>
> Would you watch, listen to, or attend women's college basketball games…
> *(Select one)*
>
> ○ Much less often
> ○ Somewhat less often
> ○ Somewhat more often
> ○ Much more often
> ○ No opinion/don't know
>
> Continue »
>
> Privacy Policy - Help

[Scenario 5:]

227.



230.



240.



250.

[Scenario 6:]
227.



230.



240.



250.

[Scenario 7:]
227.



230.



240.



If the following scenario was part of the women's college basketball system, would that or would that not change how often you watch, listen to, or attend women's college basketball games?

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

*(Select one)*

○ No, it would <u>not</u> change how often I watch, listen to or attend women's college basketball games

○ Yes, it <u>would</u> change how often I watch, listen to or attend women's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.

If the following scenario was part of the women's college basketball system...

Conferences and colleges would have the option to make payments to student-athletes beyond their scholarships to cover the full cost of college attendance.

Would you watch, listen to, or attend women's college basketball games…
*(Select one)*

○ <u>Much less</u> often

○ <u>Somewhat less</u> often

○ <u>Somewhat more</u> often

○ <u>Much more</u> often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 8:]
227.



230.



240.



[Scenario 9]

227.



Please read the following scenario carefully:

> Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide meals, housing and other living expenses for pre-season, breaks and vacations.

(Select one)

○ I am in favor of this
○ I am opposed to this
○ I am neither in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



250.

[Scenario 10]
227.



Please read the following scenario carefully:

> Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

(Select one)

○ I am in favor of this
○ I am opposed to this
○ I am neither in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



If the following scenario was part of the women's college basketball system, would that or would that not change how often you watch, listen to, or attend women's college basketball games?

Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

*(Select one)*

○ Yes, it would change how often I watch, listen to or attend women's college basketball games

○ No, it would not change how often I watch, listen to or attend women's college basketball games

○ No opinion/don't know

Continue »

Privacy Policy - Help

250.

If the following scenario was part of the women's college basketball system...

Conferences or colleges would have the option to provide scholarships that athletes could use for the cost of attendance for graduate school before or after their athletic eligibility expires.

Would you watch, listen to, or attend women's college basketball games…
*(Select one)*

○ Much more often

○ Somewhat more often

○ Somewhat less often

○ Much less often

○ No opinion/don't know

Continue »

Privacy Policy - Help

[Scenario 11]
227.



Please read the following scenario carefully:

> Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires.

The next questions will be about this scenario.

Continue »

Privacy Policy - Help

230.

58%

Which of the following best represents your reaction to the following scenario:

> Conferences or colleges would have the option to provide scholarships that athletes could use for study abroad programs after their athletic eligibility expires.

(Select one)

○ I am in favor of this
○ I am opposed to this
○ I am neither in favor of nor opposed to this
○ No opinion/don't know

Continue »

Privacy Policy - Help

240.



250.

[IF SURVEY 3, INSERT "college football"

200.



For this survey you will be asked questions about college football.

210.

How often did you watch, listen to, or attend college football games during the 2015-2016 regular season?

I watched, listened to, or attended…
(Select one)

○ More than one game a week throughout the regular season
○ About one game a week throughout the regular season
○ Less than one game a week throughout the regular season
○ I did not watch regular season games

216.



Which of the following, if any, did you watch during the 2015-2016 college football post-season?
(Select all that apply)

□ Clemson v. Oklahoma FBS playoff game
□ Alabama v. Michigan State FBS playoff game
□ Clemson v. Alabama Championship game
□ Other bowl games
□ All of the above
□ None of the above
□ I watched a bowl/playoff game or games but not sure which one(s)

220.



225.



[Scenario 1:]

227.



230.



240.



Appendix E: Screenshots

250.



[Scenario 2:]

227.

230.



240.

250.



[Scenario 3:]
227.



230.



240.



250.



[Scenario 4:]
227.

230.



240.

250.



[Scenario 5:]
227.

230.



240.

250.



[Scenario 6:]
227.



230.



250.



[Scenario 7:]
227.



230.



240.

250.



[Scenario 8:]
227.



230.



240.



250.



[Scenario 9]

227.



230.



240.

250.



[Scenario 10]
227.

230.



240.



250.



[Scenario 11]
227.



230.



240.



250.



**POST SURVEY QUESTIONS: ALL QUALIFIED RESPONDENTS**

500.



510.

Were you a varsity-level college athlete while in college?
*(Select one)*

○ Yes
○ No

Continue »

Privacy Policy - Help

512.

Was the college or university you attended (or are currently enrolled in) a 4-year school?
*(Select one)*

○ Yes
○ No

Continue »

Privacy Policy - Help

515.

Which of the following were the sports teams for your college classified in?
*(Select all that apply)*

☐ Division I
☐ Division II
☐ Division III
☐ Other
☐ Don't know

Continue »

Privacy Policy - Help

520.

Did you play on a college basketball or football team?
*(Select one)*

○ No
○ Yes, college basketball
○ Yes, college football
○ Yes, both

Continue »

97%

Privacy Policy - Help

505.

Has anyone in your family played a varsity sport at a Division 1 school in the past five years?
*(Select one)*

○ Yes
○ No
○ Don't know

Continue »

98%

Privacy Policy - Help

# APPENDIX F – SURVEY MATERIALS RELIED UPON

## Survey Materials Relied Upon

- 1991 New York Times/CBS News Poll, "Bucks Too Big, a Majority Tells Poll," available at http://www.nytimes.com/1991/04/10/sports/baseball-bucks-too-big-a-majority-tells-poll.html.

- 2004 Harris Poll, "U.S. Attitudes to Olympics," available at https://www.thefreelibrary.com/_/print/PrintArticle.aspx?id=119962379.

- 2006 Orange County Register Survey, "A Question of Identity," available at http://www.ocregister.com/2006/04/01/a-question-of-identity/.

- 2006 AP-AOL Poll, "Poll: Half of Baseball Fans Hope Bonds Falls Short of Aaron's Home Run Record," available at http://usatoday30.usatoday.com/sports/baseball/2006-10-19-bonds-poll_x.htm.

- 2009 ESPN/Seton Hall Poll, "Poll: Economy Bigger Problem for MLB," available at http://www.espn.com/espn/print?id=3961896.