Sean Eskovitz (SBN 241877)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Blvd., Suite 600
Los Angeles, CA 90049
Telephone:  (424) 316-4000
Facsimile:  (202) 847-4005
seskovitz@wilkinsonwalsh.com

Beth A. Wilkinson (*pro hac vice*)
Alexandra M. Walsh (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonwalsh.com
awalsh@wilkinsonwalsh.com
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

Patrick Hammond (SBN 255047)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570
patrick.hammond@skadden.com

Jeffrey A. Mishkin (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
jeffrey.mishkin@skadden.com
karen.lent@skadden.com

Attorneys for Defendants
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION and WESTERN ATHLETIC
CONFERENCE

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | MDL Docket No. 4:14-md-02541-CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION CONCERNING USE OF PROTECTED INFORMATION AT TRIAL**<br><br>Judge: Hon. Claudia Wilken |
| THIS DOCUMENT RELATES TO: ALL ACTIONS EXCEPT *Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | |

Defendants respectfully move this Court for an order concerning the use at trial of highly confidential information, primarily concerning the media agreements between individual Defendants and their respective broadcast counterparties. Specifically, Defendants ask the Court to enter the same Order it entered in *O'Bannon* restricting sealable information, including the monetary terms of Defendants' media agreements, from being displayed or the subject of oral presentation, including testimony, in open court.

## BACKGROUND

In January 2015, the parties to this suit negotiated, and the Court so ordered, a stipulated protective order concerning the use of confidential information. Dkt 189 ("Protective Order"). The Protective Order was modified several times following entry of the original order. Dkts. 234, 512, 539. The Stipulation and Order Regarding Second Addendum to Stipulated Protective Order ("Second Addendum") added a new provision limiting the involvement of defense counsel who receive "Network Strictly Confidential – Outside Litigation Counsel Only" ("NSC") information. Specifically, the Second Addendum provides:

> [A]ny individual attorney who reviews Network Strictly Confidential – Outside Litigation Counsel Only Information of a Network Intervenor to which such attorney did not have access prior to production of such Information in this action may not, absent written permission from such Network Intervenor, participate directly or indirectly on or before March 31, 2021 in negotiating any media, network, or broadcasting contract, agreement, arrangement, or understanding with such Network Intervenor, except that nothing in this Addendum shall be construed to require a Network Intervenor's permission for any individual attorney's participation in negotiating any agreements, arrangements, or understandings pertaining to discovery, motion practice, or other litigation-related matters in this lawsuit pertaining to Network Strictly Confidential – Outside Litigation Counsel Only Information of a Network Intervenor.

Second Addendum, Dkt. 512 at ¶ 7(a).

Certain NSC information produced in this case has already been the subject of motions to seal. On July 9, 2018, the District Court referred all motions to seal pretrial material to Magistrate Judge Cousins. Dkt. 877. On August 10, the Magistrate Judge entered a series of orders on pending motions to seal pretrial material, denying them in part and granting them in part (collectively, the "Orders on Sealing Motions," Dkts. 959 through 964). Certain parties and non-parties filed objections to the Orders on Sealing Motions, Dkts. 978, 982-85, which are not yet resolved.

In preparation for trial, Defendants raised with Plaintiffs the need to reach agreement concerning the use of NSC information at trial, both with respect to information that has already been the subject of a motion to seal and information that has yet to be the subject of a motion to seal. *See* August 28, 2018 Declaration of Jennifer L. Jones ("Jones Decl."), ¶ 2. At Plaintiffs' request, Defendants provided a written proposal on August 25. Jones Decl., Ex. A at 3-5. Defendants' proposal was limited to information designated NSC and contemplates that (1) any document containing NSC information would be admitted under seal and not projected on the screen at trial;[1] and (2) the parties would not solicit testimony regarding NSC information from witnesses and would advise them of the restrictions so that such NSC information is not volunteered. *See id*. at 4.

The parties met and conferred concerning Defendants' proposal on August 27. Jones Decl. ¶ 4. Plaintiffs refused to agree to restrict the use of sealable information at trial, either through *in camera* submission or by refraining from referring to sealable information during oral presentation. Plaintiffs offered no counter-proposal.

Defendants now ask the Court to restrict use of NSC information consistent with the Court's order issued in *O'Bannon* restricting the treatment of the same type of highly confidential information at trial.

## ARGUMENT

### I. The Court Should Protect Sealable Information from Disclosure at Trial.

Trial exhibits may be sealed for "compelling reasons." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *O'Bannon v. Nat'l Collegiate Athletic Ass'n*, 4:09-cv-03329-CW, Dkt. 201 (N.D. Cal. June 10, 2014). In the instant motion, Defendants seek to protect from public disclosure at trial (1) information that the Magistrate Judge *has already concluded* meets the "compelling reasons" test in the Orders on Sealing Motions; and (2) on a provisional basis, information that is the subject of an objection to the Magistrate Judge's Orders on Sealing Mo-

---

[1] This would not apply to any NSC information that Magistrate Judge Cousins has ruled is not entitled to protection, except to the extent the information is the subject of a pending objection.

tions, that is the subject of a pending motion to seal, or that the disclosing party has not yet had the opportunity to move to seal.  *See* Proposed Order, submitted concurrently herewith.

