Sean Eskovitz (SBN 241877)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Blvd., Ste. 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
*seskovitz@wilkinsonwalsh.com*

Beth A. Wilkinson (*pro hac vice*)
Alexandra M. Walsh (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonwalsh.com*
*awalsh@wilkinsonwalsh.com*
*bstekloff@wilkinsonwalsh.com*
*rkilaru@wilksinsonwalsh.com*

Jeffrey A. Mishkin (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
*jeffrey.mishkin@skadden.com*
*karen.lent@skadden.com*
*Counsel for Defendant NCAA*
[Additional counsel listed on signature page]

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*steve@hbsslaw.com*

Bruce L. Simon (SBN 96241)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
*bsimon@pswlaw.com*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*jkessler@winston.com*
*dfeher@winston.com*
*dgreenspan@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS EXCEPT *Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | Case No. 4:14-md-02541-CW<br><br>**STIPULATION FOR ORDER SHORTENING TIME FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION CONCERNING USE OF PROTECTED INFORMATION AT TRIAL** |

Pursuant to Local Rule 6-2, the parties hereby submit this stipulation seeking an order shortening time for consideration of Defendants' Administrative Motion Concerning Use of Protected Information at Trial (the "Administrative Motion"):

WHEREAS, the trial in the above-referenced action is scheduled to begin on September 4, 2018;

WHEREAS, on July 25, 2018, the Court issued its Stipulation and Modified Order Re Schedule for Filing Revised Exhibit Lists, Deposition Excerpts and Objections Thereto (ECF No. 942), ordering that the parties submit their revised single, joint exhibit list on August 27, 2018, and deliver copies of the proposed exhibits on August 28, 2018;

WHEREAS, certain of the parties' exhibits are designated "Network Strictly Confidential – Outside Litigation Counsel Only" pursuant to the Stipulation and Order Regarding Second Addendum to the Stipulated Protective Order (ECF No. 512);

WHEREAS, the parties anticipate that such "Network Strictly Confidential" exhibits, as well as other material containing "Network Strictly Confidential" information, may be used at trial;

WHEREAS, Defendants anticipate that Plaintiffs may seek to solicit testimony concerning "Network Strictly Confidential" information at trial;

WHEREAS, the parties have been unable to reach agreement with respect to treatment of "Network Strictly Confidential" information at trial, and as a result, Defendants are filing concurrently herewith their Administrative Motion, which sets forth Defendants' proposed procedure for the management of confidentiality issues at trial concerning information that is "Network Strictly Confidential";

WHEREAS, Defendants have requested, and Plaintiffs have agreed, to shorten the time for Plaintiffs to respond to the Administrative Motion from four days to two days, in order to provide the Court with an opportunity to resolve this issue before September 4, 2018;

THEREFORE, the parties stipulate and request that the Court issue an order shortening time for consideration of the Motion and providing that Plaintiffs will file any opposition within two days of the filing of Defendants' Administrative Motion.

- 1 -

STIPULATION FOR ORDER SHORTENING TIME FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION CONCERNING USE OF PROTECTED INFORMATION AT TRIAL (CASE NO. 4:14-MD-02541-CW)

| | | |
|---|---|---|
| 1 | Dated: August 28, 2018 | Respectfully submitted, |

By */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
   Craig Spiegel (SBN122000)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Facsimile:  (206) 623-0594
   *steve@hbsslaw.com*
   *craigs@hbsslaw.com*

   Jeff D. Friedman (SBN 173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
   Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
   *jefff@hbsslaw.com*

