IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 14-md-02541 CW<br><br>ORDER REGARDING OUTSTANDING TRIAL ITEMS |

Several trial-related matters remain outstanding. The Court orders as follows:

(1) No later than October 8, 2018, the parties shall file, as discussed during trial, a stipulation regarding the admission of Plaintiffs' Exhibits 43, 84, 148, 76, 81, and 147. To the extent that the parties are unable to reach an agreement, Plaintiffs shall file a brief of no more than five pages total addressing the admissibility of any disputed exhibits no later than October 10, 2018; Defendants may file a response of no more than five pages total no later than October 15, 2018; and Plaintiffs may file a reply of no more than two pages total no later than October 17, 2018.

(2) No later than October 8, 2018, the parties shall file, as discussed during trial, stipulations regarding relevant historical facts pertaining to the NCAA, media

        contracts, and government regulations and other relevant rules that govern cost of attendance and Pell Grants.

(3) No later than October 8, 2018, the parties shall file, as discussed during trial, a stipulation listing any previously-filed[1] deposition transcripts that a party intends to offer into evidence, provided that the use of such deposition transcripts either is permitted by Federal Rule of Civil Procedure 32 or the parties have agreed to such use. To the extent that there is any dispute as to whether the use of certain deposition transcripts is permissible under Rule 32, the party offering the disputed transcripts into evidence shall file a brief of no more than five pages total no later than October 10, 2018; the opposing party may file a response of no more than five pages total no later than October 15, 2018, and the offering party may file a reply of no more than two pages total no later than October 17, 2018.

IT IS SO ORDERED.

Dated: October 2, 2018

CLAUDIA WILKEN
United States District Judge

---

[1] The Court will rule on any previously-filed objections to deposition transcript designations to the extent that a party offers the transcript designations into evidence and the use of the transcript is permitted by Rule 32 or is agreed upon by the parties.

2