IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 14-md-02541 CW<br><br>ORDER REGARDING NCAA HISTORICAL FACTS |

On October 8, 2018, Plaintiffs filed a statement providing that "the parties engaged in negotiations in an effort to file a joint statement of undisputed facts" as to (1) the relevant historical facts pertaining to the NCAA, and (2) media contracts. Docket No. 1091 at 1. There, Plaintiffs note that "Defendants declared an impasse in the negotiation of these two stipulations." Id.

The parties indicated at trial that they previously had attempted to stipulate as to NCAA historical facts, but that they were unable to reach an agreement as to which of the facts were relevant. Trial Tr. at 1085.

No later than October 15, 2018, the parties shall file a stipulation containing any NCAA historical facts which they agree are true, even if only one side believes they are relevant. No later than October 17, 2018, Plaintiffs and Defendants each shall file a statement, respectively, containing any NCAA historical

facts regarding which the parties were not able to agree as to the truth and that includes citations to supporting facts or authority, as appropriate.

IT IS SO ORDERED.

Dated: October 10, 2018

CLAUDIA WILKEN
United States District Judge