| | |
|---|---|
| Beth Wilkinson (*pro hac vice*) | Raoul D. Kennedy (SBN 40892) |
| Alexandra M. Walsh (*pro hac vice*) | SKADDEN ARPS SLATE MEAGHER & |
| Brian L. Stekloff (*pro hac vice*) | FLOM LLP |
| Rakesh Kilaru (*pro hac vice*) | 525 University Avenue, Suite 1100 |
| WILKINSON WALSH & ESKOVITZ LLP | Palo Alto, CA 94301 |
| 1900 M Street NW, Suite 800 | Telephone: (650) 470-4500 |
| Washington, DC 20036 | Facsimile: (650) 470-4570 |
| Telephone: (202) 847-4010 | raoul.kennedy@skadden.com |
| bwilkinson@wilkinsonwalsh.com | |
| awalsh@wilkinsonwalsh.com | Robert J. Wierenga (SBN 183687) |
| bstekloff@wilkinsonwalsh.com | Jacob K. Danziger (*pro hac vice*) |
| rkilaru@wilkinsonwalsh.com | SCHIFF HARDIN LLP |
| | 350 S. Main Street, Suite 210 |
| Sean Eskovitz | Ann Arbor, MI 48104 |
| Wilkinson Walsh Eskovitz LLP | Telephone: (734) 222-1500 |
| 11726 San Vicente Boulevard, Suite 600 | Facsimile: (734) 222-1501 |
| Los Angeles, CA 90049 | gcurtner@schiffhardin.com |
| Telephone: (424) 316-4000 | rwierenga@schiffhardin.com |
| Facsimile: (202) 847-4005 | jdanziger@schiffhardin.com |
| seskovitz@wilkinsonwalsh.com | |
| | Gregory L. Curtner (*pro hac vice*) |
| Jeffrey Mishkin (*pro hac vice*) | RILEY SAFER HOLMES & CANCILA LLP |
| Karen Hoffman Lent (*pro hac vice*) | 121 W. Washington Street, Suite 402 |
| Anthony J. Dreyer (*pro hac vice*) | Ann Arbor, Michigan 48104 |
| SKADDEN ARPS SLATE MEAGHER & | Telephone: (312) 471-8756 |
| FLOM LLP | Facsimile: (312) 471-8701 |
| Four Times Square | gcurtner@rshc-law.com |
| New York, NY 10036 | |
| Telephone: (212) 735-3000 | *Counsel for NCAA* |
| Facsimile: (212) 735-2000 | |
| jeffrey.mishkin@skadden.com | |
| karen.lent@skadden.com | |
| anthony.dreyer@skadden.com | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT NCAA'S ADMINISTRATIVE MOTION FOR GREGORY L. CURTNER TO ATTEND DECEMBER 18, 2018 CLOSING ARGUMENTS BY TELEPHONE |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS EXCEPT<br><br>*Jenkins v. Nat'l Collegiate Athletic Ass'n,* Case No. 4:14-cv-02758-CW | Date: December 18, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Claudia Wilken<br>Dept: Courtroom 2, 4th Floor |

[PROPOSED] ORDER GRANTING DEFENDANT NCAA'S ADMINISTRATIVE MOTION FOR GREGORY L. CURTNER
TO ATTEND DECEMBER 18, 2018 CLOSING ARGUMENTS BY TELEPHONE
CASE NO.4:14-MD-02541-CW

The Court, having reviewed Defendant National Collegiate Athletic Association's Administrative Motion for Gregory L. Curtner to attend the December 18, 2018 Closing Arguments hearing by telephone, hereby GRANTS the motion.

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED: 12/17/2018

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA