1 Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
2 POLSINELLI PC
2950 N. Harwood, Suite 2100
3 Dallas, TX 75201
Telephone: (214) 397-0030
4 Facsimile: (214) 397-0033
Email: lcapps@polsinelli.com
5 Email: cmorgan@polsinelli.com

6 Mit S. Winter (SBN 238515)
Amy D. Fitts (*pro hac vice*)
7 POLSINELLI PC
900 W. 48th Place
8 Kansas City, MO 64112
Telephone: (816) 753-1000
9 Facsimile: (816) 753-1536
Email: mwinter@polsinelli.com
10 Email: afitts@polsinelli.com

11 Wesley D. Hurst (SBN 127564)
POLSINELLI LLP
12 2049 Century Park East
Suite 2300
13 Los Angeles, CA 90067
Telephone: (310) 556-1801
14 Fax: (310) 556-1802
Email: whurst@polsinelli.com

15 *Attorneys for Defendants*
*THE BIG 12 CONFERENCE, INC. AND*
16 *CONFERENCE USA, INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | MDL Docket No. 4:14-md-02541-CW |
| THIS DOCUMENT RELATES TO: ALL ACTIONS EXCEPT *Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | **[PROPOSED] ORDER GRANTING DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND DECEMBER 18, 2018 CLOSING ARGUMENTS BY TELEPHONE**<br><br>Date: December 18, 2018<br>Time: 9:30 a.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND DECEMBER 18, 2018 CLOSING ARGUMENTS BY TELEPHONE

CASE NO. 4:14-MD-02541-CW

This matter is before the Court on Defendants The Big 12 Conference, Inc.'s and Conference USA, Inc.'s Administrative Motion for Caitlin J. Morgan to attend the December 18, 2018 Closing Arguments By Telephone. After considering the Motion and all other matters presented, the Court concludes that the Motion should be granted in all respects.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendants The Big 12 Conference, Inc.'s and Conference USA, Inc.'s Administrative Motion for Caitlin J. Morgan to attend the December 18, 2018 Closing Arguments By Telephone is **GRANTED**.

Dated: 12/17/2018

The Honorable Claudia Wilken
United States District Judge
United States District Court, Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANTS THE BIG 12 CONFERENCE, INC.'S AND CONFERENCE USA, INC.'S ADMINISTRATIVE MOTION FOR CAITLIN J. MORGAN TO ATTEND DECEMBER 18, 2018 CLOSING ARGUMENTS BY TELEPHONE

CASE NO. 4:14-MD-02541-CW