UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRAND-IN-AID CAP ANTITRUST LITIGATION | Case No. 14-md-02541-CW<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. Nos. 1162, 1163 |

**(  ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x) Decision by Court.**  This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered on March 8, 2019.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff class. Plaintiffs shall recover their costs from Defendants.

Dated: March 12, 2019

Susan Y. Soong, Clerk

By:_____
Doug Merry, Deputy Clerk