United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION

This document relates to all actions

No. 14-md-02541 CW
No. 14-cv-02758 CW

ORDER REGARDING JENKINS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Case No. 14-cv-02758

Following a non-jury trial, the Court issued its findings of fact and conclusions of law in the consolidated action, 14-md-02541, on March 8, 2019. See Case No. 14-md-02541, Docket No. 1162.

The parties shall meet and confer and, if they can reach an agreement, they shall file no later than April 9, 2019, a stipulation describing how the Court should proceed with respect to Jenkins v. National Collegiate Athletic Association, Case No. 14-cv-02758. If the parties are unable to reach an agreement, Defendants may file a motion of ten pages or less no later than April 9, 2019, addressing this issue. Plaintiffs may file a response no later than April 23, 2019. Defendants may file a reply no later than April 30, 2019.

IT IS SO ORDERED.

Dated: March 19, 2019

Claudia Wilken
United States District Judge