| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Craig R. Spiegel (SBN 122000) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile:  (206) 623-0594 <br> *steve@hbsslaw.com* <br> *craig@hbsslaw.com* <br><br> Bruce L. Simon (SBN 96241) <br> Benjamin E. Shiftan (SBN 265767) <br> PEARSON, SIMON & WARSHAW, LLP <br> 44 Montgomery Street, Suite 2450 <br> San Francisco, CA 94104 <br> Telephone:  (415) 433-9000 <br> Facsimile:  (415) 433-9008 <br> *bsimon@pswlaw.com* <br> *bshiftan@pswlaw.com* <br><br> *Class Counsel Consolidated Action Plaintiffs* <br><br> [Additional counsel listed on signature page] | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Joseph A. Litman (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile: (212) 294-4700 <br> *jkessler@winston.com* <br> *dfeher@winston.com* <br> *dgreenspan@winston.com* <br> *jlitman@winston.com* <br><br> Sean D. Meenan (SBN 260466) <br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> *smeenan@winston.com* <br> *jparsigian@winston.com* <br><br> *Class Counsel for Consolidated Action Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS EXCEPT <br> *Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | Case No. 4:14-md-02541-CW (CW) <br><br> **PLAINTIFFS' NOTICE OF CROSS APPEAL** <br><br> Before:  Hon. Claudia Wilken |

In response to Defendants' Notice of Appeal, (Dkt. 1167), dated March 22, 2019, notice is hereby given that Plaintiffs John Bohannon and Justine Hartman, as representatives of the classes, cross-appeal to the United States Court of Appeals for the Ninth Circuit from this Court's final judgment entered on March 12, 2019 (Dkt 1164), together with all underlying or interlocutory orders, rulings, and findings, which have merged therein.

Dated:  April 5, 2019

By     */s/ Steve W. Berman*
　　Steve W. Berman (*Pro hac vice*)
　　Craig Spiegel (SBN122000)
　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　1918 Eighth Avenue, Suite 3300
　　Seattle, WA 98101
　　Telephone: (206) 623-7292
　　Facsimile: (206) 623-0594
　　*steve@hbsslaw.com*
　　*craigs@hbsslaw.com*

　　Jeff D. Friedman (SBN 173886)
　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　715 Hearst Avenue, Suite 202
　　Berkeley, CA 94710
　　Telephone: (510) 725-3000
　　Facsimile: (510) 725-3001
　　*jefff@hbsslaw.com*

By */s/ Bruce L. Simon*
　　Bruce L. Simon (SBN 96241)
　　Benjamin E. Shiftan (SBN 265767)
　　PEARSON, SIMON & WARSHAW, LLP
　　44 Montgomery Street, Suite 2450
　　San Francisco, CA 94104
　　Telephone: (415) 433-9000
　　Facsimile: (415) 433-9008
　　*bsimon@pswlaw.com*
　　*bshiftan@pswlaw.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By     */s/ Elizabeth C. Pritzker*
　　Elizabeth C. Pritzker (SBN 146267)
　　Jonathan K. Levine (SBN 220289)
　　Bethany L. Caracuzzo (SBN 190687)
　　Shiho Yamamoto (SBN 264741)
　　PRITZKER LEVINE LLP
　　180 Grand Avenue, Suite 1390
　　Oakland, California 94612
　　Telephone: (415) 692-0772
　　Facsimile: (415) 366-6110

*Additional Class Counsel*

Respectfully submitted,

By     */s/ Jeffrey L. Kessler*
　　Jeffrey L. Kessler (*Pro hac vice*)
　　David G. Feher (*Pro hac vice*)
　　David L. Greenspan (*Pro hac vice*)
　　Joseph A. Litman (*Pro hac vice*)
　　WINSTON & STRAWN LLP
　　200 Park Avenue
　　New York, NY 10166-4193
　　Telephone: (212) 294-6700
　　Facsimile: (212) 294-4700
　　*jkessler@winston.com*
　　*dfeher@winston.com*
　　*dgreenspan@winston.com*
　　*jlitman@winston.com*

　　Sean D. Meenan (SBN 260466)
　　Jeanifer E. Parsigian (SBN 289001)
　　WINSTON & STRAWN LLP
　　101 California Street
　　San Francisco, CA 94111
　　Telephone: (415) 591-1000
　　Facsimile: (415) 591-1400
　　*smeenan@winston.com*
　　*jparsigian@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler

PLAINTIFFS' NOTICE OF CROSS APPEAL CASE NO. 4:14-MD-02541-CW