UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION, | No. 18-15054<br><br>D.C. No. 4:14-md-02541-CW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| SHAWNE ALSTON; et al., <br><br>   Plaintiffs - Appellees, <br><br>DARRIN DUNCAN, <br><br>   Objector - Appellant, <br><br> v. <br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, The NCAA; et al., <br><br>   Defendants - Appellees. | |

  The judgment of this Court, entered April 17, 2019, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7