IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This order pertains to all actions | Nos. 14-md-02541 CW<br>14-cv-02758 CW<br><br>ORDER DENYING MOTION TO DISMISS AND MANTAINING STAY ON JENKINS<br><br>(Dkt. No. 1178) |

Following the non-jury trial and entry of judgment in <u>In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation</u>, Case No. 14-md-02541 (the consolidated action), the Court requested on March 19, 2019, that the parties address the issue of how the Court should proceed with respect to <u>Jenkins v. National Collegiate Athletic Association</u>, Case No. 14-cv-02758 (<u>Jenkins</u>), which was stayed pending the trial in the consolidated action. Defendants now move to dismiss <u>Jenkins</u> with prejudice on the ground that it is barred by res judicata. <u>See</u> Docket No. 1178. Plaintiffs oppose the motion and request that the Court maintain the stay on <u>Jenkins</u> until the pending appeals in the consolidated action are exhausted, at which point Plaintiffs may either stipulate to dismiss it or move to remand it to the District of New Jersey. <u>See</u> Docket No. 1186.

Because maintaining the stay on <u>Jenkins</u> until the appeals on the consolidated action are resolved would not burden any party or the Court, and because maintaining the stay would promote

efficiency, the Court DENIES WITHOUT PREJUDICE the motion to dismiss, and GRANTS Plaintiffs' request to maintain the stay on Jenkins pending the appeals in the consolidated action.  Within fourteen days of the date on which the mandate resolving the pending appeals in the consolidated action is issued, each side shall file a statement regarding the disposition of Jenkins consistent with the mandate.

IT IS SO ORDERED.

Dated: May 31, 2019

_____
Claudia Wilken
United States District Judge