UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-2541-CW |
| This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | **FINAL ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS, AND TAXED COSTS** |

On March 26, 2019, Plaintiffs filed a Motion for Attorneys' Fees, Expenses, and Service Awards; and a Bill of Costs.  ECF Nos. 1168, 1169.  On December, 6, 2019, this Court issued an Order Granting in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, Service Awards, and Taxed Costs and Requesting Further Submission (the "Preliminary Order").  ECF No. 1259.[1] The Preliminary Order ordered the parties to meet and confer and to file a joint proposed order with a proposal regarding the "a total reduction and a total fee award." *Id.* at 15.  Having considered the arguments of the parties, the papers submitted, including the parties' proposed order,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards is GRANTED IN PART as follows:

1. The Court HEREBY GRANTS Plaintiffs' attorneys' fees in the amount of $31,809,895.22[2] to be paid to the respective Plaintiffs' counsel firms as follows:

| Firm | Fees |
| --- | --- |
| Winston & Strawn LLP | $25,834,176.90 |
| Hagens Berman Sobol Shapiro LLP | $2,945,198.53 |
| Pearson, Simon & Warshaw LLP | $2,867,507.29 |
| Pritzker Levine LLP | $163,012.50 |

2. The above-referenced attorneys' fees award reflects the following reductions from Plaintiffs' requested attorneys' fees:

| Reductions | Amount |
| --- | --- |
| Plaintiffs' voluntarily identified post-trial *Jenkins* work | $42,571.10 |
| Plaintiffs' voluntarily identified damages-phase work | $5,712.00 |

---

[1] This Final Order incorporates by reference all rulings in the Preliminary Order.

[2] This figure awards attorneys' fees incurred by Plaintiffs's counsel in connection with the injunctive relief portion of the case through October 30, 2019 (as explained previously (ECF No. 1246 at p. 4 n.3), Pearson, Simon & Warshaw, LLP will seek attorneys' fees and costs incurred in connection with the ongoing appellate proceedings at a later date).  The Court will address attorneys' fees, expenses and costs incurred by Plaintiffs' counsel which post-date October 30, 2019 at a later date.

1

FINAL ORDER GRANTING PLS.' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS, AND TAXED COSTS
CASE NO. 4:14-MD-2541-CW

| | |
|---|---|
| Plaintiffs' voluntarily identified errors in billing records | $4,475 |
| Plaintiffs' other voluntarily removed entries | $20,987.89 |
| Amicus brief in *O'Bannon* by *Jenkins* counsel | $124,079.12 |
| 10% of entries identified by Defendants as "vague" | $3,487.93 |
| 50% of entries identified by Defendants as "media activity" | $18,158.23 |

3. The Court also hereby HEREBY AWARDS Plaintiffs $1,393,519[3] in costs and expenses to be paid to the respective Plaintiffs' counsel firms as follows:

| Firm | Costs & Expenses |
|---|---|
| Winston & Strawn LLP | $1,181,628.04 |
| Hagens Berman Sobol Shapiro LLP | $195,334.11 |
| Pearson, Simon & Warshaw LLP | $13,339.51 |
| Pritzker Levine, LLP | $3,217.34 |

4. The above-referenced award of costs and expenses reflects the following:

| Costs | Amount |
|---|---|
| Sought in Motion, Minus Plaintiffs' Voluntary Withdrawals | $979,475.41 |
| Costs Taxed by Clerk in Bill of Costs | $305,476.77 |
| Additional Taxed Costs Following Court's Review | $45,689.05 |
| Costs Incurred through October 30, 2019 | $62,877.77 |

5. Finally, the Court HEREBY AWARDS service fees of $15,000 each for plaintiffs Shawne Alston, Justine Hartman, and Martin Jenkins, and $10,000 each for Nigel Hayes and Alec James.

---

[3] In the Preliminary Order, this Court listed Plaintiffs' request for costs as $1,393,351.00, whereas Plaintiffs' request for costs actually totaled $1,393,519 (*see* ECF No. 1258), which is the number reflected in this Final Order.

**IT IS SO ORDERED.**

Dated: December 23, 2019



By: _____
Judge Nathanael M. Cousins

GRANTED