Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (SBN 122000)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steveb@hbsslaw.com
craigs@hbsslaw.com
emilees@hbsslaw.com

Bruce L. Simon (SBN 96241)
Benjamin E. Shiftan (SBN 265767)
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com

*Class Counsel for Jenkins and Consolidated
Action Plaintiffs*

[Additional counsel listed on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Jenkins and Consolidated
Action Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | **Case No. 4:14-md-2541-CW**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO ADOPT RECOMMENDED FEE AWARD**<br><br>Judge: Hon. Claudia Wilken |
| This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*,<br>Case No. 14-cv-02758-CW | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.   INTRODUCTION

Pursuant to Civil Local Rule 7-11, Plaintiffs hereby request that the Court adopt Magistrate Judge Cousins' recommended disposition regarding Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, and Taxed Costs (ECF Nos. 1259, 1261).[1]

## II.   STATEMENT OF FACTS

On March 26, 2019, Plaintiffs filed a Bill of Costs (ECF No. 1168) ("Bill of Costs") and a Motion for Attorneys' Fees, Expenses, and Service Awards (ECF No. 1169) ("Fees Motion").  On March 27, 2019, this Court issued an Order Referring Motion, pursuant to Civil Local Rule 72-1, referring Plaintiffs' Fees Motion to Magistrate Judge Nathanael Cousins (ECF No. 1170).

On May 2, 2019, the Clerk taxed Defendants nearly all of the amounts requested in Plaintiffs' Bill of Costs (ECF No. 1190).  On May 9, 2019, Plaintiffs filed a Motion for Review of Clerk's Taxation of Costs (ECF No. 1193) and on May 10, 2019, Defendants filed an Administrative Motion to Vacate Taxed Costs Order (ECF No. 1194).  Shortly thereafter, this Court ordered that "all pending and future matters related to Plaintiffs' request for attorneys' fees, costs, expenses, and service awards . . . are referred to Magistrate Judge Nathanael Cousins."  Order of Reference (ECF No. 1196).

Following extensive briefing and a hearing, on December 6, 2019, Magistrate Judge Cousins issued a preliminary Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, Service Awards, and Taxed Costs and Requesting Further Submission, which directed the Parties to meet and confer to submit an accounting of a total fee award consistent with Judge Cousins' rulings (ECF No. 1259).  Thereafter, on December 20, 2019, the Parties filed a joint Proposed Order (ECF No. 1260).  Judge Cousins granted the joint Proposed Order on December 23 (ECF No. 1261) (collectively with ECF No. 1259, the "Fee Award Recommendation").  Defendants have not filed any objection to the Fee Award Recommendation.

## III.   ARGUMENT

Plaintiffs request that this Court adopt the Fee Award Recommendation.  *See* Fed. R. Civ. P. 54(d)(2)(D); *id.* 72(b).  Because Defendants did not file a timely objection to the Fee Award

---

[1]  In accordance with Civil Local Rule 7-11(a), Plaintiffs requested a stipulation from Defendants regarding this Motion but Defendants declined to so stipulate.  Kessler Decl. ¶ 3.

1  Recommendation, the Court need only "satisfy itself that there is no clear error on the face of the

2  record in order to accept [it]." FED. R. CIV. P. 72(b), Advisory Committee Notes (1983) (citing

3  *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)) ("When no timely objection is filed,

4  the [district] court need only satisfy itself that there is no clear error on the face of the record in order

5  to accept the recommendation."); *accord Ebates Inc. v. CashBag.co.za*, No. 4:18-02884-SBA, 2019

6  WL 1095820, at *1-2 (N.D. Cal. Jan. 14, 2019) (finding "no clear error" and adopting Magistrate

7  Judge's decision on *inter alia* attorneys' fees).

8  **IV.    CONCLUSION**

9      For the reasons set forth above, Plaintiffs respectfully request that this Court adopt the Fee

10  Award Recommendation.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  February 11, 2020            Respectfully submitted,

2    HAGENS BERMAN SOBOL SHAPIRO LLP      WINSTON & STRAWN LLP

3    By ____*/s/ Steve W. Berman*_____       By ____*/s/ Jeffrey L. Kessler*____
      STEVE W. BERMAN (*pro hac vice*)          JEFFREY L. KESSLER (*pro hac vice*)

4

5    Craig R. Spiegel (SBN 122000)            David G. Feher (*pro hac vice*)
      Emilee N. Sisco (*pro hac vice*)           David L. Greenspan (*pro hac vice*)

6    1918 Eighth Avenue, Suite 3300          200 Park Avenue
      Seattle, WA 98101                 New York, NY 10166-4193

7    Telephone: (206) 623-7292            Telephone: (212) 294-6700
      Facsimile:  (206) 623-0594            Facsimile: (212) 294-4700

8    *steveb@hbsslaw.com*                *jkessler@winston.com*
      *craigs@hbsslaw.com*                *dfeher@winston.com*

9    *emilees@hbsslaw.com*               *dgreenspan@winston.com*

10   PEARSON, SIMON & WARSHAW, LLP       Jeanifer E. Parsigian (SBN 289001)
     WINSTON & STRAWN LLP
     101 California Street

11   By ____*/s/ Bruce L. Simon*_____      San Francisco, CA 94111
     BRUCE L. SIMON (SBN 96241)         Telephone: (415) 591-1000

12                                       Facsimile: (415) 591-1400
     Benjamin E. Shiftan (SBN 265767)        *jparsigian@winston.com*

13   350 Sansome Street, Suite 680
     San Francisco, CA 94104

14   Telephone: (415) 433-9000           *Class Counsel for Jenkins and Consolidated*
     Facsimile: (415) 433-9008           *Action Plaintiffs*

15   *bsimon@pswlaw.com*
     *bshiftan@pswlaw.com*

16

17   *Class Counsel for Jenkins and Consolidated*
     *Action Plaintiffs*

18   By ____*/s/ Elizabeth C. Pritzker*___
     ELIZABETH C. PRITZKER (SBN 146267)

19

20   Jonathan K. Levine (SBN 220289)
     Bethany L. Caracuzzo (SBN 190687)

21   180 Grand Avenue, Suite 1390
     Oakland, California 94612

22   Telephone: (415) 692-0772
     Facsimile: (415) 366-6110

23   *Additional Class Counsel*

24

25

26

27

28

1
                **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2
        Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the

3
filing of this document has been obtained from the signatories above.

4

5
                            */s/ Jeffrey L. Kessler*
                            Jeffrey L. Kessler

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28