D. ERIK ALBRIGHT (*pro hac vice*)
FOX ROTHSCHILD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27410
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
Email: ealbright@foxrothschild.com

JONATHAN P. HEYL (*pro hac vice*)
FOX ROTHSCHILD LLP
101 N. Tryon St., Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
Email: jheyl@foxrothschild.com

ALEXANDER HERNAEZ (SBN 201441)
JEFFREY POLSKY (SBN 120975)
FOX ROTHSCHILD LLP
345 California St.
Suite 2200
San Francisco, CA, 94104-2670
Telephone:  (415) 364-5566
Facsimile:  (415) 391-4436
Email: ahernaez@foxrothschild.com

Attorneys for Defendant
**ATLANTIC COAST CONFERENCE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No(s).   14-md-02541-CW<br>                       14-cv-02758-CW<br><br>**NOTICE OF APPEARANCE OF ALEXANDER HERNAEZ**<br><br>Hon. Claudia Wilken |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Alexander Hernaez and Jeffrey Polsky of the law firm Fox Rothschild LLP, 345 California St., Suite 2200, San Francisco, CA 94104, hereby enters their appearance as counsel of record for Defendant Atlantic Coast Conference in the above-referenced action. All pleadings and documents should be addressed to and served upon Alexander Hernaez and Jeffrey Polsky as follows:

**FOX ROTHSCHILD LLP**

ahernaez@foxrothschild.com

jpolsky@foxrothschild.com

DATED:  February 14, 2020            **FOX ROTHSCHILD LLP**

                                     By: /s/Alexander Hernaez
                                         ALEXANDER HERNAEZ
                                         Attorneys for Defendant
                                         ATLANTIC COAST CONFERENCE

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the email addresses registered.

                                          /s/Alexander Hernaez
                                          Alexander Hernaez