IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | No. 14-md-02541 CW |
| | ORDER ADOPTING JUDGE COUSINS' ORDERS ON ATTORNEYS' FEES, EXPENSES, COSTS, AND SERVICE AWARDS, AND STAYING RULINGS |
| | Re: Dkt. Nos. 1259, 1261 |

The Court has reviewed Magistrate Judge Nathanael M. Cousins' orders regarding Plaintiffs' motions for attorneys' fees, expenses, costs, and service awards.  Docket Nos. 1259, 1261.  The Court finds Judge Cousins' orders to be correct, well-reasoned, and thorough, and adopts them in every respect.

Defendants request that the Court defer requiring them to pay attorneys' fees and costs to Plaintiffs until the parties' pending cross-appeals are resolved, on the ground that doing so would promote judicial economy.  See Docket No. 1269.  In light of Defendants' request, the Court's rulings on Plaintiffs' motions for attorneys' fees, expenses, costs, and service awards are STAYED pending the issuance of a mandate with respect to the parties' pending cross-appeals.  This order terminates docket number 1277.

IT IS SO ORDERED.

Dated: 2/24/2020

_____
Claudia Wilken
United States District Judge

United States District Court
For the Northern District of California