Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (SBN 122000)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steveb@hbsslaw.com
craigs@hbsslaw.com
emilees@hbsslaw.com

Bruce L. Simon (SBN 96241)
Benjamin E. Shiftan (SBN 265767)
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS EXCEPT<br>*Jenkins v. Nat'l Collegiate Athletic Ass'n*, Case No. 14-cv-02758-CW | **Case No. 4:14-md-2541-CW**<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' FEE AND COST AWARD AND REMAINING DISPUTES** |

WHEREAS, on July 9, 2020, Plaintiffs' Counsel submitted supplemental declarations detailing the following attorneys' fees and costs: (1) Winston & Strawn LLP's attorneys' fees and costs incurred between October 31, 2019 and July 7, 2020, (2) Hagens Berman Sobol Shapiro LLP's attorneys' fees and costs incurred between October 31, 2019 and July 7, 2020, and (3) Pearson, Simon & Warshaw, LLP's attorneys' fees incurred in connection with (a) the appellate proceedings in this matter from April 5, 2019 through July 7, 2020, and (b) the injunctive relief litigation at the District Court from October 31, 2019 through July 7, 2020, ECF Nos. 1289, 1289-1, 1289-2 (the "July 9 Fee and Cost Request");

WHEREAS, on July 10, 2020, the Court issued an Order for Parties to Meet and Confer Re: Attorneys' Fees From Appeal (ECF No. 1290) directing the Parties to file a stipulation regarding the process for adjudicating Plaintiffs' remaining fee and cost requests;

WHEREAS, on July 17, 2020, the Parties submitted a Stipulation and [Proposed] Order Regarding Schedule for Resolving Remaining Attorneys' Fees, Expenses and Service Awards Requests, which was so-ordered by the Court on August 5, 2020, ECF Nos. 1291, 1293 (the "Stipulation");

WHEREAS, in accordance with Paragraph 4(a) of the Stipulation, Plaintiffs provided Defendants with the billing records supporting the attorneys' fees requested in the July 9 Fee and Cost Request; and

WHEREAS, in accordance with Paragraphs 4(c)-(e) of the Stipulation, the Parties have met-and-conferred regarding the July 9 Fee and Cost Request.

THEREFORE, in accordance with Paragraphs 4(d) and (e) of the Stipulation, the Parties hereby agree and stipulate as follows:

1. In accordance with Paragraph 4(d) of the Stipulation, and provided that Plaintiffs remain the prevailing party, Plaintiffs are entitled to the following fees, costs and expenses with respect to the July 9 Fee and Cost Request—in addition to the fees, costs, expenses and service awards previously ordered by the Court (ECF Nos. 1261, 1280)—which fees, costs and expenses shall be paid to respective counsel in accordance with Paragraph 7 of the Stipulation:

| Firm | Compensable Fees |
|---|---|
| Winston & Strawn LLP | $708,638.95 |
| Hagens Berman Sobol Shapiro LLP | $268,892.50 |
| Pearson, Simon & Warshaw LLP | $138,498.00 |
| **TOTAL** | **$1,116,029.45** |

| Firm | Compensable Costs & Expenses |
|---|---|
| Winston & Strawn LLP | $16,214.50 |
| Hagens Berman Sobol Shapiro LLP | $1,070.38 |
| **TOTAL** | **$17,284.88** |

2. In accordance with Paragraph 4(e) of the Stipulation, Defendants have objected to Plaintiffs' entitlement to the following fees sought in the July 9 Fee and Cost Request (the "Disputed Fees"):

| Firm | Disputed Fees |
|---|---|
| Winston & Strawn LLP | $65,177.00 |
| Hagens Berman Sobol Shapiro LLP | $29,610.00 |
| Pearson, Simon & Warshaw LLP | $8,814.00 |
| **TOTAL** | **$103,601.00** |

3. Provided that Plaintiffs remain the prevailing party, the Parties will revisit the Disputed Fees and Plaintiffs' billing records underlying the Disputed Fees at the same time as they address

Plaintiffs' requests for attorneys' fees, costs and expenses incurred after July 7, 2020, in accordance with Paragraph 5 of the Stipulation.

