# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

     **Re:  NCAA**
          **v. Shawne Alston, et al.,**
          **No. 20-512 (Your docket Nos. 19-15566, 19-15662); and**

          **AAC, et al.**
          **v. Shawne Alston, et al.,**
          **No. 20-520 (Your docket Nos. 19-15566, 19-15662)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By *[signature]*

                            Hervé Bocage
                            Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2021

Mr. Andrew J. Pincus Esq.
Mayer Brown LLP
1999 K Street, N. W.
Washington, D. C. 20006

Re: **NCAA
v. Shawne Alston, et al.,
No. 20-512 (Docket Nos. 19-15566, 19-15662); and**

**AAC, et al.
v. Shawne Alston, et al.,
No. 20-520 (Docket Nos. 19-15566, 19-15662)**

Dear Mr. Pincus:

Today, a certified copy of the judgment of this Court in the above-entitled cases was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*
Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
Clerk, USCA Ninth Cir.
(Your docket Nos. 19-15566, 19-15662)

# Supreme Court of the United States

No. 20-512

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**

Petitioner

v.

**SHAWN ALSTON, ET AL.;**

*and*

No. 20-520

**AMERICAN ATHLETIC CONFERENCE, ET AL.,**

Petitioners

v.

**SHAWN ALSTON, ET AL.**

**ON WRITS OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THESE CAUSES** came on to be heard on the transcript of the record from the above court and were argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 21, 2021

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States