| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Craig R. Spiegel (SBN 122000) <br> Emilee N. Sisco (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steveb@hbsslaw.com <br> craigs@hbsslaw.com <br> emilees@hbsslaw.com | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com |
| Bruce L. Simon (SBN 96241) <br> Benjamin E. Shiftan (SBN 265767) <br> PEARSON, SIMON & WARSHAW, LLP <br> 350 Sansome Street, Suite 680 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-9000 <br> Facsimile: (415) 433-9008 <br> bsimon@pswlaw.com <br> bshiftan@pswlaw.com | Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Class Counsel for Consolidated Action Plaintiffs* |

*Class Counsel for Consolidated Action Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | **Case No. 4:14-md-2541-CW** <br><br> **STIPULATION AND ORDER REGARDING PLAINTIFFS' FEE AND COST AWARD** |

WHEREAS, on December 6, 2019, the Court issued an Order Granting In Part And Denying In Part Plaintiffs' Motion for Attorneys Fees, Expenses, Service Awards, and Taxed Costs and Requesting Further Submission (the "Preliminary Fee Order") ECF No. 1259;

WHEREAS, on December 23, 2019, the Court issued its Final Order Granting Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards, and Taxed Costs. ECF No. 1261, (the "Final Fee Order"), awarding Plaintiffs' fees and costs incurred through October 30, 2019 and service awards to named Plaintiffs;

WHEREAS, the Final Fee Order clarified that the Court "will address attorneys' fees, expenses and costs incurred by Plaintiffs' Counsel which post-date October 30, 2019 at a later date," Final Fee Order at 1 n.2;

WHEREAS, on February 24, 2020, the District Court adopted the Preliminary Fee Order and the Final Fee Order "in every respect," ECF No. 1280;

WHEREAS, on July 17, 2020, the Parties submitted a Stipulation and [Proposed] Order Regarding Schedule for Resolving Remaining Attorneys' Fees, Expenses and Service Awards Requests, which was so-ordered by the Court on August 5, 2020, ECF Nos. 1291, 1293 (the "Stipulation");

WHEREAS, on June 21, 2021 the Supreme Court of the United States unanimously affirmed the Ninth Circuit's ruling in this action;

WHEREAS, on July 6, 2021, in accordance with Paragraph 5(a) Stipulation, Plaintiffs' Counsel submitted supplemental declarations detailing the following attorneys' fees and costs: (1) Winston & Strawn LLP's attorneys' fees and costs incurred between July 8, 2020 and July 5, 2021, (2) Hagens Berman Sobol Shapiro LLP's attorneys' fees and costs incurred between July 8, 2020 and

July 6, 2021, and (3) Pearson, Simon & Warshaw, LLP's attorneys' fees incurred between July 8, 2020 and July 5, 2021 (the "2021 Fee and Cost Request");

WHEREAS, in accordance with Paragraphs 5(b) – (c) of the Stipulation, Plaintiffs provided Defendants with the billing records supporting the attorneys' fees requested in the 2021 Fee and Cost Request, as well as billing records supporting additional attorneys fees incurred by Plaintiffs' Counsel following the submission of the 2021 Fee and Cost Request; and

WHEREAS, in accordance with Paragraph 5(d) of the Stipulation, the Parties have met-and-conferred regarding the 2021 Fee and Cost Request and the additional attorneys fees incurred by Plaintiffs' counsel following the submission of the 2021 Fee and Cost Request.

THEREFORE, in accordance with Paragraph 5(e) of the Stipulation, the Parties hereby agree and stipulate as follows:

