| | |
|---|---|
| Steve W. Berman (pro hac vice) | Jeffrey L. Kessler (pro hac vice) |
| Craig R. Spiegel (SBN 122000) | David G. Feher (pro hac vice) |
| Emilee N. Sisco (pro hac vice) | David L. Greenspan (pro hac vice) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
| 1301 Second Avenue, Suite 2000 | 200 Park Avenue |
| Seattle, WA 98101 | New York, NY 10166-4193 |
| Telephone: (206) 623-7292 | Telephone: (212) 294-6700 |
| Facsimile: (206) 623-0594 | Facsimile: (212) 294-4700 |
| steveb@hbsslaw.com | jkessler@winston.com |
| craigs@hbsslaw.com | dfeher@winston.com |
| emilees@hbsslaw.com | dgreenspan@winston.com |
| | |
| Bruce L. Simon (SBN 96241) | Jeanifer E. Parsigian (SBN 289001) |
| Benjamin E. Shiftan (SBN 265767) | WINSTON & STRAWN LLP |
| PEARSON WARSHAW, LLP | 101 California Street, 35th Floor |
| 555 Montgomery Street, Suite 1205 | San Francisco, CA 94111 |
| San Francisco, CA 94111 | Telephone: (415) 591-1000 |
| Telephone: (415) 433-9000 | Facsimile: (415) 591-1400 |
| Facsimile: (415) 433-9008 | jparsigian@winston.com |
| bsimon@pwfirm.com | |
| bshiftan@pwfirm.com | |
| | |
| *Class Counsel for Jenkins and Consolidated Action Plaintiffs* | *Class Counsel for Jenkins and Consolidated Action Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 14-md-2541-CW<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES** |
| This Document Relates to:<br><br>ALL ACTIONS | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon & Warshaw, LLP hereby advises the Court and all parties in this matter that as of January 1, 2023, the firm's new name is:

**PEARSON WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same. The e-mail addresses for the attorneys below have been changed as follows:

| | |
|---|---|
| Benjamin E. Shiftan | bshiftan@pwfirm.com |
| Bruce L. Simon | bsimon@pwfirm.com |

DATED: May 12, 2023          **PEARSON WARSHAW, LLP**

By:  /s/ Benjamin E. Shiftan
         BENJAMIN E. SHIFTAN

Bruce L. Simon (CA Bar No. 96241)
Benjamin E. Shiftan (CA Bar No. 265767)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone:    (415) 433-9000
Facsimile:     (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*