| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Craig R. Spiegel (SBN 122000) | David G. Feher (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
| 1301 Second Avenue, Suite 2000 | 200 Park Avenue |
| Seattle, WA 98101 | New York, NY 10166-4193 |
| Telephone: (206) 623-7292 | Telephone: (212) 294-6700 |
| Facsimile: (206) 623-0594 | Facsimile: (212) 294-4700 |
| steveb@hbsslaw.com | jkessler@winston.com |
| craigs@hbsslaw.com | dfeher@winston.com |
| emilees@hbsslaw.com | dgreenspan@winston.com |
| | |
| Bruce L. Simon (SBN 96241) | Jeanifer E. Parsigian (SBN 289001) |
| PEARSON WARSHAW, LLP | WINSTON & STRAWN LLP |
| 555 Montgomery Street, Suite 1205 | 101 California Street, 35th Floor |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Telephone: (415) 433-9000 | Telephone: (415) 591-1000 |
| Facsimile: (415) 433-9008 | Facsimile: (415) 591-1400 |
| bsimon@pwfirm.com | jparsigian@winston.com |

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*          *Class Counsel for Jenkins and Consolidated Action Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | CASE NO. 14-md-2541-CW |
| | **NOTICE OF WITHDRAWAL OF ATTORNEY BENJAMIN E. SHIFTAN** |
| This Document Relates to: | |
| ALL ACTIONS, | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Benjamin E. Shiftan is no longer associated with the law firm of Pearson Warshaw, LLP and he accordingly hereby withdraws as counsel for Plaintiffs.

Pearson Warshaw, LLP, Hagens Berman Sobol Shapiro LLP, and Winston & Strawn LLP continue to serve as counsel for Plaintiffs.

DATED:  May 15, 2023                              **PEARSON WARSHAW, LLP**

By: _____/s/ Matthew A. Pearson_____
              MATTHEW A. PEARSON

Bruce L. Simon (SBN 96241)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pwfirm.com

Matthew A. Pearson (SBN 291484)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone.: (818) 788-8300
Facsimile.: (818) 788-8104
mapearson@pwfirm.com

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*