

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

May 17, 2023

CASE NUMBER:  14-md-02541-CW

CASE TITLE:  <u>ALSTON V. PACIFIC 12 CONFERENCE</u>

      Exhibits disposed in accordance with Criminal Local Rule 55-1 and Civil Local Rule 79-4(c).

List of Exhibits Disposed:  Trial Exhibits.

                                          Very truly yours,

                                          Mark B. Busby, Clerk of Court

                                          *Cynthia J. Lenahan*
                                          _____
                                          by:  Cynthia Lenahan
                                          Case Systems Administrator
                                          510-637-3538

*REV. 7-19*