This is not the first time this Court has passed upon this issue.  Defendants propose precisely the *same mechanism* that this Court ordered for protection of the *same type of information* in *O'Bannon*, where the Court issued the following order:

> The parties shall refrain from referring to the sealable information contained in the conferences' licensing agreements and displaying any sealable information on the courtroom monitors during the trial.

Dkt. 201.[2]

Plaintiffs have forced a motion on this issue without any reasonable basis to distinguish the instant circumstances from those in *O'Bannon*, which Order was issued following a motion by the Big 12 Conference and Conference USA, defendants in this action, to seal information within their highly confidential media rights agreements and protect such information from disclosure at trial. Plaintiffs have simply argued, without any factual basis, that there are "different circumstances," and that it is "within the Court's purview of how she wants to manage the trial."  Jones Decl. ¶ 6.

While Defendants agree that the Court is the final arbiter of the information disclosed at trial, no circumstances exist that warrant a deviation from the Court's treatment of this exact issue in *O'Bannon*.  There are serious consequences to the disclosure of this sensitive information.  In addition to the reasons supporting the Magistrate Judge's conclusion that there are "compelling reasons" to seal such information, counsel for some of the Defendants who regularly participate in the negotiation of licensing agreements with broadcasters will be prejudiced if NSC information is disclosed to them by virtue of restrictions in the Second Addendum to the Protective Order, ¶ 7(a), which would restrict their participation in future negotiations through 2021.  Jones Decl. ¶ 7.

Indeed, given the burdens the Second Addendum imposes on defense counsel who receive NSC information and the possibility that, even if instructed not to disclose sealable information, witnesses may inadvertently reveal such information at trial, Defendants further request that the Court enter an order that, to the extent sealable NSC information is inadvertently revealed at trial

---

[2] Here, this should include not only the monetary terms of the relevant media agreements with the Network Intervenors, but also any specific terms taken from those agreements.  *See* ECF No. 962, page 43, table lines 40a-b.

by any witness, defense counsel shall not, solely as a result of such disclosure, be barred from future negotiations under Paragraph 7(a)(2) of the Second Addendum.

## CONCLUSION

For the foregoing reasons, the Court should enter an order requiring parties to refrain from referring to the sealable information or displaying any sealable information on the courtroom monitors during trial.  Finally, Defendants ask that, to the extent any sealable information is inadvertently disclosed at trial, defense counsel be partially relieved of the operation of Second Addendum, ¶ 7(a)(2), as described above.

Dated:  August 28, 2018                                              Respectfully submitted,

**WILKINSON WALSH + ESKOVITZ LLP**

By:       /s/ Beth A. Wilkinson
    Beth A. Wilkinson (*pro hac vice*)
    Alexandra M. Walsh (*pro hac vice*)
    Brian L. Stekloff (*pro hac vice*)
    Rakesh N. Kilaru (*pro hac vice*)
    2001 M Street NW, 10th Floor
    Washington, DC 20036
    Telephone:  (202) 847-4000
    Facsimile:  (202) 847-4005
    bwilkinson@wilkinsonwalsh.com
    awalsh@wilkinsonwalsh.com
    bstekloff@wilkinsonwalsh.com
    rkilaru@wilkinsonwalsh.com

    Sean Eskovitz (SBN 241877)
    11726 San Vicente Blvd., Suite 600
    Los Angeles, CA 90049
    Telephone:  (424) 316-4000
    Facsimile:  (202) 847-4005
    seskovitz@wilkinsonwalsh.com

    Attorneys for Defendant
    NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:       /s/ Jeffrey A. Mishkin
    Jeffrey A. Mishkin (*pro hac vice*)
    Karen Hoffman Lent (*pro hac vice*)
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-3000
    Facsimile:  (212) 735-2000
    jeffrey.mishkin@skadden.com
    karen.lent@skadden.com

    Patrick Hammond (SBN _____)
    525 University Avenue, Suite 1100
    Palo Alto, CA 94301
    Telephone:  (650) 470-4500
    Facsimile:  (650) 470-4570
    patrick.hammond@skadden.com