By */s/ Bruce L. Simon*
   Bruce L. Simon (SBN 96241)
   Benjamin E. Shiftan (SBN 265767)
   PEARSON, SIMON & WARSHAW, LLP
   44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
   Telephone:  (415) 433-9000
   Facsimile:   (415) 433-9008
   *bsimon@pswlaw.com*
   *bshiftan@pswlaw.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By */s/ Jeffrey L. Kessler*
   Jeffrey L. Kessler (*pro hac vice*)
   David G. Feher (*pro hac vice*)
   David L. Greenspan (*pro hac vice*)
   Jennifer M. Stewart (*pro hac vice*)
   Joseph A. Litman (*pro hac vice*)
   WINSTON & STRAWN LLP
   200 Park Avenue
   New York, NY 10166-4193
   Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
   *jkessler@winston.com*
   *dfeher@winston.com*
   *dgreenspan@winston.com*
   *jstewart@winston.com*
   *jlitman@winston.com*

   Sean D. Meenan (SBN 260466)
   Jeanifer E. Parsigian (SBN 289001)
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA 94111
   Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
   *smeenan@winston.com*
   *jparsigian@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By  */s/ Elizabeth C. Pritzker*
   Elizabeth C. Pritzker (SBN 146267)
   Jonathan K. Levine (SBN 220289)
   Bethany L. Caracuzzo (SBN 190687)
   PRITZKER LEVINE LLP
   180 Grand Avenue, Suite 1390
   Oakland, California 94612
   Telephone:  (415) 692-0772
   Facsimile:   (415) 366-6110

*Additional Class Counsel*

- 2 -

STIPULATION FOR ORDER SHORTENING TIME FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION CONCERNING USE OF PROTECTED INFORMATION AT TRIAL (CASE NO. 4:14-MD-02541-CW)

| | |
|---|---|
| By: */s/ Beth A. Wilkinson* <br> Beth A. Wilkinson (*pro hac vice*) <br> Alexandra M Walsh (*pro hac vice*) <br> Brian L. Stekloff (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> *bwilkinson@wilkinsonwalsh.com* <br> *awalsh@wilkinsonwalsh.com* <br> *bstekloff@wilkinsonwalsh.com* <br> *rkilaru@wilkinsonwalsh.com* <br><br> Sean Eskovitz (SBN 241877) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 11726 San Vicente Blvd., Suite 600 <br> Los Angeles, CA 90049 <br> Telephone: (424) 316-4000 <br> Facsimile: (202) 847-4005 <br> *seskovitz@wilkinsonwalsh.com* <br><br> *Attorneys for Defendant National Collegiate Athletic Association* | By: */s/ Jeffrey A. Mishkin* <br> Jeffrey A. Mishkin (*pro hac vice*) <br> Karen Hoffman Lent (*pro hac vice*) <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> Four Times Square <br> New York, NY 10036 <br> Telephone: (212) 735-3000 <br> Facsimile (212) 735-2000 <br> *jeffrey.mishkin@skadden.com* <br> *karen.lent@skadden.com* <br><br> Raoul D. Kennedy (SBN 40892) <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> 525 University Avenue, Suite 1100 <br> Palo Alto, California 94301 <br> Telephone: (650) 470-4500 <br> Facsimile: (650) 470-4570 <br> *raoul.kennedy@skadden.com* <br><br> *Attorneys for Defendant National Collegiate Athletic Association and Western Athletic Conference* |
| By:   /s/ Bart H. Williams <br> Bart H. Williams (SBN 134009) <br> Scott P. Cooper (SBN 96905) <br> Kyle A. Casazza (SBN 254061) <br> Jennifer L. Jones (SBN 284624) <br> Shawn S. Ledingham, Jr. (SBN 275268) <br> Jacquelyn N. Crawley (SBN 287798) <br> PROSKAUER ROSE LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067 <br> Telephone:  (310) 557-2900 <br> Facsimile:  (310) 557-2193 <br> bwilliams@proskauer.com <br> scooper@proskauer.com <br> kcasazza@proskauer.com <br> jljones@proskauer.com <br> sledingham@proskauer.com <br> jcrawley@proskauer.com <br><br> *Attorneys for Defendant Pac-12 Conference* | By:   /s/ Britt M. Miller <br> Andrew S. Rosenman (SBN 253764) <br> Britt M. Miller (*pro hac vice*) <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone:  (312) 782-0600 <br> Facsimile:  (312) 701-7711 <br> arosenman@mayerbrown.com <br> bmiller@mayerbrown.com <br><br> Richard J. Favretto (*pro hac vice*) <br> MAYER BROWN LLP <br> 1999 K Street, N.W. <br> Washington, DC  20006 <br> Telephone:  (202) 263-3000 <br> Facsimile:  (202) 263-3300 <br> rfavretto@mayerbrown.com <br><br> *Attorneys for Defendant The Big Ten Conference, Inc.* |
| By:   /s/ Leane K. Capps <br> Leane K. Capps (*pro hac vice*) | By:   /s/ Robert W. Fuller <br> Robert W. Fuller, III (*pro hac vice*) |