4. Thereafter:

(a) If the Parties are able to reach agreement as to the appropriateness of the Disputed Fees (or any portion thereof), the Parties will promptly file a stipulation with the Court memorializing that agreement, as well as any agreement regarding the appropriateness of Plaintiffs' requested fees, costs and expenses for the period after July 7, 2020, in accordance with Paragraph 5(e) of the Stipulation.

(b) If the Parties cannot reach agreement as to the appropriateness of the Disputed Fees (or any portion thereof), the Parties will promptly so notify the Court along with notification of any dispute as to the appropriateness of Plaintiffs' requested fees, costs and expenses for the period after July 7, 2020, in accordance with Paragraph 5(f) of the Stipulation. In such case, Defendants will file with the Court any objections to the Disputed Fees, along with any objections to Plaintiffs' requested fees and costs for the period after July 7, 2020, in accordance with Paragraph 5(g) of the Stipulation.

Dated: August 27, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Steve W. Berman
STEVE W. BERMAN (*pro hac vice*)

Craig R. Spiegel (SBN 122000)
Emilee N. Sisco (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steveb@hbsslaw.com
craigs@hbsslaw.com
emilees@hbsslaw.com

PEARSON, SIMON & WARSHAW, LLP

By   /s/ Benjamin E. Shiftan
BRUCE L. SIMON (SBN 96241)
Benjamin E. Shiftan (SBN 265767)
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By  /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany L. Caracuzzo (SBN 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

*Additional Class Counsel*

Respectfully submitted,

WINSTON & STRAWN LLP

By   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)

David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP**<br><br>By:      */s/ Beth A. Wilkinson*<br>Beth A. Wilkinson (*pro hac vice*)<br>Alexandra M. Walsh (*pro hac vice*)<br>James Rosenthal (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br>awalsh@wilkinsonwalsh.com<br>jrosenthal@wilkinsonwalsh.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>By:      */s/ Jeffrey A. Mishkin*<br>Jeffrey A. Mishkin (*pro hac vice*)<br>Karen Hoffman Lent (*pro hac vice*)<br>One Manhattan West<br>New York, NY 10001<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>jeffrey.mishkin@skadden.com<br>karen.lent@skadden.com<br><br>Lance A. Etcheverry (SBN 199916)<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone:  (650) 470-4500<br>Facsimile:  (650) 470-4570<br>lance.etcheverry@skadden.com<br><br>Attorneys for Defendants<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and WESTERN ATHLETIC CONFERENCE |
| **PROSKAUER ROSE LLP**<br><br>By:      */s/ Bart H. Williams*<br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Jennifer L. Jones (SBN 284624)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br><br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone:  (310) 557-2900<br>Facsimile:  (310) 557-2193<br>scooper@proskauer.com<br>bwilliams@proskauer.com<br>kcasazza@proskauer.com<br>jljones@proskauer.com<br>sledingham@proskauer.com<br>jcrawley@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE | **MAYER BROWN LLP**<br><br>By:      */s/ Britt M. Miller*<br>Andrew S. Rosenman (SBN 253764)<br>Britt M. Miller (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>Richard J. Favretto (*pro hac vice*)<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. |

| | |
|---|---|
| **POLSINELLI PC**<br><br>By:     */s/ Leane K. Capps*<br>Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br>mwinter@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com<br><br>Attorneys for Defendants<br>THE BIG 12 CONFERENCE, INC. and<br>CONFERENCE USA, INC. | **ROBINSON BRADSHAW & HINSON**<br><br>By:     */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Nathan C. Chase Jr. (SBN 247526)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda R. Pickens (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

| | | |
|---|---|---|
| 1 | **FOX ROTHSCHILD LLP** | **COVINGTON & BURLING LLP** |
| 2 | By:     */s/ D. Erik Albright* | By:     */s/ Benjamin C. Block* |

FOX ROTHSCHILD LLP

By:    */s/ D. Erik Albright*
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5566
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