1.   Plaintiffs are entitled to the following fees, costs and expenses, which fees, costs and expenses shall be paid on or before August 6, 2021 to respective Plaintiffs' Counsel in accordance with the reasonable instructions provided by Plaintiffs' Counsel:

| Firm | Compensable Fees |
|---|---|
| Winston & Strawn LLP | $2,966,362.35 |
| Hagens Berman Sobol Shapiro LLP | $352,506.50 |
| Pearson, Simon & Warshaw LLP | $158,129.00 |
| **TOTAL** | **$3,476,997.85** |

| Firm | Compensable Costs & Expenses |
|---|---|
| Winston & Strawn LLP | $39,983.28 |
| Hagens Berman Sobol Shapiro LLP | $2,521.79 |
| **TOTAL** | **$42,505.07** |

| | |
|---|---|
| Dated: August 3, 2021 | Respectfully submitted, |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
| By  /s/ Steve W. Berman  <br>STEVE W. BERMAN (*pro hac vice*) | By  /s/ Jeffrey L. Kessler  <br>JEFFREY L. KESSLER (*pro hac vice*) |
| Craig R. Spiegel (SBN 122000)<br>Emilee N. Sisco (*pro hac vice*)<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steveb@hbsslaw.com<br>craigs@hbsslaw.com<br>emilees@hbsslaw.com | David G. Feher (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>dfeher@winston.com<br>dgreenspan@winston.com |
| PEARSON, SIMON & WARSHAW, LLP | Jeanifer E. Parsigian (SBN 289001)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com |
| By  /s/ Benjamin E. Shiftan  <br>BRUCE L. SIMON (SBN 96241)<br>Benjamin E. Shiftan (SBN 265767)<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswlaw.com<br>bshiftan@pswlaw.com | *Class Counsel for Consolidated Action Plaintiffs* |
| *Class Counsel for Consolidated Action Plaintiffs* | |
| By  /s/ Elizabeth C. Pritzker  <br>Elizabeth C. Pritzker (SBN 146267)<br>Jonathan K. Levine (SBN 220289)<br>Bethany L. Caracuzzo (SBN 190687)<br>PRITZKER LEVINE LLP<br>180 Grand Avenue, Suite 1390<br>Oakland, California 94612<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110 | |
| *Additional Class Counsel* | |

| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br><br>By:   */s/ Beth A. Wilkinson*<br>Beth A. Wilkinson (*pro hac vice*)<br>James Rosenthal (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>jrosenthal@wilkinsonstekloff.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>By:   */s/ Jeffrey A. Mishkin*<br>Jeffrey A. Mishkin (*pro hac vice*)<br>Karen Hoffman Lent (*pro hac vice*)<br>One Manhattan West<br>New York, NY 10001<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>jeffrey.mishkin@skadden.com<br>karen.lent@skadden.com<br><br>Lance A. Etcheverry (SBN 199916)<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone:  (650) 470-4500<br>Facsimile:  (650) 470-4570<br>lance.etcheverry@skadden.com<br><br>Attorneys for Defendants<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and WESTERN ATHLETIC CONFERENCE |
| **PROSKAUER ROSE LLP**<br><br>By:   */s/ Bart H. Williams*<br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Jennifer L. Jones (SBN 284624)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br><br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone:  (310) 557-2900<br>Facsimile:  (310) 557-2193<br>scooper@proskauer.com<br>bwilliams@proskauer.com<br>kcasazza@proskauer.com<br>jljones@proskauer.com<br>sledingham@proskauer.com<br>jcrawley@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE | **MAYER BROWN LLP**<br><br>By:   */s/ Britt M. Miller*<br>Andrew S. Rosenman (SBN 253764)<br>Britt M. Miller (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>Richard J. Favretto (*pro hac vice*)<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. |

| | |
|---|---|
| **POLSINELLI PC** | **ROBINSON BRADSHAW & HINSON** |
| By:     */s/ Leane K. Capps*<br>Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br>mwinter@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com<br><br>Attorneys for Defendants<br>THE BIG 12 CONFERENCE, INC. and<br>CONFERENCE USA | By:     */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Nathan C. Chase Jr. (SBN 247526)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda R. Pickens (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **COVINGTON & BURLING LLP** |
| By*:*      */s/ D. Erik Albright*<br>D. Erik Albright (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 N. Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5200<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Jonathan P. Heyl (*pro hac vice*)<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone:  (704) 384-2600<br>Facsimile:  (704) 384-2800<br>jheyl@foxrothschild.com<br><br>Alexander Hernaez (SBN 201441)<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5566<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE | By:      */s/ Benjamin C. Block*<br>Benjamin C. Block (*pro hac vice*)<br>One CityCenter<br>850 Tenth Street, N.W.<br>Washington, DC 20001-4956<br>Telephone:  (202) 662-5205<br>Facsimile:  (202) 778-5205<br>bblock@cov.com<br><br>Rebecca A. Jacobs (SBN 294430)<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br>rjacobs@cov.com<br><br>Attorneys for Defendant<br>AMERICAN ATHLETIC CONFERENCE |