    Attorneys for Defendants
    NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and WESTERN ATHLETIC CONFERENCE

| | |
|---|---|
| **PROSKAUER ROSE LLP** | **MAYER BROWN LLP** |
| By:     /s/ Bart H. Williams     <br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Jennifer L. Jones (SBN 284624)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>Jacquelyn N. Crawley (SBN 287798)<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone:  (310) 557-2900<br>Facsimile:  (310) 557-2193<br>scooper@proskauer.com<br>bwilliams@proskauer.com<br>kcasazza@proskauer.com<br>jljones@proskauer.com<br>sledingham@proskauer.com<br>jcrawley@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE | By:     /s/ Britt M. Miller     <br>Andrew S. Rosenman (SBN 253764)<br>Britt M. Miller (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>Richard J. Favretto (*pro hac vice*)<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. |
| **POLSINELLI PC** | **ROBINSON BRADSHAW & HINSON** |
| By:     /s/ Leane K. Capps     <br>Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone:  (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>Mit Winter (SBN 238515)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br>mwinter@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone:  (310) 556-1801<br>whurst@polsinelli.com<br><br>Attorneys for Defendants<br>THE BIG 12 CONFERENCE, INC. and CONFERENCE USA, INC. | By:     /s/ Robert W. Fuller     <br>Robert W. Fuller, III (*pro hac vice*)<br>Nathan C. Chase Jr. (SBN 247526)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda R. Pickens (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

| | | |
|---|---|---|
| 1 | **SMITH MOORE LEATHERWOOD LLP** | **COVINGTON & BURLING LLP** |
| 2 | By: /s/ D. Erik Albright | By: /s/ Benjamin C. Bloc |
| | D. Erik Albright (*pro hac vice*) | Benjamin C. Block (*pro hac vice*) |
| 3 | Gregory G. Holland (*pro hac vice*) | One CityCenter |
| | 300 North Greene Street, Suite 1400 | 850 Tenth Street, N.W. |
| 4 | Greensboro, NC 27401 | Washington, DC 20001-4956 |
| | Telephone: (336) 378-5368 | Telephone: (202) 662-5205 |
| 5 | Facsimile: (336) 433-7402 | Facsimile: (202) 778-5205 |
| | erik.albright@smithmoorelaw.com | bblock@cov.com |
| 6 | greg.holland@smithmoorelaw.com | |
| | | Rebecca A. Jacobs (SBN 294430) |
| 7 | Jonathan P. Heyl (*pro hac vice*) | One Front Street |
| | 101 N. Tryon Street, Suite 1300 | San Francisco, CA 94111-5356 |
| 8 | Charlotte, NC 28246 | Telephone: (415) 591-6000 |
| | Telephone: (704) 384-2625 | Facsimile: (415) 591-6091 |
| 9 | Facsimile: (704) 384-2909 | rjacobs@cov.com |
| | jon.heyl@smithmoorelaw.com | |
| 10 | | Attorneys for Defendant |
| | Charles LaGrange Coleman, III (SBN 65496) | AMERICAN ATHLETIC CONFERENCE |
| 11 | HOLLAND & KNIGHT LLP | |
| | 50 California Street, Suite 2800 | |
| 12 | San Francisco, CA 94111-4624 | |
| | Telephone: (415) 743-6900 | |
| 13 | Facsimile: (415) 743-6910 | |
| | ccoleman@hklaw.com | |
| 14 | | |
| | Attorneys for Defendant | |
| 15 | THE ATLANTIC COAST CONFERENCE | |
| 16 | | |
| | **WALTER HAVERFIELD LLP** | **BRYAN CAVE LLP** |
| 17 | | |
| | By: /s/ R. Todd Hunt | By: /s/ Meryl Macklin |
| 18 | R. Todd Hunt (*pro hac vice*) | Meryl Macklin (SBN 115053) |
| | Benjamin G. Chojnacki (*pro hac vice*) | 560 Mission Street, 25th Floor |
| 19 | The Tower at Erieview | San Francisco, CA 94105 |
| | 1301 E. 9th Street, Suite 3500 | Telephone: (415) 268-1981 |
| 20 | Cleveland, OH 44114-1821 | Facsimile: (415) 430-4381 |
| | Telephone: (216) 928-2935 | meryl.macklin@bryancave.com |
| 21 | Facsimile: (216) 916-2372 | |
| | rthunt@walterhav.com | Richard Young (*pro hac vice*) |
| 22 | bchojnacki@walterhav.com | Brent Rychener (*pro hac vice*) |
| | | 90 South Cascade Avenue, Suite 1300 |
| 23 | Attorneys for Defendant | Colorado Springs, CO 80903 |
| | MID-AMERICAN CONFERENCE | Telephone: (719) 473-3800 |
| 24 | | Facsimile: (719) 633-1518 |
| | | richard.young@bryancave.com |
| 25 | | brent.rychener@bryancave.com |
| 26 | | Attorneys for Defendant |
| | | MOUNTAIN WEST CONFERENCE |
| 27 | | |
| 28 | | |

**JONES WALKER LLP**

By:     /s/ Mark A. Cunningham
Mark A. Cunningham (*pro hac vice*)
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
mcunningham@joneswalker.com

Attorneys for Defendant
SUN BELT CONFERENCE

### **FILER'S ATTESTATION**

I, Jennifer L. Jones, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                                      /s/ Jennifer L. Jones