- 3 -

- 4 -

| | |
|---|---|
| Caitlin J. Morgan (*pro hac vice*)<br>POLSINELLI PC<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone:  (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>Mit Winter (SBN 238515)<br>POLSINELLI PC<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br>mwinter@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>POLSINELLI PC<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone:  (310) 556-1801<br>whurst@polsinelli.com<br><br>*Attorneys for Defendants*<br>*The Big 12 Conference, Inc. and*<br>*Conference USA, Inc.* | Nathan C. Chase Jr. (SBN 247526)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda R. Pickens (*pro hac vice*)<br>ROBINSON BRADSHAW & HINSON<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT LAW FIRM<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@seifertfirm.com<br><br>*Attorneys for Defendant*<br>*Southeastern Conference* |

By:  /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
SMITH MOORE LEATHERWOOD LLP 300
North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone:  (336) 378-5368
Facsimile:  (336) 433-7402
erik.albright@smithmoorelaw.com
greg.holland@smithmoorelaw.com

Jonathan P. Heyl (*pro hac vice*)
SMITH MOORE LEATHERWOOD LLP 101
N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone:  (704) 384-2625
Facsimile:  (704) 384-2909
jon.heyl@smithmoorelaw.com

Charles LaGrange Coleman, III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
ccoleman@hklaw.com

*Attorneys for Defendant*
*the Atlantic Coast Conference*

By:  /s/ Benjamin C. Block
Benjamin C. Block (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone:  (202) 662-5205
Facsimile:  (202) 778-5205
bblock@cov.com

Rebecca A. Jacobs (SBN 294430)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
rjacobs@cov.com

*Attorneys for Defendant*
*American Athletic Conference*

By:  /s/ R. Todd Hunt
R. Todd Hunt (*pro hac vice*)
Benjamin G. Chojnacki (*pro hac vice*)
WALTER HAVERFIELD LLP
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH 44114-1821
Telephone:  (216) 928-2935
Facsimile:  (216) 916-2372
rthunt@walterhav.com
bchojnacki@walterhav.com

*Attorneys for Defendant*
*Mid-American Conference*

By:  /s/ Meryl Macklin
Meryl Macklin (SBN 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 268-1981
Facsimile:  (415) 430-4381
meryl.macklin@bryancave.com

Richard Young (*pro hac vice*)
Brent Rychener (*pro hac vice*)
BRYAN CAVE LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone:  (719) 473-3800
Facsimile:  (719) 633-1518
richard.young@bryancave.com
brent.rychener@bryancave.com

*Attorneys for Defendant*
*Mountain West Conference*

|   |   |
|---|---|
| 1 | By:     /s/ Mark A. Cunningham |

        Mark A. Cunningham (*pro hac vice*)
        JONES WALKER LLP
        201 St. Charles Avenue
        New Orleans, LA 70170-5100
        Telephone: (504) 582-8536
        Facsimile: (504) 589-8536
        mcunningham@joneswalker.com

*Attorneys for Defendant*
*Sun Belt Conference*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                /s/ Jennifer L. Jones
                                                JENNIFER L. JONES

- 6 -

STIPULATION FOR ORDER SHORTENING TIME FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION CONCERNING USE OF PROTECTED INFORMATION AT TRIAL (CASE NO. 4:14-MD-02541-CW)