Attorneys for Defendant
THE ATLANTIC COAST CONFERENCE

COVINGTON & BURLING LLP

By:    */s/ Benjamin C. Block*
Benjamin C. Block (*pro hac vice*)
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone: (202) 662-5205
Facsimile: (202) 778-5205
bblock@cov.com

Rebecca A. Jacobs (SBN 294430)
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
rjacobs@cov.com

Attorneys for Defendant
AMERICAN ATHLETIC CONFERENCE

| | |
|---|---|
| **WALTER HAVERFIELD LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| By: _/s/ R. Todd Hunt_<br>R. Todd Hunt (*pro hac vice*)<br>Benjamin G. Chojnacki (*pro hac vice*)<br>The Tower at Erieview<br>1301 E. 9th Street, Suite 3500<br>Cleveland, OH 44114-1821<br>Telephone: (216) 928-2935<br>Facsimile: (216) 916-2372<br>rthunt@walterhav.com<br>bchojnacki@walterhav.com<br><br>Attorneys for Defendant<br>MID-AMERICAN CONFERENCE | By: _/s/ Meryl Macklin_<br>Meryl Macklin (SBN 115053)<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 268-1981<br>Facsimile: (415) 430-4381<br>meryl.macklin@bryancave.com<br><br>Richard Young (*pro hac vice*)<br>Brent Rychener (*pro hac vice*)<br>90 South Cascade Avenue, Suite 1300<br>Colorado Springs, CO 80903<br>Telephone: (719) 473-3800<br>Facsimile: (719) 633-1518<br>richard.young@bryancave.com<br>brent.rychener@bryancave.com<br><br>Attorneys for Defendant<br>MOUNTAIN WEST CONFERENCE |

**JONES WALKER LLP**

By: _/s/ Mark A. Cunningham_
Mark A. Cunningham (*pro hac vice*)
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
mcunningham@joneswalker.com

Attorneys for Defendant
SUN BELT CONFERENCE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Jeffrey L. Kessler*

**ORDER**

Having reviewed the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FEE AND COST AWARD AND REMAINING DISPUTES** (the "Stipulation"), the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards is **GRANTED IN PART** as follows:

1. The Court **HEREBY AWARDS** Plaintiffs $1,116,029.45[1] in additional attorneys' fees to be paid to the respective Plaintiffs' counsel firms as follows:

| Firm | Fees |
| --- | --- |
| Winston & Strawn LLP | $708,638.95 |
| Hagens Berman Sobol Shapiro LLP | $268,892.50 |
| Pearson, Simon & Warshaw LLP | $138,498.00 |

2. The Court also **HEREBY AWARDS** Plaintiffs $17,284.88 in additional costs and expenses to be paid to the respective Plaintiffs' counsel firms as follows:

| Firm | Costs & Expenses |
| --- | --- |
| Winston & Strawn LLP | $16,214.50 |
| Hagens Berman Sobol Shapiro LLP | $1,070.38 |

---

[1] The fees and costs awarded herein are in addition to the fees, costs, expenses and service awards awarded to Plaintiffs by the Court's prior Orders (ECF Nos. 1261, 1280). This award addresses (1) Winston & Strawn LLP's attorneys' fees and costs incurred between October 31, 2019 and July 7, 2020, (2) Hagens Berman Sobol Shapiro LLP's attorneys' fees and costs incurred between October 31, 2019 and July 7, 2020, and (3) Pearson, Simon & Warshaw, LLP's attorneys' fees incurred in connection with (a) the appellate proceedings in this matter from April 5, 2019 through July 7, 2020, and (b) the injunctive relief litigation at the District Court from October 31, 2019 through July 7, 2020, which do not remain in dispute. The Court will address attorneys' fees, expenses and costs incurred by Plaintiffs which post-date July 7, 2020, and any disputed amounts incurred prior to July 7, 2020 at a later date.

1   **IT IS SO ORDERED.**

2   Dated:  September 10, 2020



                                                                                                          _____
                                                                                                          Nathanael M. Cousins
                                                                                                          United States Magistrate Judge

11

STIPULATION AND ORDER RE PLAINTIFFS' FEE AND COST AWARD AND REMAINING DISPUTES
CASE NO. 4:14-MD-02541-CW