| | |
|---|---|
| **WALTER HAVERFIELD LLP**<br><br>By:     */s/ R. Todd Hunt*<br>R. Todd Hunt (*pro hac vice*)<br>Benjamin G. Chojnacki (*pro hac vice*)<br>The Tower at Erieview<br>1301 E. 9th Street, Suite 3500<br>Cleveland, OH 44114-1821<br>Telephone: (216) 928-2935<br>Facsimile: (216) 916-2372<br>rthunt@walterhav.com<br>bchojnacki@walterhav.com<br><br>Attorneys for Defendant<br>MID-AMERICAN CONFERENCE | **BRYAN CAVE LEIGHTON PAISNER LLP**<br><br>By:     */s/ Meryl Macklin*<br>Meryl Macklin (SBN 115053)<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 268-1981<br>Facsimile: (415) 430-4381<br>meryl.macklin@bryancave.com<br><br>Richard Young (*pro hac vice*)<br>Brent Rychener (*pro hac vice*)<br>90 South Cascade Avenue, Suite 1300<br>Colorado Springs, CO 80903<br>Telephone: (719) 473-3800<br>Facsimile: (719) 633-1518<br>richard.young@bryancave.com<br>brent.rychener@bryancave.com<br><br>Attorneys for Defendant<br>MOUNTAIN WEST CONFERENCE<br><br>**JONES WALKER LLP**<br><br>By:     */s/ Mark A. Cunningham*<br>Mark A. Cunningham (*pro hac vice*)<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100<br>Telephone: (504) 582-8536<br>Facsimile: (504) 589-8536<br>mcunningham@joneswalker.com<br><br>Attorneys for Defendant<br>SUN BELT CONFERENCE |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

<u>*/s/ Jeffrey L. Kessler*</u>

**ORDER**

Having reviewed the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FEE AND COST AWARD** (the "Stipulation"), the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards is **GRANTED IN PART** as follows:

1. The Court **HEREBY AWARDS** Plaintiffs $3,476,997.85[1] in additional attorneys' fees to be paid to the respective Plaintiffs' Counsel firms on or before August 6, 2021 as follows:

| Firm | Fees |
| --- | --- |
| Winston & Strawn LLP | $2,966,362.35 |
| Hagens Berman Sobol Shapiro LLP | $352,506.50 |
| Pearson, Simon & Warshaw LLP | $158,129.00 |

2. The Court also **HEREBY AWARDS** Plaintiffs $42,505.07 in additional costs and expenses to be paid to the respective Plaintiffs' Counsel firms on or before August 6, 2021 as follows:

| Firm | Costs & Expenses |
| --- | --- |
| Winston & Strawn LLP | $39,983.28 |
| Hagens Berman Sobol Shapiro LLP | $2,521.79 |

**IT IS SO ORDERED.**

Dated: August 3, 2021



_____
The Honorable Nathanael M. Cousins
United States Magistrate Judge

---

[1] The fees and costs awarded herein are in addition to the fees, costs, expenses and service awards awarded to Plaintiffs by the Court's prior Orders (ECF Nos. 1261, 1280, 1301). This award addresses Plaintiffs' attorneys' fees and costs incurred from July 8, 2020 through August 2, 2021. Should additional disputes arise between the Parties after August 2, 2021 in connection with the Court's continuing jurisdiction over the injunction in this matter, the Court will address any attorneys' fees, expenses and costs incurred by Plaintiffs at such time.